UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6111-CIV-DIMITROULEAS

TURNBERRY CHARTERS, INC.

    Plaintiff,

v.

INTERNATIONAL PAPER COMPANY

    Defendant

_____/

### PLAINTIFF'S DEMAND FOR JURY TRIAL

Plaintiff, TURNBERRY CHARTERS, INC., by and through their undersigned counsel, hereby demands trial by jury of all issues so triable by right.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U. S. Mail to Heather C. Keith, Esq., Holland & Knight LLP, One East Broward Blvd., 13th Floor, P.O. Box 14070, Fort Lauderdale, FL 33302-4070, this 16th day of February, 2000.

    REIMER & ROSENTHAL LLP
    Counsel for Plaintiff
    3801 Hollywood Blvd., Suite 350
    Hollywood, FL 33021
    (954) 893-9800
    (954) 893-6704 facsimile

    By: _____
    DAVID H. REIMER
    FL BAR NO: 909520