UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6111-CIV-DIMITROULEAS

TURNBERRY CHARTERS, INC.,

    Plaintiff,

vs.

INTERNATIONAL PAPER COMPANY,

    Defendant.
_____/



## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH THIS COURT'S ORDER

THIS CAUSE is before the Court sua sponte.

The Court notes that an Order was entered on January 26, 2000 ordering that the parties shall hold a **scheduling conference** within twenty (20) days after the filing of the first responsive pleading by the last responding defendant, or within sixty (60) days after the filing of the complaint, whichever occurs first, and that within ten (10) days of the scheduling conference, counsel shall file a **joint scheduling report** pursuant to Local Rule 16.1(B)(7). The Court notes that to date, the parties have not submitted a joint scheduling report.

Accordingly, after due consideration, it is

**ORDERED** that the Plaintiff shall file a status report with the Clerk of this Court within ten (10) days of the date of this Order and further show cause why the above-styled cause should not be dismissed for failure to comply with this Court's Orders. Failure to comply with this



Order shall result in immediate dismissal.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of April, 2000.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

copies to:

David Reimer, Esq.
Heather Keith, Esq.