UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6111-CIV-DIMITROULEAS

MAGISTRATE:     JOHNSON

TURNBERRY CHARTERS, INC.

    Plaintiff,

v.

INTERNATIONAL PAPER COMPANY

    Defendant.

_____/

### JOINT SCHEDULING REPORT

Plaintiff, TURNBERRY CHARTERS, INC., and Defendant, INTERNATIONAL PAPER COMPANY, hereby submit their Joint Scheduling Report pursuant to Rule 16.1(7) of the Local Rules for the United States District Court for the Southern District of Florida, and counsel for the parties have met in accordance with the Rule and report as follows:

    A.    Discovery:    The parties will exchange preliminary witness lists and exhibits before May 12, 2000. Discovery by all parties shall be completed by January 31, 2001. Plaintiff shall disclose its expert witnesses and produce expert reports by September 15, 2000. Defendant shall disclose its expert witnesses and produce expert reports by October 15, 2000.

    B.    Settlement:    The parties are both amenable to a possible settlement; however, at this juncture settlement is premature until both parties have had an opportunity to conduct at least preliminary discovery. The parties believe that a mediation conference should be scheduled prior to trial, and suggest a deadline of December 15, 2000.

    C.    Additional Parties:    At this time neither party anticipates a likelihood that additional parties might be added. In the event that additional parties are needed, an appropriate motion shall be filed and served before July 30, 2000.



*Case No.: 00-6111-CIV-DIMITROULEAS*
*JOINT SCHEDULING REPORT*

D.  Proposed Time Limits:

|  |  |  |
|---|---|---|
| i. | Deadline to join additional parties or amend pleadings | July 30, 2000 |
| ii. | Deadline to file and hear motions | February 5, 2001 |
| iii. | Deadline to complete discovery | January 31, 2001 |

E.  The parties do not believe that there are any issues which need simplification at the present time; however, to the extent necessary, the parties agree to work together in good faith to assist the court in formulating and simplifying the issues in this matter.

F.  The parties do not anticipate a need to amend the pleadings at this time, however, the parties reserve the right to seek leave to amend before July 30, 2000.

G.  The parties agree to work together in good faith in order to stipulate to the admissibility of evidence as the case progresses.

H.  The parties agree to work together in good faith in order to enter into stipulations which will avoid unnecessary proof and cumulative evidence.

I.  The parties agree to refer all matters, excluding dispositive motions and trial, to U.S. Magistrate Judge Johnson.

J.  The parties estimate that the trial of this matter will take between 3 and 4 days.

K.  The parties propose the following critical dates:

    Pretrial Conference    February 5, 2001

    Trial                  February 12, 2001

L.  The parties do not believe that any additional conferences will be needed.

A Joint Proposed Scheduling Order, prepared in accordance with Rule 16.1(7) S.D. Fla. L.R., is attached hereto as Exhibit "A".

Case No.: 00-6111-CIV-DIMITROULEAS
JOINT SCHEDULING REPORT

Dated this 1st day of May, 2000.

REIMER & ROSENTHAL LLP
Counsel for Plaintiff
3801 Hollywood Blvd., Suite 350
Hollywood, FL 33021
(954) 893-9800
(954) 893-6704 facsimile

By: _____
DAVID H. REIMER
FL BAR NO: 909520

HOLLAND & KNIGHT LLP
Counsel for Defendant
One East Broward Blvd., 13th Floor
P.O. Box 14070
Fort Lauderdale, FL 33302-4070
(954) 525-1000
(954) 463-2030 facsimile

By: _____
RICHARD C. HUTCHISON
FL BAR NO: 709360
HEATHER C. KEITH
FL BAR NO: 905690

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6111-CIV-DIMITROULEAS

MAGISTRATE: JOHNSON

TURNBERRY CHARTERS, INC.

    Plaintiff,

v.

INTERNATIONAL PAPER COMPANY

    Defendant.

_____/

## **SCHEDULING ORDER**

THIS CAUSE having come before the Court on the parties' Joint Scheduling Report, it is hereby Ordered:

    A.    This case is assigned to the Standard Case Management Track as set forth in Rule 16.1(A)(2)(b) S.D. Fla. L.R.

    B.    The Following Time Table shall govern the pretrial discovery procedure in this case:

| | |
|---|---|
| May 12, 2000 | The exchange of initial witnesses lists and documents pursuant to Rule 26 Fed.R.Civ.P. |
| September 15, 2000 | Plaintiff shall furnish opposing counsel with a written list containing the names and addresses of all expert witnesses intended to be called at trial and all reports or summaries pursuant to 16.1(K) S.D. Fla. L.R. Only those expert witnesses listed shall be permitted to testify. |
| October 15, 2000 | Defendant shall furnish opposing counsel with a written list containing the names and addresses of all expert witnesses intended to be called at trial and all reports or summaries pursuant to 16.1(K) S.D. Fla. L.R. Only those expert witnesses listed shall be permitted to testify. |
| January 31, 2000 | All discovery shall be completed |

      C.      Motions for joinder of additional parties or amendment of pleadings shall be filed before July 30, 2000.

      D.      All pretrial motions, including motions for summary judgment and memorandum of law, shall be filed on or before _____, 2000.

      E.      All pretrial motions shall be resolved by the court on or before _____, 2000.

      F.      The Manual on Complex Litigation will not be used in this action.

      G.      The pretrial conference will be held _____, 20__, at _____am/pm.

      H.      The trial of this matter is scheduled for the _____ week trial period beginning _____, 20__.

      DONE and ORDERED in Chambers at Fort Lauderdale, FL, this _____ day of _____, 2000.

                                                        _____
                                                            UNITED STATES DISTRICT JUDGE

Copies provided to:

David H. Reimer, Esq.
Heather C. Keith, Esq.