UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6111-CIV-DIMITROULEAS

MAGISTRATE:        JOHNSON

TURNBERRY CHARTERS, INC.

     Plaintiff,

v.

INTERNATIONAL PAPER COMPANY

     Defendant.

_____/

## STATUS REPORT

Plaintiff, TURNBERRY CHARTERS, INC., hereby submits this Status Report in accordance with the Court's April 21, 2000, Order and states,

1.      This matter was originally filed on November 24, 1999 in the District Court for the Middle District of Florida.

2.      The matter is an action for damages relating to a contract for the purchase and sale of an aircraft from Defendant INTERNATIONAL PAPER to Plaintiff TURNBERRY CHARTERS.

3.      On January 18, 2000, after Motion made by the Defendant, and consented to by the Plaintiff, the matter was ordered transferred to the District Court for the Southern District of Florida.

4.      On February 7, 2000, the Defendant filed its Answer and Affirmative Defenses.

5.      On January 26, 2000, this Court entered an order compelling the parties to comply with Local Rule 16.1(B). It was the belief of both parties' counsel that the 60 day period to be computed for conducting the scheduling conference was 60 days from the date



the action was filed in the Southern District, thereby requiring the conference to be held on or about March 24, 2000.

6.    In an abundance of caution, on January 31, 2000, the parties met to conduct the scheduling conference in accordance with Local Rule 16.1(B).

7.    At that time, the parties agreed upon a proposed schedule in accordance with the Local Rules, and exchanged witness lists.

8.    Thereafter, Plaintiff's counsel forwarded a proposed draft of a Joint Scheduling Report to Defendant's counsel.

9.    After preparing the proposed Joint Scheduling Report, Plaintiff's counsel prepared a Motion to Extend Time to File the Joint Scheduling Report.  It was the parties' belief that the Report was not due to be filed until April 2000, but it was the intent that the Motion and Order be filed as a precaution.  However, after receiving the Court's April 21, 2000 Order requiring the filing of this status report, counsel checked the court docket, and determined that the Motion and Order were not received by the Court.  A true and correct copy of the Motion and blank Order are attached hereto as Exhibit "A".

10.    As stated in the Motion to Extend time, this matter involves witnesses that are located throughout the United States.  The parties have been attempting to confirm that the proposed schedule for this case is viable based on the parties' ability to coordinate the extensive deposition schedule that will be conducted throughout the United States.

11.    At this time, the parties have completed that process, and filed contemporaneous with this Status Report is the parties' executed Joint Scheduling Report and Scheduling Order.

12.    The parties have been working together in good faith to comply with the Local Rules, and bring this matter to conclusion as expeditiously as possible. Plaintiff requests

2

that the court accept the Scheduling Report and this Status Report without dismissal or sanction.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by facsimile and U. S. Mail to Heather C. Keith, Esq., Holland & Knight LLP, One East Broward Blvd., 13th Floor, P.O. Box 14070, Fort Lauderdale, FL 33302-4070, this 1st day of ___May___, 2000.

REIMER & ROSENTHAL LLP
Counsel for Plaintiff
3801 Hollywood Blvd., Suite 350
Hollywood, FL 33021
(954) 893-9800
(954)893-6704 facsimile

By:_____
DAVID H. REIMER
FL BAR NO:  909520

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6111-CIV-DIMITROULEAS

MAGISTRATE:      JOHNSON

TURNBERRY CHARTERS, INC.

     Plaintiff,

v.

INTERNATIONAL PAPER COMPANY

     Defendant.

_____/

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE JOINT SCHEDULING REPORT

Plaintiff, TURNBERRY CHARTERS, INC., hereby submits this Unopposed Motion for Extension of Time to File a Joint Scheduling Report pursuant to Rule 16.1(7) of the Local Rules for the United States District Court for the Southern District of Florida, and states as follows:

1.      This matter was originally filed on November 24, 1999 in the District Court for the Middle District of Florida.

2.      On January 18, 2000, after Motion made by the Defendant, and consented to by the Plaintiff, the matter was ordered transferred to the District Court for the Southern District of Florida.

3.      On January 26, 2000, this Court entered an order compelling the parties to comply with Local Rule 16.1(B).  It was the belief of both parties' counsel that the 60 day period to be computed for conducting the scheduling conference was 60 days from the date the action was filed in the Southern District, thereby requiring the conference to be held on or about March 24, 2000.

EXHIBIT  A

4.    In an abundance of caution, on January 31, 2000, the parties met to conduct the scheduling conference in accordance with Local Rule 16.1(B).

5.    Thereafter, Plaintiff's counsel forwarded a proposed draft of a Joint Scheduling Report to Defendant's counsel.

6.    This matter involves witnesses that are located in various states throughout the United States.  The parties have been attempting to confirm that the proposed schedule for this case is viable based on the parties' ability to coordinate the extensive deposition schedule that will be conducted throughout the United States.

7.    Additionally, the parties have exchanged preliminary witness lists in order to confirm the extent of discovery necessary.

8.    As a result of the foregoing, the parties are in need of additional time in which to confirm their ability to comply with the draft of the deadlines proposed in their proposed Joint Scheduling Report.

9.    Counsel for the Defendant has been contacted regarding the filing of this Motion, and agrees that an extension of time to file the Joint Scheduling Order is needed, and does not object to the entry of an order extending the time for said filing.

WHEREFORE, Plaintiff, TURNBERRY CHARTERS, INC., requests this Court enter an Order granting an extension of time for the parties to complete and file their Joint Scheduling Order, and for any further relief the Court deems necessary and proper.

2

Case No.: 00-6111-CIV-DIMITROULEAS
*MOTION FOR EXTENSION OF TIME*

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U. S. Mail to Heather C. Keith, Esq., Holland & Knight LLP, One East Broward Blvd., 13th Floor, P.O. Box 14070, Fort Lauderdale, FL 33302-4070, this ___ day of _____, 2000.


REIMER & ROSENTHAL LLP
Counsel for Plaintiff
3801 Hollywood Blvd., Suite 350
Hollywood, FL 33021
(954) 893-9800
(954)893-6704 facsimile

By: _____
        DAVID H. REIMER
        FL BAR NO:  909520

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6111-CIV-DIMITROULEAS

MAGISTRATE:        JOHNSON

TURNBERRY CHARTERS, INC.

Plaintiff,

v.

INTERNATIONAL PAPER COMPANY

Defendant.

_____/

## ORDER

THIS CAUSE having come before the Court on the Plaintiff's Unopposed Motion for

Extension of Time to File the Joint Scheduling Report, the Court having reviewed the Motion

and the file, it is hereby Ordered and Adjudged:

The Plaintiff's Motion is _____.  The parties must file their Joint

Scheduling Report on or before _____, 2000.

_____

_____

_____

_____

DONE and ORDERED in Chambers at Fort Lauderdale, FL, this _____ day of

_____, 2000.

_____
UNITED STATES DISTRICT JUDGE

Copies provided to:

David H. Reimer, Esq.
Heather C. Keith, Esq.