UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION

CASE NO. 00-6111-CIV-(DIMITROULEAS/JOHNSON)

TURNBERRY CHARTERS, INC.

    Plaintiff,

vs.

INTERNATIONAL PAPER COMPANY

    Defendant.

_____/

### INTERNATIONAL PAPER COMPANY'S RESPONSE TO CONSENT JURISDICTION

Defendant, International Paper Company ("International Paper"), pursuant to the Court's May 2, 2000 Order Setting Trial Date & Discovery Deadlines, herein files its response to consent jurisdiction.

1. The undersigned counsel has discussed with International Paper the option of a trial before a magistrate and has elected to decline consent jurisdiction.

2. With the exception of dispositive motions and trial, International Paper agrees to refer all matters to U.S. Magistrate Judge Johnson.

WE HEREBY CERTIFY that on this 19th day of May, 2000, a true and correct copy of the foregoing has been furnished via U.S. Mail to David H. Reimer,



1

Attorney for Plaintiff, Reimer & Rosenthal, LLP, 3801 Hollywood Blvd., Suite #350, Hollywood, Florida 33021.

> HOLLAND & KNIGHT LLP
> Attorneys for International Paper
> One East Broward Boulevard, 13th Floor
> P.O. Box 14070
> Fort Lauderdale, FL 33302-4070
> Tel: (954) 525-1000
> Fax: (954) 463-2030
>
> By: *[signature]*
>   Richard C. Hutchison
>   Florida Bar No. 709360
>   Heather C. Keith
>   Florida Bar No. 905690

FTL1 #489892 v1