UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6111-CIV-(DIMITROULEAS/Johnson)

TURNBERRY CHARTERS, INC.

    Plaintiff,

vs.

INTERNATIONAL PAPER COMPANY

    Defendant.

_____/

### NOTICE OF TAKING DEPOSITION

TO:  David H. Reimer
      Reimer & Rosenthal, LLP
      3801 Hollywood Blvd., Suite #350
      Hollywood, FL 33021

PLEASE TAKE NOTICE that Defendant will take the deposition of the following person on the date, time and at the location specified.

| **Name:** | **Location/Date/Time:** |
|---|---|
| **Dennis R. Lainey** | **Reimer & Rosenthal, LLP**<br>**3801 Hollywood Blvd., Suite #350**<br>**Hollywood, FL  33021**<br><br>**August 22, 2000 at 1:00 p.m.** |

upon oral examination, before Interim Court Reporting, or any other officer duly authorized to administer oaths by the laws of the State of Florida. The deposition will continue from hour to hour and from day to day until completed. The deposition is being taken for the purpose of discovery, and for use at trial, or both of



the foregoing, or for such other purposes as are permitted under the applicable and governing rules.

> Respectfully submitted,
>
> HOLLAND & KNIGHT LLP
> Attorneys for Defendant
> One East Broward Blvd., Suite #1300
> Ft. Lauderdale, FL 33301
> Telephone (954) 525-1000
> Fax (954) 463-2030
>
> By: _/s/ Richard C. Hutchison_
> Richard C. Hutchison
> Florida Bar No. 709360
> Email – rhutchison@hklaw.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by fax and US Mail to Plaintiff's counsel David H. Reimer at Reimer & Rosenthal, LLP, 3801 Hollywood Blvd., Suite #350, Hollywood, FL 33021 on this 9th day of August, 2000.

> By: _/s/ Richard C. Hutchison_
> Richard C. Hutchison
> Florida Bar No. 709360

cc:   Interim Court Reporting

FTL1 #499795 v1