UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6111-Civ-Dimitrouleas/Johnson

TURNBERRY CHARTERS, INC.

    Plaintiff,

vs.

INTERNATIONAL PAPER COMPANY

    Defendant.
_____/

## NOTICE OF VACATION

YOU ARE HEREBY NOTIFIED that the undersigned will be on vacation from **December 21, 2000** through **January 8, 2001**. We request that no hearings, depositions, motions, notices to produce, interrogatories or other pleadings be filed which require a timely response during this time period; and that all pending matters be abated during this period of time.

The filing and service of this Notice shall constitute and application and request for continuance, extension of time and/or for a Protective Order as may be appropriately required for the above reasons.



1

WE HEREBY CERTIFY that on this _1st_ day of ~~August~~ September, 2000, a true and correct copy of the foregoing has been furnished via U.S. Mail to David H. Reimer, Attorney for Plaintiff, Reimer & Rosenthal, LLP, 3801 Hollywood Blvd., Suite #350, Hollywood, Florida 33021.

>HOLLAND & KNIGHT LLP
>Attorneys for International Paper
>One East Broward Boulevard, 13th Floor
>P.O. Box 14070
>Fort Lauderdale, FL 33302-4070
>Tel: (954) 525-1000
>Fax: (954) 463-2030
>
>By: _/s/ Heather C. Keith_
>Richard C. Hutchison
>Florida Bar No. 709360
>Heather C. Keith
>Florida Bar No. 905690

FTL1 #505200 v1