UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6111-CIV-(DIMITROULEAS/Johnson)

TURNBERRY CHARTERS, INC.

Plaintiff,

vs.

INTERNATIONAL PAPER COMPANY

Defendant.

_____/

NIGHT BOX
FILED ~
SEP 1 3 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### RE- NOTICE OF TAKING 30(b)(6) DEPOSITION OF
### PLAINTIFF'S CORPORATE REPRESENTATIVE(S)

TO:  David H. Reimer
     Reimer & Rosenthal, LLP
     3801 Hollywood Blvd., Suite #350
     Hollywood, FL 33021

PLEASE TAKE NOTICE Defendant will take the deposition, pursuant to

Federal Rules of Civil Procedure 30(b)(6), of the following Corporate

Representative(s) on the date, time and at the location specified.

**Name:**                                   **Location/Date/Time:**

**Corporate Representative(s) of**          **Reimer & Rosenthal, LLP**
**Turnberry Charters, Inc., a**             **3801 Hollywood Blvd., #350**
**Florida corporation**                     **Hollywood, FL  33021**

                                            **October 5, 2000 at 9:00 a.m.**

upon oral examination, before Interim Court Reporting, or any other officer duly

authorized to administer oaths by the laws of the State of Florida. The deposition

will continue from hour to hour and from day to day until completed. The



deposition is being taken for the purpose of discovery, and for use at trial, or both of the foregoing, or for such other purposes as are permitted under the applicable and governing rules. The Plaintiff is required to designate one or more officers, directors, managing agents or other persons to testify on its behalf on each matter listed below.

## Areas of Examination

1.     All facts supporting all allegations contained in the Plaintiff's Complaint.

2.     All documents and facts supporting Plaintiffs' claim for damages in this lawsuit.

3.     All documents, photographs, videotapes and communications (oral and written) regarding the attempted purchase of the subject aircraft from Defendant.

4.     All documents, photographs, videotapes and communications (oral and written) regarding the purchase of the subject aircraft from Aero Toy Store, Inc.

5.     All communications (written or oral) between Plaintiff and Defendant, or its representatives, regarding the subject aircraft and allegations in the Complaint.

6.     All communications (written or oral) between Plaintiff and Aero Toy Store, Inc. regarding the subject aircraft.

7.     All photographs and/or videos depicting the subject aircraft, including, but not limited to, any and all photographs/videos taken prior to Plaintiff's purchase and after Plaintiff's purchase.

8.     All changes, improvements or repairs made to the subject aircraft after January 1999, and documents relating thereto.

9.     Any purchase(s) or sale(s) by Plaintiff of any other aircraft from 1995 to the present.

10.    All documents, reports, photographs or other evidence of inspections regarding the aircraft at issue in the Complaint.

11.    All documents regarding the retention of individual(s) to assist in the attempted purchase of the subject aircraft including, but not limited to, any consultants, independent contractors and/or other authorized representatives.

Respectfully submitted,

HOLLAND & KNIGHT LLP
Attorneys for Defendant
One East Broward Blvd., Suite #1300
Ft. Lauderdale, FL 33301
Telephone (954) 525-1000
Fax (954) 463-2030

By: _____
Richard C. Hutchison
Florida Bar No. 709360
Email – rhutchison@hklaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by fax and US Mail to Plaintiff's counsel David H. Reimer at Reimer & Rosenthal, LLP, 3801 Hollywood Blvd., Suite #350, Hollywood, FL 33021 on this 13th day of September, 2000.

_____
By:  Richard C. Hutchison
Florida Bar No. 709360

cc:    Interim Court Reporting

FTL1 #508279 v1