UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6111-Civ-Dimitrouleas/Johnson

TURNBERRY CHARTERS, INC.

    Plaintiff,

vs.

INTERNATIONAL PAPER COMPANY

    Defendant.
_____/

### NOTICE OF INTENT TO SERVE SUBPOENAS DUCES TECUM FOR DEPOSITION

YOU ARE HEREBY NOTIFIED that the undersigned has issued and will attempt to serve the attached Subpoenas Duces Tecum upon the following: Corporate Representative of Aero Toy Store; Larry Aitkens; and Dennis Lainey, who are not parties, to produce the items listed at the time and place specified in the Subpoenas.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this __18ᵗʰ__ day of September, 2000, a true and correct copy of the foregoing has been furnished via U.S. Mail to:



David H. Reimer, Attorney for Plaintiff, Reimer & Rosenthal, LLP, 3801 Hollywood Blvd., Suite #350, Hollywood, Florida 33021.

       HOLLAND & KNIGHT LLP

       Attorneys for International Paper

       One East Broward Boulevard, 13th Floor
       P.O. Box 14070
       Fort Lauderdale, FL 33302-4070
       Tel: (954) 525-1000
       Fax:(954) 463-2030

      By: _/s/ Richard C. Hutchison_
       Richard C. Hutchison
       Florida Bar No. 709360
       Heather C. Keith
       Florida Bar No. 905690

FTL1 #508407 v1

# United States District Court
## SOUTHERN DISTRICT OF FLORIDA

Turnberry Charters, Inc.,

    Plaintiff

V.

International Paper Company,

    Defendants

SUBPOENA FOR DEPOSITION IN A CIVIL CASE DUCES TECUM

Case No. 00-6111-CIV-(DIMITROULEAS/Johnson)

TO: Corporate Representative
Aero Toy Store
1710 W. Cypress Creek Road
Fort Lauderdale, FL 33309

| YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case. | |
|---|---|
| PLACE OF TESTIMONY: | COURTROOM |
|  | DATE AND TIME: |

**X**     YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION<br>Holland & Knight LLP<br>1 East Broward Boulevard, Suite 1300<br>Ft. Lauderdale, FL 33301 | DATE AND TIME<br>October 6, 2000<br>12:00 noon |
|---|---|
| YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): **Copies of any and all documents (including, but not limited to, correspondence, reports, notes, phone messages, diaries, phone records, drafts, contracts, memos, expense reports and agreements) regarding the negotiation, purchase and inspection of the aircraft (Challenger 600) from International Paper Company and/or Emerald Aviation; documents regarding the inspection, improvements, repairs and sale of the aircraft to Turnberry; and prospective sale to any other party** | |
| PLACE<br>Holland & Knight LLP<br>1 East Broward Boulevard, Suite 1300<br>Ft. Lauderdale, FL 33301 | DATE AND TIME<br>October 6, 2000<br>12:00 noon |
| YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below. | |
| PREMISES | DATE AND TIME |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br><br>_[signature]_, Richard C. Hutchison, Attorney for Defendants | DATE<br>September 18, 2000 |
|---|---|
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER Richard C. Hutchison, Esq., Holland & Knight LLP, Attorney for Defendants, One East Broward Boulevard, Suite 1300, Fort Lauderdale, Florida 33301; (954) 525-1000 | |

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D)

# United States District Court
## SOUTHERN DISTRICT OF FLORIDA

Turnberry Charters, Inc.,        SUBPOENA FOR DEPOSITION IN A CIVIL CASE
                 Plaintiff       DUCES TECUM

V.                         Case No. 00-6111-CIV-(DIMITROULEAS/Johnson)

International Paper Company,

          Defendants

TO:    Larry Aitkens
       Turnberry Charters
       15001 NW 42nd Avenue, Suite 117
       Miami, Florida 33054

YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY: | COURTROOM |
|---|---|
|  | DATE AND TIME: |

**X**    YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Reimer & Rosenthal, LLP<br>3801 Hollywood Blvd., Suite 350<br>Hollywood, Florida 33021 | October 5, 2000<br>12:00 noon |

YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): Copies of any and all documents (including, but not limited to, correspondence, reports, notes, phone messages, diaries, phone records, drafts, contracts, memos, expense reports and agreements) regarding the negotiation, attempted purchase and inspection of the aircraft (Challenger 600) from International Paper Company and/or Emerald Aviation; documents regarding the inspection, improvements, repairs and purchase of the aircraft from AeroToy Store; and documents regarding your scope of employment/consulting agreement for Turnberry.

| PLACE | DATE AND TIME |
|---|---|
| Reimer & Rosenthal, LLP<br>3801 Hollywood Blvd., Suite 350<br>Hollywood, Florida 33021 | October 5, 2000<br>12:00 noon |

YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] Richard C. Hutchison, Attorney for Defendants | September /8, 2000 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER Richard C. Hutchison, Esq., Holland & Knight LLP, Attorney for Defendants, One East Broward Boulevard, Suite 1300, Fort Lauderdale, Florida 33301; (954) 525-1000

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D)

1

# United States District Court

## SOUTHERN DISTRICT OF FLORIDA

Turnberry Charters, Inc.,

    Plaintiff

v.

International Paper Company,

    Defendants

**SUBPOENA FOR DEPOSITION IN A CIVIL CASE DUCES TECUM**

Case No. 00-6111-CIV-(DIMITROULEAS/Johnson)

TO: Dennis R. Lainey
Turnberry Charters
15001 NW 42nd Avenue, Suite 117
Miami, Florida 33054

YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY: | COURTROOM |
|---|---|
| | DATE AND TIME: |

**X** YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Holland & Knight LLP<br>701 Brickell Avenue, Suite 3000<br>Miami, Florida 33131 | October 6, 2000<br>10:00 a.m. |

YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): **Copies of any and all documents, including, but not limited to, correspondence, reports, notes, phone messages, diaries, phone records, drafts, contracts, memos, expense reports and agreements regarding the negotiation, attempted purchase and inspection of the aircraft from International Paper Company and/or Emerald Aviation; documents regarding the inspection, improvements, repairs and purchase of the aircraft from AeroToy Store; and documents regarding your scope of employment/consulting agreement for Turnberry.**

| PLACE | DATE AND TIME |
|---|---|
| Holland & Knight LLP<br>701 Brickell Avenue, Suite 3000<br>Miami, Florida 33131 | October 6, 2000<br>10:00 a.m. |

YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suite that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE<br>September 13th, 2000 |
|---|---|
| _[signature]_, Richard C. Hutchison, Attorney for Defendants | |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER Richard C. Hutchison, Esq., Holland & Knight LLP, Attorney for Defendants, One East Broward Boulevard, Suite 1300, Fort Lauderdale, Florida 33301; (954) 525-1000

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D)

1