UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6111-CIV-(DIMITROULEAS/Johnson)

TURNBERRY CHARTERS, INC.

    Plaintiff,

vs.

INTERNATIONAL PAPER COMPANY

    Defendant.

_____/



## NOTICE OF TAKING DEPOSITION (*DUCES TECUM*)

TO:   David H. Reimer
      Reimer & Rosenthal, LLP
      3801 Hollywood Blvd., Suite #350
      Hollywood, FL 33021

     PLEASE TAKE NOTICE that Defendant will take the deposition of the

following person on the date, time and at the location specified.

| **Name:** | **Location/Date/Time:** |
|---|---|
| **Dennis Lainey** | **Reimer & Rosenthal, LLP** |
| | **3801 Hollywood Blvd., Suite #350** |
| | **Hollywood, FL 33021** |
| | |
| | **November 15, 2000 at 9:00 a.m.** |

upon oral examination, before Interim Court Reporting, or any other officer duly

authorized to administer oaths by the laws of the State of Florida. The deposition

will continue from hour to hour and from day to day until completed. The

deposition is being taken for the purpose of discovery, and for use at trial, or both of



the foregoing, or for such other purposes as are permitted under the applicable and governing rules.

Respectfully submitted,

HOLLAND & KNIGHT LLP
Attorneys for International Paper
One East Broward Blvd., Suite #1300
Ft. Lauderdale, FL 33301
Telephone (954) 525-1000
Fax (954) 463-2030

By: _____
Richard C. Hutchison
Florida Bar No. 709360

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via U.S. Mail to Plaintiff's counsel David H. Reimer at Reimer & Rosenthal, LLP, 3801 Hollywood Blvd., Suite #350, Hollywood, FL 33021 on this _16_ day of October, 2000.

By: _____
Richard C. Hutchison
Florida Bar No. 709360

cc:    Interim Court Reporting

FTL1 #512796 v1