UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6111-Civ-Dimitrouleas/Johnson



TURNBERRY CHARTERS, INC.

    Plaintiff,

vs.

INTERNATIONAL PAPER COMPANY

    Defendant.

_____/

### NOTICE OF INTENT TO SERVE SUBPOENA
### DUCES TECUM FOR DEPOSITION

YOU ARE HEREBY NOTIFIED that the undersigned has issued and will attempt to serve the attached Subpoena Duces Tecum upon the following: Ken Murray, who is not a party, to produce the items listed at the time and place specified in the Subpoena.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this __27__ day of November, 2000, a true and correct copy of the foregoing has been furnished via facsimile and U.S. Mail to:



David H. Reimer, Attorney for Plaintiff, Reimer & Rosenthal, LLP, 3801 Hollywood Blvd., Suite #350, Hollywood, Florida 33021.

       HOLLAND & KNIGHT LLP

       Attorneys for International Paper

       One East Broward Boulevard, 13th Floor
       P.O. Box 14070
       Fort Lauderdale, FL 33302-4070
       Tel: (954) 525-1000
       Fax:(954) 463-2030

      By: *[signature]*
       Richard C. Hutchison
       Florida Bar No. 709360
       Heather C. Keith
       Florida Bar No. 905690

FTL1 #509298 v1