UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6111-CIV-(DIMITROULEAS/Johnson)

TURNBERRY CHARTERS, INC.

    Plaintiff,

vs.

INTERNATIONAL PAPER COMPANY

    Defendant.
_____/

### FIRST RE-NOTICE OF TAKING DEPOSITION DUCES TECUM
### (Changes Date Only)

TO:  David H. Reimer
Reimer & Rosenthal, LLP
3801 Hollywood Blvd., Suite #350
Hollywood, FL 33021

PLEASE TAKE NOTICE that Defendant will take the deposition of the following person on the date, time and at the location specified.

| **Name:** | **Location/Date/Time:** |
|---|---|
| Ken Murray | **Holland & Knight LLP**<br>**1 East Broward Blvd.**<br>**Suite 1300**<br>**Ft. Lauderdale, FL 33301**<br><br>**December 11, 2000 at 1:00 p.m.** |

upon oral examination, before Spherion Court Reporting, or any other officer duly authorized to administer oaths by the laws of the State of Florida. The deposition will continue from hour to hour and from day to day until completed. The deposition is being taken for the purpose of discovery, and for use at trial, or both of



the foregoing, or for such other purposes as are permitted under the applicable and governing rules.

Respectfully submitted,

HOLLAND & KNIGHT LLP
Attorneys for International Paper
One East Broward Blvd., Suite #1300
Ft. Lauderdale, FL 33301
Telephone (954) 525-1000
Fax (954) 463-2030

By: _____
Richard C. Hutchison
Florida Bar No. 709360

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by fax and U.S. Mail to Plaintiff's counsel, David H. Reimer at Reimer & Rosenthal, LLP, 3801 Hollywood Blvd., Suite #350, Hollywood, FL 33021, on this 1st day of December, 2000.

By: _____
Richard C. Hutchison
Florida Bar No. 709360

cc: Spherion Court Reporting

FTL1 #509299 v1