UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6111-Civ-Dimitrouleas/Johnson

TURNBERRY CHARTERS, INC.

    Plaintiff,

vs.

INTERNATIONAL PAPER COMPANY

    Defendant.

_____/

### DEFENDANT, INTERNATIONAL PAPER COMPANY'S NOTICE OF FILING ORIGINAL DEPOSITION TRANSCRIPTS AND ORIGINAL DEPOSITION EXHIBITS

**DEFENDANT, INTERNATIONAL PAPER COMPANY,** by and through

its undersigned counsel, hereby gives notice of filing the following:

    1.    October 5, 2000, original deposition transcript of Larry Aitkens;

    2.    Larry Aitkens' original deposition exhibits 1-17;

    3.    November 15, 2000, original deposition transcript of Dennis Lainey;

and

    4.    Dennis Laineys' original deposition exhibits 20-38.

which are attached hereto, in support of International Paper's Motion to Preclude

Evidence Regarding Plaintiff's Alleged Damages, or Alternatively, to Compel

Plaintiff to Re-Designate a rule 30(b)(6) Witness to Testify as to Damages and



Incorporated Memorandum of Law, as well as for use at any other motion or hearing, including trial of this matter.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this _8th_ day of December, 2000, a true and correct copy of the foregoing has been furnished via U.S. Mail to: David H. Reimer, Attorney for Plaintiff, Reimer & Rosenthal, LLP, 3801 Hollywood Blvd., Suite #350, Hollywood, Florida 33021.

HOLLAND & KNIGHT LLP

Attorneys for International Paper

One East Broward Boulevard, 13th Floor
P.O. Box 14070
Fort Lauderdale, FL 33302-4070
Tel: (954) 525-1000
Fax:(954) 463-2030

By: _____

Richard C. Hutchison
Florida Bar No. 709360
Heather C. Keith
Florida Bar No. 905690

## EMPLOYMENT AGREEMENT

THIS AGREEMENT is made this 25th day of August, 1998, by and between TURNBERRY CHARTERS, INC., a Florida corporation whose principal office is located at 19501 Biscayne Blvd., Suite #400, Aventura, FL 33180, (and/or any other Turnberry corporation or identity affiliated with the Turnberry corporations or their principals), hereinafter referred to as the "EMPLOYER", and DENNIS R. LAINEY, an individual whose address is 5800 Overseas Hwy., #35-152, Marathon, FL 33050, hereinafter referred to as the "EMPLOYEE".

INASMUCH AS the EMPLOYER is presently the owner of two aircraft, one Gulfstream GIIB aircraft serial number 073, and Cessna Citation SII aircraft serial number S550-0154, and desires to sell these two aircraft and purchase other aircraft to replace these, and desires to employ the EMPLOYEE to perform these specific services of selling and purchasing these aircraft, as well as any other aircraft the EMPLOYER may designate in the future, on behalf of the EMPLOYER; and inasmuch as the EMPLOYEE desires to perform these specific services for the EMPLOYER,

It is therefore agreed by both parties as follows:

1.  The EMPLOYEE will act on behalf of and at the sole direction of the EMPLOYER, as EMPLOYER's Director of Sales, and will present all terms and conditions of the potential sale or purchase of an aircraft to the EMPLOYER for consideration. The EMPLOYEE will work under the EMPLOYER's sole direction to handle the details and facilitate the closing of the sale or purchase of the aircraft, and the EMPLOYER shall bear sole responsibility for the acceptance of the terms and conditions of the sale or purchase and the completion of the transaction.

2.  The EMPLOYER will bear sole responsibility for and will pay all the costs and expenses of the marketing and sale of aircraft, and for the market search and purchase of aircraft, including payment of the purchase price plus all applicable taxes and fees. It will be the EMPLOYER's own responsibility to determine if any taxes or fees are applicable to its sale or purchase of an aircraft, including sales and use taxes, and the EMPLOYER will bear sole responsibility for any such liabilities.

3.  The EMPLOYER will pay the EMPLOYEE a commission equal to two percent (2%) of the first $7,500,000.00 of the total sale price or purchase price of each applicable transaction, including full trade value in the event of a trade transaction. The sum owed for each transaction will be due and payable in full on closing date of that transaction.

This Employment Agreement shall be in effect from this date until the completion of the sale of the two aircraft and the purchase of the replacement aircraft, as well as any other aircraft the EMPLOYER may designate in the future, or until terminated by either party by written notice to the other party.

Both parties acknowledge that this Employment Agreement has been fully read and understood, and that this is the full and complete agreement between the parties, and that it shall not be modified except in writing and signed by both parties.

TURNBERRY CHARTERS, INC.
(EMPLOYER)
by: Jeffrey M. Soffer

DENNIS R. LAINEY
(EMPLOYEE)

EXHIBIT
20
11-15-00

**Turnberry Charters, Inc. v. International Paper Company**

Dennis R. Lainey notes:

<u>1999</u>

| | |
|---|---|
| June 18<br>Friday | 10:47 am - Called Ed Dahlberg (Emerald Aviation, Inc. (703) 361-3330), agent for International Paper, regarding the aircraft. Left message. |
| June 18<br>Friday | Ed Dahlberg returned my call, leaving message on my voice mail with number to reach him over the weekend, or his office number for Monday. |
| June 19<br>Saturday | 9:52 am - Called Ed Dahlberg at weekend number (973) 398-9044 and discussed aircraft. Made a deal at $7,000,000. He wanted an executed written offer with $250,000 deposit put in escrow. He was also concerned about payment for any costs incurred by Turnberry at Midcoast Aviation while reviewing the aircraft. I told him I would fax an offer contract to his office by Monday morning, and I could have a $100,000 deposit in place on Monday, and an additional $50,000 to be held for any costs that might be incurred by Turnberry at Midcoast. That was agreed to. |
| June 19<br>Saturday | 2:22 pm - Called Ken Murray, asking if he would be available to do a records review on an aircraft for us in the immediate future. I did not identify the specific aircraft to him at that time, nor give him a schedule. |
| June 20<br>Sunday | 6:12 pm - Sent signed written offer for aircraft via fax to Ed Dahlberg's office fax at (703) 361-3170, as agreed. |
| June 21<br>Monday | 1:21 pm - Received, via fax, the offer countersigned by International Paper. |
| June 21<br>Monday | 2.56 pm - Called for Ken Murray to set up schedule. Left message. When he returned the call, we set up a schedule for him to go to Midcoast Aviation in St. Louis, MO to review the records. |
| June 21<br>Monday | 3:40 pm - Received, via fax, first draft of Aircraft Sales Agreement from International Paper. |
| June 22<br>Tuesday | 2:02 pm - Called Midcoast Aviation regarding arrangements for Ken Murray's arrival the next day to review the records of the aircraft. I was told by Steve Bates that Ken Murray had already contacted him. |


EXHIBIT
21

| | |
|---|---|
| June 22<br>Tuesday | Late afternoon Ed Dahlberg called and we discussed in detail the changes that I was proposing to the first draft of the Sales Agreement from International Paper that he had sent me the day before. At that time Ed Dahlberg informed me that he had another interested party in the aircraft that was a better deal than ours. He also informed me that that person told him that Turnberry's intentions were to tie the aircraft up in a prebuy inspection and then, while holding the aircraft hostage in prebuy, negotiate a lower price. That we would not close as promised. And, he said that based upon this he was inclined to just take the other deal. I assured him that we had every intention of following through under our agreement, and that I had already started funding arrangements with GE Capital. |
| June 23<br>Wednesday | 10:00 am (approx.) - Ken Murray arrived at Midcoast Aviation to review records of aircraft. He called me upon being told by Steve Bates (Midcoast Aviation) that Ed Dahlberg had instructed Steve not to allow Turnberry access to the records or aircraft, because the aircraft was being sold to someone else. I talked with Ed Dahlberg and he once again informed me that he had a better offer for the aircraft, and that his intention now was to take that offer. I reminded him that we had a signed agreement, and it was Turnberry's right to continue under that agreement. He informed me that he would discuss this with International Paper and get back to us. Later that day (I think around 1:00 pm) Ed Dahlberg authorized Midcoast Aviation to allow Ken Murray access to the records. |
| June 23<br>Wednesday | 12:27 pm - Faxed changes to International Paper's Aircraft Sales Agreement to Ed Dahlberg. |
| June 24<br>Thursday | I flew to St. Louis (Southwest Airlines Flight #957) and arrived at Midcoast Aviation at about 4:00 pm local time. Ken Murray called me at 3:48 on my cell phone and to inform me that he had a family emergency and had just left Midcoast to catch a flight back home. I discussed some of his log book findings with him and he said he had left a report for me at the receptionist's desk and I picked that up from her (Gail Shelby). I looked over the aircraft and met with Steve Bates, Midcoast's Project Manager. Steve took me to the Inspection Room to review work that had been previously done to the aircraft at their facility (the landing gear overhaul, the 120 month and 36 month inspections). We discussed what was needed for engine runs, systems checks, inspection sign-offs, and to ready the aircraft for the flight check. At that time Steve said the aircraft had to be buttoned up, and he recommended that a hydraulics check and gear swing should be done because the aircraft had been sitting for about five months without a gear swing. Then engine runs and systems checks could be accomplished, perhaps Saturday or Sunday, and if everything went |

well, we could go on to the flight test. He also said that he needed permission from International Paper to do these things, and I said I would coordinate that with Ed Dahlberg. During this meeting, at approximately 4:30, Ed Dahlberg called to Midcoast for me and the call was transferred to me at the Inspection Room. He informed me that International Paper was selling the aircraft to another party unless I accepted the aircraft on a "where is/as is" condition that day by 5:00 pm, or within 30 minutes. We discussed that, and I told him that we still had systems to check and the flight check, and that we could not possibly give him an answer by 5:00 pm that day. He was adamant that we either accept the aircraft by 5:00 pm or it will go to the other party who says they will accept the aircraft "where is/as is" by 5:00 pm. He also said that those terms were put forward in a revised Sales Agreement from International Paper that he had faxed to my fax earlier that day. I asked him to fax a copy to me at Midcoast since I, of course, didn't have access to the copy that he said he had sent earlier. I told him I would review this revised Sales Agreement and call him back. Steve Bates gave me the fax number at his receptionist's desk for Ed Dahlberg to fax to. (Steve Bates was present during this entire conversation with Ed Dahlberg in the Inspection Room. Of course, he could hear only my side of the conversation, but we discussed the conversation.) We then went to the receptionist's desk, and Gail Shelby was informed that we were awaiting a fax from Ed Dahlberg on her machine. When the fax hadn't arrived almost thirty minutes later, at 4:52 pm I called for Ed Dahlberg and left a message. At 5:04 pm he called me and advised that he would not be sending the revised Sales Agreement; that he had consulted with International Paper and they had accepted the other offer at 5:00 pm. We talked for approximately 15 minutes and I told him that this was not right, and he advised that it was done. I told him that he should further discuss this with International Paper, and that my intention was to continue under our agreement and that we needed his permission to get the aircraft ready, starting the next day, for systems checks and the flight test. I told him how to reach me at my hotel (Adam Marks Hotel) after he talked with International Paper. At that time I informed Gail Shelby (receptionist) that she need not stay any longer for us as the fax was not coming. I discussed what had happened with Steve Bates, and told him that we still intended to go forward, and we arranged to meet at his office first thing the next morning (Friday, June 25).

June 24     Checked into the hotel and called my fax computer and tried to retrieve
Thursday    the fax Ed Dahlberg had said he sent earlier, but was unsuccessful.
            (When I returned to Florida, I found several faxes on my machine, but
            none from Ed Dahlberg.)

| | |
|---|---|
| June 25 Friday | 8:40 am - I called Steve Bates at Midcoast Aviation to tell him I was on the way and see whether to meet him at his office or at the aircraft. At that time he advised me that Ed Dahlberg had instructed him to not allow Turnberry any access to the aircraft or the records, and that International Paper had sold the aircraft to another party, and only that other party was to be allowed access to the aircraft. Steve apologized to me and told me that Turnberry was certainly welcome at the facility, but that he could not give me access to the aircraft. There was then no need for me to return to Midcoast. |
| June 25 Friday | Received a call from Don Soffer checking the present status of the deal, and I brought him up to date. Jeff Soffer also called, and I likewise updated him. |
| June 25 Friday | Before leaving St. Louis, I made arrangements and stopped at Lambert Field (another airport in the area) and viewed Challenger 600, S/N 1052. |
| June 29 | 4:34 pm - Spoke with Ed Dahlberg. He advised that the transaction with the other party had indeed completed that day. He said that they had held back the closing on that transaction until that day, one day after our original agreement expired, under advisement of the International Paper legal department, so we would have no cause to sue them. |
| July 27 | 1:07 pm (approx.) Received a numeric message on my voice mail. I returned the call via auto-dial (not knowing who had called) at 2:57 pm, and it was Ed Dahlberg. He had just learned of our first letter to International Paper regarding this issue, and was upset. He said that he would destroy my reputation in the industry if I allowed this to continue. I told him that I would take this under advisement, thanked him for his concern, and ended the conversation. |
| July 27 | Also had a message from Ken Murray around 4:50 pm. I returned his call at 6:49 pm to (954) 227-8667. Ken Murray advised me that he had also had a threatening call from Ed Dahlberg that same day. |

General Notes:

Ken Murray - Phone:      (954) 227-8647   (954) 227-8667
　　　　　　　 Cellular:    (954) 254-5107
　　　　　　　 Fax:         (954) 227-8651
　　　　　　　 Address:     6155 NW 40th Street
　　　　　　　　　　　　　　　Coral Springs, FL 33067

Ken Murray was hired as an independent agent on behalf of Turnberry Charters to do a specific job for me, which was a technical review of the aircraft log books and maintenance records. He was sent to St. Louis, arriving Wednesday, June 23, 1999, and I had expected him to still be at Midcoast Aviation when I arrived on Thursday, June 24, and it was my intention to go over his findings with him and to have him directly involved in my further review of the aircraft, however long that would take. At that time, I expected that we would have to employ Ken Murray for approximately 10 days, although I had set no specific timetable yet. I was very surprised of his sudden departure just before I arrived at Midcoast, as he had not indicated any such intention when I had last spoken with him. However, the reason for his sudden departure was his mother's sudden illness. Sometime later I learned that Aero Toy Store had offered Ken Murray a job with reference to this same aircraft. (?? when did their relationship begin ??)

## Pilots for Test Flight in St. Louis

As is my normal practice in these transactions, I did my homework before leaving for St. Louis and took with me a list of the corporate owners of other Challenger aircraft, with the contact names and numbers for their pilots. In addition, Turnberry has a contract for pilot training with Flight Safety International, and as a member and customer, Flight Safety makes available qualified crew for these purposes. With this information in hand, I knew that I could locate a crew to perform our flight test with short notice, once I had a firm schedule.

## Names, Numbers and Addresses

Stephen M. Bates
Sr. Program Manager
MIDCOAST AVIATION, INC.
#14 Archview Drive
St. Louis Downtown Parks Airport
Cahokia, IL 62206-1445
Phone: (618) 337-2100 or (800) 222-0422  Fax: (618) 332-1457
Gail Shelby (Receptionist) Phone: (618) 337-2100 Fax: (618) 337-8884

Ed Dahlberg
EMERALD AVIATION, INC.
Manassas Regional Airport
9998 Wakeman Drive, Suite 212
Manassas, VA 20110
Phone: (703) 361-3330  Fax: (703) 361-3170

INTERNATIONAL PAPER COMPANY
DBA Union Camp Corp.
184 Airport Rd., Hangar D
White Plains, NY 10604
John Carter - Sr. Vice President - Phone: (914) 397-1500
John Dillon - Dir. of Maintenance - Phone: (914) 397-1500
Bob Cassidy - Chief Pilot - Phone: (914) 428-3478

AERO TOY STORE
1710 W. Cypress Creek Rd.
Ft. Lauderdale, FL 33309
(954) 771-1795
Morris Shirazi - President - Cell: (954) 647-2020
Bob Brown - Vice President
John Dussia - Dir. of Maintenance
Lana Joy Fish - Project Coordinator

Dennis Anderson
Aircraft Sales
Phone: (561) 738-9300 Home
Cell: (561) 352-6615
Fax: (561) 738-9385

Mike Flint
GE CAPITAL CORP.
Phone: (770) 999-4921 or (800) 241-9192 ext. 4921

CHALLENGER CL600 1001
WRITTEN OFF
                            Phone
                            Fax

MOJAVE CA

Company Code: O
Reg. #.
Airport Code.
Year 1981

CHALLENGER CL600 1002
D.N.D

AETE COLD LAKE
ALBERTA CANADA

                            Phone
                            Fax

Company Code: O
Reg #: 144612
Airport Code.
Year . 1981

CHALLENGER CL600 1004
B P AIR INC
12491 E. AVENIDA DE LA VISTA
VERDE
TUCSON AZ 85749

PETER EARNSHAW . PRESIDENT
Phone 520-749-5900
Fax   520-749-4700

Company Code: O
Reg # N600BP
Airport Code: TUS
Year . 1981

CHALLENGER CL600 1005
INDIAN RIVER TRANSPORT CO
2580 EXECUTIVE ROAD

WINTER HAVEN FL 33883

JOHN HARNED - C.E.O.
Phone 941-324-2430
Fax . 941-324-5669

GARY GWYNN . CHIEF PILOT
941-534-6286
941-533-8553

Company Code: O
Reg. #. N600STS
Airport Code: BOW
Year : 1981
For Sale

CHALLENGER CL600 1006
CANADA GOVT DEPT OF TRANS
AIRCRAFT SVCS , 58 SERVICE RD
GLOUCESTER, ONTARIO
K1V 9B2 CANADA

STEVEN BUCKLES - DIRECTOR
Phone 613-998-3419
Fax · 613-991-0365

JERRY TOUPIN · DIR. TECH. SVCS.
813-998-3403
613-991-0385

Company Code: O
Reg #: 144603
Airport Code CYOW
Year : 1981

CHALLENGER CL600 1007
CANADA GOVT DEPT OF TRANS
AIRCRAFT SVCS . 58 SERVICE RD
GLOUCESTER, ONTARIO
K1V 9B2 CANADA

STEVEN BUCKLES - DIRECTOR
Phone 613-998-3419
Fax · 613-991-0365

JERRY TOUPIN - DIR TECH SVCS
613-998-3403
613-991-0385

Company Code: O
Reg. #: 144604
Airport Code CYOW
Year : 1981

CHALLENGER CL600 1008
CANADA GOVT DEPT OF TRANS.
AIRCRAFT SVCS , 58 SERVICE RD
GLOUCESTER, ONTARIO
K1V 9B2 CANADA

STEVEN BUCKLES - DIRECTOR
Phone 613-998-3419
Fax · 613-991-0365

JERRY TOUPIN · DIR TECH SVCS.
613-998-3403
813-991-0365

Company Code O
Reg #: 144605
Airport Code CYOW
Year 1981

CHALLENGER CL600 1009
CANADA GOVT DEPT OF TRANS
AIRCRAFT SVCS , 58 SERVICE RD
GLOUCESTER, ONTARIO
K1V 9B2 CANADA

STEVEN BUCKLES - DIRECTOR
Phone 613-998-3419
Fax  613-991-0365

JERRY TOUPIN · DIR TECH SVCS
613-998-3403
613-991-0365

Company Code: O
Reg #: 144606
Airport Code: CYOW
Year · 1981

CHALLENGER CL600 1010
RIVETT GROUP L.L.C.
C/O QUEST AVIATION
BOX 2140
ABERDEEN SD 57402-2140

RONALD RIVETT - C.O.B.
Phone 605-225-8008
Fax  605-225-0115

STAN TAYLOR · CHIEF PILOT
605-225-8008
605-225-0115

Company Code O
Reg. # N802Q
Airport Code ABR
Year . 1981
For Sale

CHALLENGER CL600 1011
APEX PROPERTY EXCHANGE INC.
DBA ROBIN ACQUISITIONS LTD
2036 WASHINGTON ST.
HANOVER MA 02339

MICHAEL MARCUS - PRESIDENT
Phone 781-871-5800
Fox   781 982 9552

Company Code: O
Reg #: N878ML
Airport Code·
Year 1981

CHALLENGER CL600 1012
APACHE HAWKER L C
& GAINES · HAWKER INC
223 SUNSET AVE . SUITE 223
PALM BEACH FL 33480

EDWARD COOK - PRESIDENT
Phone 561-655-7004
Fex · 561-837-8629

MARK COOK - VICE PRESIDENT
561-837-8672
561-837-8629

Company Code O
Reg. #: N8KG
Airport Code LUK
Year . 1981

CHALLENGER CL600 1013
FLEXIBLE AIRLINE INC
1689 EAST LAKE MITCHELL DR

CADILLAC MI 49601

WILLIAM COATS - OWNER
Phone ·
Fax · 941-395-0207

Company Code: O
Reg #: N129BA
Airport Code: CAD
Year · 1981
For Sale

CHALLENGER CL600 1014
CANADA GOVT DEPT OF TRANS
AIRCRAFT SVCS , 58 SERVICE RD
GLOUCESTER, ONTARIO
K1V 9B2 CANADA

STEVEN BUCKLES - DIRECTOR
Phone 613-998-3419
Fax · 613-991-0365

JERRY TOUPIN · DIR. TECH. SVCS.
613-998-3403
613-991-0365

Company Code: O
Reg. #. 144607
Airport Code CYOW
Year · 1981


EXHIBIT
22

All Information is Subject To Verification This Report is Copyright Protected, And May Not Be Sold Or Distributed Or Reproduced In Whole Or In Part By Any Means  Amstat Office An Amstat Subscriber

v-06111-WPD Document 25 ASSOCIATED... 5LSD Docket 12/11/2000 Pa
Cust. Updated: 8/17/99
Page: 2

STATE CORPORATIONS
OWNERS' LIST PRINTOUT

CHALLENGER CL600 1015
CANADA GOVT. DEPT. OF TRANS   STEVEN BUCKLES - DIRECTOR          JERRY TOUPIN - DIR. TECH. SVCS.   Company Code: O
AIRCRAFT SVCS., 58 SERVICE RD  Phone 613-998-3419                613-998 3403                      Reg. # 144608
GLOUCESTER, ONTARIO           Fax : 613-991-0366                 613-991-0366                      Airport Code: CYOW
K1V 9B2  CANADA                                                                                    Year . 1981

CHALLENGER CL600 1016
FIRST SEC BANK NATL ASSOC     NANCY DAHL - VICE-PRESIDENT        .                                 Company Code  O
CORPORATE TRUST DEPT          Phone 801-246-5630                                                   Reg # N920RV
79 S. MAIN ST., 3RD FLOOR     Fax  801-246-5053                                                    Airport Code: BCT
SALT LAKE CITY UT 84111                                                                            Year . 1981

CHALLENGER CL600 1017
CANADA GOVT DEPT. OF TRANS    STEVEN BUCKLES - DIRECTOR          JERRY TOUPIN - DIR TECH SVCS      Company Code  O
AIRCRAFT SVCS  58 SERVICE RD  Phone 613-998-3419                613-998-3403                      Reg # 144609
GLOUCESTER, ONTARIO           Fax : 613-991-0365                613-991-0365                      Airport Code: N/A
K1V 9B2  CANADA                                                                                   Year . 1981

CHALLENGER CL600 1018
WILKINSON FLYING SERVICE      RONALD DYKES - PRESIDENT/PILOT STEVE DICKSON - MAINT DIRECTOR       Company Code  O
2285 EXECUTIVE DR.            Phone 606-293-2999                606-255 8865                       Reg. #. N771WW
SUITE 400                     Fax : 606-293-9394                806-254-4370                       Airport Code: LEX
LEXINGTON KY 40505                                                                                 Year : 1981

CHALLENGER CL600 1019
NOTO EXECUTIVE AIR S.A.       CLAUDE JOURDA  PRESIDENT           YALA SETI - CHAIRMAN              Company Code  O
DBA GENERAL AVIATION INTL.    Phone 41-22-735-1544               41-22-735-1544                     Reg # 3B-GFI
58 RUE DE LA TERRASSIERE      Fax : 41-22-735-1943               41-22-735-1943                     Airport Code  LSGG
CH-1207 GENEVA  SWITZERLAND                                                                         Year . 1981

CHALLENGER CL600 1020
PEDUS BUILDING SERVICES INC.  PETER DUSSMANN - OWNER            RICHARD GRUNWALD - CHIEF PILOT    Company Code  O
DBA P. DUSSMANN, INC          Phone 49-30-20250                 49-172-3932062                      Reg. #: N600PD
FRIEDRICHSTR. 90              Fax : 49-30-20251214              49-33-76554313                      Airport Code: EDDI
D-10117 BERLIN  GERMANY                                                                             Year. 1981
                                                                                                   For Sale

CHALLENGER CL600 1021
HOP - A - JET INC             BARRY ELLIS - PRESIDENT           CURTIS YEAGLE - MAINT. DIRECTOR   Company Code  O
DBA CHALJET 1021 HOLDINGS INC Phone 954 771-5779                954-771-5779                        Reg # N63HJ
5340 N W 21ST AVE. HGR  60    Fax : 954-772-6981                954-772-6981                        Airport Code  FXE
FT. LAUDERDALE FL 33309-2722                                                                        Year: 1981

CHALLENGER CL600 1022
CANADA GOVT DEPT  OF TRANS    STEVEN BUCKLES - DIRECTOR          JERRY TOUPIN - DIR  TECH SVCS    Company Code  O
AIRCRAFT SVCS , 58 SERVICE RD  Phone 613-998-3419                613-998-3403                      Reg # 144610
GLOUCESTER, ONTARIO           Fax  613-991-0365                 613-991-0365                       Airport Code: CYOW
K1V 9B2  CANADA                                                                                    Year  1981

CHALLENGER CL600 1023
INTL PAPER CO.                BOB CASSIDY - C P / AVIATION MGR  JOHN DILLON - C O B /C.E O         Company Code  O
DBA UNION CAMP CORP           Phone 914-428-6680                914-397-1500                        Reg #  N90UC
184 AIRPORT RD. HGR  D        Fax : 914-428-3478                914-397-1573                        Airport Code: MMU
WHITE PLAINS NY 10604                                                                               Year  1981
                                                                                                   For Sale

CHALLENGER CL600 1025
GRAFAIR INC                   IAN WOLFENDEN - SALES             BENGT GRAFSTROM - PRESIDENT       Company Code: O
485 NIEPORT DR                Phone 561-569-4650                46-8-982600                         Reg # N888LW
                              Fax  561-567-9236                 46-8-982620                         Airport Code: VRB
VERO BEACH FL 32968                                                                                 Year . 1981

CHALLENGER CL600 1026
FT. MITCHELL CONSTRUCTION LLC WILLIAM YUNG - PRESIDENT          .                                  Company Code  O
207 GRANDVIEW DR              Phone 606-331-0091                                                    Reg # N507HC
                              Fax . 606-578-1190                                                    Airport Code  LUK
FT MITCHELL KY 41017                                                                                Year : 1981

CHALLENGER CL600 1027
MARION PEPSI COLA BOTTLING CO JOHN RAINS - C F O               BILL WOODARD - FLIGHT DEPT  MGR   Company Code  O
OLD HIGHWAY 13 WEST           Phone 618-997-1377               618-997-1377                         Reg. # N676CG
                              Fax  618-993-5432                618-998-3350                         Airport Code  MWA
MARION IL 62959                                                                                     Year , 1981

CHALLENGER CL600 1028
AEROSERVICIO EJEC, COCODRILO  .                                 .                                  Company Code  O
                              Phone                                                                 Reg. #. YV1111CP
                              Fax                                                                   Airport Code:
CARACAS  VENEZUELA                                                                                  Year  1981

CHALLENGER CL600 1029
JET FLITE O Y
BOX 86
VANTAA
01531 FINLAND
OLLI KOSKIMIES - MANAGING DIRERAMI ILPO - CHIEF PILOT
Phone 358-9-822766
Fax: 358-9-8703202
358-9-822766
358 9 8703202
Company Code O
Reg # OH-WIH
Airport Code. EFHK
Year 1991

CHALLENGER CL600 1030
CANADA GOV'T DEPT OF TRANS STEVEN BUCKLES - DIRECTOR
AIRCRAFT SVCS., 58 SERVICE RD Phone 613-998-3419
GLOUCESTER, ONTARIO Fax 613-991-0365
K1V 9B2 CANADA
JERRY TOUPIN - DIR TECH SVCS
613-998-3403
613-991-0365
Company Code: O
Reg. #. 144611
Airport Code. CYOW
Year. 1981

CHALLENGER CL600 1031
CIDAT AVIATION CORP
DBA TADIC INC
300 W 11TH ST
KANSAS CITY MO 64105
JAKE JACOBUS - DIR MAINTENANCMICHAEL MERRIAM - C.O.B.
Phone 816-472-7330
Fax: 816-472-5534
816-391-2007
816-391-2018
Company Code O
Reg # N820S
Airport Code. MKC
Year 1981

CHALLENGER CL600 1032
GULF STATES PAPER CORP.
BOX 48999

TUSCALOOSA AL 35404-8999
ED WOODS - PRESIDENT
Phone 205-553-6200
Fax 205-562-5012
GLEN PLUGGE - CHIEF PILOT
205-339-0707
205-339-7297
Company Code. O
Reg. #. N1884
Airport Code. TCL
Year 1981

CHALLENGER CL600 1033
READING JET SERVICE INC
104- C WEST APRON DR

READING PA 19605
TOM HARDY - CHIEF PILOT
Phone 610-373-7512
Fax 610-373-3943
JAMES LASH - PRESIDENT
610-373-7512
610-373-3943
Company Code O
Reg. #. N357RT
Airport Code RDG
Year. 1982

CHALLENGER CL600 1034
INROTS S.A
AV. CALLAO 420
PISO 4 OFICINA C
C P. 1022 B.A. ARGENTINA
JORGE TAQUELA - PRESIDENT
Phone 54-11-4372-0982
Fax 54-11-4372-0982
GUSTAVO NUNEZ - CHIEF PILOT
54-11-4348-0999
54-11-4348-0901
Company Code O
Reg. # LV-YLB
Airport Code. SAEZ
Year. 1982

CHALLENGER CL600 1035
SIERRA AVIATION
150 RICHARDS RD
SUITE 126
KANSAS CITY MO 64116
JAMES STOWERS III - C E O
Phone 816-474-5102
Fax. 816-474-5916
JOHN BELANGER - CHIEF PILOT
816-474-5102
816-474-5916
Company Code: O
Reg. #: N700CI
Airport Code: MKC
Year. 1982

CHALLENGER CL600 1036
BUSINESS AVIATION DEL. INC.
C/O R E PHELON CO.
895 UNIVERSITY PARKWAY
AIKEN SC 29801
RUSSELL PHELON - PRESIDENT
Phone 803-643-4301
Fax 803-643-4326
JAY SKINNER - CHIEF PILOT
803-643-3010
803-643-4326
Company Code. O
Reg # N9000P
Airport Code AIK
Year 1981

CHALLENGER CL600 1037
WRITTEN OFF

SUN VALLEY ID
Phone
Fax
Company Code O
Reg. #
Airport Code:
Year. 1982

CHALLENGER CL600 1038
HOP - A - JET INC
DBA CHALJET 1021 HOLDINGS INC Phone 954-771-5779
5340 N W. 21ST AVE HGR 60 Fax 954-772-6961
FT LAUDERDALE FL 33309-2722
BARRY ELLIS - PRESIDENT
CURTIS YEAGLE - MAINT DIRECTOR Reg. #: N65HJ
954-771-5779
954-772-6961
Company Code: O
Airport Code. FXE
Year : 1982

CHALLENGER CL600 1039
H S P GROUP
DBA H S P TRANSPORTATION INC. Phone 619-857-0400
3386 N TORREY PINES, STE 210 Fax 619-857-0031
LA JOLLA CA 92037
LOWELL POTIKER - PRESIDENT
Company Code: O
Reg #: N722HP
Airport Code: 1B1
Year 1982

CHALLENGER CL600 1040
CANADA GOV'T DEPT OF TRANS STEVEN BUCKLES - DIRECTOR
AIRCRAFT SVCS , 58 SERVICE RD. Phone 613-998-3419
GLOUCESTER, ONTARIO Fax 613-991-0365
K1V 9B2 CANADA
JERRY TOUPIN - DIR. TECH. SVCS
613-998-3403
613-991-0365
Company Code. O
Reg # 144601
Airport Code: CYOW
Year. 1982

CHALLENGER CL600 1041
AERO TOY STORE INC
1710 W. CYPRESS CREEK RD

FT LAUDERDALE FL 33309
DENNIS ANDERSEN - CHIEF PILOT MORRIS SHIRAZI - PRESIDENT
Phone 954-771-1795
Fax: 954-771-3281
954-771-1795
954-771-3281
Company Code. O
Reg. # N141TS
Airport Code:
Year. 1982
For Sale

CHALLENGER CL800 1042
U.S. BANCORP LSG. & FINANCIAL   JOHN FJELLMAN - A/C LEASING MADAVID SABIN - EQUIPMENT MANAGER
430 N.E. ADAMS                  Phone 360-834-0759              503-797-0234
SUITE 200                       Fex : 360-834-1157             503-797-0495
CAMIS WA 98607

Company Code  O
Reg # N999TF
Airport Code  PWK
Year  1982

CHALLENGER CL800 1043
QUICK & REILLY INC              LESLIE QUICK JR. - C.E.O        MICHAEL RYAN - CHIEF PILOT
230 S  COUNTY ROAD              Phone 561-855-8000             561-683-4121
                                Fax : 561-855-9010            561-689-1849
PALM BEACH FL 33480

Company Code  O
Reg. #: N1000R
Airport Code: PBI
Year  1982

CHALLENGER CL600 1044
PRADO AVIATION L.L.C.           BOLAND JONES - PRESIDENT        -
C/O PREMIER TECHNOLOGIES        Phone 404-262-8400
3399 PEACHTREE RD  NE STE 600  Fax   404-262-8522
ATLANTA GA 30326

Company Code  O
Reg. #  N600BT
Airport Code  AVL
Year  1982

CHALLENGER CL600 1045
WARD, MAXWELL                   MAXWELL WARD - OWNER/PILOT      TOM WHISTANCE - CHIEF PILOT
59W BROOKE DRIVE                Phone 780-434-9291             780-455-5227
EDMONTON A.B.                   Fax    780-437-1053            780-447-3161
T6J2C8 CANADA

Company Code  O
Reg #  C-GBKB
Airport Code  CYXD
Year : 1982

CHALLENGER CL800 1046
FUGATE, J  LARRY                J  LARRY FUGATE - OWNER         MIKE WISE - CHIEF PILOT
C/O FUGATE ENTERPRISES          Phone 316-722-5670             316-722 5670
208 S  MAIZE RD.                Fax   316-722-2437            316-722-2437
WICHITA KS 87209

Company Code  O
Reg. #. N246JL
Airport Code. ICT
Year  1982

CHALLENGER CL600 1047
ATHENIAN AIR LINK               STEPHEN SKOUFALOS -             -
C/O CHALOS & BROWN              Phone 212-661-5440
300 EAST 42ND STREET 3RD FLR   Fax . 212-697-8999
NEW YORK NY 10017

Company Code  O
Reg. #  N556WD
Airport Code
Year : 1982

CHALLENGER CL600 1048
PAL - AIR LTD  CALGARY          PAUL ALBRECHTSEN - PRESIDENT  JIM MATTHEWMAN - CHIEF PILOT
250 OAK POINT HWY               Phone 204-633-4330             204-831-5279
WINNIPEG, MANITOBA              Fax   204-632-5450            204-632-5450
R2R 1V1 CANADA

Company Code  O
Reg. #  C-GDDR
Airport Code  CYWG
Year  1982

CHALLENGER CL600 1049
BOMBARDIER CAPITAL INC          GEORGE CALVER - V P/ GENERAL   IPETER BRYCE - ACCOUNT MANAGER
1600 MOUNTAINVIEW DR            Phone 802-654-8100             802-654-8100
                                Fax : 802-654-8431            802-654-8431
COLCHECTER VT 05446

Company Code  O
Reg. #  N491DB
Airport Code
Year : 1982
For Sale

CHALLENGER CL800 1050
PRICE COSTCO                    BOB LAZEAR - CHIEF PILOT        JAMES SINEGAL - PRESIDENT
DBA NORTH PACIFIC ENTERPRISES  Phone 425-313 8592             425-313-8163
999 LAKE DR                     Fax : 425-827-2756            425-313-8103
ISSAQUAH WA 98027

Company Code: O
Reg. #. N82CN
Airport Code  BFI
Year  1982
For Sale

CHALLENGER CL600 1051
BEN HILL GRIFFIN INC            BEN GRIFFIN - PRESIDENT         RICK DOUGLAS - CHIEF PILOT
BOX 127                         Phone 941-635-2251             941-452-1889
                                Fax . 941-635-7333            941-453-2807
FROSTPROOF FL 33843

Company Code  O
Reg  #  N91UC
Airport Code: AVO
Year : 1982

CHALLENGER CL800 1052
VOLTRON AIR L.L.C.              DAN NEUMANN - MEMBER            -
C/O KOPLAR COMMUNICATIONS      Phone 314-345-1010
1 MEMORIAL DR , SUITE 2000     Fax   314-345-1091
ST. LOUIS MO 63102

Company Code  O
Reg #  N409KC
Airport Code  SUS
Year  1982
For Sale

CHALLENGER CL600 1053
G.E.C.C.                        SCOTT FORSBERG - AIRCRAFT SAI - 3 MGR
44 OLD RIDGEBURY RD             Phone 203-796-1466
                                Fax   203 796 1306
DANBURY CT 06810

Company Code  O
Reg. #: N397BE
Airport Code: PBI
Year : 1983

CHALLENGER CL600 1054
MARKET AIR L.L.C                STEVE SANDLER - PRESIDENT       FRANK LEVENTHAL - CHIEF PILOT
C/O L M  SANDLER & SONS         Phone 757-463-5000             757 857-4445
448 VIKING DR., STE  220        Fax : 757-463-6898            757-857-4446
VIRGINIA BEACH VA 23542

Company Code: O
Reg. #. N602AS
Airport Code: ORF
Year . 1982

v-06111 Printed: 6/18/99 Cust. Updated: 6/17/99 Document 25   AMSTAT CORPORATION'S OWNERS LIST PRINTOUT SD Docket 12/11/2000   Pa

Page: 5

CHALLENGER CL600 1055
DOUBLEPLAY AVIATION, L.L.C.
5887 LANGLEY AVE
LOVELAND CO 80538
JOHN WARRENEER - CHIEF PILOT
Phone 970-663-3400
Fax . 970-663-3795
MIKE MONFORT - CO-OWNER
303-782-5437
303-298 2038
Company Code: O
Reg #: N543CR
Airport Code: FNL
Year: 1982

CHALLENGER CL600 1056
CHALLENGER 1056 INC.
C/O SUPERMARINE AVITAT
2828 DONALD DOUGLAS LOOP NO
SANTA MONICA CA 90405
BART GAULT - CHIEF PILOT
Phone 310-399-6659
Fax · 310-392-0504
HOWARD LEIGHT - PRESIDENT
819-861-8383
619-661-1179
Company Code O
Reg #: N600TE
Airport Code: SMO
Year · 1982

CHALLENGER CL600 1057
AEROXTRA S.A. DE C V.
MELCHOR OCAMPO N467
PISO 2, COL. ANZURES
D.F. MEXICO
Phone .
Fax .
Company Code: O
Reg #: XA-RAP
Airport Code:
Year: 1982

CHALLENGER CL600 1058
HOP - A - JET INC
5340 N.W. 21ST AVENUE
HANGAR 60
FT. LAUDERDALE FL 33309-2722
BARRY ELLIS - PRESIDENT
Phone 954-771-5779
Fax  954-772-6981
CURTIS YEAGLE - MAINT DIRECTOR
954-771-5779
954-772-6981
Company Code: O
Reg #: N60HJ
Airport Code FXE
Year  1982

CHALLENGER CL600 1059
HAMILTON COMPANIES L.L.C.
1560 BROADWAY
SUITE 2200
DENVER CO 80202
FRED HAMILTON - PRESIDENT
Phone 303-863-3000
Fax · 303-863-3022
WILLIAM RENBAUM - AVIATION MGR
303-649-1760
303-649-1678
Company Code O
Reg #: N3HB
Airport Code, APA
Year . 1982

CHALLENGER CL600 1060
JOSEPHINE ABERCROMBIE INTEREDEAN WELCH - CHIEF PILOT
4058 VERSAILLES RD
SUITE 5C
LEXINGTON KY 40510
Phone 606-389-9493
Fax  606-389-9495
JOSEPHINE ABERCROMBIE  PRESID
Company Code. O
Reg # N74JA
Airport Code: LEX
Year . 1982

CHALLENGER CL600 1061
G M D. AVIATION L.L C.
1878 PIEDMONT RD.
ATLANTA GA 30324
RICHARD HOMA - PRESIDENT
Phone 404-888-9465
Fax . 404-888-9496
MICHAEL DEEHAN - CHIEF PILOT
770-277-9000
770-277-9083
Company Code  O
Reg #: N770JC
Airport Code: LZU
Year  1982

CHALLENGER CL600 1062
CONSOLIDATED AIRCRAFT LEASIN ·
1209 ORANGE ST.
WILMINGTON DE 19801
Phone .
Fax .
Company Code: O
Reg. #. N685D
Airport Code
Year . 1982

CHALLENGER CL600 1063
HENRY IV L.L.C
900 FAIRWAY LANE
SODDY DAISY TN 37379
HENRY G LUKEN, III - MANAGER
Phone 423-332-1314
Fax · 423-332 0831
DONN STELTZER - CHIEF PILOT
423-777-0940
Company Code. O
Reg #: N770JC
Airport Code CHA
Year  1982

CHALLENGER CL600 1064
LARS AVIATION
1228 EUCLID AVE.
310 HALF E BLDG
CLEVELAND OH 44115
LEIGHTON ROSENTHAL - PRESIDE
Phone 216-523-8120
Fax  216-736-8183
GARY SEXTON - CHIEF PILOT
216-267-3711
216-267-5853
Company Code. O
Reg #: N100LR
Airport Code: CLE
Year · 1982

CHALLENGER CL600 1065
CANADA GOV'T DEPT OF TRANS.
AIRCRAFT SVCS., 58 SERVICE RD
GLOUCESTER, ONTARIO
K1V 9B2 CANADA
STEVEN BUCKLES - DIRECTOR
Phone 613-998-3419
Fax · 613-991-0366
JERRY TOUPIN - DIR  TECH  SVCS
613-998-3403
613-991-0365
Company Code  O
Reg. #: 144602
Airport Code: CYOW
Year . 1982

CHALLENGER CL600 1066
ESCH, JOSEF
C/O JOSEF ESCH FONDS-PROJEKT
STEINSTRASSE 2-4, D-53844
TROISDORF GERMANY
JOSEF ESCH - PRESIDENT
Phone 49-2241-9870
Fax . 49-2241-987195
ROLAND MARENGER - CHIEF PILOT
49-2241-987166
49-2241-987195
Company Code O
Reg #: D-BSNA
Airport Code EDDK
Year · 1982

CHALLENGER CL600 1067
OAK AIR LTD.
3875 EMBASSY PKWY
SUITE 250
AKRON OH 44333-8334
JAMES OELSCHLAGER - PRESIDE
Phone 330-668-1234
Fax : 330-668-2901
RAY PROUD - CHIEF PILOT
330-668-1234
330-668-2901
Company Code· O
Reg #· N2480AK
Airport Code: CAK
Year · 1982

CHALLENGER CL600 1068
GECC
44 OLD RIDGEBURY RD.

DANBURY CT 06810

SCOTT FORSBERG - AIRCRAFT SAI - 5 MGR.
Phone 203-796-1488
Fax : 203-796-1306

Company Code: O
Reg # N160LC
Airport Code EAT
Year 1982

CHALLENGER CL600 1069
BELLEW SKY INC
100 2ND AVE S
SUITE 704
ST PETERSBURG FL 33701

B. GRAY GIBBS - OWNER/CHIEF PIL - I
Phone 727-892-6001
Fax 727-892-6002

Company Code: O
Reg # N455BE
Airport Code PIE
Year 1982

CHALLENGER CL600 1070
M.T.M. AVIATION G M B H
BOX 231855
D-85327
MUNICH GERMANY

WERNER BADER - PRESIDENT
Phone 49-89-97597500
Fax 49-89-97597505

KLAUS BADER - AVIATION MANAGER
49-89-6493070
49-89-6410247

Company Code O
Reg # D-BUSY
Airport Code. EDDM
Year 1982

CHALLENGER CL600 1071
H C E LEASING L.L.C.
C/O LIFE CARE CTRS. OF AMERICA
BOX 3460
CLEVELAND TN 37320

FORREST PRESTON - MEMBER/OWNER
Phone 423-473-5503
Fax 423-339-8340

FRED SALYERS - CHIEF PILOT
423-899-8889
423-894-5685

Company Code O
Reg # N220LC
Airport Code: CHA
Year 1982

CHALLENGER CL600 1072
FOUNTAINHEAD SALES & LSG CO.
1394 BROADWAY AVE

BRAZELTON GA 30817

JOHN PANOZ - PRESIDENT
Phone 770-867-0903
Fax : 770-867-0902

JOEL FOY - CHIEF PILOT
770-831-0353

Company Code. O
Reg. #: N10PN
Airport Code. LZU
Year : 1982

CHALLENGER CL600 1073
VIRGINIA AIR CORP
11064 STAPLES MILL RD

GLEN ALLEN VA 23060

E.C. ROBINS - PRESIDENT
Phone 804-672-1990
Fax 804-756-0405

DANA CHELBORG - VICE PRESIDENT
804-672-1990
804-758-0408

Company Code: O
Reg # N125AN
Airport Code: RIC
Year 1982

CHALLENGER CL600 1074
KINGDOM HOLDING COMPANIES
BOX 5653

RIYADH 11492 SAUDI ARABIA

MARVIN ENNIS - AVIATION MANAG
Phone 966-1-4881111
Fax 966-1-4811362

BILL MOERS - CHIEF PILOT
966-1-4881111
966-1-4811362

Company Code: O
Reg # HZ-WT2
Airport Code OERK
Year 1982

CHALLENGER CL600 1075
INTERPLANETARY AVIATION INC.
DBA RIVERHORSE INVESTMENTS
BOX 770-155
PARK CITY UT 84060

JEFFREY SUDIKOFF - PRESIDENT
Phone 310-656-8332
Fax : 310-382-3376

GLORIA APPELBAUM - ASST. SECRE
310-656-8332
310-382-3376

Company Code: O
Reg # N751DB
Airport Code: VNY
Year 1982

CHALLENGER CL600 1076
WHITE CLOUD CO INC
WESTCHESTER COUNTY AIRPORT
HANGAR E
WHITE PLAINS NY 10604

JOHN WHITEHEAD - PRESIDENT
Phone 914-761-4011
Fax 914-761-4832

JOHN KERMACHEK - CHIEF PILOT
914-761-4011
914-761-4832

Company Code O
Reg. # N601WW
Airport Code. HPN
Year : 1982

CHALLENGER CL600 1077
NASCAR INC.
1801 W. INTL SPEEDWAY BLVD

DAYTONA BEACH FL 32114-1243

WILLIAM FRANCE - PRESIDENT
Phone 904-253-0811
Fax 904-258-7646

DARIUS IRANI - DIRECTOR OF AVIATI
804-947-6740
904-239-0615

Company Code O
Reg # N500R
Airport Code DAB
Year . 1983

CHALLENGER CL600 1078
WEGMAN'S FOOD MARKET INC.
1500 BROOKS AVE

ROCHESTER NY 14624

DANNY WEGMAN - PRESIDENT
Phone 716-328-2550
Fax : 716-429-3742

GARY HOMANICK - CHIEF PILOT
716-527-6829
716-527-8833

Company Code: O
Reg #: N1500
Airport Code: ROC
Year . 1983

CHALLENGER CL600 1079
J L LEASING L L.C.
C/O SUMMIT JET CORP
7144 REPUBLIC AIRPORT, HGR 41
E. FARMINGDALE NY 11735

DON ERICKSON - PRESIDENT
Phone 516-758-2545
Fax 516-758-0809

LOUIS CAPPELLI - CHAIRMAN
516-758-2545
516-758-0809

Company Code: O
Reg. #: N601SA
Airport Code. FRG
Year : 1983
For Sale

CHALLENGER CL600 1080
LUPTON COMPANY
702 TALLAN BLDG

CHATTANOOGA TN 37402

JOHN LUPTON - C.E O.
Phone 423-756-0611
Fax : 423-757-0504

RICK LYNCH - CHIEF PILOT
423-899-0043
423-899-4412

Company Code: O
Reg # N3JL
Airport Code: CHA
Year 1983

All Information Is Subject To Verification This Report Is Copyright Protected, And May Not Be Sold Or Distributed Or Reproduced

pilot

John Kermichick 1076

Hoo 1047

914- 761- 4011

White cloud charter

305 - 933 - 1309

Called him at 2:22 pm 6/19/99

Talked about proform and he was

looking for AOD work said I might

use him in near future.

601 - 600 pilot.

60'



# Aviation, Incorporated
### [Aircraft Acquisitions, Sales and Consulting]

## *Fax Transmittal*

**Date**        June 21, 1999

**To**          Denniis Lainey
**Company**     Turnberry Charters, Inc.
**Fax**         305 2189 9397

**From**        Ed Dahlberg

**Subject**     Challenger 600, S/N 1023
                Draft of Purchase agreement

Best regards.



EXHIBIT
23

Manassas Regional Airport • 9998 Wakeman Drive • Suite 212 • Manassas, Virginia 20110-2702
703-361-3330 • Fax: 703-361-3170 • Email: Planebiz@aol.com

TB 00237

## AIRCRAFT SALE AGREEMENT

AGREEMENT, made this _____ day of June 1999, by and between International Paper Company, with offices at 184 Airport Road, Box 9, White Plains, NY 10604 (hereinafter referred to as "Int'l Paper.") and Turnberry Charters, Inc.,, with offices at 15001 N.W.. 42nd Avenue, Suite 117, Miami, FL 33054 (hereinafter referred to as "Turnberry").

### WITNESSETH:

WHEREAS, Int'l Paper is the owner of a Challenger 600, Serial Number 1023, Registration Number N90UC, including the engines, avionics equipment, instrumentation and all items of equipment, parts, components and accessories presently installed thereon (hereinafter collectively referred to as the "Aircraft"); and

WHEREAS, the parties are mutually desirous of reducing their understandings and agreements to writing.

NOW, THEREFORE, in consideration of the mutual covenants herein contained, and other good and valuable consideration, the parties hereto agree as follows:

### 1. PERFORMANCE AND PURCHASE PRICE.

Int'l Paper agrees to sell and Turnberry agrees to purchase the Aircraft in its present condition provided the following conditions have been made and representations of Int'l Paper are made, and Turnberry agrees to pay to Int'l Paper therefore the sum of Seven Million ($7,000,000) Dollars, payable in the following manner:

> A.    A deposit in the amount of One Hundred Thousand Dollars ($100,000) heretofore placed in escrow by Turnberry with AIC Title Service, Oklahoma City. Oklahoma (hereinafter referred to as the "Escrow Agent"), which deposit is refundable until the Aircraft is accepted or rejected upon completion of the pre-purchase inspection to be completed on or about Thursday, June 24, 1999. If the Aircraft is accepted by Turnberry, the deposit will become refundable only in the event that Int'l Paper fails to deliver the Aircraft with a clear title or as provided in Paragraph 4 and Paragraph 9 hereof. Turnberry shall acknowledge acceptance of the pre-purchase inspection in the form attached hereto as Exhibit "A" and by this reference made a part hereof.

Page Two

>B.   Balance of purchase price plus half of the escrow fees upon
>delivery of the Aircraft and transfer of title instruments to Turnberry
>as hereinafter set forth.  Payment shall be made by bank wire
>transfer.

### 2.   REPRESENTATIONS

Int'l Paper agrees that at the time of delivery of the Aircraft to Turnberry:

>A.   The engine service plan (CMSP) for the Lycoming ALF502-L
>engines shall be transferred by Int'l Paper to Turnberry pursuant to
>Exhibit "B" attached hereto and made a part hereof.  The cost of
>transferring the CMSP agreement shall be for the account of
>Turnberry.

>B.   Any time remaining on the CAMP agreement shall be
>transferred to Turnberry.  The cost of transferring the CAMP
>agreement shall be for the account of Turnberry.  Additionally all
>CAMP, Canadair, Lycoming and vendor information or similar
>received by Int'l Paper shall be immediately forwarded to
>Turnberry.

>C.   Int'l Paper will assign, to the extent that Int'l Paper has the
>right to do so, all of its right, title and interest in any applicable
>manufacturer's warranties and/or vendor warranties.

### 3.   CONDITIONS OF SALE

Turnberry's obligation to purchase the Aircraft shall be subject to the following
conditions:

>A.   That the Aircraft will be delivered in its present condition
>with all systems operating.  Int'l Paper represents and warrants that
>all applicable FAA airworthiness directives and manufacturer's
>mandatory service bulletins and modifications have been complied
>with.

>B.   Pre-purchase inspection and a flight test of up to two hours
>("Inspection") to commence on or about Tuesday, June 23, 1999 at
>Midcoast Aviation Service Center, Cahokia, Illinois (hereinafter
>referred to as "Airport") to either accept or reject the Aircraft.  All
>costs of the Inspection, flight test and movement of the Aircraft
>shall be for the account of Turnberry.

TB 00239

Page Three

                       C    In the event Turnberry accepts the Aircraft, Int'l Paper shall have the option but not the obligation to pay for any discrepancies found affecting the airworthy condition or operational systems of the Aircraft.

### 4.  DAMAGE.

Int'l Paper represents that to the best of its knowledge the Aircraft has no damage history. Int'l Paper shall promptly notify Turnberry of any damage, accident or material change occurring to the Aircraft, any part thereof, or engines installed thereon, prior to the date of closing. In the event of destruction or material damage to the Aircraft on or before the transfer of title, either party may elect to cancel this Agreement. If this Agreement is canceled pursuant to the foregoing provisions, the Escrow Agent shall immediately return the deposit of One Hundred Thousand Dollars ($100,000) to Turnberry, and the parties will in such event have no further obligations hereunder.

### 5.  DELIVERY.

Int'l Paper and Turnberry agree that the delivery of the Aircraft will take place at the Airport within Three (3) business days of the acceptance of the pre-purchase inspection. The cost of moving the Aircraft to a location other than the Airport for delivery to shall be for the account of Turnberry. Turnberry shall acknowledge receipt and delivery of the Aircraft by executing and delivering to Int'l Paper an Aircraft Sales Final Acceptance and delivery in the form attached hereto as Exhibit "C" and by this reference made a part hereof.

### 6.  TRANSFER OF TITLE AND TITLE INSTRUMENTS.

Transfer of title and delivery of the Aircraft shall be made at a location mutually agreeable to the parties.

At the time of closing, Int'l Paper shall deliver to Turnberry:

                A.  An executed FAA Bill of Sale in the form required to permit registration of the Aircraft in the United States.

                B.  Warranty Bill of Sale in the form annexed hereto and marked Exhibit "D".

Page Four

> C. All Aircraft and engine logs, manuals, parts, maintenance data and
> other documentation maintained for the operation of the Aircraft.

### 7.    AIRCRAFT WARRANTY AND DISCLAIMER.

Int'l Paper warrants that the Aircraft is owned by Int'l Paper and shall be delivered to Turnberry free and clear of any mortgages, liens or encumbrances of any nature whatsoever. Turnberry acknowledges that Int'l Paper is selling the Aircraft to Turnberry in an "as-is, where-is" condition. ALL OTHER WARRANTIES OF Int'l Paper WHETHER EXPRESS, IMPLIED OR STATUTORY, INCLUDING BUT NOT LIMITED TO WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, ARE HEREBY EXCLUDED AND WAIVED BY TURNBERRY, ITS SUCCESSORS, ASSIGNS AND TRANSFEREES. IN NO EVENT SHALL INT'L PAPER BE LIABLE FOR COLLATERAL, CONSEQUENTIAL OR INCIDENTAL DAMAGES.

### 8.    TAXES.

Int'l Paper shall bear all taxes, duties or other similar charges assessed by any national, state or local government or any other authority in connection with Int'l Paper's ownership or use of the Aircraft at any time on or prior to the closing date. Turnberry shall bear all subsequent taxes, duties or similar charges that thereafter may be assessed by any national, state or local government or any other authority in connection with Turnberry's purchase, use or ownership of the Aircraft.

### 10.    BROKERAGE REPRESENTATIONS.

Except for Int'l Paper's obligation to Emerald Aviation, Inc, Int'l Paper and Turnberry each represent and warrant to the other that they have taken no action which would give rise to a valid claim for a broker's fee in connection with this transaction and each party agrees to indemnify and forever hold the other harmless from and against any claims for brokers' compensations, fees, or commissions arising out of the indemnifying party's actions.

**Page Five**

### 11. EXCUSABLE DELAY'S.

Int'l Paper shall not bee liable for any failure of or delay in delivery of the Aircraft for the period that such failure or delay is due to acts of God or the public enemy; civil war, insurrection or riots; fires, explosions or serious accidents; governmental priorities or allocations; strikes or labor disputes; inability to obtain Aircraft materials, accessories, equipment or parts from the vendors; or any other cause beyond Int'l Paper's control; provided, however, that Turnberry may elect to terminate this Agreement if such failure or delay continues for sixty (60) days or more. In the event that this agreement is cancelled pursuant to the foregoing provisions, the Escrow Agent shall immediately return the deposit in the amount of One Hundred Thousand ($100,000) Dollars to Turnberry and each of the parties shall be released and relieved of any obligations under this agreement.

### 12.    NOTICES.

Any notice required or permitted pursuant to this Agreement shall be in writing and shall be delivered either personally, by FAX machine, or by any overnight delivery service such as Airborne, Federal Express or DHL to the parties at their respective addresses as set forth below, and as the same may be changed by serving proper notice to the other party. The date of receipt of said Notice shall be the date on which the party to whom the Notice is directed acknowledges receipt thereof or refuses to receive same or if the Notice is transmitted by FAX machine when the FAX is verified as having been received. Each party shall have the responsibility to notify the other party of any change in address, and each party shall be permitted to rely upon the validity and accuracy of addresses set forth in this agreement, unless otherwise specifically notified of a change of address. All the provisions of this paragraph shall apply to any Notice as referred to in this agreement.

The initial notice addresses of the parties are as follows:

A.          In the case of Int'l Paper, to:

> Mr. Bob Cassidy
> Int'l Paper Company
> 184 Airport Road, Box 9
> White Plains, NY 10604
> FAX: 914 428 3478

**TB 00242**

Page Six

8.            In the case of Turnberry, to:

                        Dennis Lainey
                        Turnberry Charters, Inc.
                        15001 N.W. 42nd Avenue, Suite  117
                        FAX:  305 289 9397

### 12.   ENTIRE AGREEMENT

The parties agree that the foregoing constitutes the entire undersstanding of the parties, and shall not be modified or amended unless hereinafter made in writing signed by the authorized representatives of the parties.

### 13.  RESOLUTION OF DISPUTES

In the event a dispute or claim arises out of this Agreement, thes parties hereto hereby consent to have the dispute resolved by the general district courtt of New York.

### 14.   APPROVAL.

Int'l Paper and Turnberry each warrant to the other that the execcution, delivery, and performance of this Agreement has been authorized and approvedl by all required corporate action.

### 15. CONFIDENTIALITY.

Int'l Paper and Turnberry each agree that the specific destails regarding this transaction shall be kept confidential except as may  be required by law.

### 16.   COUNTERPARTS.

This Agreement may be executed in two or more counterparts;, each of which shall be deemed an original and shall be effective when executed by bo2th parties.

This agreement shall be binding upon the heirs, executors, ssuccessors and assignees of the parties.

*TB 00243*

Page Seven


IN WITNESS WHEREOF, the parties hereto have duly signed this Agreement on the day and year first above written.

INTERNATIONAL PAPER COMPANY


By:_____Title_____Date_____



TURNBERRRY CHARTERS, INC


By:_____Title_____Date_____

TB 00244

## EXHIBIT "A"

### AIRCRAFT PRE-PURCHASE ACCEPTANCE

Aircraft Make and Model:

Challenger 600

Serial No.:

1023

Registration No :                                              N90UC

This is to acknowledge acceptance of the pre-purchase inspection of the above-identified Aircraft in accordance with Aircraft Purchase Agreement dated June _____ 1999, by and between Int'l P'aper Company and Turnberry Charters, Inc.
ACCEPTED BY:

TURNBERRY CHARTERS, INC.


BY:_____


DATE OF ACCEPTANCE:_____

EXHIBIT "B"

## ENGINE MAINTENANCE SERVICE PLAN ASSIGNMENT

In consideration of the mutual covenants herein contained, and other good and valuable consideration, Int'l Paper Company, ("Int'l Paper") does hereby assign to Turnberry Charters, Inc. ("Turnberry") all of the right, title and interest of Int'l Paper in a certain Engine Maintenance Service Plan ("CMSP Agreement") which Int'l Paper has executed with Allied Signal for Lycoming ALF502L-2 engines, Serial Number L-F03099S and L-F03052S installed on Challenger 600, Serial No. 1023, Registration No. N90UC.

Int'l Paper represents and warrants to Turnberry that all payments required to be made under the CMSP Agreement are current and covenants and agrees that it will execute any additional instruments and/or documents required by Allied Signal to effectuate the transfer and assignment of the rights of Int'l Paper in the CMSP Agreement to Turnberry.

TB 00246

EXHIBIT "C"

## AIRCRAFT SALES FINAL ACCEPTANCE AND DELIVERY

Aircraft Make and Model:                              Challenger 600

Serial No.:                                          1023

Registration No.:                                    N90UC

Delivery of the above-identified Aircraft at Cahokia Airport, Cahokia, Illinois is acknowledged and said Aircraft is accepted in accordance with Aircraft Purchase Agreement dated June ___, 1999, by and between Int'l Paper Company and Turnberry Charters, Inc. acknowledge that all delivery conditions have been satisfied and that Int'l Paper Company has performed all its obligations under the Aircraft Purchase Agreement.

ACCEPTED BY:

TURNBERRRY CHARTERS, INC.

BY:

DATE OF ACCEPTANCE:

TB 00247

EXHIBIT "D"


### BILL OF SALE


KNOW ALL MEN BY TTHESE PRESENTS,

That Int'l Paper Compaany, a corporation organized and existing uunder the laws of
New York with principal officces at 184 Airport Road Box 9 White Plaiins, NY  10604,
Party of the First Part, for amd in consideration of the sum of One Dollar ($1.00) lawful
money of the United States, to it in hand paid, at or before delivery of ' these presents,
by Turnberry Charters, Inc. \whom can be contacted at at 15001 N.W. 42nd Avenue,
Suite 117, Miami, FL  330544, Party of the Second Part, the receipt of · which is hereby
acknowledged, does hereby · grant, bargain, sell, transfer and set over uunto the Party of
the Second Part, its successcors and assigns:

Challenger 600, Seriial Number 1023, together with the emgines, avionics
equipment, instrumentation  and all items of equipment, parts, ccomponents and
accessories presently installeed thereon.

TO HAVE AND TO HHOLD the same unto the Party of the SSecond Part, its
successors and assignees  forever.   And the Party of the First Ptart does for its
successors and assigns wanrrant that it is the lawful owner of said peersonal property;
that title to said property is ffree from all prior claims, liens and encumtbrances and that
the Party of the First Part haıs good right to sell the same as aforesaid.   The Party of the
First Part covenants and agrees to and with the said Party of the  Second Part to
warrant and defend the salee of the said personal property hereby soold unto the said
Party of the Second Part, itsı successors and assigns, against all and eıvery person and
persons whomsoever.

IN WITNESS WHEREIOF, the Party of the First Part has
caused these presents to bee signed by its duly authorized officer the dday and year first
above written.

INTERINATIONAL PAPER COMPANY


By:


TB 00248

EXHIBIT "E"

**SPARE PARTS INVENTORY**

TB 00249



**EXHIBIT**

24

# ⓐ **BELL**SOUTH

Page 1

DENNIS LAINEY
Account Number:    305 289-9397 682 0441
Bill Period Date:    Jul  7, 1999

| CURRENT CHARGES DUE BEFORE | AMOUNT OF LAST BILL | LESS PAYMENTS | ADJUSTMENTS | CURRENT CHARGES | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|
| Jul 29 | $231.85 | $231.85 | $0.00 | $261.12 | $261.12 |

## Important Notice(s)

**Late Charge Reminder: A 1.5% Late Payment Charge will apply to any unpaid balance as of Aug 9.**

Nonpayment of Regulated Charges may result in discontinuance of service. Failure to pay unregulated and certain other charges, all of which are identified by ** on your bill, will not result in an interruption of local service. The amount of Regulated Charges may be obtained by calling 780-2355.

## Helpful Numbers

BellSouth Telecommunications, Inc. (BST)

NOTE:   Numbers for other companies are listed on their bill pages.

RightTouch® Service ............................................. 1 800 826-6290
  A quick, convenient, automated, 24 hour customer service.
  (See "Messages" section for details.)
  Please protect your RightTouch® Personal Access Code (PAC):   8968

(continued on page 2) ▶

***** PLEASE FOLD, TEAR HERE AND RETURN THIS PORTION WITH YOUR PAYMENT. *****

Please make check payable to BellSouth in U.S. funds.

| CURRENT CHARGES DUE BEFORE | PAST DUE AMOUNT | TOTAL AMOUNT DUE | AMOUNT PAID | | | |
|---|---|---|---|---|---|---|
| Jul 29 | $0.00 | $261.12 | | AV | 0810 R13 | E010765 |

305 289-9397 682 0441
Jul  7, 1999

☐  **Check here if correspondence included.**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
#010765

P.O. BOX 33009
CHARLOTTE  NC
28243-0001

DENNIS LAINEY
SUITE 35-152
5800 OVERSEAS HWY
MARATHON    FL   33050-2735

305928993976820440810901130601100000000000000000000000026112

## ⓐ **BELL**SOUTH

DENNIS LAINEY
Account Number:    305 289-9397 682 0441
Bill Period Date:  Jul  7, 1999

---

### Helpful Numbers (continued)
BellSouth Telecommunications, Inc. (BST)
NOTE:  Numbers for other companies are listed on their bill pages.

**Billing Questions or to Place an Order:**
If calling from within the Florida BellSouth
service area ...................................................    780-2355
If calling from outside Florida or outside the
Florida BellSouth service area .................................    1-800-753-0710
**Repair:**
If calling from within the Florida BellSouth service area .......    611

---

### Detailed Statement of Charges

#### *Service Provider Summary*
Listed below are Local Toll and Long Distance Providers for your line(s).

| Line Number | Local Toll Company | Long Distance Company |
|---|---|---|
| ALL LINES | BellSouth Telecomm. Inc. | AT&T |

#### *Monthly Local Service Charges*                                    *Amount*
*Monthly Local Service - Jul 7 thru Aug 6*

| Basic Services | Quantity | |
|---|---|---|
| 1. Residential Line | 2 ... | 16.20 |
| 2. Emergency 911 Charge.  This charge is billed on behalf of Monroe County. | ∦ ... ** | .76 |
| 3. FCC Charge for Network Access | 1 ... | 3.50 |
| 4. FCC Charge for Network Access for Additional Line | 1 ... | 6.07 |
| 5. Telecommunications Access System Act Surcharge | 2 ... ** | .18 |

∦ Quantity may not apply to this service.

Total Basic Services ...........................................    26.71

| Optional Services | Quantity | |
|---|---|---|
| 6. Call Waiting | 1 ... | 4.10 |
| 7. Call Forwarding Busy Line | 1 ... | 1.00 |

** Unregulated Charge

AV    E010765

(continued on back)▶

# ⊛ **BELL**SOUTH

DENNIS LAINEY
Account Number:      305 289-9397 682 0441
Bill Period Date:   Jul  7, 1999

## **Detailed Statement of Charges**

### *Monthly Local Service Charges (continued)*

| *Optional Services (continued)* | *Quantity* | Amount |
|---|---|---|
| 8. Call Forwarding Don't Answer Ring Control | 1 ... | 1.00 |
| 9. Message Waiting Indication, Audio/Visual | 1 ... | .50 |
| 10. Listing-Not in Directory or Directory Assistance | 1 ... | 1.65 |
| 11. MemoryCall® Answering Service, Residence | 1 ... ** | 4.45 |
| Total Optional Services ........................................ | | 12.70 |
| Total Monthly Local Service Charges .......................... | | 39.41 |

### *Local Usage*                                                        Amount

*Local Usage Summary for 305 289-9397*

*Local Message Usage to the Expanded Area*

| Calls | Rate | Charges |
|---|---|---|
| 69 | .25 | 17.25 |

12. Local Usage Summary .......................................   17.25

*Local Usage Summary for 305 289-3008*

*Local Message Usage to the Expanded Area*

| Calls | Rate | Charges |
|---|---|---|
| 36 | .25 | 9.00 |

13. Local Usage Summary .......................................   9.00
Total Local Usage .............................................   26.25

### *Itemized Calls*                                                     Amount

305 289-9397

#### *Direct Dialed Calls*

| Date | Place Called | Number Called | Rate* | Time | Min | |
|---|---|---|---|---|---|---|
| 14. 06/09 | FTLAUDERDL FL | 954 771-1795 | AD | 01:27PM | 1.6 | .33 |
| 15. 06/09 | FTLAUDERDL FL | 954 771-1795 | AD | 02:40PM | 27.5 | 5.77 |
| 16. 06/10 | NORTH DADE FL | 305 933-5509 | AD | 11:42AM | 5.4 | 1.13 |
| 17. 06/10 | NORTH DADE FL | 305 933-5509 | AD | 12:13PM | 5.4 | 1.13 |
| 18. 06/10 | NORTH DADE FL | 305 933-5509 | AD | 12:23PM | 5.4 | 1.13 |
| 19. 06/10 | FTLAUDERDL FL | 954 236-0089 | AD | 12:31PM | 3.1 | .65 |
| 20. 06/14 | NORTH DADE FL | 305 933-5520 | AD | 09:28AM | 0.8 | .16 |

** Unregulated Charge

* Taxes and Rates Applied - See Back of First Page

AV    E010765                                          (continued)▶

# @ **BELL**SOUTH

Page 4

DENNIS LAINEY
Account Number:     305 289-9397 682 0441
Bill Period Date:   Jul 7, 1999

## Detailed Statement of Charges

*Itemized Calls (continued)*      *Amount*
305 289-9397 (continued)
*Direct Dialed Calls (continued)*

| | Date | Place Called | Number Called | Rate* | Time | Min | Amount |
|---|---|---|---|---|---|---|---|
| 21. | 06/15 | NORTH DADE FL | 305 933-5520 | AD | 10:21AM | 0.5 | .10 |
| 22. | 06/15 | NORTH DADE FL | 305 933-5520 | AD | 10:43AM | 0.6 | .12 |
| 23. | 06/15 | NORTH DADE FL | 305 933-5520 | AD | 02:34PM | 0.4 | .10 |
| 24. | 06/15 | NORTH DADE FL | 305 933-5520 | AD | 03:18PM | 28.6 | 6.00 |
| 25. | 06/16 | NORTH DADE FL | 305 933-5520 | AD | 12:50PM | 0.5 | .10 |
| 26. | 06/16 | NORTH DADE FL | 305 933-5509 | AD | 01:06PM | 1.3 | .27 |
| 27. | 06/16 | FTLAUDERDL FL | 954 359-0500 | AD | 04:01PM | 3.6 | .75 |
| 28. | 06/17 | JUPITER FL | 561 747-3500 | AD | 12:28PM | 6.8 | 1.42 |
| 29. | 06/17 | NORTH DADE FL | 305 933-5520 | AD | 01:39PM | 0.4 | .10 |
| 30. | 06/17 | NORTH DADE FL | 305 933-5520 | AD | 02:50PM | 22.4 | 4.70 |
| ✶ 31. | 06/19 | CORAL SPG FL | 954 227-8667 | AN | 02:22PM | 25.5 | 3.21 |
| ✗ 32. | 06/19 | NORTH DADE FL | 305 933-1309 | AN | 04:50PM | 55.5 | 6.99 |
| ✗ 33. | 06/20 | NORTH DADE FL | 305 933-1309 | AN | 02:29PM | 0.5 | .06 |
| 34. | 06/20 | NORTH DADE FL | 305 965-4105 | AN | 02:32PM | 0.4 | .06 |
| 35. | 06/21 | NORTH DADE FL | 305 933-5509 | AD | 09:59AM | 1.2 | .25 |
| 36. | 06/21 | NORTH DADE FL | 305 933-5509 | AD | 10:04AM | 1.2 | .25 |
| ✗ 37. | 06/21 | CORAL SPG FL | 954 227-8667 | AD | 02:56PM | 0.5 | .10 |
| 38. | 06/21 | FTLAUDERDL FL | 954 359-0500 | AD | 02:57PM | 0.6 | .12 |
| 39. | 06/21 | NORTH DADE FL | 305 933-5520 | AD | 04:12PM | 12.2 | 2.56 |
| 40. | 06/22 | NORTH DADE FL | 305 933-5520 | AD | 10:30AM | 0.7 | .14 |
| 41. | 06/22 | NORTH DADE FL | 305 933-5509 | AD | 11:05AM | 8.1 | 1.70 |
| 42. | 06/22 | NORTH DADE FL | 305 937-6200 | AD | 11:17AM | 0.9 | .18 |
| 43. | 06/22 | NORTH DADE FL | 305 933-5517 | AD | 01:10PM | 0.4 | .10 |
| 44. | 06/23 | NORTH DADE FL | 305 937-6200 | AD | 03:16PM | 0.7 | .14 |
| 45. | 06/29 | NORTH DADE FL | 305 933-5520 | AD | 11:00AM | 1.3 | .27 |
| 46. | 06/29 | BOYNTONBCH FL | 561 738-9300 | AD | 01:43PM | 0.4 | .10 |
| 47. | 06/29 | WPALMBEACH FL | 561 352-6615 | AD | 01:44PM | 3.1 | .65 |
| 48. | 06/29 | FTLAUDERDL FL | 954 771-1795 | AD | 05:36PM | 0.5 | .10 |
| ✗ 49. | 06/30 | CORAL SPG FL | 954 227-8667 | AD | 10:08AM | 0.4 | .10 |
| 50. | 06/30 | FTLAUDERDL FL | 954 771-1795 | AD | 11:36AM | 29.7 | 6.23 |

* Taxes and Rates Applied - See Back of First Page
     AV   E010765      (continued on back)▶

## ⊛ *BELL*SOUTH

Page 5

DENNIS LAINEY
Account Number:    305 289-9397 682 0441
Bill Period Date:    Jul  7, 1999

### Detailed Statement of Charges

*Itemized Calls (continued)*                                                              *Amount*
305 289-9397 (continued)
*Direct Dialed Calls (continued)*

| | Date | Place Called | Number Called | Rate* | Time | Min | Amount |
|---|---|---|---|---|---|---|---|
| 51. | 06/30 | FTLAUDERDL FL | 954 423-2742 | AD | 02:49PM | 17.4 | 3.65 |
| 52. | 07/02 | FTLAUDERDL FL | 954 771-3281 | AD | 09:32AM | 0.6 | .12 |
| 53. | 07/02 | FTLAUDERDL FL | 954 359-0500 | AD | 09:36AM | 1.2 | .25 |
| ✘ 54. | 07/02 | CORAL SPG FL | 954 227-8667 | AD | 09:38AM | 22.0 | 4.62 |
| 55. | 07/02 | NORTH DADE FL | 305 933-5502 | AD | 10:15AM | 2.9 | .60 |
| 56. | 07/02 | NORTH DADE FL | 305 933-5535 | AD | 10:36AM | 3.3 | .69 |
| 57. | 07/02 | NORTH DADE FL | 305 937-6200 | AD | 10:44AM | 1.2 | .25 |
| 58. | 07/02 | FTLAUDERDL FL | 954 359-0500 | AD | 10:48AM | 4.1 | .86 |
| 59. | 07/02 | NORTH DADE FL | 305 933-5520 | AD | 10:56AM | 1.2 | .25 |
| 60. | 07/02 | FTLAUDERDL FL | 954 423-2712 | AD | 10:57AM | 1.3 | .27 |
| 61. | 07/02 | FTLAUDERDL FL | 954 359-0500 | AD | 01:21PM | 14.5 | 3.04 |
| 62. | 07/02 | FTLAUDERDL FL | 954 359-0504 | AD | 02:40PM | 8.6 | 1.80 |
| 63. | 07/02 | FTLAUDERDL FL | 954 359-0504 | AD | 03:10PM | 0.1 | .10 |
| 64. | 07/02 | FTLAUDERDL FL | 954 359-0504 | AD | 03:11PM | 0.8 | .16 |
| 65. | 07/02 | NORTH DADE FL | 305 933-5509 | AD | 04:19PM | 1.7 | .35 |
| 66. | 07/02 | NORTH DADE FL | 305 933-5509 | AD | 04:21PM | 1.7 | .35 |
| 67. | 07/02 | NORTH DADE FL | 305 933-5509 | AD | 04:30PM | 1.7 | .35 |
| 68. | 07/02 | NORTH DADE FL | 305 933-5509 | AD | 04:39PM | 1.8 | .37 |
| 69. | 07/03 | FTLAUDERDL FL | 954 359-8816 | AN | 11:00AM | 0.8 | .10 |
| 70. | 07/06 | BOYNTONBCH FL | 561 738-9300 | AD | 10:11AM | 0.6 | .12 |
| 71. | 07/06 | FTLAUDERDL FL | 954 359-8816 | AD | 10:51AM | 0.6 | .12 |
| 72. | 07/06 | FTLAUDERDL FL | 954 771-1795 | AD | 01:09PM | 3.3 | .69 |
| 73. | 07/06 | NORTH DADE FL | 305 933-5520 | AD | 01:15PM | 0.3 | .10 |
| 74. | 07/06 | NORTH DADE FL | 305 933-5535 | AD | 01:18PM | 0.1 | .10 |
| 75. | 07/06 | NORTH DADE FL | 305 933-5545 | AD | 01:18PM | 0.8 | .16 |
| 76. | 07/06 | NORTH DADE FL | 305 937-6200 | AD | 01:22PM | 7.2 | 1.51 |
| 77. | 07/06 | FTLAUDERDL FL | 954 771-3281 | AD | 01:38PM | 1.1 | .23 |
| 78. | 07/06 | FTLAUDERDL FL | 954 771-3281 | AD | 02:05PM | 0.8 | .16 |
| 79. | 07/06 | FTLAUDERDL FL | 954 771-1795 | AD | 02:19PM | 7.7 | 1.61 |
| 80. | 07/06 | NORTH DADE FL | 305 933-5509 | AD | 03:07PM | 1.7 | .35 |

* Taxes and Rates Applied - See Back of First Page

AV    E010765

(continued)▶

# ⓐ **BELL**SOUTH

DENNIS LAINEY
Account Number:   305 289-9397 682 0441
Bill Period Date:   Jul  7, 1999

## Detailed Statement of Charges

### *Itemized Calls (continued)*                *Amount*
### 305 289-9397 (continued)
### *Direct Dialed Calls (continued)*

|  | Date | Place Called | Number Called | Rate* | Time | Min | Amount |
|---|---|---|---|---|---|---|---|
| 81. | 07/06 | NORTH DADE FL | 305 933-5509 | AD | 03:50PM | 3.2 | .67 |
| 82. | 07/06 | NORTH DADE FL | 305 933-5509 | AD | 03:55PM | 1.1 | .23 |
| 83. | 07/06 | NORTH DADE FL | 305 933-5520 | AD | 04:18PM | 0.9 | .18 |
| 84. | 07/06 | NORTH DADE FL | 305 333-2579 | AD | 04:29PM | 0.5 | .10 |
| 85. | 07/06 | NORTH DADE FL | 305 933-5509 | AD | 04:47PM | 1.6 | .33 |
| 86. | 07/06 | FTLAUDERDL FL | 954 359-8816 | AD | 05:21PM | 0.4 | .10 |
| 87. | 07/06 | FTLAUDERDL FL | 954 359-8816 | AN | 06:55PM | 2.8 | .35 |
| 88. | 07/07 | FTLAUDERDL FL | 954 236-0089 | AD | 08:09AM | 0.9 | .18 |
| 89. | 07/07 | FTLAUDERDL FL | 954 771-1795 | AD | 09:30AM | 1.6 | .33 |
| 90. | 07/07 | NORTH DADE FL | 305 933-5520 | AD | 09:36AM | 5.0 | 1.05 |
| 91. | 07/07 | NORTH DADE FL | 305 933-5520 | AD | 01:23PM | 0.3 | .10 |
| 92. | 07/07 | NORTH DADE FL | 305 933-5520 | AD | 01:51PM | 1.0 | .21 |
| 93. | 07/07 | NORTH DADE FL | 305 933-5509 | AD | 01:55PM | 1.6 | .33 |
| 94. | 07/07 | FTLAUDERDL FL | 954 359-8816 | AD | 02:27PM | 0.1 | .10 |
| 95. | 07/07 | FTLAUDERDL FL | 954 359-8816 | AD | 02:28PM | 0.5 | .10 |
| 96. | 07/07 | NORTH DADE FL | 305 933-5520 | AD | 02:29PM | 1.7 | .35 |

Total Direct Dialed Calls .................................... 75.31
Total Charges for 305 289-9397 .............................. 75.31
The above total does not include the following taxes:
      Federal Tax ............................ $2.28
      Florida Gross Receipts Surcharge ........ $0.77

### 305 289-3008
### *Direct Dialed Calls*

|  | Date | Place Called | Number Called | Rate* | Time | Min | Amount |
|---|---|---|---|---|---|---|---|
| 97. | 06/10 | NORTH DADE FL | 305 933-5520 | AD | 12:08PM | 1.6 | .33 |
| ✗ 98. | 06/16 | CORAL SPG FL | 954 227-8667 | AD | 04:18PM | 0.8 | .16 |
| 99. | 06/21 | NORTH DADE FL | 305 937-6200 | AD | 05:33PM | 1.4 | .29 |
| 100. | 06/22 | NORTH DADE FL | 305 904-2379 | AD | 04:17PM | 25.1 | 5.27 |
| 101. | 06/29 | NORTH DADE FL | 305 933-5520 | AD | 03:25PM | 27.4 | 5.75 |

* Taxes and Rates Applied - See Back of First Page
              AV   E010765                (continued on back)▶

**@ BELL**SOUTH

Page 7

DENNIS LAINEY
Account Number:    305 289-9397 682 0441
Bill Period Date:  Jul  7, 1999

## Detailed Statement of Charges

### *Itemized Calls (continued)*        *Amount*
305 289-3008 (continued)
*Direct Dialed Calls (continued)*

| | Date | Place Called | Number Called | Rate* | Time | Min | |
|---|---|---|---|---|---|---|---|
| 102. | 06/30 | NORTH DADE FL | 305 933-5520 | AD | 09:40AM | 1.1 | .23 |
| 103. | 06/30 | NORTH DADE FL | 305 933-5520 | AD | 10:32AM | 13.9 | 2.91 |
| 104. | 07/02 | BOYNTONBCH FL | 561 738-9300 | AD | 09:09AM | 5.8 | 1.21 |
| 105. | 07/06 | FTLAUDERDL FL | 954 771-1795 | AD | 10:13AM | 5.1 | 1.07 |
| 106. | 07/06 | BOYNTONBCH FL | 561 738-9300 | AD | 10:24AM | 11.8 | 2.47 |
| 107. | 07/06 | NORTH DADE FL | 305 933-5520 | AD | 10:40AM | 0.3 | .10 |
| 108. | 07/07 | NORTH DADE FL | 305 933-5520 | AD | 12:57PM | 1.2 | .25 |

Total Direct Dialed Calls ...................................... 20.04
Total Charges for 305 289-3008 ............................... 20.04
The above total does not include the following taxes:

       Federal Tax ............................ $0.61
       Florida Gross Receipts Surcharge ........ $0.20

Total Itemized Calls ......................................... **95.35**

### *Optional Calling Services*        *Amount*
*IntraLATA Volume Discount*

       Total Amount of Eligible Calls ............ 95.35
109. Volume Discount at 30% ................................... 28.61CREDIT
Total IntraLATA Volume Discount ............................... 28.61CREDIT
Total Optional Calling Services ............................... 28.61CREDIT

### *Taxes*        *Amount*
*Taxes on Regulated Services*

110. Federal Tax .............................................. 3.85
111. Florida Gross Receipts Surcharge ......................... 1.42
Total Taxes on Regulated Services ............................ 5.27

\* Taxes and Rates Applied - See Back of First Page
       AV    E010765        (continued)▶

Page 8

## ⊚ **BELL**SOUTH

DENNIS LAINEY
Account Number:    305 289-9397 682 0441
Bill Period Date:  Jul  7, 1999

### Detailed Statement of Charges

| *Taxes (continued)* | *Amount* |
|---|---|
| *Taxes on Unregulated Services* | |
| 112. State/Local Tax ........................................... ** | .34 |
| Total Taxes on Unregulated Services ............................ | .34 |
| Total Taxes ..................................................... | 5.61 |

Total BellSouth Current Charges .................................... 130.01

### *Messages*

BellSouth is making your life simpler!

BellSouth® RightTouch® service, our automated, 24-hour customer service system, is
an easy way to do business with us. Use any touch-tone phone to confirm receipt of
your last payment, make bill payments, order services like Call Waiting and Caller
ID, request a copy of your bill, order local telephone directories, disconnect your
service, or check your account balance.

To perform many of the functions listed above, you will need your four-digit
Personal Access Code (PAC) located in the Helpful Numbers section of your bill or
the last four digits of the social security number associated with your account.

We even provide help on how to use telephone features. To use RightTouch® service,
call 1 800 826-6290.

** Unregulated Charge

AV    E010765

(continued on back)▶



DENNIS LAINEY
Account Number:     305 289-9397 682 0441
Bill Period Date:   Jul 7, 1999

## *Messages (continued)*

#### DON'T MISS THE DIRECTORY CLOSING DEADLINE

Listed below are directories in the state of Florida that will be reprinted soon.

| DIRECTORY        | DEADLINE |
|------------------|----------|
| Florida Keys     | 09/27/99 |
| Key West         | 09/28/99 |
| Brooksville      | 10/05/99 |
| Tri-County Area  | 10/14/99 |

If you want to change, add or delete listings, please call your service
representative. Certain charges may apply. Additionally, residential subscribers
can request a dual-name listing (example: Bob and Carol Jones).

The number to contact your service representative is: Residence 780-2355; Business
780-2800. Please call now, before our directory goes to press. After the closing
date, you'll have to wait another year.

----

Save time with BellSouth® Online! You can review and pay your bill with your Visa®
or MasterCard®. Additionally, you can make changes to your account and obtain
information about our products and services. Simply go to www.bellsouth.com/blsc
and do all your business online. It's that easy!

----

Now we've created the "one-stop-shop" at BellSouth Mobility Stores in your area.
You can add or change home calling features to your existing local phone service and
check into our wireless phone service while receiving the personal attention only
BellSouth can provide.

----

AV   E010765                                    (continued)▶

**⊘ BELL***SOUTH*

DENNIS LAINEY
Account Number:      305 289-9397 682 0441
Bill Period Date:    Jul  7, 1999

## *Messages (continued)*

Introducing BellSouth Paging - Get a reliable BellSouth pager for you and your
family.  It's the fast, easy way to stay in touch with busy family and friends.
Basic local numeric paging plan is only $9.95 per month, and it includes unlimited
pages every month.  Charges will be included on your BellSouth phone bill.  Call
toll free 1 888 426-PAGE (7243) and get a pager delivered to your door.

Worried about privacy on your cordless phone?  Then get the 900 MHZ DSS Caller
ID/Call Waiting Deluxe Phone, and relax.  Sixteen million digital security codes
protect your privacy, and with the 900 DSS technology, you can enjoy a clear
conversation.  A Caller ID screen is even built right in, so you can know who's
calling.  Call 1 888 205-3695 to place your order, and pay in four easy INTEREST-
FREE installments of only $54.75.

AV    E010765                        (continued on back)▶



DENNIS LAINEY
Account Number:    305 289-9397 682 0441
Bill Period Date:    Jul  7, 1999

☎    For AT&T Billing Questions, Call 1 800 222-0300    24 Hours a Day - 7 Days a Week

## Detailed Statement of Charges

AT&T Invoice Charges For Period Ending JUN 30, 1999

### Itemized Calls for 305 289-9397                                    *Amount*
### Direct Dialed Calls

| | Date | Place Called | | Number Called | Rate* | Time | Min. | Amount |
|---|---|---|---|---|---|---|---|---|
| 1. | 06/02 | SALINAS | CA | 831 422-7488 | N # | 1:40PM | 3 | .30 |
| 2. | 06/02 | SALINAS | CA | 831 422-7488 | N # | 2:08PM | 10 | 1.00 |
| 3. | 06/02 | SAN MONICA | CA | 310 397-1956 | N # | 7:16PM | 1 | .10 |
| 4. | 06/02 | SAN MONICA | CA | 310 397-1000 | N # | 7:16PM | 2 | .20 |
| 5. | 06/02 | HUDSON | NH | 603 886-1614 | N # | 7:37PM | 20 | 2.00 |
| 6. | 06/03 | PHOENIX | AZ | 602 365-2734 | N # | 1:20PM | 18 | 1.80 |
| 7. | 06/03 | LAS VEGAS | NV | 702 647-9500 | N # | 5:06PM | 35 | 3.50 |
| 8. | 06/03 | LAS VEGAS | NV | 702 647-9925 | N # | 7:02PM | 1 | .10 |
| 9. | 06/04 | HUDSON | NH | 603 886-1614 | N # | 3:57PM | 20 | 2.00 |
| 10. | 06/04 | RED BANK | NJ | 732 530-6360 | N # | 5:16PM | 1 | .10 |
| 11. | 06/04 | SAN MONICA | CA | 310 397-1000 | N # | 5:20PM | 21 | 2.10 |
| 12. | 06/06 | MILTON | FL | 850 983-8436 | N + | 7:40PM | 1 | .10 |
| 13. | 06/06 | WALLINGFD | CT | 203 265-5974 | N # | 7:42PM | 1 | .10 |
| 14. | 06/07 | HUDSON | NH | 603 886-1614 | N # | 9:34AM | 11 | 1.10 |
| 15. | 06/07 | HUDSON | NH | 603 886-1614 | N # | 9:48AM | 17 | 1.70 |
| 16. | 06/07 | HUDSON | NH | 603 886-1614 | N # | 10:29AM | 8 | .80 |
| 17. | 06/07 | FAIRFAX | VA | 703 742-0903 | N # | 1:29PM | 2 | .20 |
| 18. | 06/07 | OK CTY | OK | 405 681-6663 | N # | 1:53PM | 6 | .60 |
| 19. | 06/07 | OK CTY | OK | 405 681-6663 | N # | 5:00PM | 1 | .10 |
| 20. | 06/07 | HUDSON | NH | 603 886-1614 | N # | 6:31PM | 5 | .50 |
| 21. | 06/08 | MERCER IS | WA | 206 232-4631 | N # | 10:49AM | 1 | .10 |
| 22. | 06/08 | OK CTY | OK | 405 681-6663 | N # | 12:55PM | 4 | .40 |
| 23. | 06/08 | OK CTY | OK | 405 681-6663 | N # | 4:02PM | 2 | .20 |
| 24. | 06/09 | HUDSON | NH | 603 886-1614 | N # | 9:48AM | 2 | .20 |
| 25. | 06/09 | HUDSON | NH | 603 886-1614 | N # | 12:36PM | 2 | .20 |
| 26. | 06/09 | HUDSON | NH | 603 886-1614 | N # | 1:03PM | 1 | .10 |
| 27. | 06/09 | CHESTERFLD | MO | 636 537-2401 | N # | 1:20PM | 1 | .10 |
| 28. | 06/09 | HUDSON | NH | 603 886-5852 | N # | 4:05PM | 3 | .30 |
| 29. | 06/09 | HUDSON | NH | 603 886-1614 | N # | 4:08PM | 10 | 1.00 |

* Rate Applied - See Back of First Page

AV    E010765

(continued)▶



DENNIS LAINEY
Account Number:    305 289-9397 682 0441
Bill Period Date:  Jul  7, 1999

☎  **For AT&T Billing Questions, Call 1 800 222-0300    24 Hours a Day - 7 Days a Week**

## Detailed Statement of Charges

*Itemized Calls for 305 289-9397 (continued)*　　　　　　　　　　　　　　*Amount*
*Direct Dialed Calls (continued)*

| | Date | Place Called | | Number Called | Rate* | Time | Min. | Amount |
|---|---|---|---|---|---|---|---|---|
| 30. | 06/09 | OKLA CITY | OK 405 | 681-5356 | N # | 4:35PM | 2 | .20 |
| 31. | 06/09 | MERCER IS | WA 206 | 232-4631 | N # | 5:01PM | 2 | .20 |
| 32. | 06/09 | SALINAS | CA 831 | 422-7488 | N # | 8:31PM | 1 | .10 |
| 33. | 06/09 | HUDSON | NH 603 | 886-1614 | N # | 8:33PM | 8 | .80 |
| 34. | 06/09 | HUDSON | NH 603 | 886-1614 | N # | 8:56PM | 49 | 4.90 |
| 35. | 06/12 | HUDSON | NH 603 | 886-1614 | N # | 11:19AM | 64 | 6.40 |
| 36. | 06/14 | DANBURY | CT 203 | 796-1488 | N # | 9:18AM | 1 | .10 |
| 37. | 06/14 | SAN MONICA | CA 310 | 397-1000 | N # | 1:21PM | 1 | .10 |
| 38. | 06/14 | LAS VEGAS | NV 702 | 647-9500 | N # | 1:22PM | 1 | .10 |
| 39. | 06/14 | MERCER IS | WA 206 | 232-2424 | N # | 2:22PM | 8 | .80 |
| 40. | 06/14 | HUDSON | NH 603 | 886-1614 | N # | 2:31PM | 5 | .50 |
| 41. | 06/14 | DALLAS | TX 214 | 350-1288 | N # | 2:39PM | 1 | .10 |
| 42. | 06/14 | HUDSON | NH 603 | 886-1614 | N # | 2:40PM | 10 | 1.00 |
| 43. | 06/14 | DALLAS | TX 972 | 250-2002 | N # | 2:53PM | 2 | .20 |
| 44. | 06/14 | HUDSON | NH 603 | 886-1614 | N # | 3:16PM | 13 | 1.30 |
| 45. | 06/15 | HUDSON | NH 603 | 886-1614 | N # | 9:58AM | 1 | .10 |
| 46. | 06/15 | SAN MONICA | CA 310 | 397-1000 | N # | 12:44PM | 2 | .20 |
| 47. | 06/15 | LAS VEGAS | NV 702 | 647-9500 | N # | 12:46PM | 4 | .40 |
| 48. | 06/15 | KINGMAN | AZ 520 | 757-2727 | N # | 1:34PM | 16 | 1.60 |
| 49. | 06/15 | LAS VEGAS | NV 702 | 647-9500 | N # | 2:29PM | 4 | .40 |
| 50. | 06/15 | HUDSON | NH 603 | 886-1614 | N # | 3:50PM | 1 | .10 |
| 51. | 06/15 | ARDMORE | OK 580 | 223-1132 | N # | 6:18PM | 17 | 1.70 |
| 52. | 06/15 | WALLINGFD | CT 203 | 265-5974 | N # | 6:35PM | 1 | .10 |
| 53. | 06/16 | HUDSON | NH 603 | 886-1614 | N # | 10:49AM | 1 | .10 |
| 54. | 06/16 | HUDSON | NH 603 | 886-1614 | N # | 12:52PM | 1 | .10 |
| 55. | 06/16 | FAIR HAVEN | NJ 732 | 530-6400 | N # | 1:18PM | 4 | .40 |
| 56. | 06/16 | NEW MILFRD | CT 860 | 355-1167 | N # | 1:54PM | 44 | 4.40 |
| 57. | 06/16 | HARTFORD | CT 860 | 249-2600 | N # | 2:52PM | 1 | .10 |
| 58. | 06/16 | NEW MILFRD | CT 860 | 355-1167 | N # | 2:55PM | 7 | .70 |
| 59. | 06/16 | NEWMILFORD | CT 860 | 350-5389 | N # | 3:02PM | 1 | .10 |
| 60. | 06/16 | NEW MILFRD | CT 860 | 355-1167 | N # | 3:37PM | 24 | 2.40 |

* Rate Applied - See Back of First Page

　　　　　　　　　　　　　AV    E010765　　　　　　　　　　　(continued on back)▶



DENNIS LAINEY
Account Number:      305 289-9397 682 0441
Bill Period Date:   Jul  7, 1999

☎  For AT&T Billing Questions, Call 1 800 222-0300      24 Hours a Day - 7 Days a Week

## Detailed Statement of Charges

*Itemized Calls for 305 289-9397 (continued)*                                      **Amount**
*Direct Dialed Calls (continued)*

| | Date | Place Called | | Number Called | Rate* | Time | Min. | Amount |
|---|---|---|---|---|---|---|---|---|
| 61. | 06/16 | ANNAPOLIS | MD | 410 573-1515 | N # | 4:28PM | 2 | .20 |
| 62. | 06/16 | LAS VEGAS | NV | 702 647-9500 | N # | 7:05PM | 1 | .10 |
| 63. | 06/16 | SAN MONICA | CA | 310 397-1000 | N # | 7:46PM | 5 | .50 |
| 64. | 06/16 | HUDSON | NH | 603 886-1614 | N # | 7:51PM | 1 | .10 |
| 65. | 06/16 | WALLINGFD | CT | 203 265-5974 | N # | 8:40PM | 23 | 2.30 |
| 66. | 06/17 | HUDSON | NH | 603 886-1614 | N # | 9:55AM | 1 | .10 |
| 67. | 06/17 | HUDSON | NH | 603 886-0621 | N # | 9:56AM | 1 | .10 |
| 68. | 06/17 | ALPHARETTA | GA | 770 777-9713 | N # | 12:39PM | 2 | .20 |
| 69. | 06/17 | FARMINGDAL | NY | 516 756-2545 | N # | 12:47PM | 3 | .30 |
| 70. | 06/17 | BEVERLYHLS | CA | 310 890-6454 | N # | 12:51PM | 1 | .10 |
| 71. | 06/17 | NEW MILFRD | CT | 860 355-1167 | N # | 12:52PM | 1 | .10 |
| 72. | 06/17 | HUDSON | NH | 603 886-1614 | N # | 1:40PM | 1 | .10 |
| 73. | 06/17 | LAS VEGAS | NV | 702 647-9500 | N # | 1:41PM | 9 | .90 |
| 74. | 06/17 | FARMESBRCH | TX | 972 243-3176 | N # | 2:28PM | 2 | .20 |
| 75. | 06/17 | SAN MONICA | CA | 310 397-1000 | N # | 2:47PM | 2 | .20 |
| 76. | 06/17 | NEW MILFRD | CT | 860 355-1167 | N # | 3:20PM | 1 | .10 |
| 77. | 06/17 | HUDSON | NH | 603 886-1614 | N # | 3:24PM | 1 | .10 |
| 78. | 06/17 | ANNAPOLIS | MD | 410 573-1515 | N # | 3:33PM | 3 | .30 |
| 79. | 06/17 | HUDSON | NH | 603 886-1614 | N # | 4:11PM | 1 | .10 |
| 80. | 06/17 | MERRIMACK | NH | 603 494-1474 | N # | 4:13PM | 3 | .30 |
| 81. | 06/17 | OK CTY | OK | 405 681-6663 | N # | 5:04PM | 1 | .10 |
| 82. | 06/17 | VAN NUYS | CA | 818 909-9600 | N # | 5:12PM | 1 | .10 |
| 83. | 06/17 | VAN NUYS | CA | 818 908-9600 | N # | 5:13PM | 3 | .30 |
| 84. | 06/18 | HUDSON | NH | 603 886-1614 | N # | 8:16AM | 3 | .30 |
| 85. | 06/18 | NEW MILFRD | CT | 860 355-1167 | N # | 8:21AM | 18 | 1.80 |
| 86. | 06/18 | HUDSON | NH | 603 886-1614 | N # | 8:38AM | 13 | 1.30 |
| 87. | 06/18 | NEW MILFRD | CT | 860 355-1167 | N # | 9:26AM | 1 | .10 |
| 88. | 06/18 | HUDSON | NH | 603 886-1614 | N # | 9:54AM | 5 | .50 |
| 89. | 06/18 | HUDSON | NH | 603 886-1614 | N # | 8:42PM | 39 | 3.90 |
| ⊻90. | 06/19 | ANDOVER | NJ | 973 398-9044 - | N # | 9:52AM | 26 | 2.60 |
| 91. | 06/19 | WHT PLAINS | NY | 914 761-4011 | N # | 2:51PM | 1 | .10 |

\* Rate Applied - See Back of First Page

AV   E010765

(continued)▶



DENNIS LAINEY
Account Number:     305 289-9397 682 0441
Bill Period Date:   Jul  7, 1999

☎   For AT&T Billing Questions, Call 1 800 222-0300    24 Hours a Day - 7 Days a Week

## Detailed Statement of Charges

### Itemized Calls for 305 289-9397 (continued)                                    Amount
#### Direct Dialed Calls (continued)

|     | Date   | Place Called |    | Number Called   | Rate* | Time     | Min. | Amount |
|-----|--------|--------------|----|-----------------|-------|----------|------|--------|
| 92. | 06/20  | HUDSON       | NH | 603 886-1614    | N #   | 10:14AM  | 22   | 2.20   |
| ✗ 93. | 06/20 | MANASSAS    | VA | 703 361-3170 -  | N #   | 6:12PM   | 2    | .20    |
| 94. | 06/20  | OKLA CITY    | OK | 405 948-1869    | N #   | 7:16PM   | 3    | .30    |
| 95. | 06/21  | OKLA CITY    | OK | 405 681-5356    | N #   | 10:24AM  | 1    | .10    |
| 96. | 06/21  | LAS VEGAS    | NV | 702 647-9500    | N #   | 1:41PM   | 1    | .10    |
| 97. | 06/21  | LAS VEGAS    | NV | 702 732-0405    | N #   | 5:30PM   | 5    | .50    |
| 98. | 06/22  | LAS VEGAS    | NV | 702 732-0405    | N #   | 10:34AM  | 1    | .10    |
| 99. | 06/22  | LAS VEGAS    | NV | 702 732-9797    | N #   | 12:50PM  | 16   | 1.60   |
| 100.| 06/23  | HUDSON       | NH | 603 886-1614    | N #   | 9:50AM   | 1    | .10    |
| 101.| 06/23  | HUDSON       | NH | 603 886-1614    | N #   | 10:43AM  | 31   | 3.10   |
| ✗ 102.| 06/23 | MANASSAS    | VA | 703 361-3170    | N #   | 12:27PM  | 3    | .30    |
| 103.| 06/29  | HUDSON       | NH | 603 886-1614    | N #   | 11:35AM  | 1    | .10    |
| 104.| 06/29  | SAN MONICA   | CA | 310 397-1956    | N #   | 11:39AM  | 8    | .80    |
| 105.| 06/29  | HUDSON       | NH | 603 886-1614    | N #   | 1:06PM   | 1    | .10    |
| 106.| 06/29  | HUDSON       | NH | 603 886-0621    | N #   | 1:06PM   | 14   | 1.40   |
| 107.| 06/29  | HUDSON       | NH | 603 886-1614    | N #   | 1:47PM   | 22   | 2.20   |
| 108.| 06/29  | HUDSON       | NH | 603 886-1614    | N #   | 2:24PM   | 1    | .10    |
| 109.| 06/29  | OKLA CITY    | OK | 405 681-5356    | N #   | 4:22PM   | 1    | .10    |
| 110.| 06/29  | OKLA CITY    | OK | 405 948-1869    | N #   | 4:26PM   | 3    | .30    |
| 111.| 06/29  | SAN MONICA   | CA | 310 397-1000    | N #   | 5:15PM   | 1    | .10    |
| 112.| 06/29  | ARDMORE      | OK | 580 223-1132    | N #   | 8:44PM   | 16   | 1.60   |

Total Direct Dialed Calls ....................................    .00

Total Itemized Calls for 305 289-9397 ........................    .00

### Itemized Calls for 305 289-3008                                                  Amount
#### Direct Dialed Calls

|      | Date   | Place Called |    | Number Called   | Rate* | Time    | Min. | Amount |
|------|--------|--------------|----|-----------------|-------|---------|------|--------|
| 113. | 06/01  | SAN MONICA   | CA | 310 397-1000    | N #   | 2:05PM  | 14   | 1.40   |
| 114. | 06/01  | SALINAS      | CA | 831 422-7488    | N #   | 2:20PM  | 5    | .50    |
| 115. | 06/01  | ANNAPOLIS    | MD | 410 573-1515    | N #   | 2:25PM  | 4    | .40    |

\* Rate Applied - See Back of First Page

AV     E010765

(continued on back)▶



DENNIS LAINEY
Account Number:     305 289-9397 682 0441
Bill Period Date:   Jul  7, 1999

☎  For AT&T Billing Questions, Call 1 800 222-0300     24 Hours a Day - 7 Days a Week

## Detailed Statement of Charges

### Itemized Calls for 305 289-3008 (continued)                        Amount
#### Direct Dialed Calls (continued)

| | Date | Place Called | | Number Called | Rate* | Time | Min. | Amount |
|---|---|---|---|---|---|---|---|---|
| 116. | 06/01 | KENSINGTON | MD | 301 468-1000 | N # | 2:29PM | 7 | .70 |
| 117. | 06/04 | FAIR HAVEN | NJ | 732 530-6400 | N # | 4:45PM | 4 | .40 |
| 118. | 06/07 | DANBURY | CT | 203 796-2389 | N # | 10:40AM | 2 | .20 |
| 119. | 06/07 | SAN MONICA | CA | 310 397-1000 | N # | 3:00PM | 1 | .10 |
| 120. | 06/07 | MERCER IS | WA | 206 232-2424 | N # | 3:34PM | 21 | 2.10 |
| 121. | 06/07 | MERCER IS | WA | 206 232-2424 | N # | 4:14PM | 1 | .10 |
| 122. | 06/07 | MERCER IS | WA | 206 232-2424 | N # | 4:18PM | 15 | 1.50 |
| 123. | 06/09 | OK CTY | OK | 405 681-6663 | N # | 4:43PM | 2 | .20 |
| 124. | 06/09 | OK CTY | OK | 405 681-6663 | N # | 5:05PM | 2 | .20 |
| 125. | 06/09 | MERCER IS | WA | 206 232-2424 | N # | 5:08PM | 1 | .10 |
| 126. | 06/09 | VAN NUYS | CA | 818 787-9100 | N # | 5:08PM | 2 | .20 |
| 127. | 06/09 | OK CTY | OK | 405 681-6663 | N # | 5:49PM | 4 | .40 |
| 128. | 06/10 | OK CTY | OK | 405 681-6663 | N # | 9:49AM | 1 | .10 |
| 129. | 06/10 | OK CTY | OK | 405 681-6663 | N # | 9:51AM | 2 | .20 |
| 130. | 06/10 | OKLA CITY | OK | 405 948-1869 | N # | 3:29PM | 4 | .40 |
| 131. | 06/10 | HUDSON | NH | 603 886-1614 | N # | 3:34PM | 2 | .20 |
| 132. | 06/10 | HUDSON | NH | 603 886-1614 | N # | 4:13PM | 1 | .10 |
| 133. | 06/10 | MERRIMACK | NH | 603 494-1474 | N # | 4:14PM | 4 | .40 |
| 134. | 06/10 | SAN MONICA | CA | 310 397-1000 | N # | 4:49PM | 6 | .60 |
| 135. | 06/18 | HUDSON | NH | 603 886-1614 | N # | 10:02AM | 1 | .10 |
| 136. | 06/18 | HUDSON | NH | 603 886-1614 | N # | 10:18AM | 7 | .70 |
| 137. | 06/18 | HUDSON | NH | 603 886-1614 | N # | 10:35AM | 5 | .50 |
| ✗138. | 06/18 | MANASSAS | VA | 703 361-3330 | N # | 10:47AM | 1 | .10 |
| 139. | 06/18 | HUDSON | NH | 603 886-1614 | N # | 11:06AM | 30 | 3.00 |
| 140. | 06/21 | NEW MILFRD | CT | 860 355-1167 | N # | 9:25AM | 16 | 1.60 |
| 141. | 06/21 | HUDSON | NH | 603 886-1614 | N # | 9:41AM | 7 | .70 |
| ✗142. | 06/21 | MANASSAS | VA | 703 361-3330 | N # | 1:34PM | 1 | .10 |
| 143. | 06/21 | HUDSON | NH | 603 886-1614 | N # | 1:36PM | 1 | .10 |
| 144. | 06/21 | LAS VEGAS | NV | 702 647-9925 | N # | 1:38PM | 1 | .10 |
| 145. | 06/21 | LAS VEGAS | NV | 702 647-9500 | N # | 1:39PM | 2 | .20 |
| ✗146. | 06/23 | MANASSAS | VA | 703 361-3330 | N # | 1:31PM | 2 | .20 |

* Rate Applied - See Back of First Page

AV    E010765

(continued)▶



☎ **For AT&T Billing Questions, Call 1 800 222-0300    24 Hours a Day - 7 Days a Week**

## Detailed Statement of Charges

### *Itemized Calls for 305 289-3008 (continued)*                                    *Amount*
#### *Direct Dialed Calls (continued)*

| | Date | Place Called | | Number Called | Rate* | Time | Min. | |
|---|------|--------------|---|---------------|-------|------|------|---|
| 147. | 06/23 | SAN MONICA | CA | 310 397-1000 | N # | 2:45PM | 2 | .20 |
| 148. | 06/23 | AUGUSTA | GA | 706 793-5600 | N # | 3:05PM | 4 | .40 |
| 149. | 06/23 | SAN MONICA | CA | 310 397-1000 | N # | 3:11PM | 1 | .10 |
| 150. | 06/23 | HUDSON | NH | 603 886-1614 | N # | 3:46PM | 15 | 1.50 |
| 151. | 06/23 | AUGUSTA | GA | 706 793-5600 | N # | 4:13PM | 3 | .30 |
| 152. | 06/23 | RALEIGH | NC | 919 834-7750 | N # | 4:26PM | 1 | .10 |
| 153. | 06/23 | DIR ASST | NC | 919 555-1212 | D | 4:38PM | 0 | 1.40 |
| 154. | 06/23 | WICHITJKSN | KS | 316 517-8300 | N # | 4:45PM | 5 | .50 |
| 155. | 06/23 | ADDISON | TX | 972 667-9095 | N # | 4:50PM | 3 | .30 |
| 156. | 06/23 | LAS VEGAS | NV | 702 732-9797 | N # | 4:55PM | 17 | 1.70 |
| 157. | 06/29 | SAN MONICA | CA | 310 397-1000 | N # | 11:38AM | 1 | .10 |
| 158. | 06/29 | SAN MONICA | CA | 310 397-1000 | N # | 11:48AM | 1 | .10 |
| ✗159. | 06/29 | MANASSAS | VA | 703 361-3330 | N # | 4:34PM | 9 | .90 |

Total Direct Dialed Calls .....................................    1.40

Total Itemized Calls for 305 289-3008 ........................    1.40
        # AT&T One Rate (R) Plus Plan State to State
        calls - charge not included in total
        + AT&T One Rate (R) Plus Plan in-state
        calls - charge not included in total

### *Optional Calling Services*                                      *Amount*

#### *AT&T One Rate (R) Plus Plan Summary*

| | | Amount |
|---|---|---|
| 160. | AT&T One Rate (R) Plus Plan ........................... | 4.95 |
| | JUN 30 thru JUL 29 | |
| 161. | Direct Dialed Calls ................................... | 107.70 |
| 162. | Calling Card Calls .................................... | .00 |
| | Total AT&T One Rate (R) Plus Plan ..................... | 112.65 |
| | Total Optional Calling Services ....................... | 112.65 |

  * Rate Applied - See Back of First Page
                AV    E010765                              (continued on back)▶



Page 17

DENNIS LAINEY
Account Number:      305 289-9397 682 0441
Bill Period Date:   Jul  7, 1999

For AT&T Billing Questions, Call 1 800 222-0300    24 Hours a Day - 7 Days a Week

## Detailed Statement of Charges

### *National Access Contribution*                           *Amount*
| | |
|---|---|
| 163. Universal Connectivity Charge ........................... | .99 |
| 164. Carrier Line Charge .................................... | 1.51 |
| Total National Access Contribution Charges ................... | 2.50 |

For an explanation of this charge, please call
1 800 532-2021.

### *Taxes*                                                 *Amount*
| | |
|---|---|
| 165. Federal Tax @ 3% ........................................ | 3.58 |
| 166. Florida Grs Rcpt Tax Surcharge 2.56% ................... | 2.98 |
| Total Taxes ................................................. | 6.56 |

Total AT&T Invoice Billing Current Charges ................... 123.11

This portion of your bill is provided as a service to AT&T. There is no connection between BellSouth and AT&T. You may choose
another company for your long distance telephone calls while still receiving your local telephone service from BellSouth.

AV    E010765

| customer | account number | billing period ending | invoice date | page |
|---|---|---|---|---|
| **Dennis R Lainey** | 0016001739-8 | Jun. 22, 1999 | Jun. 27, 1999 | 4 of 4 |

To Connect with Customer Care Press ② 2 ⒯⒜⒧⒦ or Dial **1-888-211-4727.** ▬▬▬▬▬

 **PCS Phone Charges** for 305-801-5015 (continued)

### Call Detail

| Date | Time | Phone Number | Call Destination | Rate/Type | Minutes | Airtime Charges | Long Distance Charges | Other Charges | Total Charges |
|---|---|---|---|---|---|---|---|---|---|
| 22 Mon. Jun. 21 | 8:17 PM | 603-886-1614 | Nashua, NH | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 23 Tue. Jun. 22 | 10:06 AM | 954-227-8667 | Coral Spg, FL | | 6.0 | included | 0.00 | 0.00 | 0.00 |
| 24 Tue. Jun. 22 | 10:38 AM | 603-886-1614 | Nashua, NH | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 25 Tue. Jun. 22 | 10:41 AM | 860-249-2600 | Hartford, CT | | 4.0 | included | 0.00 | 0.00 | 0.00 |
| 26 Tue. Jun. 22 | 1:14 PM | 954-227-8667 | Coral Spg, FL | | 17.0 | included | 0.00 | 0.00 | 0.00 |
| 27 Tue. Jun. 22 | 1:47 PM | 603-886-1614 | Nashua, NH | | 10.0 | included | 0.00 | 0.00 | 0.00 |
| 28 Tue. Jun. 22 | 2.02 PM | 618-337-2100 | E St Louis, IL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | **122.0** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

### PCS Phone Monthly Service Charges

| Description | Charges |
|---|---|
| $69.99 National Service Plan - Jun. 14 to Jun. 22 | **$20.32** |
| $69.99 National Service Plan - Jun. 23 to Jul 22 | **$59.99** |

Reminder: Your first bill is slightly higher than future bills. Monthly service charges are prorated for this partial month billing period. Service charges are also billed one month in advance.

| **Current Activity Charges** for 305-801-5015 | **$90.31** |
|---|---|

● = First Incoming Minute Free (In Home Service Area Only)


www.sprintpcs.com

| customer | account number | billing period ending | invoice date | page |
|----------|----------------|----------------------|--------------|------|
| Dennis R Lainey | 0016001739-8 | Jul. 22, 1999 | Jul. 25, 1999 | 1 of 13 |



**Sprint PCS News**
Read about the latest Sprint PCS Phone user tips, answers to your questions and much more in the recently mailed Summer 1999 Sprint PCS News.



**Sprint PCS Automatic Payment**
With Automatic Payment, pay your Sprint PCS invoice electronically through your checking or savings account. Visit our Web site at www.sprintpcs.com for more details.



**Share The Clarity With A Friend**
Recommend Sprint PCS to a friend and you may both be eligible to receive a $10 credit on your Sprint PCS invoices. Call 1-800-480-4PCS (4727) for details.

### Account Summary

| | |
|---|---|
| Previous Balance | 103.87 |
| Current Activity Charges | 139.99 |
| Taxes | 20.84 |
| **Total Amount Due by Aug. 20** | **$264.70** |



EXHIBIT
25

**Do not send payment.**
The amount below will be billed to your American Express credit card on Aug. 17, 1999

$264.70

## Sprint Personal Communication Services*

To Connect with Customer Care Press ☎ 2 ⓉⒶⓁⓀ on your Sprint PCS Phone or Dial **1-888-211-4727.**

Detach and return this remittance form with your payment  Make check or money order payable to Sprint PCS

T107



**Sprint PCS***

```
************AUTO**3-DIGIT 330
00011442   2 AT   0.481  02 W2
0016001739

DENNIS R LAINEY
5800 OVERSEAS HWY # 35-152
MARATHON FL 33050-2735
```

account number: **0016001739-8**

**Do not send payment.**
The amount below will be billed to your American Express credit card on Aug. 17, 1999

$264.70


**EXPLANATION OF TERMS**

**Account Credit/Adjustments:** Special offers or pricing promotions appear as credits on your invoice and are subtracted from usage charges. A disputed charge, when corrected, will appear on your invoice as an adjustment.

**Airtime Charges:** This is the charge for the time you spend using your Sprint PCS Phone. Charges for a completed call from your phone begin when you push the Talk (or similar key) and end when the call is terminated by either party. You are invoiced for completed calls to your Number from the time right before the phone starts ringing until the call is terminated by either party. Airtime charges are rounded up to and invoiced in no greater than 60-second increments.

**CF:** Call Forwarding is a service that lets you send incoming calls to another number for an extended period of time.

**CW:** Call Waiting notifies you of an incoming call while you are using your phone. You may choose to answer or ignore the incoming call. If you answer it, you may alternate between the two calls.

**Monthly Service Charge:** This is the recurring charge for your Sprint PCS services. The Monthly Service Charge is billed one month in advance.

**Other Charges:** These are charges that are not included in the Monthly Service Charges.

**PCS Credits:** These are special offers or pricing promotions that are applied to your account.

**Sprint PCS Paging:** If you subscribe to this service, a caller can choose to send you a page or leave a message on your voicemail.

**Peak/Off-Peak:** Peak and Off-Peak are time-defined categories of your phone calls. The cost of a call is determined by your rate plan. Off-peak calls traditionally cost less than peak calls.

**Taxes:** These are applicable taxes including federal, state, city, and county taxes. Other charges required to be paid in proportion to receipts from telecommunications services provided (e.g., Universal Service Fund charges), or levied by federal, state, or local authorities are also invoiced here.

**Sprint PCS Travel Rate:** This is the rate applied when making and receiving calls in a defined service area outside your home service area. The traveling rate includes airtime and long distance charges for incoming and outgoing calls.

**Sprint PCS Voicemail:** This is a feature allowing callers to leave you messages. Similar to an answering machine, you can save and retrieve messages and change greetings from any location.

**0:** Sprint PCS Operator Services provides assistance with dialing person-to-person, station-to-station, time of day, call interrupt, and busy-line verification 24 hours a day, 7 days a week by dialing 0, 00, or 0-number.

**3W:** Three Way Calling gives you the ability to add a third person to an existing phone call.

**411:** Connects you to Sprint PCS Directory Assistance. Nationwide information, call completion, and additional services are also available.

**HOW TO REACH SPRINT PCS CUSTOMER CARE**
We are making every attempt to simplify your invoice so that it's easy to understand. But you may still have questions. Sprint PCS Customer Care is available 24 hours a day, seven days a week. Here's how to contact us:

| By using your Sprint PCS phone: | Via the Internet | By phone: | By mail: | To Remit Payment: |
|---|---|---|---|---|
| Sprint PCS Customer Care | www.sprintpcs.com | Sprint PCS Customer Care | Sprint PCS Customer Care | Sprint PCS |
| * 2 TALK | | 1-888-211-4727 Consumer | P.O. Box 8077 | P.O. Box 2200 |
| | | 1-888-788-4727 Business | London, KY 40742 | Bedford Park, IL 60499-2200 |

You may obtain a copy of the Terms and Conditions of Service (in English or Spanish) for your Sprint PCS Services by writing or calling our Customer Care Center.

This invoice is due and payable upon presentation, and is past due if unpaid after the due date shown on page one of this invoice. Please make your check or money order payable to Sprint PCS in U.S. dollars. Do not send cash. If your payment is not received on or before the due date, or if applicable, within the time allowed by your state's Public Utility Commission, Sprint PCS will charge you a late fee of 1.5% per month (or, if less, at the maximum rate allowable by law) on the past due balance. Late charges will be prorated daily for each day that the payment is overdue, but will not be compounded monthly. Sprint PCS may also begin procedures to terminate services to you. You will be informed of such termination action as required by law or the Terms and Conditions of Service.

If any check sent to Sprint PCS in payment for services is returned unpaid by your bank, you will be charged $25, or the highest amount allowed by applicable law, for each returned check, whichever is less.

Please provide your name and account number on any correspondence to Sprint PCS. We will respond to your letter as soon as possible. If you have a dispute about any charges on your invoice, you must notify us within 15 days of the date of the invoice or you will be deemed to have accepted the invoice. Initial notice of any dispute may be made by calling our Customer Care center at 1-888-211-4727. You do not have to pay the disputed amounts while we investigate them, however, the amounts not in dispute are still due and payable by the due date.

California customers -- To resolve any service or billing problems, you should contact Sprint PCS Customer Care at the toll free number listed on page one. Sprint PCS rates for wireless services are not regulated by either federal or state regulators. However, should customers be unable to resolve any service or billing problems directly with Sprint PCS they may contact the Consumer Services Division of the California Public Utilities Commission, 505 Van Ness Ave, San Francisco, CA 94102.

♻ *Sprint PCS is actively working toward solving our nation's solid waste problem. This invoice is printed on recycled paper.*

**Have you moved recently? If so, please complete this form so we can update our files.**

**PLEASE PRINT NAME, ADDRESS OR TELEPHONE CHANGE BELOW**

NAME: _____

STREET ADDRESS: _____

CITY: _____    STATE: _____  ZIP: _____

MAILING ADDRESS: _____

CITY: _____    STATE: _____  ZIP: _____

HOME PHONE: _____    BUSINESS PHONE: _____

EFFECTIVE DATE OF CHANGE: _____    JVIN00



| customer | account number | billing period ending | invoice date | page |
|---|---|---|---|---|
| Dennis R Lainey | 0016001739-8 | Jul 22, 1999 | Jul. 25, 1999 | 2 of 13 |

To Connect with Customer Care Press ⊛ 2 (TALK) or Dial 1-888-211-4727. ▬▬▬▬▬▬▬

**Previous Balance**

| Description | Charges |
|---|---|
| | **$103.87** |
| Previous Balance | |

**Current Activity Charges** (Details start on page 3)

| Services | Charges |
|---|---|
| | 139.99 |
| **PCS Phone Charges** 305-801-5015 | |
| | **$139.99** |

**Taxes**

| Description | Charges |
|---|---|
| Florida State Gross Receipts Tax | 3.52 |
| USA Federal Universal Svc Fund Surcharge | 1.12 |
| USA Federal Tax | 4.22 |
| Monroe County Sales Tax - Services & Usage | 2.03 |
| Florida State Sales Tax - Services & Usage | 9.95 |
| | **$20.84** |

**Total Amount Due by Aug. 20, 1999**   **$264.70**


| customer | account number | billing period ending | invoice date | page |
|---|---|---|---|---|
| **Dennis R Lainey** | 0016001739-8 | Jul. 22, 1999 | Jul. 25, 1999 | 3 of 13 |

To Connect with Customer Care Press ⊕ **2** ⒞ⒶⓁⓀ or Dial **1-888-211-4727.**

 **PCS Phone Charges** for 305-801-5015

**$69.99 National Service Plan - Jul. 3 to Jul. 22**

- $89.99 Monthly Service Charge
- Includes 600 Minutes To Use Anytime
- Anywhere On The Sprint PCS Network
- Domestic Long Distance Included
- First Incoming Minute Free
- Caller ID, Call Waiting, 3-Way Calling
- Sprint PCS Voicemail
- Detailed Billing

**$99.99 National Service Plan - Jul. 3 to Jul. 22**

- $99.99 Monthly Service Charge
- Includes 1000 Minutes To Use Anytime
- Anywhere On The Sprint PCS Network
- Domestic Long Distance Included
- First Incoming Minute Free
- Caller ID, Call Waiting, 3-Way Calling
- Sprint PCS Voicemail
- Detailed Billing

**$99.99 National Service Plan - Jul. 23 to Aug. 22**

- $99.99 Monthly Service Charge
- Includes 1000 Minutes To Use Anytime
- Anywhere On The Sprint PCS Network
- Domestic Long Distance Included
- First Incoming Minute Free
- Caller ID, Call Waiting, 3-Way Calling
- Sprint PCS Voicemail
- Detailed Billing

**Airtime Summary**

| Description | Minutes |
|---|---|
| Minutes Used in Plan | 867.0 |
| Extra Minutes Used | 74.0 |
| **First Incoming Minutes Free** | 141.0 |
| **Total Minutes** | **1,082.0** |

**Call Detail**

| | Date | Time | Phone Number | Call Destination | Rate/ Type | Minutes | Airtime Charges | Long Distance Charges | Other Charges | Total Charges |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Thu. Jun. 24 | 6:57 AM | 305-289-9397 | Marathon, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 2 | Thu. Jun. 24 | 10:22 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | | 6.0 | included | 0.00 | 0.00 | 0.00 |
| 3 | Thu. Jun. 24 | 12:15 PM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 4 | Thu. Jun. 24 | 12:17 PM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 5 | Thu. Jun. 24 | 12:18 PM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 6 | Thu. Jun. 24 | 12:19 PM | 305-685-0881 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 7 | Thu. Jun. 24 | 3:48 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | | 8.0 | included | 0.00 | 0.00 | 0.00 |
| 8 | Thu. Jun. 24 | 4:11 PM | 314-426-6272 | Overland, MO | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 9 | Thu. Jun. 24 | 4:52 PM | 703-361-3330 | Manassas, VA | | 2.0 | included | 0.00 | 0.00 | 0.00 |

❶ = First Incoming Minute Free (In Home Service Area Only)


| customer | account number | billing period ending | invoice date | page |
|---|---|---|---|---|
| **Dennis R Lainey** | 0016001739-8 | Jul. 22, 1999 | Jul. 25, 1999 | 4 of 13 |

To Connect with Customer Care Press ✆ **2** (TALK) or Dial **1-888-211-4727.** ▬



**PCS Phone Charges** for 305-801-5015 (continued)

### Call Detail

| Date | Time | Phone Number | Call Destination | Rate/Type | Minutes | Airtime Charges | Long Distance Charges | Other Charges | Total Charges |
|---|---|---|---|---|---|---|---|---|---|
| 10 Thu. Jun. 24 | 5:04 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | 20.0 | included | 0.00 | 0.00 | 0.00 |
| 11 Fri. Jun. 25 | 8:52 AM | 314-532-6900 | Chesterfld, MO | | 4.0 | included | 0.00 | 0.00 | 0.00 |
| 12 Fri. Jun. 25 | 9:40 AM | 305-289-9397 | Marathon, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 13 Fri. Jun. 25 | 9:52 AM | 305-289-9397 | Marathon, FL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 14 Fri. Jun. 25 | 10:11 AM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 15 Fri. Jun. 25 | 10:37 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | 10.0 | included | 0.00 | 0.00 | 0.00 |
| 16 Fri. Jun. 25 | 10:44 AM | Incoming | ❶ CW | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | CW | 8.0 | included | 0.00 | 0.00 | 0.00 |
| 17 Fri. Jun. 25 | 10:53 AM | 603-886-1614 | Nashua, NH | | 12.0 | included | 0.00 | 0.00 | 0.00 |
| 18 Fri. Jun. 25 | 11:05 AM | Incoming | ❶ CW | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | CW | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 19 Fri. Jun. 25 | 12:33 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | 6.0 | included | 0.00 | 0.00 | 0.00 |
| 20 Fri. Jun. 25 | 12:57 PM | 214-520-2590 | Dallas, TX | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 21 Fri. Jun. 25 | 12:58 PM | 800-435-9792 | 800 Svc | | 5.0 | included | 0.00 | 0.00 | 0.00 |
| 22 Fri. Jun. 25 | 1:21 PM | 800-435-9792 | 800 Svc | | 4.0 | included | 0.00 | 0.00 | 0.00 |
| 23 Fri. Jun. 25 | 1:29 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | 4.0 | included | 0.00 | 0.00 | 0.00 |
| 24 Fri. Jun. 25 | 1:58 PM | 702-732-9797 | Las Vegas, NV | | 13.0 | included | 0.00 | 0.00 | 0.00 |
| 25 Fri. Jun. 25 | 2:24 PM | 314-426-6272 | Overland, MO | | 15.0 | included | 0.00 | 0.00 | 0.00 |
| 26 Fri. Jun. 25 | 2:39 PM | 305-685-6840 | Miami, FL | | 14.0 | included | 0.00 | 0.00 | 0.00 |
| 27 Fri. Jun. 25 | 2:59 PM | 800-435-9792 | 800 Svc | | 7.0 | included | 0.00 | 0.00 | 0.00 |
| 28 Fri. Jun. 25 | 3:05 PM | Incoming | ❶ CW | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | CW | 4.0 | included | 0.00 | 0.00 | 0.00 |
| 29 Fri. Jun. 25 | 3:14 PM | 580-223-8424 | Ardmore, OK | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 30 Sat. Jun. 26 | 8:02 PM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 31 Sun. Jun. 27 | 10:35 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| 32 Sun. Jun. 27 | 4:52 AM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 33 Mon. Jun. 28 | 8:49 AM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 34 Mon. Jun. 28 | 8:58 AM | 305-596-4449 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 35 Mon. Jun. 28 | 9:03 AM | 305-685-6840 | Miami, FL | | 18.0 | included | 0.00 | 0.00 | 0.00 |
| 36 Mon. Jun. 28 | 9:54 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | 3.0 | included | 0.00 | 0.00 | 0.00 |
| 37 Mon. Jun. 28 | 10:16 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 38 Mon. Jun. 28 | 10:22 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 39 Mon. Jun. 28 | 10:27 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | 9.0 | included | 0.00 | 0.00 | 0.00 |
| 40 Mon. Jun. 28 | 10:37 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | 1.0 | included | 0.00 | 0.00 | 0.00 |

❶ = First Incoming Minute Free (In Home Service Area Only)


| customer | account number | billing period ending | invoice date | page |
|----------|----------------|----------------------|--------------|------|
| **Dennis R Lainey** | 0016001739-8 | Jul. 22, 1999 | Jul. 25, 1999 | 5 of   13 |

To Connect with Customer Care Press ☺ **2** (TALK) or Dial **1-888-211-4727.**



**PCS Phone Charges** for 305-801-5015 (continued)

### Call Detail

| | Date | Time | Phone Number | Call Destination | Rate/ Type | Minutes | Airtime Charges | Long Distance Charges | Other Charges | Total Charges |
|---|------|------|--------------|------------------|-----------|---------|-----------------|----------------------|---------------|---------------|
| 41 | Mon. Jun. 28 | 12:29 PM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 42 | Mon. Jun. 28 | 12:41 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| 43 | Mon. Jun. 28 | 2:53 PM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 44 | Mon. Jun. 28 | 2:56 PM | 310-397-1000 | San Monica, CA | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 45 | Mon. Jun. 28 | 3:04 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 46 | Mon. Jun. 28 | 3:07 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| 47 | Mon. Jun. 28 | 3:07 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 48 | Mon. Jun. 28 | 3:21 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| | | | | | | 1.0 | 0.25 | 0.00 | 0.00 | 0.25 |
| 49 | Mon. Jun. 28 | 3:52 PM | 800-282-8282 | 800 Svc | | 1.0 | 0.25 | 0.00 | 0.00 | 0.25 |
| 50 | Mon. Jun. 28 | 3:54 PM | 800-333-4276 | 800 Svc | | 1.0 | 0.25 | 0.00 | 0.00 | 0.25 |
| 51 | Mon. Jun. 28 | 4:05 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| 52 | Mon. Jun. 28 | 4:53 PM | 310-397-1000 | San Monica, CA | | 4.0 | 1.00 | 0.00 | 0.00 | 1.00 |
| 53 | Thu. Jul. 01 | 4:40 PM | 305-685-6540 | Miami, FL | | 1.0 | 0.25 | 0.00 | 0.00 | 0.25 |
| 54 | Thu. Jul. 01 | 4:40 PM | 305-685-6840 | Miami, FL | | 4.0 | 1.00 | 0.00 | 0.00 | 1.00 |
| 55 | Thu. Jul. 01 | 4:44 PM | 305-801-5015 | Miami, FL | | 1.0 | 0.25 | 0.00 | 0.00 | 0.25 |
| 56 | Thu. Jul. 01 | 5:04 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| 57 | Thu. Jul. 01 | 5:11 PM | 305-904-2379 | North Dade, FL | | 8.0 | 2.00 | 0.00 | 0.00 | 2.00 |
| 58 | Thu. Jul. 01 | 7:26 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | | 2.0 | 0.50 | 0.00 | 0.00 | 0.50 |
| 59 | Thu. Jul. 01 | 8:16 PM | 954-389-2321 | Ftlauderdl, FL | | 24.0 | 6.00 | 0.00 | 0.00 | 6.00 |
| 60 | Sat Jul 03 | 8:10 AM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 61 | Sat Jul 03 | 10:53 AM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 62 | Sat Jul 03 | 7:33 PM | 305-664-0216 | Islamorada, FL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 63 | Thu. Jul. 08 | 8:35 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | | 9.0 | included | 0.00 | 0.00 | 0.00 |
| 64 | Thu. Jul. 08 | 9:06 AM | 305-987-3445 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 65 | Thu. Jul. 08 | 9:23 AM | 912-965-3232 | Savannah, GA | | 3.0 | included | 0.00 | 0.00 | 0.00 |
| 66 | Thu. Jul. 08 | 2:57 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | | 8.0 | included | 0.00 | 0.00 | 0.00 |
| 67 | Thu. Jul. 08 | 3:36 PM | 603-886-1614 | Nashua, NH | | 12.0 | included | 0.00 | 0.00 | 0.00 |
| 68 | Thu. Jul. 08 | 4:06 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| 69 | Thu. Jul. 08 | 4:09 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| 70 | Thu. Jul. 08 | 4:13 PM | 317-502-1056 | Indianapis, IN | | 13.0 | included | 0.00 | 0.00 | 0.00 |
| 71 | Thu. Jul. 08 | 4:26 PM | 912-965-3232 | Savannah, GA | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 72 | Thu. Jul. 08 | 4:56 PM | 305-801-5015 | Miami, FL | | 3.0 | included | 0.00 | 0.00 | 0.00 |
| 73 | Thu. Jul. 08 | 5:36 PM | 305-685-6840 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 74 | Thu. Jul. 08 | 7:47 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | | 5.0 | included | 0.00 | 0.00 | 0.00 |
| 75 | Thu. Jul. 08 | 8:26 PM | 603-886-1614 | Nashua, NH | | 12.0 | included | 0.00 | 0.00 | 0.00 |

❶ = First Incoming Minute Free (In Home Service Area Only)



| customer | account number | billing period ending | invoice date | page |
|---|---|---|---|---|
| **Dennis R Lainey** | 0016001739-8 | Jul. 22, 1999 | Jul. 25, 1999 | 6 of 13 |

To Connect with Customer Care Press ✱ 2 (TALK) or Dial **1-888-211-4727.** ▬▬▬▬

 **PCS Phone Charges** for 305-801-5015 (continued)

### Call Detail

| Date | Time | Phone Number | Call Destination | Rate/ Type | Minutes | Airtime Charges | Long Distance Charges | Other Charges | Total Charges |
|---|---|---|---|---|---|---|---|---|---|
| 76 Thu. Jul. 08 | 8:47 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 17.0 | included | 0.00 | 0.00 | 0.00 |
| 77 Thu. Jul. 08 | 9:11 PM | 954-389-2321 | Ftlauderdl, FL | | 12.0 | included | 0.00 | 0.00 | 0.00 |
| 78 Sat. Jul. 10 | 5:31 AM | 305-801-5015 | Miami, FL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 79 Sat. Jul. 10 | 1:51 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| 80 Sat. Jul. 10 | 2:37 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 81 Sun. Jul. 11 | 10:29 AM | 305-801-5015 | Miami, FL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 82 Sun. Jul. 11 | 11:21 AM | 800-755-9558 | 800 Svc | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 83 Mon. Jul. 12 | 12:38 PM | 305-685-0881 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 84 Mon. Jul. 12 | 12:39 PM | 305-289-3008 | Marathon, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 85 Mon. Jul. 12 | 12:39 PM | 305-685-6840 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 86 Mon. Jul. 12 | 12:40 PM | 603-886-1614 | Nashua, NH | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 87 Mon. Jul. 12 | 12:42 PM | 603-886-1614 | Nashua, NH | | 4.0 | included | 0.00 | 0.00 | 0.00 |
| 88 Mon. Jul. 12 | 1:28 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| 89 Mon. Jul. 12 | 1:31 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 90 Mon. Jul. 12 | 1:38 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 15.0 | included | 0.00 | 0.00 | 0.00 |
| 91 Mon. Jul. 12 | 3:04 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 11.0 | included | 0.00 | 0.00 | 0.00 |
| 92 Mon. Jul. 12 | 3:48 PM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 93 Mon. Jul. 12 | 5:03 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 6.0 | included | 0.00 | 0.00 | 0.00 |
| 94 Mon. Jul. 12 | 5:39 PM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 95 Mon. Jul. 12 | 5:47 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 96 Mon. Jul. 12 | 6:06 PM | 603-886-1614 | Nashua, NH | | 7.0 | included | 0.00 | 0.00 | 0.00 |
| 97 Mon. Jul. 12 | 6:46 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| 98 Mon. Jul. 12 | 6:47 PM | 305-685-6840 | Miami, FL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 99 Tue. Jul. 13 | 8:59 AM | 561-223-1097 | Stuart, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 100 Tue. Jul. 13 | 9:25 AM | 603-883-7090 | Nashua, NH | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 101 Tue. Jul. 13 | 9:47 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| 102 Tue. Jul. 13 | 10:27 AM | 305-937-6200 | North Dade, FL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 103 Tue. Jul. 13 | 10:35 AM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 104 Tue. Jul. 13 | 10:41 AM | 770-999-4921 | Smyrna, GA | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 105 Tue. Jul. 13 | 11:17 AM | 305-933-5502 | North Dade, FL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 106 Tue. Jul. 13 | 11:19 AM | 305-685-6840 | Miami, FL | | 7.0 | included | 0.00 | 0.00 | 0.00 |
| 107 Tue. Jul. 13 | 11:28 AM | Incoming | | ● CW | 1.0 | 0.00 | 0.00 | 0.00 | free |
| 108 Tue. Jul. 13 | 11:31 AM | 305-933-5520 | North Dade, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 109 Tue. Jul. 13 | 1:01 PM | 603-886-1614 | Nashua, NH | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 110 Tue. Jul. 13 | 1:29 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 1.0 | included | 0.00 | 0.00 | 0.00 |

❶ = First Incoming Minute Free (In Home Service Area Only)

| customer | account number | billing period ending | invoice date | page |
|---|---|---|---|---|
| **Dennis R Lainey** | 0016001739-8 | Jul. 22, 1999 | Jul. 25, 1999 | 7 of  13 |

To Connect with Customer Care Press ✱ 2 ⒯⒜⒧⒦ or Dial **1-888-211-4727.** ▬▬▬▬▬▬▬

 **PCS Phone Charges** for 305-801-5015 (continued)

### Call Detail

| Date | Time | Phone Number | Call Destination | Rate/ Type | Minutes | Airtime Charges | Long Distance Charges | Other Charges | Total Charges |
|---|---|---|---|---|---|---|---|---|---|
| 111 Tue. Jul. 13 | 1 39 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 112 Tue. Jul. 13 | 1:52 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0 00 | **free** |
| 113 Tue. Jul. 13 | 2:02 PM | Incoming | | ❶ | 1 0 | 0.00 | 0.00 | 0.00 | **free** |
| 114 Tue. Jul. 13 | 2:07 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 115 Tue. Jul. 13 | 2:46 PM | 603-886-1614 | Nashua, NH | | 12 0 | included | 0 00 | 0.00 | 0.00 |
| 116 Tue. Jul. 13 | 3:38 PM | Incoming | | ❶ | 1.0 | 0.00 | 0 00 | 0.00 | **free** |
| 117 Tue. Jul. 13 | 7:09 PM | 305-801-5015 | Miami, FL | | 3.0 | included | 0.00 | 0.00 | 0.00 |
| 118 Wed. Jul. 14 | 7:28 AM | 305-801-5015 | Miami, FL | | 5.0 | included | 0.00 | 0.00 | 0.00 |
| 119 Wed. Jul. 14 | 9:11 AM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 120 Wed. Jul. 14 | 9:14 AM | 305-373-3117 | Miami, FL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 121 Wed. Jul. 14 | 9:15 AM | 305-685-6840 | Miami, FL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 122 Wed. Jul. 14 | 9:18 AM | 305-685-6840 | Miami, FL | | 7.0 | included | 0.00 | 0.00 | 0.00 |
| 123 Wed. Jul. 14 | 9:24 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | 7.0 | included | 0.00 | 0.00 | 0.00 |
| 124 Wed Jul. 14 | 10:54 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | 3.0 | included | 0 00 | 0.00 | 0.00 |
| 125 Wed. Jul. 14 | 11:40 AM | 305-801-5015 | Miami, FL | | 1 0 | included | 0.00 | 0.00 | 0 00 |
| 126 Wed. Jul. 14 | 12:29 PM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 127 Wed. Jul. 14 | 12:52 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| 128 Wed Jul. 14 | 2:03 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| 129 Wed. Jul. 14 | 2.29 PM | 305-801-5015 | Miami, FL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 130 Wed. Jul. 14 | 3:09 PM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 131 Wed. Jul. 14 | 3:20 PM | 305-780-2355 | Miami, FL | | 5 0 | included | 0 00 | 0.00 | 0.00 |
| 132 Wed Jul. 14 | 3 24 PM | 305-801-5015 | Miami, FL | | 1 0 | included | 0.00 | 0.00 | 0.00 |
| 133 Wed. Jul. 14 | 3:31 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| 134 Wed. Jul. 14 | 3:46 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | 4.0 | included | 0.00 | 0.00 | 0.00 |
| 135 Wed. Jul. 14 | 4:00 PM | Incoming | | ❶ | 1 0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | 1.0 | included | 0 00 | 0.00 | 0.00 |
| 136 Wed. Jul. 14 | 4:04 PM | 305-685-6840 | Miami, FL | | 3.0 | included | 0.00 | 0.00 | 0.00 |
| 137 Wed. Jul. 14 | 4:11 PM | Incoming | | ❶ | 1 0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 138 Wed. Jul. 14 | 4:15 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| 139 Wed. Jul. 14 | 4:20 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | 9.0 | included | 0.00 | 0 00 | 0.00 |
| 140 Wed. Jul. 14 | 4:44 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | 5.0 | included | 0.00 | 0.00 | 0.00 |
| 141 Wed. Jul. 14 | 4:52 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| 142 Wed. Jul. 14 | 5 54 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 143 Wed. Jul. 14 | 6:26 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |

❶ = First Incoming Minute Free (In Home Service Area Only)



| customer | account number | billing period ending | invoice date | page |
|---|---|---|---|---|
| **Dennis R Lainey** | 0016001739-8 | Jul. 22, 1999 | Jul. 25, 1999 | 8 of 13 |

To Connect with Customer Care Press ☎ 2 TALK or Dial **1-888-211-4727.** ■

 **PCS Phone Charges** for 305-801-5015 (continued)

### Call Detail

| Date | Time | Phone Number | Call Destination | Rate/ Type | Minutes | Airtime Charges | Long Distance Charges | Other Charges | Total Charges |
|---|---|---|---|---|---|---|---|---|---|
| 144 Thu. Jul. 15 | 9:05 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 7.0 | included | 0.00 | 0.00 | 0.00 |
| 145 Thu. Jul. 15 | 9:28 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| 146 Thu. Jul. 15 | 1:22 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| 147 Thu. Jul. 15 | 1:49 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 5.0 | included | 0.00 | 0.00 | 0.00 |
| 148 Thu. Jul. 15 | 2:30 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 8.0 | included | 0.00 | 0.00 | 0.00 |
| 149 Thu. Jul. 15 | 3:30 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 150 Thu. Jul. 15 | 3:41 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 151 Thu. Jul. 15 | 3:44 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 17.0 | included | 0.00 | 0.00 | 0.00 |
| 152 Thu. Jul. 15 | 4:22 PM | 310-397-1000 | San Monica, CA | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 153 Thu. Jul. 15 | 4:44 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 154 Thu. Jul. 15 | 5:01 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| 155 Thu. Jul. 15 | 6:38 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 156 Thu. Jul. 15 | 7:24 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| 157 Thu. Jul. 15 | 7:25 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 158 Thu. Jul. 15 | 8:53 PM | 305-608-5657 | Miami, FL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 159 Fri. Jul. 16 | 8:53 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 160 Fri. Jul. 16 | 9:36 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 161 Fri. Jul. 16 | 9:44 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| 162 Fri. Jul. 16 | 10:40 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 4.0 | included | 0.00 | 0.00 | 0.00 |
| 163 Fri. Jul. 16 | 10:46 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 6.0 | included | 0.00 | 0.00 | 0.00 |
| 164 Fri. Jul. 16 | 11:48 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| 165 Fri. Jul. 16 | 11:59 AM | 305-685-6840 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 166 Fri. Jul. 16 | 12:22 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| 167 Fri. Jul. 16 | 12:37 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 4.0 | included | 0.00 | 0.00 | 0.00 |
| 168 Fri. Jul. 16 | 1:02 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 169 Fri. Jul. 16 | 3:09 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 170 Fri. Jul. 16 | 4:37 PM | 405-681-6663 | Okla City, OK | | 4.0 | included | 0.00 | 0.00 | 0.00 |

❶ = First Incoming Minute Free (In Home Service Area Only)


| customer | account number | billing period ending | invoice date | page |
|---|---|---|---|---|
| **Dennis R Lainey** | 0016001739-8 | Jul. 22, 1999 | Jul. 25, 1999 | 9 of 13 |

To Connect with Customer Care Press ⊛ 2 ⒕𝖠𝖫𝖪 or Dial **1-888-211-4727.**



**PCS Phone Charges** for 305-801-5015 (continued)

**Call Detail**

| | Date | Time | Phone Number | Call Destination | Rate/ Type | Minutes | Airtime Charges | Long Distance Charges | Other Charges | Total Charges |
|---|---|---|---|---|---|---|---|---|---|---|
| 171 | Fri. Jul. 16 | 4:53 PM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | | 4.0 | included | 0.00 | 0.00 | 0.00 |
| 172 | Fri. Jul. 16 | 5:03 PM | 310-397-1000 | San Monica, CA | | 3.0 | included | 0.00 | 0.00 | 0.00 |
| 173 | Fri. Jul. 16 | 5:53 PM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 174 | Fri. Jul. 16 | 6:03 PM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | | 3.0 | included | 0.00 | 0.00 | 0.00 |
| 175 | Fri. Jul. 16 | 6:37 PM | 603-886-1614 | Nashua, NH | | 4.0 | included | 0.00 | 0.00 | 0.00 |
| 176 | Sat. Jul. 17 | 7:42 AM | 888-352-4639 | 888 Svc | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 177 | Sat. Jul. 17 | 9:58 AM | 305-688-8619 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 178 | Sat. Jul. 17 | 12:59 PM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | free |
| 179 | Sun. Jul. 18 | 8:52 AM | 305-688-8619 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 180 | Sun. Jul. 18 | 8:53 AM | 305-688-8619 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 181 | Sun. Jul. 18 | 9:10 PM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | | 4.0 | included | 0.00 | 0.00 | 0.00 |
| 182 | Mon. Jul. 19 | 6:29 AM | 888-303-9070 | 888 Svc | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 183 | Mon. Jul. 19 | 9:09 AM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 184 | Mon. Jul. 19 | 9:11 AM | 954-771-1795 | Ftlauderdl, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 185 | Mon. Jul. 19 | 9:20 AM | 305-685-6840 | Miami, FL | | 5.0 | included | 0.00 | 0.00 | 0.00 |
| 186 | Mon. Jul. 19 | 9:33 AM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | | 4.0 | included | 0.00 | 0.00 | 0.00 |
| 187 | Mon. Jul. 19 | 9:38 AM | 305-801-5015 | Miami, FL | | 3.0 | included | 0.00 | 0.00 | 0.00 |
| 188 | Mon. Jul. 19 | 9:38 AM | Incoming | | ● CW | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | CW | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 189 | Mon. Jul. 19 | 9:41 AM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 190 | Mon. Jul. 19 | 10:04 AM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | | 4.0 | included | 0.00 | 0.00 | 0.00 |
| 191 | Mon. Jul. 19 | 10:38 AM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | | 3.0 | included | 0.00 | 0.00 | 0.00 |
| 192 | Mon. Jul. 19 | 11:22 AM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 193 | Mon. Jul. 19 | 2:44 PM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 194 | Mon. Jul. 19 | 3:10 PM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 195 | Mon. Jul. 19 | 3:12 PM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | free |
| 196 | Mon. Jul. 19 | 4:49 PM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | free |
| 197 | Mon. Jul. 19 | 5:16 PM | 603-886-1614 | Nashua, NH | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 198 | Mon. Jul. 19 | 5:21 PM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 199 | Mon. Jul. 19 | 5:25 PM | 305-933-5502 | North Dade, FL | | 3.0 | included | 0.00 | 0.00 | 0.00 |
| 200 | Mon. Jul. 19 | 5:36 PM | 305-933-5520 | North Dade, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 201 | Mon. Jul. 19 | 5:37 PM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | free |

● = First Incoming Minute Free (In Home Service Area Only)


| customer | account number | billing period ending | invoice date | page |
|---|---|---|---|---|
| **Dennis R Lainey** | 0016001739-8 | Jul. 22, 1999 | Jul. 25, 1999 | 10 of 13 |

To Connect with Customer Care Press ⊛ **2** 🔘 or Dial **1-888-211-4727.**


 **PCS Phone Charges** for 305-801-5015 (continued)

### Call Detail

| Date | Time | Phone Number | Call Destination | Rate/ Type | Minutes | Airtime Charges | Long Distance Charges | Other Charges | Total Charges |
|---|---|---|---|---|---|---|---|---|---|
| 202 Mon. Jul. 19 | 5:46 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| 203 Mon. Jul. 19 | 5:48 PM | 305-685-6840 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 204 Mon. Jul. 19 | 5:50 PM | 888-587-4168 | 888 Svc | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 205 Mon. Jul. 19 | 5:53 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 4.0 | included | 0.00 | 0.00 | 0 00 |
| 206 Mon. Jul. 19 | 5:58 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 11.0 | included | 0.00 | 0.00 | 0 00 |
| 207 Mon. Jul. 19 | 6:56 PM | 603-886-1614 | Nashua, NH | | 12.0 | included | 0 00 | 0.00 | 0.00 |
| 208 Tue. Jul. 20 | 9:35 AM | 405-681-6663 | Okla City, OK | | 4.0 | included | 0.00 | 0.00 | 0.00 |
| 209 Tue. Jul. 20 | 9 38 AM | 405-681-6663 | Okla City, OK | | 5.0 | included | 0 00 | 0.00 | 0 00 |
| 210 Tue. Jul. 20 | 9:44 AM | 860-355-1167 | Newmilford, CT | | 11 0 | included | 0.00 | 0.00 | 0 00 |
| 211 Tue. Jul. 20 | 10:27 AM | 954-771-1795 | Ftlauderdl, FL | | 1.0 | included | 0.00 | 0 00 | 0.00 |
| 212 Tue. Jul. 20 | 1:52 PM | Incoming | | ❶ | 1.0 | 0.00 | 0 00 | 0.00 | free |
| | | | | | 5 0 | included | 0.00 | 0.00 | 0.00 |
| 213 Tue. Jul. 20 | 2:12 PM | 411 | Dir. Asst | | 3.0 | included | 0.75 | 0 00 | 0.75 |
| 214 Tue. Jul. 20 | 2:14 PM | 954-771-1795 | Ftlauderdl, FL | | 5.0 | included | 0 00 | 0.00 | 0.00 |
| 215 Tue. Jul. 20 | 2:26 PM | Incoming | | ❶ | 1 0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 2.0 | included | 0.00 | 0 00 | 0.00 |
| 216 Tue. Jul. 20 | 2:31 PM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0 00 |
| 217 Tue. Jul. 20 | 2:32 PM | 305-685-6840 | Miami, FL | | 8.0 | included | 0.00 | 0.00 | 0.00 |
| 218 Tue. Jul. 20 | 2:52 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0 00 | free |
| | | | | | 1.0 | included | 0.00 | 0.00 | 0 00 |
| 219 Tue. Jul. 20 | 3:58 PM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0 00 | 0.00 |
| 220 Tue. Jul. 20 | 3:59 PM | 305-933-5520 | North Dade, FL | | 1.0 | included | 0.00 | 0 00 | 0.00 |
| 221 Tue. Jul. 20 | 4:04 PM | 305-685-6840 | Miami, FL | | 7 0 | included | 0.00 | 0.00 | 0 00 |
| 222 Tue. Jul. 20 | 4:13 PM | Incoming | | ❶ | 1.0 | 0 00 | 0.00 | 0.00 | free |
| | | | | | 9.0 | included | 0 00 | 0 00 | 0.00 |
| 223 Tue. Jul. 20 | 4:23 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| 224 Tue. Jul. 20 | 4:25 PM | 305-987-3445 | Miami, FL | | 2.0 | included | 0.00 | 0 00 | 0.00 |
| 225 Tue. Jul. 20 | 4:38 PM | Incoming | | ❶ | 1.0 | 0.00 | 0 00 | 0.00 | free |
| | | | | | 10 0 | included | 0.00 | 0.00 | 0.00 |
| 226 Tue. Jul. 20 | 4:56 PM | 310-397-1000 | San Monica, CA | | 3 0 | included | 0.00 | 0 00 | 0 00 |
| 227 Tue. Jul. 20 | 4:59 PM | 405-681-6663 | Okla City, OK | | 3.0 | included | 0.00 | 0.00 | 0.00 |
| 228 Tue. Jul. 20 | 5:05 PM | 310-397-1000 | San Monica, CA | | 4 0 | included | 0.00 | 0 00 | 0.00 |
| 229 Tue. Jul. 20 | 5:20 PM | 305-801-5015 | Miami, FL | | 1.0 | included | 0 00 | 0 00 | 0.00 |
| 230 Tue. Jul. 20 | 5:50 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 12 0 | included | 0.00 | 0.00 | 0.00 |
| 231 Tue. Jul. 20 | 8:49 PM | 305-688-8619 | Miami, FL | | 1.0 | included | 0.00 | 0 00 | 0 00 |
| 232 Wed. Jul. 21 | 9:12 AM | 305-685-6840 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 233 Wed. Jul. 21 | 9:14 AM | 305-688-8619 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0 00 |
| 234 Wed. Jul. 21 | 9:29 AM | 860-355-1167 | Newmilford, CT | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 235 Wed. Jul. 21 | 10:26 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 1.0 | included | 0.00 | 0 00 | 0 00 |

❶ = First Incoming Minute Free (In Home Service Area Only)

| customer | account number | billing period ending | invoice date | page |
|---|---|---|---|---|
| **Dennis R Lainey** | 0016001739-8 | Jul. 22, 1999 | Jul. 25, 1999 | 11 of 13 |

*To Connect with Customer Care Press* ✱ 2 (TALK) *or Dial* **1-888-211-4727.** ▬▬▬▬▬

 **PCS Phone Charges** for 305-801-5015 (continued)

### Call Detail

| | Date | Time | Phone Number | Call Destination | Rate/ Type | Minutes | Airtime Charges | Long Distance Charges | Other Charges | Total Charges |
|---|---|---|---|---|---|---|---|---|---|---|
| 236 | Wed. Jul. 21 | 10:29 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| 237 | Wed. Jul. 21 | 10:50 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | | 12.0 | included | 0.00 | 0.00 | 0.00 |
| 238 | Wed. Jul. 21 | 11:18 AM | 305-933-5520 | North Dade, FL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 239 | Wed. Jul. 21 | 11:20 AM | 305-933-5520 | North Dade, FL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 240 | Wed. Jul. 21 | 11:24 AM | 305-685-6840 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 241 | Wed. Jul. 21 | 11:33 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 242 | Wed. Jul. 21 | 11:46 AM | 954-771-1795 | Ftlauderdl, FL | | 5.0 | included | 0.00 | 0.00 | 0.00 |
| 243 | Wed. Jul. 21 | 12:06 PM | 954-771-1795 | Ftlauderdl, FL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 244 | Wed. Jul. 21 | 12:34 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | | 9.0 | included | 0.00 | 0.00 | 0.00 |
| 245 | Wed. Jul. 21 | 12:55 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | | 11.0 | included | 0.00 | 0.00 | 0.00 |
| 246 | Wed. Jul. 21 | 1:32 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 247 | Wed. Jul. 21 | 1:50 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | | 23.0 | included | 0.00 | 0.00 | 0.00 |
| 248 | Wed. Jul. 21 | 2:36 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | | 8.0 | included | 0.00 | 0.00 | 0.00 |
| 249 | Wed. Jul. 21 | 2:48 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| 250 | Wed. Jul. 21 | 2:52 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 251 | Wed. Jul. 21 | 4:09 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| 252 | Wed. Jul. 21 | 4:10 PM | Incoming | | ❶ CW | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | CW | 5.0 | included | 0.00 | 0.00 | 0.00 |
| 253 | Wed. Jul. 21 | 4:20 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | | 6.0 | included | 0.00 | 0.00 | 0.00 |
| 254 | Wed. Jul. 21 | 4:26 PM | 954-771-1795 | Ftlauderdl, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 255 | Wed. Jul. 21 | 5:02 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| 256 | Wed. Jul. 21 | 5:03 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | | 3.0 | included | 0.00 | 0.00 | 0.00 |
| 257 | Wed. Jul. 21 | 5:05 PM | Incoming | | ❶ CW | 1.0 | 0.00 | 0.00 | 0.00 | free |
| 258 | Wed. Jul. 21 | 5:06 PM | Incoming | | ❶ CW | 1.0 | 0.00 | 0.00 | 0.00 | free |
| 259 | Wed. Jul. 21 | 5:10 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| 260 | Wed. Jul. 21 | 5:10 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | | 4.0 | included | 0.00 | 0.00 | 0.00 |
| 261 | Wed. Jul. 21 | 5:54 PM | 305-933-5520 | North Dade, FL | | 3.0 | included | 0.00 | 0.00 | 0.00 |
| 262 | Wed. Jul. 21 | 5:58 PM | 954-771-1795 | Ftlauderdl, FL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 263 | Wed. Jul. 21 | 6:05 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| 264 | Wed. Jul. 21 | 6:20 PM | 305-685-6840 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 265 | Wed. Jul. 21 | 6:23 PM | 305-289-2321 | Marathon, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 266 | Wed. Jul. 21 | 6:23 PM | 954-389-2321 | Ftlauderdl, FL | | 8.0 | included | 0.00 | 0.00 | 0.00 |

❶ = First Incoming Minute Free (In Home Service Area Only)

| customer | account number | billing period ending | invoice date | page |
|---|---|---|---|---|
| **Dennis R Lainey** | 0016001739-8 | Jul. 22, 1999 | Jul. 25, 1999 | 12 of 13 |

To Connect with Customer Care Press ⊛ 2 (TALK) or Dial **1-888-211-4727.**



**PCS Phone Charges** for 305-801-5015 (continued)

### Call Detail

| | Date | Time | Phone Number | Call Destination | Rate/Type | Minutes | Airtime Charges | Long Distance Charges | Other Charges | Total Charges |
|---|---|---|---|---|---|---|---|---|---|---|
| 267 | Wed. Jul. 21 | 6:31 PM | 603-886-1614 | Nashua, NH | | 5.0 | included | 0.00 | 0.00 | 0.00 |
| 268 | Wed. Jul. 21 | 6:39 PM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 269 | Wed. Jul. 21 | 6:49 PM | Incoming | | ❶ | 1.0 | 0 00 | 0.00 | 0.00 | free |
| | | | | | | 1 0 | included | 0.00 | 0.00 | 0.00 |
| 270 | Thu. Jul. 22 | 9:30 AM | 305-801-5015 | Miami, FL | | 1 0 | included | 0 00 | 0.00 | 0.00 |
| 271 | Thu Jul 22 | 9:51 AM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0 00 | free |
| 272 | Thu. Jul. 22 | 10:28 AM | Incoming | | ❶ | 1 0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | | 3.0 | included | 0.00 | 0.00 | 0.00 |
| 273 | Thu. Jul. 22 | 10:53 AM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0 00 | 0:00 |
| 274 | Thu. Jul. 22 | 10:55 AM | 954-771-1795 | Ftlauderdl, FL | | 2.0 | included | 0 00 | 0.00 | 0 00 |
| 275 | Thu. Jul. 22 | 10:58 AM | 305-933-5520 | North Dade, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 276 | Thu. Jul. 22 | 10:58 AM | 305-801-5015 | Miami, FL | | 1 0 | included | 0.00 | 0 00 | 0.00 |
| 277 | Thu. Jul. 22 | 11:37 AM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0 00 |
| 278 | Thu. Jul. 22 | 11:43 AM | Incoming | | ❶ | 1.0 | 0 00 | 0.00 | 0 00 | free |
| | | | | | | 1.0 | included | 0 00 | 0.00 | 0 00 |
| 279 | Thu. Jul. 22 | 11:52 AM | 800-654-4882 | 800 Svc | | 2 0 | included | 0.00 | 0.00 | 0 00 |
| 280 | Thu. Jul. 22 | 12:17 PM | Incoming | | ❶ | 1 0 | 0.00 | 0 00 | 0 00 | free |
| | | | | | | 8 0 | included | 0 00 | 0.00 | 0.00 |
| 281 | Thu. Jul. 22 | 2:03 PM | 954-771-1795 | Ftlauderdl, FL | | 1.0 | included | 0.00 | 0.00 | 0 00 |
| | | | | | | 1 0 | 0.25 | 0 00 | 0.00 | 0.25 |
| 282 | Thu. Jul. 22 | 2:56 PM | 954-771-1795 | Ftlauderdl, FL | | 1 0 | 0.25 | 0 00 | 0.00 | 0.25 |
| 283 | Thu. Jul. 22 | 2:57 PM | 603-886-0621 | Nashua, NH | | 15.0 | 3 75 | 0.00 | 0.00 | 3 75 |
| 284 | Thu. Jul. 22 | 3:12 PM | 305-685-6840 | Miami, FL | | 3.0. | 0.75 | 0 00 | 0.00 | 0.75 |
| 285 | Thu. Jul. 22 | 3:30 PM | Incoming | | ● | 1 0 | 0 00 | 0.00 | 0.00 | free |
| 286 | Thu Jul 22 | 3:39 PM | Incoming | | ❶ | 1 0 | 0.00 | 0.00 | 0 00 | free |
| 287 | Thu. Jul. 22 | 3:42 PM | Incoming | | ❶ | 1 0 | 0.00 | 0 00 | 0.00 | free |
| 288 | Thu. Jul. 22 | 4:12 PM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | | 1 0 | 0.25 | 0.00 | 0 00 | 0.25 |
| 289 | Thu. Jul. 22 | 4:32 PM | 305-933-5520 | North Dade, FL | | 1 0 | 0.25 | 0 00 | 0.00 | 0 25 |
| 290 | Thu Jul 22 | 5:10 PM | Incoming | | ❶ | 1.0 | 0 00 | 0.00 | 0.00 | free |
| 291 | Thu. Jul. 22 | 5:10 PM | 411 | Dir Asst | | 2 0 | 0.50 | 0 75 | 0 00 | 1.25 |
| 292 | Thu. Jul. 22 | 5:12 PM | 954-760-7009 | Ftlauderdl, FL | | 2.0 | 0 00 | 0.00 | 0.00 | 0 00 |
| 293 | Thu Jul. 22 | 5:12 PM | 954-760-7009 | Ftlauderdl, FL | | 1.0 | 0 25 | 0 00 | 0.00 | 0.25 |
| 294 | Thu. Jul. 22 | 11:07 PM | 305-801-5015 | Miami, FL | | 2.0 | 0.50 | 0.00 | 0 00 | 0.50 |
| | **Total** | | | | | 1082.0 | $18.50 | $1.50 | $0.00 | $20.00 |

### PCS Phone Monthly Service Charges

| Description | Charges |
|---|---|
| $69.99 National Service Plan - Jul 3 to Jul. 22 | -$45.66 |
| $99 99 National Service Plan - Jul. 3 to Jul. 22 | $66.66 |
| $99.99 National Service Plan - Jul. 23 to Aug 22 | $99.99 |

❶ = First Incoming Minute Free (In Home Service Area Only)



| customer | account number | billing period ending | invoice date | page |
|----------|----------------|----------------------|--------------|------|
| **Dennis R Lainey** | 0016001739-8 | Jul. 22, 1999 | Jul. 25, 1999 | 13 of 13 |

To Connect with Customer Care Press ✱ 2 ⒯ⒶⓁⓀ or Dial **1-888-211-4727.**

**PCS Phone Charges** for 305-801-5015 (continued)

#### PCS Phone Monthly Service Charges

| Description | Charges |
|-------------|---------|

| **Current Activity Charges** for 305-801-5015 | **$139.99** |

● = First Incoming Minute Free (In Home Service Area Only)

**Sprint PCS®**
www.sprintpcs.com

| customer | account number | billing period ending | invoice date | page |
|---|---|---|---|---|
| **Dennis R Lainey** | 0016001739-8 | Aug. 22, 1999 | Aug. 25, 1999 | 1 of 13 |



**Share The Clarity With A Friend**
Recommend Sprint PCS to a friend and you may both be eligible to receive a $10 credit on your Sprint PCS invoice. Visit any Sprint PCS Center or our Web site at www.sprintpcs.com for details.



**Sprint PCS Add-A-Phone**
Two people. Two phones. One service plan. With Sprint PCS Add-A-Phone, you can share clear minutes with family or friends without sharing your Sprint PCS Phone. Visit us at www.sprintpcs.com for details.



**Sprint PCS Text Messaging**
Receive text messages on your Sprint PCS Phone sent via the World Wide Web or Internet e-mail. Visit www.messaging.sprintpcs.com and click "Sign me up" to choose from two plans. The first month is free.

**Sprint Personal Communication Services®**

**Account Summary**

| | |
|---|---|
| Previous Balance | 264.70 |
| Payments | -264.70 |
| Current Activity Charges | 190.78 |
| Taxes | 28.64 |
| **Total Amount Due by Sep. 20** | **$219.42** |



EXHIBIT
26

**Do not send payment.**
The amount below will be billed to your American Express credit card on Sep. 17, 1999
**$219.42**

To Connect with Customer Care Press ✱ **2** (TALK) on your Sprint PCS Phone or Dial **1-888-211-4727.**

Detach and return this remittance form with your payment. Make check or money order payable to Sprint PCS

1007



**Sprint PCS®**

```
*************AUTO**3-DIGIT 330
00012713   2 AT   0.481  02 W2
0016001739

DENNIS R LAINEY
5800 OVERSEAS HWY # 35-152
MARATHON FL 33050-2735
```

account number: 0016001739-8

**Do not send payment.**
The amount below will be billed to your American Express credit card on Sep. 17, 1999
**$219.42**



### EXPLANATION OF TERMS

**Account Credit/Adjustments:** Special offers or pricing promotions appear as credits on your invoice and are subtracted from usage charges. A disputed charge, when corrected, will appear on your invoice as an adjustment.

**Airtime Charges:** This is the charge for the time you spend using your Sprint PCS Phone. Charges for a completed call from your phone begin when you push the Talk (or similar key) and end when the call is terminated by either party. You are invoiced for completed calls to your Number from the time right before the phone starts ringing until the call is terminated by either party. Airtime charges are rounded up to and invoiced in no greater than 60-second increments.

**CF:** Call Forwarding is a service that lets you send incoming calls to another number for an extended period of time.

**CW:** Call Waiting notifies you of an incoming call while you are using your phone. You may choose to answer or ignore the incoming call. If you answer it, you may alternate between the two calls.

**Monthly Service Charge:** This is the recurring charge for your Sprint PCS services. The Monthly Service Charge is billed one month in advance.

**Other Charges:** These are charges that are not included in the Monthly Service Charges.

**PCS Credits:** These are special offers or pricing promotions that are applied to your account.

**Sprint PCS Paging:** If you subscribe to the service, a caller can choose to send you a page or leave a message in your voicemail.

**Peak/Off-Peak:** Peak and Off-Peak are time-defined categories of your phone calls. The cost of a call is determined by your rate plan. Off-peak calls traditionally cost less than peak calls.

**Taxes:** These are applicable taxes including federal, state, city, and county taxes. Other charges required to be paid in proportion to receipts from telecommunications services provided (e.g., Universal Service Fund charges), or levied by federal, state, or local authorities are also invoiced here.

**Sprint PCS Travel Rate:** This is the rate applied when making and receiving calls in a defined service area outside your home service area. The traveling rate includes airtime and long distance charges for incoming and outgoing calls.

**Sprint PCS Voicemail:** This is a feature allowing callers to leave you messages. Similar to an answering machine, you can save and retrieve messages and change greetings from any location.

**0:** Sprint PCS Operator Services provides assistance with dialing person-to-person, station-to-station, time of day, call interrupt, and busy-line verification 24 hours a day, 7 days a week by dialing 0, 00, or 0+number.

**3W:** Three Way Calling gives you the ability to add a third person to an existing phone call.

**411:** Connects you to Sprint PCS Directory Assistance. Nationwide information, call completion, and additional services are available.

### HOW TO REACH SPRINT PCS CUSTOMER CARE

We are making every attempt to simplify your invoice so that it's easy to understand. But you may still have questions. Sprint PCS Customer Care is available 24 hours a week, seven days a week. Here's how to contact us:

| By using your Sprint PCS phone: | Via the Internet | By phone: | By mail: | To Remit Payment: |
|---|---|---|---|---|
| Sprint PCS Customer Care | www.sprintpcs.com | Sprint PCS Customer Care | Sprint PCS Customer Care | Sprint PCS |
| *2 TALK | | 1-888-211-4727 Consumer | P.O. Box 8077 | P.O. Box 2200 |
| | | 1-888-788-4727 Business | London, KY 40742 | Bedford Park, IL 60499-2200 |

You may obtain a copy of the Terms and Conditions of Service (in English or Spanish) for your Sprint PCS Services by writing or calling our Customer Care Center

This invoice is due and payable upon presentation, and is past due if unpaid after the due date shown on page one of this invoice. Please make your check or money order payable to Sprint PCS in U.S. dollars. Do not send cash. If your payment is not received on or before the due date, or if applicable, within the time allowed by your state's Public Utility Commission, Sprint PCS will charge you a late fee of 1.5% per month (or, if less, at the maximum rate allowable by law) on the past due balance. Late charges will be prorated daily for each day that the payment is overdue, but will not be compounded monthly. Sprint PCS may also begin procedures to terminate services to you. You will be informed of such termination action as required by law or the Terms and Conditions of Service.

If any check sent to Sprint PCS in payment for services is returned unpaid by your bank, you will be charged $25, or the highest amount allowed by applicable law, for each returned check, whichever is less.

Please provide your name and account number on any correspondence to Sprint PCS. We will respond to your letter as soon as possible. If you have a dispute about any charges on your invoice, you must notify us within 15 days of the date of the invoice or you will be deemed to have accepted the invoice. Initial notice of any dispute may be made by calling our Customer Care center at 1-888-211-4727. You do not have to pay the disputed amounts while we investigate them; however, the amounts not in dispute are still due and payable by the due date.

California customers -- To resolve any service or billing problems, you should contact Sprint PCS Customer Care at the toll free number listed on page one. Sprint PCS rates for wireless services are not regulated by either federal or state regulators. However, should customers be unable to resolve any service or billing problems directly with Sprint PCS they may contact the Consumer Services Division of the California Public Utilities Commission, 505 Van Ness Ave, San Francisco, CA 94102.

♻ **Sprint PCS is actively working toward solving our nation's solid waste problem. This invoice is printed on recycled paper.**

**Have you moved recently? If so, please complete this form so we can update our files.**

PLEASE PRINT NAME, ADDRESS OR TELEPHONE CHANGE BELOW

NAME: _____

STREET ADDRESS: _____

CITY: _____  STATE: _____  ZIP: _____

MAILING ADDRESS: _____

CITY: _____  STATE: _____  ZIP: _____

HOME PHONE: _____  BUSINESS PHONE: _____

EFFECTIVE DATE OF CHANGE: _____    JVIN00


| customer | account number | billing period ending | invoice date | page |
|---|---|---|---|---|
| **Dennis R Lainey** | 0016001739-8 | Aug. 22, 1999 | Aug. 25, 1999 | 2 of  13 |

To Connect with Customer Care Press ✆ 2 (TALK) or Dial **1-888-211-4727.**

**Previous Balance**

| Description | Charges |
|---|---|
| Previous Balance | **$264.70** |

**Payments**

| Description | Charges |
|---|---|
| Payment Received on Aug. 16, 1999 | -264.70 |
| | **-$264.70** |

**Current Activity Charges**    (Details start on page 3)

| Services | Charges |
|---|---|
| **PCS Phone Charges** 305-801-5015 | 190.78 |
| | **$190.78** |

**Taxes**

| Description | Charges |
|---|---|
| Florida State Gross Receipts Tax | 4.78 |
| USA Federal Universal Svc Fund Surcharge | 1.52 |
| USA Federal Tax | 5.73 |
| Monroe County Sales Tax - Services & Usage | 2.92 |
| Florida State Sales Tax - Services & Usage | 13.69 |
| | **$28.64** |

| **Total Amount Due by Sep. 20, 1999** | **$219.42** |
|---|---|


| customer | account number | billing period ending | invoice date | page |
|---|---|---|---|---|
| **Dennis R Lainey** | 0016001739-8 | Aug. 22, 1999 | Aug. 25, 1999 | 3 of 13 |

To Connect with Customer Care Press ☎ 2 (TALK) or Dial **1-888-211-4727.**

 **PCS Phone Charges** for 305-801-5015

### $99.99 National Service Plan -Aug. 16 to Aug. 22

- $99 99 Monthly Service Charge
- Includes 1000 Minutes To Use Anytime
- Anywhere On The Sprint PCS Network
- Domestic Long Distance Included
- First Incoming Minute Free
- Caller ID, Call Waiting, 3-Way Calling
- Sprint PCS Voicemail
- Detailed Billing

### $149.99 National Service Plan -Aug. 16 to Aug. 22

- $149 99 Monthly Service Charge
- Includes 1500 Minutes To Use Anytime
- Anywhere On The Sprint PCS Network
- First Incoming Minute Free
- Domestic Long Distance Included
- Caller ID, Call Waiting, 3-Way Calling
- Sprint PCS Voicemail
- Detailed Billing

### $149.99 National Service Plan -Aug. 23 to Sep. 22

- $149.99 Monthly Service Charge
- Includes 1500 Minutes To Use Anytime
- Anywhere On The Sprint PCS Network
- First incoming Minute Free
- Domestic Long Distance Included
- Caller ID, Call Waiting, 3-Way Calling
- Sprint PCS Voicemail
- Detailed Billing

### Airtime Summary

| Description | Minutes |
|---|---|
| Minutes Used in Plan | 1,114 0 |
| Extra Minutes Used | 118.0 |
| First Incoming Minutes Free | 125.0 |
| **Total Minutes** | **1,357.0** |

### Call Detail

| Date | Time | Phone Number | Call Destination | Rate/ Type | Minutes | Airtime Charges | Long Distance Charges | Other Charges | Total Charges |
|---|---|---|---|---|---|---|---|---|---|
| 1 Fri. Jul. 23 | 10:10 AM | 305-904-2379 | North Dade, FL | | 1.0 | included | 0 00 | 0.00 | 0.00 |
| 2 Fri. Jul. 23 | 11:14 AM | Incoming | | ❶ | 1.0 | 0.00 | 0 00 | 0 00 | **free** |
| 3 Fri. Jul. 23 | 11:18 AM | 603-886-1614 | Nashua, NH | | 5.0 | included | 0.00 | 0 00 | 0.00 |
| 4 Fri. Jul. 23 | 11:23 AM | 603-886-1614 | Nashua, NH | | 5.0 | included | 0 00 | 0 00 | 0.00 |
| 5 Fri. Jul. 23 | 12:06 PM | Incoming | | ❶ | 1.0 | 0 00 | 0.00 | 0.00 | **free** |
| | | | | | 7.0 | included | 0.00 | 0.00 | 0.00 |
| 6 Fri Jul. 23 | 12:49 PM | 800-654-4882 | 800 Svc | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 7 Fri. Jul. 23 | 2:37 PM | 800-654-4882 | 800 Svc | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 8 Fri. Jul. 23 | 4:47 PM | 305-801-5015 | Miami, FL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 9 Fri. Jul. 23 | 7:46 PM | Incoming | | ❶ | 1.0 | 0.00 | 0 00 | 0.00 | **free** |
| | | | | | 6 0 | included | 0.00 | 0.00 | 0.00 |

❶ = First Incoming Minute Free (In Home Service Area Only)


| customer | account number | billing period ending | invoice date | page |
|---|---|---|---|---|
| **Dennis R Lainey** | 0016001739-8 | Aug. 22, 1999 | Aug. 25, 1999 | 4 of 13 |

To Connect with Customer Care Press ⊕ 2 (TALK) or Dial **1-888-211-4727.**



**PCS Phone Charges** for 305-801-5015 (continued)

### Call Detail

| Date | Time | Phone Number | Call Destination | Rate/ Type | Minutes | Airtime Charges | Long Distance Charges | Other Charges | Total Charges |
|---|---|---|---|---|---|---|---|---|---|
| 10 Fri. Jul. 23 | 8:52 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 9.0 | included | 0.00 | 0.00 | 0.00 |
| 11 Sat. Jul. 24 | 12:44 PM | 954-522-9333 | Ftlauderdl, FL | | 3.0 | included | 0.00 | 0.00 | 0.00 |
| 12 Sat. Jul. 24 | 1:29 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| 13 Sun. Jul. 25 | 11:20 AM | 305-664-0216 | Islamorada, FL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 14 Sun. Jul. 25 | 11:32 AM | 904-362-4018 | Live Oak, FL | | 15.0 | included | 0.00 | 0.00 | 0.00 |
| 15 Sun. Jul. 25 | 1:07 PM | 352-242-1324 | Clermont, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 16 Sun. Jul. 25 | 7:13 PM | 561-697-7714 | Wpalmbeach, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 17 Mon. Jul. 26 | 10:12 AM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 18 Mon. Jul. 26 | 11:04 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| 19 Mon. Jul. 26 | 11:28 AM | 305-685-6840 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 20 Mon. Jul. 26 | 12:58 PM | 603-886-1614 | Nashua, NH | | 11.0 | included | 0.00 | 0.00 | 0.00 |
| 21 Tue. Jul. 27 | 11:36 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 22 Tue. Jul. 27 | 12:15 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 3.0 | included | 0.00 | 0.00 | 0.00 |
| 23 Tue. Jul. 27 | 12:19 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 3.0 | included | 0.00 | 0.00 | 0.00 |
| 24 Tue. Jul. 27 | 12:23 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| 25 Tue. Jul. 27 | 12:24 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| 26 Tue. Jul. 27 | 12:37 PM | 305-933-5520 | North Dade, FL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| ✕ 27 Tue. Jul. 27 | 1:06 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| ✕ 28 Tue. Jul. 27 | 1:07 PM | Incoming | | ● CW | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | CW | 3.0 | included | 0.00 | 0.00 | 0.00 |
| ✕ 29 Tue. Jul. 27 | 2:57 PM | 703-361-3330 | Manassas, VA | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 30 Tue. Jul. 27 | 3:16 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| 31 Tue. Jul. 27 | 3:18 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 3.0 | included | 0.00 | 0.00 | 0.00 |
| 32 Tue. Jul. 27 | 3:26 PM | 603-886-1614 | Nashua, NH | | 5.0 | included | 0.00 | 0.00 | 0.00 |
| 33 Tue. Jul. 27 | 3:53 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| 34 Tue. Jul. 27 | 6:41 PM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 35 Tue. Jul. 27 | 6:47 PM | 305-801-5015 | Miami, FL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 36 Tue. Jul. 27 | 6:49 PM | 954-227-8667 | Coral Spg, FL | | 17.0 | included | 0.00 | 0.00 | 0.00 |
| 37 Wed. Jul. 28 | 11:01 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 7.0 | included | 0.00 | 0.00 | 0.00 |
| 38 Wed. Jul. 28 | 11:22 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| 39 Wed. Jul. 28 | 4:21 PM | 305-801-5015 | Miami, FL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 40 Thu. Jul. 29 | 10:45 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 41 Thu. Jul. 29 | 3:47 PM | 603-886-0621 | Nashua, NH | | 7.0 | included | 0.00 | 0.00 | 0.00 |
| 42 Thu. Jul. 29 | 4:05 PM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 43 Fri. Jul. 30 | 10:32 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |

❶ = First Incoming Minute Free (In Home Service Area Only)



| customer | account number | billing period ending | invoice date | page |
|---|---|---|---|---|
| **Dennis R Lainey** | 0016001739-8 | Aug. 22, 1999 | Aug. 25, 1999 | 5 of 13 |

To Connect with Customer Care Press ✱ 2 ⊤ALK or Dial **1-888-211-4727.** ▬▬▬▬▬

 **PCS Phone Charges** for 305-801-5015 (continued)

### Call Detail

| | Date | Time | Phone Number | Call Destination | Rate/ Type | Minutes | Airtime Charges | Long Distance Charges | Other Charges | Total Charges |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 9.0 | included | 0.00 | 0.00 | 0.00 |
| 44 | Fri. Jul. 30 | 11:02 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 45 | Fri. Jul. 30 | 11:22 AM | 603-886-0621 | Nashua, NH | | 3.0 | included | 0.00 | 0.00 | 0.00 |
| 46 | Fri. Jul. 30 | 4:29 PM | 305-801-5015 | Miami, FL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 47 | Fri. Jul. 30 | 4:31 PM | 305-933-5520 | North Dade, FL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 48 | Fri. Jul. 30 | 4:32 PM | 305-604-9894 | Miami, FL | | 16.0 | included | 0.00 | 0.00 | 0.00 |
| 49 | Fri. Jul. 30 | 4:47 PM | 603-886-1614 | Nashua, NH | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 50 | Fri. Jul. 30 | 4:52 PM | 305-685-6840 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 51 | Fri. Jul. 30 | 4:55 PM | 305-987-9327 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 52 | Fri. Jul. 30 | 5:57 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | | 5.0 | included | 0.00 | 0.00 | 0.00 |
| 53 | Sat. Jul. 31 | 9:26 AM | 954-298-9275 | Ftlauderdl, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 54 | Sat. Jul. 31 | 9:54 AM | 603-886-1614 | Nashua, NH | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 55 | Sat. Jul. 31 | 9:56 AM | 603-886-0621 | Nashua, NH | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 56 | Sat. Jul. 31 | 10:04 AM | 352-242-1324 | Clermont, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 57 | Sat. Jul. 31 | 10:07 AM | 352-242-1324 | Clermont, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 58 | Sat. Jul. 31 | 10:07 AM | 352-242-1324 | Clermont, FL | | 3.0 | included | 0.00 | 0.00 | 0.00 |
| 59 | Sat. Jul. 31 | 11:54 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 60 | Sat. Jul. 31 | 12:47 PM | 603-886-1614 | Nashua, NH | | 17.0 | included | 0.00 | 0.00 | 0.00 |
| 61 | Sat. Jul. 31 | 1:29 PM | 941-566-8090 | No Naples, FL | | 3.0 | included | 0.00 | 0.00 | 0.00 |
| 62 | Sat. Jul. 31 | 1:54 PM | 305-801-5015 | Miami, FL | | 3.0 | included | 0.00 | 0.00 | 0.00 |
| 63 | Sat. Jul. 31 | 4:30 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | | 7.0 | included | 0.00 | 0.00 | 0.00 |
| 64 | Sat. Jul. 31 | 8:04 PM | 203-265-5974 | Wallingfd, CT | | 6.0 | included | 0.00 | 0.00 | 0.00 |
| 65 | Sun. Aug. 01 | 11:33 AM | 305-608-5657 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 66 | Sun. Aug. 01 | 1:27 PM | 305-608-5657 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 67 | Mon. Aug. 02 | 8:41 AM | 954-943-1445 | Pompanobch, FL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 68 | Mon. Aug. 02 | 9:51 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | | 12.0 | included | 0.00 | 0.00 | 0.00 |
| 69 | Mon. Aug. 02 | 10:09 AM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 70 | Mon. Aug. 02 | 10:12 AM | 305-685-6840 | Miami, FL | | 3.0 | included | 0.00 | 0.00 | 0.00 |
| 71 | Mon. Aug. 02 | 10:15 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | | 3.0 | included | 0.00 | 0.00 | 0.00 |
| 72 | Mon. Aug. 02 | 11:39 AM | 603-886-1614 | Nashua, NH | | 16.0 | included | 0.00 | 0.00 | 0.00 |
| 73 | Mon. Aug. 02 | 12:41 PM | 305-801-5015 | Miami, FL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 74 | Mon. Aug. 02 | 12:43 PM | 305-987-9327 | Miami, FL | | 8.0 | included | 0.00 | 0.00 | 0.00 |
| 75 | Mon. Aug. 02 | 2:41 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | | 14.0 | included | 0.00 | 0.00 | 0.00 |
| 76 | Mon. Aug. 02 | 2:56 PM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 77 | Mon. Aug. 02 | 2:57 PM | 305-685-6840 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 78 | Mon. Aug. 02 | 2:58 PM | 305-685-6840 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |

❶ = First Incoming Minute Free (In Home Service Area Only)



| customer | account number | billing period ending | invoice date | page |
|---|---|---|---|---|
| **Dennis R Lainey** | 0016001739-8 | Aug. 22, 1999 | Aug. 25, 1999 | 6 of 13 |

To Connect with Customer Care Press ✱ 2 ⒯⒜⒧⒦ or Dial **1-888-211-4727.**



**PCS Phone Charges** for 305-801-5015 (continued)

**Call Detail**

| Data | Time | Phone Number | Call Destination | Rate/ Type | Minutes | Airtime Charges | Long Distance Charges | Other Charges | Total Charges |
|---|---|---|---|---|---|---|---|---|---|
| 79 Mon. Aug. 02 | 3:05 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 8.0 | included | 0.00 | 0.00 | 0.00 |
| 80 Mon. Aug. 02 | 3:49 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 8.0 | included | 0.00 | 0.00 | 0.00 |
| 81 Tue. Aug. 03 | 10:56 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 6.0 | included | 0.00 | 0.00 | 0.00 |
| 82 Tue. Aug. 03 | 11:16 AM | 305-685-6840 | Miami, FL | | 7.0 | included | 0.00 | 0.00 | 0.00 |
| 83 Tue. Aug. 03 | 11:32 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 84 Tue. Aug. 03 | 11:34 AM | 305-801-5015 | Miami, FL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 85 Tue. Aug. 03 | 11:36 AM | 770-999-4921 | Smyrna, GA | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 86 Tue. Aug. 03 | 12:06 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| 87 Tue. Aug. 03 | 12:12 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| 88 Tue. Aug. 03 | 2:14 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 4.0 | included | 0.00 | 0.00 | 0.00 |
| 89 Tue. Aug. 03 | 2:34 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 6.0 | included | 0.00 | 0.00 | 0.00 |
| 90 Tue. Aug. 03 | 2:51 PM | 954-771-1795 | Ftlauderdl, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 91 Tue. Aug. 03 | 2:53 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 3.0 | included | 0.00 | 0.00 | 0.00 |
| 92 Tue. Aug. 03 | 4:33 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| 93 Tue. Aug. 03 | 5:00 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 8.0 | included | 0.00 | 0.00 | 0.00 |
| 94 Tue. Aug. 03 | 5:12 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| 95 Tue. Aug. 03 | 5:21 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 96 Tue. Aug. 03 | 5:49 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 12.0 | included | 0.00 | 0.00 | 0.00 |
| 97 Wed. Aug. 04 | 1:05 PM | 954-771-1795 | Ftlauderdl, FL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 98 Wed. Aug. 04 | 1:23 PM | 305-685-6840 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 99 Wed. Aug. 04 | 1:25 PM | 800-516-6165 | 800 Svc | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 100 Wed. Aug. 04 | 1:52 PM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 101 Wed. Aug. 04 | 1:56 PM | 305-498-2308 | Miami, FL | | 8.0 | included | 0.00 | 0.00 | 0.00 |
| 102 Wed. Aug. 04 | 2:05 PM | 603-886-1614 | Nashua, NH | | 17.0 | included | 0.00 | 0.00 | 0.00 |
| 103 Wed. Aug. 04 | 2:22 PM | 954-771-1795 | Ftlauderdl, FL | | 6.0 | included | 0.00 | 0.00 | 0.00 |
| 104 Wed. Aug. 04 | 4:56 PM | 603-886-1614 | Nashua, NH | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 105 Thu. Aug. 05 | 10:01 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 28.0 | included | 0.00 | 0.00 | 0.00 |
| 106 Thu. Aug. 05 | 11:14 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| 107 Thu. Aug. 05 | 11:24 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 5.0 | included | 0.00 | 0.00 | 0.00 |
| 108 Thu. Aug. 05 | 1:28 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 7.0 | included | 0.00 | 0.00 | 0.00 |

❶ = First Incoming Minute Free (In Home Service Area Only)



| customer | | | account number | billing period ending | invoice date | page |
|---|---|---|---|---|---|---|
| **Dennis R Lainey** | | | 0016001739-8 | Aug. 22, 1999 | Aug. 25, 1999 | 7 of 13 |

To Connect with Customer Care Press ⊛ 2 (TALK) or Dial **1-888-211-4727.**

 **PCS Phone Charges** for 305-801-5015 (continued)

### Call Detail

| Date | Time | Phone Number | Call Destination | Rate/ Type | Minutes | Airtime Charges | Long Distance Charges | Other Charges | Total Charges |
|---|---|---|---|---|---|---|---|---|---|
| 109 Thu. Aug. 05 | 5:03 PM | 305-685-6840 | Miami, FL | | 8.0 | included | 0.00 | 0.00 | 0.00 |
| 110 Fri. Aug. 06 | 9:34 AM | 305-685-6840 | Miami, FL | | 8.0 | included | 0.00 | 0.00 | 0.00 |
| 111 Fri. Aug. 06 | 10:05 AM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 6.0 | included | 0.00 | 0.00 | 0.00 |
| 112 Fri. Aug. 06 | 10:12 AM | Incoming | | ● CW | 1.0 | 0.00 | 0.00 | 0.00 | free |
| 113 Fri. Aug. 06 | 10:46 AM | 305-685-6840 | Miami, FL | | 10.0 | included | 0.00 | 0.00 | 0.00 |
| 114 Fri. Aug. 06 | 11:29 AM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 115 Fri. Aug. 06 | 11:34 AM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 4.0 | included | 0.00 | 0.00 | 0.00 |
| 116 Fri. Aug. 06 | 12:34 PM | 305-688-8619 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 117 Fri. Aug. 06 | 3:27 PM | 817-282-2826 | Euless, TX | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 118 Fri. Aug. 06 | 3:29 PM | 561-338-7710 | Boca Raton, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 119 Fri. Aug. 06 | 3:55 PM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 120 Fri. Aug. 06 | 4:12 PM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 13.0 | included | 0.00 | 0.00 | 0.00 |
| 121 Fri. Aug. 06 | 4:27 PM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 8.0 | included | 0.00 | 0.00 | 0.00 |
| 122 Fri. Aug. 06 | 4:34 PM | Incoming | | ● CW | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | CW | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 123 Fri. Aug. 06 | 6:08 PM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | free |
| 124 Sat. Aug. 07 | 11:03 AM | 954-564-0798 | Ftlauderdl, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 125 Sat. Aug. 07 | 11:06 AM | 954-764-7775 | Ftlauderdl, FL | | 3.0 | included | 0.00 | 0.00 | 0.00 |
| 126 Sat. Aug. 07 | 11:09 AM | 513-321-1111 | Cincinnati, OH | | 3.0 | included | 0.00 | 0.00 | 0.00 |
| 127 Sat. Aug. 07 | 11:47 AM | 954-298-9275 | Ftlauderdl, FL | | 3.0 | included | 0.00 | 0.00 | 0.00 |
| 128 Sat. Aug. 07 | 11:55 AM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 129 Sat. Aug. 07 | 12:09 PM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | free |
| 130 Sat. Aug. 07 | 6:24 PM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 131 Sun. Aug. 08 | 1:32 PM | 954-463-9800 | Ftlauderdl, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 132 Mon. Aug. 09 | 8:34 AM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 133 Mon. Aug. 09 | 10:11 AM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 8.0 | included | 0.00 | 0.00 | 0.00 |
| 134 Mon. Aug. 09 | 1:07 PM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | free |
| 135 Mon. Aug. 09 | 1:07 PM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | free |
| 136 Mon. Aug. 09 | 4:03 PM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 4.0 | included | 0.00 | 0.00 | 0.00 |
| 137 Mon. Aug. 09 | 4:08 PM | 305-987-9327 | Miami, FL | | 11.0 | included | 0.00 | 0.00 | 0.00 |
| 138 Mon. Aug. 09 | 5:31 PM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 7.0 | included | 0.00 | 0.00 | 0.00 |

● = First Incoming Minute Free (In Home Service Area Only)



| customer | account number | billing period ending | invoice date | page |
|---|---|---|---|---|
| **Dennis R Lainey** | 0016001739-8 | Aug. 22, 1999 | Aug. 25, 1999 | 8 of 13 |

To Connect with Customer Care Press ✱ **2** (TALK) or Dial **1-888-211-4727.** ━━━━━━━━━

  **PCS Phone Charges** for 305-801-5015 (continued)

### Call Detail

| | Date | Time | Phone Number | Call Destination | Rate/Type | Minutes | Airtime Charges | Long Distance Charges | Other Charges | Total Charges |
|---|---|---|---|---|---|---|---|---|---|---|
| 139 | Mon. Aug. 09 | 5:40 PM | 305-608-5657 | Miami, FL | | 6.0 | included | 0.00 | 0.00 | 0.00 |
| 140 | Tue. Aug. 10 | 9:05 AM | 305-685-6840 | Miami, FL | | 3.0 | included | 0.00 | 0.00 | 0.00 |
| 141 | Tue. Aug. 10 | 10:15 AM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 142 | Tue. Aug. 10 | 10:24 AM | 305-801-5015 | Miami, FL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 143 | Tue. Aug. 10 | 10:45 AM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | | 8.0 | included | 0.00 | 0.00 | 0.00 |
| 144 | Tue. Aug. 10 | 10:54 AM | 305-937-6200 | North Dade, FL | | 4.0 | included | 0.00 | 0.00 | 0.00 |
| 145 | Tue. Aug. 10 | 4:13 PM | 561-272-6800 | Delray Bch, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 146 | Tue. Aug. 10 | 4:18 PM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 147 | Tue. Aug. 10 | 7:11 PM | 305-604-9633 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 148 | Tue. Aug. 10 | 7:42 PM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | | 8.0 | included | 0.00 | 0.00 | 0.00 |
| 149 | Wed. Aug. 11 | 9:54 AM | 305-801-5015 | Miami, FL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 150 | Wed. Aug. 11 | 10:35 AM | 305-685-6840 | Miami, FL | | 3.0 | included | 0.00 | 0.00 | 0.00 |
| 151 | Wed. Aug. 11 | 10:44 AM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | | 4.0 | included | 0.00 | 0.00 | 0.00 |
| 152 | Wed. Aug. 11 | 10:45 AM | Incoming | | ● CW | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| 153 | Wed. Aug. 11 | 10:47 AM | Incoming | | ● CW | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | CW | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 154 | Wed. Aug. 11 | 10:50 AM | 305-685-6840 | Miami, FL | | 10.0 | included | 0.00 | 0.00 | 0.00 |
| 155 | Wed. Aug. 11 | 11:09 AM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 156 | Wed. Aug. 11 | 11:18 AM | 561-272-6800 | Delray Bch, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 157 | Wed. Aug. 11 | 11:19 AM | 561-272-6800 | Delray Bch, FL | | 5.0 | included | 0.00 | 0.00 | 0.00 |
| 158 | Wed. Aug. 11 | 1:16 PM | 305-685-6840 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 159 | Wed. Aug. 11 | 1:19 PM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | | 13.0 | included | 0.00 | 0.00 | 0.00 |
| 160 | Wed. Aug. 11 | 1:21 PM | Incoming | | ● CW | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| 161 | Wed. Aug. 11 | 1:34 PM | 305-685-6840 | Miami, FL | | 6.0 | included | 0.00 | 0.00 | 0.00 |
| 162 | Wed. Aug. 11 | 2:05 PM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | | 20.0 | included | 0.00 | 0.00 | 0.00 |
| 163 | Wed. Aug. 11 | 2:27 PM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| 164 | Wed. Aug. 11 | 3:48 PM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | | 11.0 | included | 0.00 | 0.00 | 0.00 |
| 165 | Thu. Aug. 12 | 10:35 AM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 166 | Thu. Aug. 12 | 10:37 AM | 305-987-9327 | Miami, FL | | 11.0 | included | 0.00 | 0.00 | 0.00 |
| 167 | Thu. Aug. 12 | 10:47 AM | Incoming | | ● CW | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | CW | 4.0 | included | 0.00 | 0.00 | 0.00 |
| 168 | Thu. Aug. 12 | 11:28 AM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 169 | Thu. Aug. 12 | 11:59 AM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 170 | Thu. Aug. 12 | 12:00 PM | Incoming | | ● CW | 1.0 | 0.00 | 0.00 | 0.00 | **free** |

● = First Incoming Minute Free (In Home Service Area Only)


| customer | account number | billing period ending | invoice date | page |
|---|---|---|---|---|
| **Dennis R Lainey** | 0016001739-8 | Aug. 22, 1999 | Aug. 25, 1999 | 9 of 13 |

To Connect with Customer Care Press ✆ 2 (TALK) or Dial **1-888-211-4727.** ▬▬▬▬▬▬▬▬▬▬▬



**PCS Phone Charges** for 305-801-5015 (continued)

**Call Detail**

| | Date | Time | Phone Number | Call Destination | Rate/ Type | Minutes | Airtime Charges | Long Distance Charges | Other Charges | Total Charges |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | CW | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 171 | Thu. Aug. 12 | 12:01 PM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | | 3.0 | included | 0.00 | 0.00 | 0.00 |
| 172 | Thu. Aug. 12 | 12:05 PM | 305-987-9327 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 173 | Thu. Aug. 12 | 12:06 PM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| 174 | Thu. Aug. 12 | 12:14 PM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| 175 | Thu. Aug. 12 | 12:15 PM | 305-801-5015 | Miami, FL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 176 | Thu. Aug. 12 | 12:52 PM | 305-491-6370 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 177 | Thu. Aug. 12 | 1:16 PM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 178 | Thu. Aug. 12 | 2:04 PM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| 179 | Thu. Aug. 12 | 2:06 PM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 180 | Thu. Aug. 12 | 2:09 PM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | | 9.0 | included | 0.00 | 0.00 | 0.00 |
| 181 | Thu. Aug. 12 | 2:48 PM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | | 19.0 | included | 0.00 | 0.00 | 0.00 |
| 182 | Thu. Aug. 12 | 3:08 PM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 183 | Thu. Aug. 12 | 3:14 PM | 305-685-6840 | Miami, FL | | 25.0 | included | 0.00 | 0.00 | 0.00 |
| 184 | Thu. Aug. 12 | 3:25 PM | Incoming | | ● CW | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | CW | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 185 | Thu. Aug. 12 | 4:06 PM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 186 | Thu. Aug. 12 | 4:52 PM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | | 3.0 | included | 0.00 | 0.00 | 0.00 |
| 187 | Fri. Aug. 13 | 10:33 AM | 305-933-5520 | North Dade, FL | | 8.0 | included | 0.00 | 0.00 | 0.00 |
| 188 | Fri. Aug. 13 | 11:33 AM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 189 | Fri. Aug. 13 | 11:34 AM | 305-937-6200 | North Dade, FL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 190 | Fri. Aug. 13 | 11:37 AM | 305-937-6200 | North Dade, FL | | 3.0 | included | 0.00 | 0.00 | 0.00 |
| 191 | Fri. Aug. 13 | 11:45 AM | 305-933-5502 | North Dade, FL | | 3.0 | included | 0.00 | 0.00 | 0.00 |
| 192 | Fri. Aug. 13 | 12:59 PM | 305-685-6840 | Miami, FL | | 5.0 | included | 0.00 | 0.00 | 0.00 |
| 193 | Fri. Aug. 13 | 1:05 PM | 954-771-1795 | Ftlauderdl, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 194 | Fri. Aug. 13 | 1:07 PM | 603-886-1614 | Nashua, NH | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 195 | Fri. Aug. 13 | 1:20 PM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | | 7.0 | 1.75 | 0.00 | 0.00 | 1.75 |
| 196 | Fri. Aug. 13 | 1:50 PM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | | 3.0 | 0.75 | 0.00 | 0.00 | 0.75 |
| 197 | Fri. Aug. 13 | 1:54 PM | 305-801-5015 | Miami, FL | | 1.0 | 0.25 | 0.00 | 0.00 | 0.25 |
| 198 | Fri. Aug. 13 | 1:55 PM | 954-771-1795 | Ftlauderdl, FL | | 4.0 | 1.00 | 0.00 | 0.00 | 1.00 |
| 199 | Fri. Aug. 13 | 1:59 PM | 305-685-6840 | Miami, FL | | 3.0 | 0.75 | 0.00 | 0.00 | 0.75 |
| 200 | Fri. Aug. 13 | 2:25 PM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| 201 | Fri. Aug. 13 | 2:48 PM | Incoming | | ● | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | | 2.0 | 0.50 | 0.00 | 0.00 | 0.50 |

● = First Incoming Minute Free (In Home Service Area Only)



| customer | account number | billing period ending | invoice date | page |
|---|---|---|---|---|
| **Dennis R Lainey** | 0016001739-8 | Aug. 22, 1999 | Aug. 25, 1999 | 10 of 13 |

To Connect with Customer Care Press ⊛ 2 ⓉⒶⓁⓀ or Dial **1-888-211-4727.**



**PCS Phone Charges** for 305-801-5015 (continued)

## Call Detail

| Date | Time | Phone Number | Call Destination | Rate/ Type | Minutes | Airtime Charges | Long Distance Charges | Other Charges | Total Charges |
|---|---|---|---|---|---|---|---|---|---|
| 202 Fri. Aug. 13 | 2:52 PM | Incoming | | ➊ | 1.0 | 0.00 | 0 00 | 0.00 | **free** |
| | | | | | 10.0 | 2.50 | 0.00 | 0.00 | 2.50 |
| 203 Fri. Aug. 13 | 3:38 PM | Incoming | | ➊ | 1.0 | 0 00 | 0.00 | 0.00 | **free** |
| | | | | | 2.0 | 0.50 | 0.00 | 0.00 | 0 50 |
| 204 Fri. Aug. 13 | 3:53 PM | 954-214-5104 | Ftlauderdl, FL | | 3.0 | 0.75 | 0.00 | 0.00 | 0.75 |
| 205 Fri. Aug. 13 | 3:56 PM | 305-933-5502 | North Dade, FL | | 2 0 | 0.50 | 0.00 | 0.00 | 0.50 |
| 206 Fri. Aug. 13 | 4:17 PM | Incoming | | ➊ | 1.0 | 0 00 | 0.00 | 0.00 | **free** |
| | | | | | 22.0 | 5.50 | 0.00 | 0.00 | 5.50 |
| 207 Fri. Aug. 13 | 4 42 PM | 305-933-5520 | North Dade, FL | | 2 0 | 0.50 | 0.00 | 0 00 | 0.50 |
| 208 Fri. Aug. 13 | 7:20 PM | 305-987-9327 | Miami, FL | | 19.0 | 4.75 | 0.00 | 0 00 | 4.75 |
| 209 Sun. Aug. 15 | 7:07 PM | Incoming | | ➊ | 1.0 | 0.00 | 0.00 | 0 00 | **free** |
| 210 Mon. Aug. 16 | 9:39 AM | 305-801-5015 | Miami, FL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 211 Mon. Aug. 16 | 9:57 AM | Incoming | | ➊ | 1.0 | 0.00 | 0.00 | 0 00 | **free** |
| | | | | | 1.0 | included | 0.00 | 0 00 | 0.00 |
| 212 Mon. Aug. 16 | 10:08 AM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 213 Mon. Aug. 16 | 11:05 AM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0 00 | 0.00 |
| 214 Mon. Aug. 16 | 11:42 AM | 305-933-5520 | North Dade, FL | | 2 0 | included | 0.00 | 0.00 | 0.00 |
| 215 Mon. Aug. 16 | 12:23 PM | Incoming | | ➊ | 1 0 | 0.00 | 0 00 | 0 00 | **free** |
| | | | | | 9.0 | included | 0.00 | 0.00 | 0 00 |
| 216 Mon. Aug. 16 | 2:03 PM | Incoming | | ➊ | 1.0 | 0 00 | 0.00 | 0.00 | **free** |
| | | | | | 21 0 | included | 0.00 | 0.00 | 0.00 |
| 217 Mon. Aug. 16 | 2:25 PM | Incoming | | ➊ | 1 0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | 4.0 | included | 0.00 | 0.00 | 0.00 |
| 218 Mon. Aug. 16 | 2:53 PM | 305-933-5520 | North Dade, FL | | 2.0 | included | 0 00 | 0.00 | 0.00 |
| 219 Mon. Aug. 16 | 3:02 PM | Incoming | | ➊ | 1 0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | 3 0 | included | 0.00 | 0.00 | 0 00 |
| 220 Mon. Aug. 16 | 3:16 PM | 305-685-6840 | Miami, FL | | 12.0 | included | 0.00 | 0.00 | 0 00 |
| 221 Mon. Aug. 16 | 3:31 PM | Incoming | | ➊ | 1.0 | 0.00 | 0 00 | 0 00 | **free** |
| | | | | | 1 0 | included | 0.00 | 0.00 | 0.00 |
| 222 Mon. Aug. 16 | 3:35 PM | Incoming | | ➊ | 1 0 | 0.00 | 0.00 | 0.00 | **free** |
| 223 Mon. Aug. 16 | 4:37 PM | 800-654-4882 | 800 Svc | | 1.0 | included | 0.00 | 0 00 | 0 00 |
| 224 Tue. Aug. 17 | 9:17 AM | 305-801-5015 | Miami, FL | | 3.0 | included | 0.00 | 0.00 | 0 00 |
| 225 Tue. Aug. 17 | 9:57 AM | 305-801-5015 | Miami, FL | | 1.0 | included | 0 00 | 0.00 | 0 00 |
| 226 Tue. Aug. 17 | 10:14 AM | 305-801-5015 | Miami, FL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 227 Tue. Aug. 17 | 10:46 AM | 305-801-5015 | Miami, FL | | 4.0 | included | 0.00 | 0.00 | 0 00 |
| 228 Tue. Aug. 17 | 10:49 AM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0 00 | 0 00 |
| 229 Tue. Aug. 17 | 12:13 PM | 305-801-5015 | Miami, FL | | 2.0 | included | 0.00 | 0.00 | 0 00 |
| 230 Tue. Aug. 17 | 12:20 PM | 800-654-4882 | 800 Svc | | 1.0 | included | 0.00 | 0.00 | 0 00 |
| 231 Tue. Aug. 17 | 2:57 PM | Incoming | | ➊ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| 232 Tue. Aug. 17 | 2:59 PM | 305-685-6840 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 233 Tue. Aug. 17 | 3:07 PM | 305-685-6840 | Miami, FL | | 15.0 | included | 0.00 | 0.00 | 0.00 |
| 234 Tue. Aug. 17 | 3:34 PM | 904-446-6370 | Palm Coast, FL | | 7.0 | included | 0.00 | 0 00 | 0 00 |
| 235 Tue. Aug. 17 | 4:26 PM | 305-801-5015 | Miami, FL | | 1 0 | included | 0 00 | 0.00 | 0 00 |

➊ = First Incoming Minute Free (In Home Service Area Only)


| customer | account number | billing period ending | invoice date | page |
|---|---|---|---|---|
| Dennis R Lainey | 0016001739-8 | Aug. 22, 1999 | Aug. 25, 1999 | 11 of 13 |

To Connect with Customer Care Press ⊛ 2 (TALK) or Dial **1-888-211-4727.** ▬▬▬▬▬

 **PCS Phone Charges** for 305-801-5015 (continued)

### Call Detail

| | Date | Time | Phone Number | Call Destination | Rate/ Type | Minutes | Airtime Charges | Long Distance Charges | Other Charges | Total Charges |
|---|---|---|---|---|---|---|---|---|---|---|
| 236 | Tue. Aug. 17 | 4:43 PM | 954-522-4900 | Ftlauderdl, FL | | 6.0 | included | 0.00 | 0.00 | 0.00 |
| 237 | Tue. Aug. 17 | 5:57 PM | 305-801-5015 | Miami, FL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 238 | Wed. Aug. 18 | 10:03 AM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 239 | Wed. Aug. 18 | 10:04 AM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 240 | Wed. Aug. 18 | 10:05 AM | 305-685-6840 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 241 | Wed. Aug. 18 | 10:06 AM | 305-987-9327 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 242 | Wed. Aug. 18 | 10:47 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 243 | Wed. Aug. 18 | 10:50 AM | 305-685-6840 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 244 | Wed. Aug. 18 | 10:51 AM | 305-685-6840 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 245 | Wed. Aug. 18 | 11:28 AM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 246 | Wed. Aug. 18 | 11:29 AM | 305-685-6840 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 247 | Wed. Aug. 18 | 11:30 AM | 305-685-6840 | Miami, FL | | 14.0 | included | 0.00 | 0.00 | 0.00 |
| 248 | Wed. Aug. 18 | 11:41 AM | Incoming | | ❶ CW | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| 249 | Wed. Aug. 18 | 11:49 AM | 305-933-5520 | North Dade, FL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 250 | Wed. Aug. 18 | 1:22 PM | 305-987-9327 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 251 | Wed. Aug. 18 | 1:45 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 252 | Wed. Aug. 18 | 1:58 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| 253 | Wed. Aug. 18 | 3:02 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 254 | Wed. Aug. 18 | 6:48 PM | 305-987-9327 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 255 | Thu. Aug. 19 | 8:45 AM | 305-933-5520 | North Dade, FL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 256 | Thu. Aug. 19 | 9:41 AM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 257 | Thu. Aug. 19 | 9:42 AM | 305-933-5520 | North Dade, FL | | 8.0 | included | 0.00 | 0.00 | 0.00 |
| 258 | Thu. Aug. 19 | 9:50 AM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 259 | Thu. Aug. 19 | 9:53 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | | 6.0 | included | 0.00 | 0.00 | 0.00 |
| 260 | Thu. Aug. 19 | 10:07 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| 261 | Thu. Aug. 19 | 12:02 PM | 305-801-5015 | Miami, FL | | 19.0 | included | 0.00 | 0.00 | 0.00 |
| 262 | Thu. Aug. 19 | 12:42 PM | 305-933-5520 | North Dade, FL | | 10.0 | included | 0.00 | 0.00 | 0.00 |
| 263 | Thu. Aug. 19 | 12:52 PM | 305-937-6200 | North Dade, FL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 264 | Thu. Aug. 19 | 1:04 PM | 305-937-6200 | North Dade, FL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 265 | Thu. Aug. 19 | 1:06 PM | 305-933-5520 | North Dade, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 266 | Thu. Aug. 19 | 1:29 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | | 3.0 | included | 0.00 | 0.00 | 0.00 |
| 267 | Thu. Aug. 19 | 1:43 PM | 800-241-9192 | 800 Svc | | 4.0 | included | 0.00 | 0.00 | 0.00 |
| 268 | Thu. Aug. 19 | 1:53 PM | 954-423-2712 | Ftlauderdl, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 269 | Thu. Aug. 19 | 1:54 PM | 954-423-2712 | Ftlauderdl, FL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 270 | Thu. Aug. 19 | 2:00 PM | 305-933-5520 | North Dade, FL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 271 | Thu. Aug. 19 | 2:16 PM | 305-933-5520 | North Dade, FL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 272 | Thu. Aug. 19 | 2:19 PM | 954-771-1795 | Ftlauderdl, FL | | 4.0 | included | 0.00 | 0.00 | 0.00 |
| 273 | Thu. Aug. 19 | 2:30 PM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |

❶ = First Incoming Minute Free (In Home Service Area Only)



| customer | account number | billing period ending | invoice date | page |
|---|---|---|---|---|
| **Dennis R Lainey** | 0016001739-8 | Aug. 22, 1999 | Aug. 25, 1999 | 12 of 13 |

To Connect with Customer Care Press ✱ 2 (TALK) or Dial **1-888-211-4727.**

 **PCS Phone Charges** for 305-801-5015 (continued)

### Call Detail

| Date | Time | Phone Number | Call Destination | Rate/ Type | Minutes | Airtime Charges | Long Distance Charges | Other Charges | Total Charges |
|---|---|---|---|---|---|---|---|---|---|
| 274 Thu. Aug. 19 | 2:36 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | 3.0 | included | 0.00 | 0.00 | 0.00 |
| 275 Thu. Aug. 19 | 3:07 PM | 770-999-4921 | Smyrna, GA | | 2 0 | included | 0.00 | 0.00 | 0.00 |
| 276 Thu. Aug. 19 | 3:26 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | 1.0 | included | 0.00 | 0 00 | 0 00 |
| 277 Thu. Aug. 19 | 3:28 PM | 954-771-1795 | Ftlauderdl, FL | | 5.0 | included | 0.00 | 0.00 | 0 00 |
| 278 Thu. Aug. 19 | 3:34 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| 279 Thu. Aug. 19 | 3:43 PM | 305-801-5015 | Miami, FL | | 3 0 | included | 0 00 | 0.00 . | 0.00 |
| 280 Thu. Aug. 19 | 3:47 PM | Incoming | | ❶ | 1 0 | 0.00 | 0.00 | 0 00 | **free** |
| | | | | | 1.0 | included | 0.00 | 0.00 | 0 00 |
| 281 Thu. Aug. 19 | 6:35 PM | 305-987-9327 | Miami, FL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 282 Thu. Aug. 19 | 6:37 PM | 305-801-5015 | Miami, FL | | 1 0 | included | 0 00 | 0 00 | 0.00 |
| 283 Thu. Aug. 19 | 7:04 PM | 603-886-1614 | Nashua, NH | | 1.0 | included | 0.00 | 0 00 | 0.00 |
| 284 Thu. Aug. 19 | 7:05 PM | 603-886-1614 | Nashua, NH | | 1.0 | included | 0.00 | 0.00 | 0 00 |
| 285 Thu. Aug. 19 | 7:06 PM | 603-886-0621 | Nashua, NH | | 50.0 | included | 0.00 | 0.00 | 0.00 |
| 286 Fri. Aug. 20 | 7:43 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| 287 Fri. Aug. 20 | 7:56 AM | 305-987-9327 | Miami, FL | | 1.0 | included | 0.00 | 0 00 | 0.00 |
| 288 Fri. Aug. 20 | 7:57 AM | 305-987-9327 | Miami, FL | | 3.0 | included | 0 00 | 0.00 | 0.00 |
| 289 Fri. Aug. 20 | 9.01 AM | 305-933-5520 | North Dade, FL | | 3.0 | included | 0 00 | 0.00 | 0 00 |
| 290 Fri. Aug. 20 | 9:04 AM | 305-685-6840 | Miami, FL | | 1 0 | included | 0 00 | 0.00 | 0.00 |
| 291 Fri. Aug. 20 | 9:05 AM | 305-933-5520 | North Dade, FL | | 3.0 | included | 0.00 | 0.00 | 0.00 |
| 292 Fri. Aug. 20 | 9:50 AM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 293 Fri. Aug. 20 | 10:04 AM | Incoming | | ❶ | 1 0 | 0 00 | 0 00 | 0 00 | **free** |
| | | | | | 1 0 | included | 0 00 | 0 00 | 0.00 |
| 294 Fri. Aug. 20 | 11:42 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| 295 Fri. Aug. 20 | 12:07 PM | Incoming | | ❶ | 1.0 | 0 00 | 0.00 | 0.00 | **free** |
| | | | | | 2 0 | included | 0.00 | 0.00 | 0 00 |
| 296 Fri. Aug. 20 | 12:30 PM | 800-654-4882 | 800 Svc | | 1.0 | included | 0 00 | 0 00 | 0.00 |
| 297 Fri. Aug. 20 | 12:50 PM | 305-801-5015 | Miami, FL | | 1.0 | included | 0 00 | 0.00 | 0.00 |
| 298 Fri. Aug. 20 | 1:27 PM | Incoming | | ❶ | 1.0 | 0 00 | 0.00 | 0.00 | **free** |
| | | | | | 1 0 | included | 0 00 | 0.00 | 0.00 |
| 299 Fri. Aug. 20 | 1:38 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 300 Fri. Aug. 20 | 1:56 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | 2 0 | included | 0.00 | 0.00 | 0.00 |
| 301 Fri. Aug. 20 | 3:19 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | **free** |
| | | | | | 10.0 | included | 0.00 | 0 00 | 0.00 |
| 302 Fri. Aug. 20 | 3:52 PM | 800-654-4882 | 800 Svc | | 4.0 | included | 0.00 | 0.00 | 0.00 |
| 303 Fri. Aug. 20 | 3:56 PM | 305-685-6840 | Miami, FL | | 4 0 | included | 0.00 | 0.00 | 0 00 |
| 304 Fri. Aug. 20 | 4:00 PM | 305-933-5520 | North Dade, FL | | 3.0 | included | 0.00 | 0.00 | 0.00 |
| 305 Fri. Aug. 20 | 6:17 PM | 305-801-5015 | Miami, FL | | 3.0 | included | 0.00 | 0 00 | 0.00 |
| 306 Fri. Aug. 20 | 6:22 PM | 817-283-2826 | Euless, TX | | 1.0 | included | 0.00 | 0 00 | 0.00 |
| 307 Fri. Aug. 20 | 6:24 PM | 305-987-9327 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |

❶ = First Incoming Minute Free (In Home Service Area Only)

| customer | account number | billing period ending | invoice date | page |
|---|---|---|---|---|
| Dennis R Lainey | 0016001739-8 | Aug. 22, 1999 | Aug. 25, 1999 | 13 of 13 |

To Connect with Customer Care Press ☺ 2 (TALK) or Dial **1-888-211-4727.** ▬▬▬▬▬

 **PCS Phone Charges** for 305-801-5015 (continued)

### Call Detail

| Date | Time | Phone Number | Call Destination | Rate/ Type | Minutes | Airtime Charges | Long Distance Charges | Other Charges | Total Charges |
|---|---|---|---|---|---|---|---|---|---|
| 308 Fri. Aug. 20 | 6:24 PM | 954-389-2321 | Ftlauderdl, FL | | 2.0 | included | 0.00 | 0.00 | 0 00 |
| 309 Fri. Aug. 20 | 6:34 PM | 904-362-4018 | Live Oak, FL | | 12.0 | included | 0.00 | 0 00 | 0 00 |
| | | | | | 15.0 | 3.75 | 0.00 | 0.00 | 3.75 |
| 310 Fri. Aug. 20 | 7:00 PM | 305-801-5015 | Miami, FL | | 1.0 | 0.25 | 0.00 | 0.00 | 0.25 |
| 311 Fri. Aug. 20 | 7:02 PM | 954-389-2321 | Ftlauderdl, FL | | 12 0 | 3.00 | 0.00 | 0.00 | 3.00 |
| 312 Fri. Aug. 20 | 7:13 PM | 305-801-5015 | Miami, FL | | 1 0 | 0.25 | 0.00 | 0.00 | 0.25 |
| 313 Sat. Aug. 21 | 3:49 PM | 305-608-5657 | Miami, FL | | 2 0 | 0.50 | 0.00 | 0.00 | 0 50 |
| 314 Sun. Aug. 22 | 2:33 PM | 501-997-1498 | Mulberry, AR | | 1.0 | 0.25 | 0.00 | 0.00 | 0 25 |
| 315 Sun. Aug. 22 | 2:36 PM | 501-997-1498 | Mulberry, AR | | 6 0 | 1.50 | 0 00 | 0.00 | 1.50 |
| **Total** | | | | | **1357.0** | **$29.50** | **$0.00** | **$0.00** | **$29.50** |

### PCS Phone Monthly Service Charges

| Description | Charges |
|---|---|
| $99.99 National Service Plan - Aug. 16 to Aug. 22 | -$22.58 |
| $149.99 National Service Plan - Aug. 16 to Aug. 22 | $33.87 |
| $149.99 National Service Plan - Aug. 23 to Sep. 22 | $149.99 |

| **Current Activity Charges**  for 305-801-5015 | **$190.78** ✓ |
|---|---|

❶ = First Incoming Minute Free (In Home Service Area Only)

| customer | account number | billing period ending | invoice date | page |
|---|---|---|---|---|
| **Dennis R Lainey** | 0016001739-8 | Aug. 31, 1999 | Sep. 1, 1999 | 1 of 7 |



**Sprint PCS Invoicing**
Sprint PCS does not charge customers for calls on our digital network that are unanswered or receive a busy signal.



**Christie & Kids Speak Out!**
Sprint PCS, Samsung and Christie Brinkley have teamed up for Breast Cancer Awareness Month in October. A children's book by noted author, Laura Numeroff, will be available next month.



**Accessorize Your Sprint PCS Phone**
Sprint PCS Accessory Hotline representatives can help you quickly obtain the accessory you need. Typically, next day delivery is available. Call today at 1-800-974-ACC1.

**Sprint Personal Communication Services®**

**Account Summary**

| | |
|---|---|
| Previous Balance | ( 219.42 |
| Current Activity Charges | 43.55 |
| Taxes | 6.54 |
| **Total Amount Due by Sep. 27** | **$269.51** |

*This was Billed on*
*prev. Bill.*

*SCANED*

**Do not send payment.**
The amount below will be billed to your American Express credit card on Sep. 24, 1999
**$269.51**

To Connect with Customer Care Press ⊙ **2** (TALK) on your Sprint PCS Phone or Dial **1-888-211-4727**.

Detach and return this remittance form with your payment. Make check or money order payable to Sprint PCS

P104



**≋ Sprint.**

**EXHIBIT**
**27**

**Sprint PCS®**

\*\*\*\*\*\*\*\*\*\*\*\*AUTO\*\*3-DIGIT 330
00010379   2 AT   0.481  02 A2
0016001739

**DENNIS R LAINEY**
5800 OVERSEAS HWY # 35-152
MARATHON FL 33050-2735

account number: 0016001739-8

**Do not send payment.**
The amount below will be billed to your American Express credit card on Sep. 24, 1999
**$269.51**



## EXPLANATION OF TERMS

**Account Credit/Adjustments:** Special offers or pricing promotions appear as credits on your invoice and are subtracted from usage charges. A disputed charge, when corrected, will appear on your invoice as an adjustment.

**Airtime Charges:** This is the charge for the time you spend using your Sprint PCS Phone. Charges for a completed call from your phone begin when you push the Talk (or similar key) and end when the call is terminated by either party. You are invoiced for completed calls to your Number from the time right before the phone starts ringing until the call is terminated by either party. Airtime charges are rounded up to and invoiced in no greater than 60-second increments.

**CF:** Call Forwarding is a service that lets you send incoming calls to another number for an extended period of time.

**CW:** Call Waiting notifies you of an incoming call while you are using your phone. You may choose to answer or ignore the incoming call. If you answer it, you may alternate between the two calls.

**Monthly Service Charge:** This is the recurring charge for your Sprint PCS services. The Monthly Service Charge is billed one month in advance.

**Other Charges:** These are charges that are not included in the Monthly Service Charges.

**PCS Credits:** These are special offers or pricing promotions that are applied to your account.

**Sprint PCS Paging:** If you subscribe to this service, a caller can choose to send you a page or leave a message in your voicemail.

**Peak/Off-Peak:** Peak and Off-Peak are time-defined categories of your phone calls. The cost of a call is determined by your rate plan. Off-peak calls traditionally cost less than peak calls.

**Taxes:** These are applicable taxes including federal, state, city, and county taxes. Other charges required to be paid in proportion to receipts from telecommunications services provided (e.g., Universal Service Fund charges), or levied by federal, state, or local authorities are also invoiced here.

**Sprint PCS Travel Rate:** This is the rate applied when making and receiving calls in a defined service area outside your home service area. The traveling rate includes airtime and long distance charges for incoming and outgoing calls.

**Sprint PCS Voicemail:** This is a feature allowing callers to leave you messages. Similar to an answering machine, you can save and retrieve messages and change greetings from any location.

**0:** Sprint PCS Operator Services provides assistance with dialing person-to-person, station-to-station, time of day, call interrupt, and busy-line verification 24 hours a day, 7 days a week by dialing 0, 00, or 0-number.

**3W:** Three Way Calling gives you the ability to add a third person to an existing phone call.

**411:** Connects you to Sprint PCS Directory Assistance. Nationwide information, call completion, and additional services are also available.

### HOW TO REACH SPRINT PCS CUSTOMER CARE

We are making every attempt to simplify your invoice so that it's easy to understand. But you may still have questions. Sprint PCS Customer Care is available 24 hours a day, seven days a week. Here's how to contact us:

| By using your Sprint PCS phone: | Via the Internet | By phone: | By mail: | To Remit Payment: |
|---|---|---|---|---|
| Sprint PCS Customer Care | www.sprintpcs.com | Sprint PCS Customer Care | Sprint PCS Customer Care | Sprint PCS |
| * 2 TALK | | 1-888-211-4727 Consumer | P.O. Box 8077 | P.O. Box 2200 |
| | | 1-888-788-4727 Business | London, KY 40742 | Bedford Park, IL 60499-2200 |

You may obtain a copy of the Terms and Conditions of Service (in English or Spanish) for your Sprint PCS Services by writing or calling our Customer Care Center.

This invoice is due and payable upon presentation, and is past due if unpaid after the due date shown on page one of this invoice. Please make your check or money order payable to Sprint PCS in U.S. dollars. Do not send cash. If your payment is not received on or before the due date, or if applicable, within the time allowed by your state's Public Utility Commission, Sprint PCS will charge you a late fee of 1.5% per month (or, if less, at the maximum rate allowable by law) on the past due balance. Late charges will be prorated daily for each day that the payment is overdue, but will not be compounded monthly. Sprint PCS may also begin procedures to terminate services to you. You will be informed of such termination action as required by law or the Terms and Conditions of Service.

If any check sent to Sprint PCS in payment for services is returned unpaid by your bank, you will be charged $25, or the highest amount allowed by applicable law, for each returned check, whichever is less.

Please provide your name and account number on any correspondence to Sprint PCS. We will respond to your letter as soon as possible. If you have a dispute about any charges on your invoice, you must notify us within 15 days of the date of the invoice or you will be deemed to have accepted the invoice. Initial notice of any dispute may be made by calling our Customer Care center at 1-888-211-4727. You do not have to pay the disputed amounts while we investigate them, however, the amounts not in dispute are still due and payable by the due date.

California customers -- To resolve any service or billing problems, you should contact Sprint PCS Customer Care at the toll free number listed on page one. Sprint PCS rates for wireless services are not regulated by either federal or state regulators. However, should customers be unable to resolve any service or billing problems directly with Sprint PCS they may contact the Consumer Services Division of the California Public Utilities Commission, 505 Van Ness Ave, San Francisco, CA 94102.

**♻ Sprint PCS is actively working toward solving our nation's solid waste problem. This invoice is printed on recycled paper.**

Have you moved recently? If so, please complete this form so we can update our files.

**PLEASE PRINT NAME, ADDRESS OR TELEPHONE CHANGE BELOW**

NAME: _____

STREET ADDRESS: _____

CITY: _____    STATE: _____    ZIP: _____

MAILING ADDRESS: _____

CITY: _____    STATE: _____    ZIP: _____

HOME PHONE: _____    BUSINESS PHONE: _____

EFFECTIVE DATE OF CHANGE: _____    JV1N00

| customer | account number | billing period ending | invoice date | page |
|---|---|---|---|---|
| **Dennis R Lainey** | 0016001739-8 | Aug. 31, 1999 | Sep. 1, 1999 | 2 of 7 |

To Connect with Customer Care Press ✳ 2 (TALK) or Dial 1-888-211-4727. 

### Previous Balance

| Description | Charges |
|---|---|
| Previous Balance | **$219.42** |

### Current Activity Charges    (Details start on page 3)

| Services | Charges |
|---|---|
| **PCS Phone Charges** 305-801-5015 | 43.55 |
| | **$43.55** |

### Taxes

| Description | Charges |
|---|---|
| Florida State Gross Receipts Tax | 1.09 |
| USA Federal Universal Svc Fund Surcharge | .35 |
| USA Federal Tax | 1.31 |
| Monroe County Sales Tax - Services & Usage | 67 |
| Florida State Sales Tax - Services & Usage | 3.12 |
| | **$6.54** |

| **Total Amount Due by Sep. 27, 1999** | **$269.51** |
|---|---|


| customer | account number | billing period ending | invoice date | page |
|---|---|---|---|---|
| **Dennis R Lainey** | 0016001739-8 | Aug 31, 1999 | Sep. 1, 1999 | 3 of 7 |

To Connect with Customer Care Press ✱ 2 (TALK) or Dial **1-888-211-4727.**



## PCS Phone Charges for 305-801-5015

### $149.99 National Service Plan -Aug. 23 to Aug. 31

- $149.99 Monthly Service Charge
- Includes 1500 Minutes To Use Anytime
- Anywhere On The Sprint PCS Network
- First Incoming Minute Free
- Domestic Long Distance Included
- Caller ID, Call Waiting, 3-Way Calling
- Sprint PCS Voicemail
- Detailed Billing

### $149.99 National Service Plan -Sep. 1 to Sep. 30

- $149.99 Monthly Service Charge
- Includes 1500 Minutes To Use Anytime
- Anywhere On The Sprint PCS Network
- First Incoming Minute Free
- Domestic Long Distance Included
- Caller ID, Call Waiting, 3-Way Calling
- Sprint PCS Voicemail
- Detailed Billing

### $149.99 National Service Plan -Aug. 23 to Sep. 22

- $149.99 Monthly Service Charge
- Includes 1500 Minutes To Use Anytime
- Anywhere On The Sprint PCS Network
- First Incoming Minute Free
- Domestic Long Distance Included
- Caller ID, Call Waiting, 3-Way Calling
- Sprint PCS Voicemail
- Detailed Billing

### Airtime Summary

| Description | Minutes |
|---|---|
| Minutes Used in Plan | 386.0 |
| **First Incoming Minutes Free** | 42.0 |
| **Total Minutes** | **428.0** |

### Call Detail

| | Date | Time | Phone Number | Call Destination | Rate/ Type | Minutes | Airtime Charges | Long Distance Charges | Other Charges | Total Charges |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Mon. Aug. 23 | 11:49 AM | 305-801-5015 | Miami, FL | | 3.0 | included | 0.00 | 0.00 | 0.00 |
| 2 | Mon. Aug. 23 | 11:54 AM | 954-771-1795 | Ftlauderdl, FL | | 7.0 | included | 0.00 | 0.00 | 0.00 |
| 3 | Mon. Aug. 23 | 12:02 PM | 305-933-5520 | North Dade, FL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 4 | Mon. Aug. 23 | 12:04 PM | 305-685-6840 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 5 | Mon. Aug. 23 | 12:06 PM | 305-608-5657 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 6 | Mon. Aug. 23 | 12:07 PM | 305-608-5657 | Miami, FL | | 20.0 | included | 0.00 | 0.00 | 0.00 |
| 7 | Mon. Aug. 23 | 2:28 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 8 | Mon. Aug. 23 | 2:40 PM | 305-933-5520 | North Dade, FL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 9 | Mon. Aug. 23 | 2:42 PM | 305-685-6840 | Miami, FL | | 22.0 | included | 0.00 | 0.00 | 0.00 |
| 10 | Mon. Aug. 23 | 3:21 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |

❶ = First Incoming Minute Free (In Home Service Area Only)


| customer | account number | billing period ending | invoice date | page |
|---|---|---|---|---|
| **Dennis R Lainey** | 0016001739-8 | Aug. 31, 1999 | Sep. 1, 1999 | 4 of 7 |

To Connect with Customer Care Press ✱ 2 (TALK) or Dial **1-888-211-4727.** ▬▬▬▬▬

 **PCS Phone Charges** for 305-801-5015 (continued)

### Call Detail

| Date | Time | Phone Number | Call Destination | Rate/ Type | Minutes | Airtime Charges | Long Distance Charges | Other Charges | Total Charges |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 7 0 | included | 0.00 | 0.00 | 0.00 |
| 11 Mon. Aug. 23 | 3:45 PM | 602-365-5453 | Phoenix, AZ | | 23.0 | included | 0.00 | 0.00 | 0.00 |
| 12 Mon. Aug. 23 | 4:37 PM | Incoming | | ➊ | 1 0 | 0.00 | 0 00 | 0 00 | free |
| | | | | | 11.0 | included | 0.00 | 0.00 | 0.00 |
| 13 Mon. Aug. 23 | 4:49 PM | 602-365-5453 | Phoenix, AZ | | 1.0 | included | 0 00 | 0.00 | 0.00 |
| 14 Mon. Aug. 23 | 4:50 PM | 602-231-1000 | Phoenix, AZ | | 3.0 | included | 0 00 | 0 00 | 0.00 |
| 15 Mon. Aug. 23 | 5:50 PM | Incoming | | ➊ | 1.0 | 0 00 | 0.00 | 0.00 | free |
| | | | | | 14 0 | included | 0 00 | 0 00 | 0.00 |
| 16 Mon. Aug. 23 | 6:05 PM | 305-685-6840 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 17 Tue. Aug. 24 | 9:29 AM | 305-685-6840 | Miami, FL | | 1 0 | included | 0.00 | 0.00 | 0.00 |
| 18 Tue. Aug. 24 | 9:56 AM | 305-801-5015 | Miami, FL | | 3.0 | included | 0.00 | 0 00 | 0 00 |
| 19 Tue. Aug. 24 | 11:14 AM | Incoming | | ➊ | 1.0 | 0 00 | 0 00 | 0.00 | free |
| | | | | | 6 0 | included | 0.00 | 0 00 | 0.00 |
| 20 Tue. Aug. 24 | 11:21 AM | Incoming | | ➊ | 1.0 | 0 00 | 0.00 | 0.00 | free |
| | | | | | 1 0 | included | 0.00 | 0.00 | 0.00 |
| 21 Tue. Aug. 24 | 11:24 AM | 305-801-5015 | Miami, FL | | 1.0 | included | 0 00 | 0 00 | 0.00 |
| 22 Tue. Aug. 24 | 11:24 AM | 305-801-5015 | Miami, FL | | 1 0 | included | 0 00 | 0.00 | 0 00 |
| 23 Tue. Aug. 24 | 11:25 AM | 305-933-5520 | North Dade, FL | | 11.0 | included | 0.00 | 0.00 | 0.00 |
| 24 Tue. Aug. 24 | 11:43 AM | Incoming | | ➊ | 1.0 | 0 00 | 0.00 | 0 00 | free |
| | | | | | 9 0 | included | 0 00 | 0 00 | 0.00 |
| 25 Tue. Aug. 24 | 11:54 AM | Incoming | North Dade, FL | | 4 0 | included | 0.00 | 0.00 | 0.00 |
| 26 Tue. Aug. 24 | 11:59 AM | 954-227-8667 | Coral Spg, FL | | 1.0 | included | 0.00 | 0.00 | 0 00 |
| 27 Tue. Aug. 24 | 12:00 PM | 954-754-5107 | Deerfldbch, FL | | 3 0 | included | 0 00 | 0 00 | 0.00 |
| 28 Tue. Aug. 24 | 12:00 PM | Incoming | | ➊ CW | 1.0 | 0 00 | 0.00 | 0 00 | free |
| | | | | CW | 1 0 | included | 0.00 | 0.00 | 0.00 |
| 29 Tue. Aug. 24 | 12:02 PM | 305-937-6200 | North Dade, FL | | 1 0 | included | 0.00 | 0.00 | 0 00 |
| 30 Tue. Aug. 24 | 12:08 PM | Incoming | | ➊ | 1.0 | 0 00 | 0.00 | 0 00 | free |
| | | | | | 4 0 | included | 0 00 | 0.00 | 0.00 |
| 31 Tue. Aug. 24 | 12:23 PM | Incoming | | ➊ | 1.0 | 0 00 | 0.00 | 0 00 | free |
| | | | | | 3.0 | included | 0 00 | 0.00 | 0.00 |
| 32 Tue. Aug. 24 | 1:12 PM | 603-886-1614 | Nashua, NH | | 10 0 | included | 0.00 | 0.00 | 0 00 |
| 33 Tue. Aug. 24 | 1:22 PM | 305-685-6840 | Miami, FL | | 2.0 | included | 0.00 | 0 00 | 0 00 |
| 34 Tue. Aug. 24 | 1:39 PM | 305-987-9327 | Miami, FL | | 4 0 | included | 0.00 | 0.00 | 0.00 |
| 35 Tue. Aug. 24 | 2:07 PM | Incoming | | ➊ | 1.0 | 0 00 | 0.00 | 0 00 | free |
| | | | | | 1 0 | included | 0.00 | 0.00 | 0.00 |
| 36 Tue. Aug. 24 | 2:11 PM | Incoming | | ➊ | 1 0 | 0 00 | 0.00 | 0 00 | free |
| 37 Tue. Aug. 24 | 2:17 PM | 954-764-2233 | Ftlauderdl, FL | | 1.0 | included | 0 00 | 0.00 | 0 00 |
| 38 Tue. Aug. 24 | 2:24 PM | Incoming | | ➊ | 1 0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 11.0 | included | 0 00 | 0.00 | 0.00 |
| 39 Tue. Aug. 24 | 2:35 PM | Incoming | | ➊ CW | 1 0 | 0.00 | 0.00 | 0.00 | free |
| | | | | CW | 6.0 | included | 0.00 | 0 00 | 0.00 |
| 40 Tue. Aug. 24 | 2:42 PM | 305-801-5015 | Miami, FL | | 1.0 | included | 0 00 | 0.00 | 0 00 |
| 41 Tue. Aug. 24 | 2:45 PM | Incoming | | ➊ | 1 0 | 0 00 | 0.00 | 0 00 | free |

➊ = First Incoming Minute Free (In Home Service Area Only)


| customer | account number | billing period ending | invoice date | page |
|---|---|---|---|---|
| **Dennis R Lainey** | 0016001739-8 | Aug. 31, 1999 | Sep. 1, 1999 | 5 of 7 |

To Connect with Customer Care Press ✱ **2** (TALK) or Dial **1-888-211-4727.**



**PCS Phone Charges** for 305-801-5015 (continued)

**Call Detail**

| Date | Time | Phone Number | Call Destination | Rate/ Type | Minutes | Airtime Charges | Long Distance Charges | Other Charges | Total Charges |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 4.0 | included | 0.00 | 0.00 | 0.00 |
| 42 Tue. Aug. 24 | 2:50 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 43 Tue. Aug. 24 | 2:56 PM | 954-771-1795 | Ftlauderdl, FL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 44 Tue. Aug. 24 | 3:12 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 45 Tue. Aug. 24 | 5:08 PM | 305-685-6840 | Miami, FL | | 4.0 | included | 0.00 | 0.00 | 0.00 |
| 46 Tue. Aug. 24 | 7:27 PM | 954-764-2233 | Ftlauderdl, FL | | 11.0 | included | 0.00 | 0.00 | 0.00 |
| 47 Tue. Aug. 24 | 7:43 PM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 48 Wed. Aug. 25 | 10:25 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 49 Wed. Aug. 25 | 11:23 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 50 Wed. Aug. 25 | 1:22 PM | 305-801-5015 | Miami, FL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 51 Wed. Aug. 25 | 2:22 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 5.0 | included | 0.00 | 0.00 | 0.00 |
| 52 Wed. Aug. 25 | 2:32 PM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 53 Wed. Aug. 25 | 2:58 PM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 54 Wed. Aug. 25 | 3:04 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 3.0 | included | 0.00 | 0.00 | 0.00 |
| 55 Wed. Aug. 25 | 3:13 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| 56 Wed. Aug. 25 | 3:36 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 17.0 | included | 0.00 | 0.00 | 0.00 |
| 57 Wed. Aug. 25 | 4:02 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 58 Wed. Aug. 25 | 4:09 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| 59 Wed. Aug. 25 | 4:12 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 60 Wed. Aug. 25 | 4:46 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| 61 Thu. Aug. 26 | 7:24 AM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 62 Thu. Aug. 26 | 9:33 AM | 305-801-5015 | Miami, FL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 63 Thu. Aug. 26 | 10:02 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 11.0 | included | 0.00 | 0.00 | 0.00 |
| 64 Thu. Aug. 26 | 11:00 AM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 65 Thu. Aug. 26 | 11:02 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 66 Thu. Aug. 26 | 11:17 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 5.0 | included | 0.00 | 0.00 | 0.00 |
| 67 Thu. Aug. 26 | 11:29 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 68 Thu. Aug. 26 | 1:24 PM | 603-886-1614 | Nashua, NH | | 12.0 | included | 0.00 | 0.00 | 0.00 |
| 69 Thu. Aug. 26 | 1:36 PM | 203-337-4600 | Bridgeport, CT | | 3.0 | included | 0.00 | 0.00 | 0.00 |
| 70 Thu. Aug. 26 | 1:52 PM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |

❶ = First Incoming Minute Free (In Home Service Area Only)


| customer | account number | billing period ending | invoice date | page |
|---|---|---|---|---|
| **Dennis R Lainey** | 0016001739-8 | Aug. 31, 1999 | Sep. 1, 1999 | 6 of 7 |

To Connect with Customer Care Press ✱ **2** (TALK) or Dial **1-888-211-4727.**

 **PCS Phone Charges** for 305-801-5015 (continued)

**Call Detail**

| | Date | Time | Phone Number | Call Destination | Rate/Type | Minutes | Airtime Charges | Long Distance Charges | Other Charges | Total Charges |
|---|---|---|---|---|---|---|---|---|---|---|
| 71 | Thu. Aug. 26 | 1:53 PM | 352-650-2907 | Brooksvl, FL | | 3.0 | included | 0.00 | 0.00 | 0.00 |
| 72 | Thu. Aug. 26 | 1:56 PM | 305-685-6840 | Miami, FL | | 4.0 | included | 0.00 | 0.00 | 0.00 |
| 73 | Thu. Aug. 26 | 2:25 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | | 4.0 | included | 0.00 | 0.00 | 0.00 |
| 74 | Thu. Aug. 26 | 3:16 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| 75 | Thu. Aug. 26 | 4:56 PM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 76 | Thu. Aug. 26 | 5:00 PM | 305-933-5520 | North Dade, FL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 77 | Thu. Aug. 26 | 5:02 PM | 203-796-2389 | Danbury, CT | | 7.0 | included | 0.00 | 0.00 | 0.00 |
| 78 | Thu. Aug. 26 | 5:14 PM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 79 | Thu. Aug. 26 | 7:43 PM | 305-801-5015 | Miami, FL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 80 | Fri. Aug. 27 | 10:19 AM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 81 | Fri. Aug. 27 | 11:09 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | | 12.0 | included | 0.00 | 0.00 | 0.00 |
| 82 | Fri. Aug. 27 | 2:24 PM | 305-688-8619 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 83 | Fri. Aug. 27 | 2:39 PM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 84 | Fri. Aug. 27 | 5:05 PM | 305-801-5015 | Miami, FL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 85 | Fri. Aug. 27 | 9:56 PM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 86 | Sat. Aug. 28 | 10:44 AM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 87 | Sat. Aug. 28 | 11:41 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | | 3.0 | included | 0.00 | 0.00 | 0.00 |
| 88 | Sat. Aug. 28 | 7:51 PM | 305-801-5015 | Miami, FL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 89 | Sun. Aug. 29 | 9:01 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 90 | Mon. Aug. 30 | 9:55 AM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 91 | Mon. Aug. 30 | 10:25 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| 92 | Mon. Aug. 30 | 10:49 AM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 93 | Mon. Aug. 30 | 12:56 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 94 | Mon. Aug. 30 | 2:05 PM | 305-685-6840 | Miami, FL | | 6.0 | included | 0.00 | 0.00 | 0.00 |
| 95 | Mon. Aug. 30 | 4:12 PM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 96 | Mon. Aug. 30 | 5:35 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| 97 | Mon. Aug. 30 | 8:02 PM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| 98 | Tue. Aug. 31 | 7:08 AM | 954-764-2233 | Ftlauderdl, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 99 | Tue. Aug. 31 | 7:17 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| 100 | Tue. Aug. 31 | 10:40 AM | Incoming | | ❶ | 1.0 | 0.00 | 0.00 | 0.00 | free |
| | | | | | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 101 | Tue. Aug. 31 | 6:07 PM | 305-801-5015 | Miami, FL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 102 | Tue. Aug. 31 | 6:09 PM | 954-764-2233 | Ftlauderdl, FL | | 4.0 | included | 0.00 | 0.00 | 0.00 |
| 103 | Tue. Aug. 31 | 7:07 PM | 954-764-2233 | Ftlauderdl, FL | | 2.0 | included | 0.00 | 0.00 | 0.00 |
| 104 | Tue. Aug. 31 | 7:10 PM | 954-764-2233 | Ftlauderdl, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 105 | Tue. Aug. 31 | 7:17 PM | 954-764-2233 | Ftlauderdl, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |
| 106 | Tue. Aug. 31 | 10:11 PM | 305-801-5015 | Miami, FL | | 1.0 | included | 0.00 | 0.00 | 0.00 |

❶ = First Incoming Minute Free (In Home Service Area Only)

| customer | account number | billing period ending | invoice date | page |
|---|---|---|---|---|
| **Dennis R Lainey** | 0016001739-8 | Aug. 31, 1999 | Sep. 1, 1999 | 7 of  7 |

To Connect with Customer Care Press ⊛ 2 (TALK) or Dial **1-888-211-4727.**



**PCS Phone Charges** for 305-801-5015 (continued)

**Call Detail**

| Date | Time | Phone Number | Call Destination | Rate/ Type | Minutes | Airtime Charges | Long Distance Charges | Other Charges | Total Charges |
|---|---|---|---|---|---|---|---|---|---|
| 107 Tue. Aug. 31 | 10.26 PM | 904-362-4018 | Live Oak, FL | | 8.0 | included | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | **428.0** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**PCS Phone Monthly Service Charges**

| Description | Charges |
|---|---|
| $149.99 National Service Plan - Aug. 23 to Aug. 31 | **$43.55** |
| $149.99 National Service Plan - Sep. 1 to Sep. 30 | **$149.99** |
| $149.99 National Service Plan - Aug. 23 to Sep. 22 | **-$149.99** |

| **Current Activity Charges** for 305-801-5015 | **$43.55** |
|---|---|

❶ = First Incoming Minute Free (In Home Service Area Only)

*Can we get out ? When ?* (handwritten)

PROPOSED CHANGES TO
AIRCRAFT SALE AGREEMENT

*Int'l Paper Co* (handwritten)
*CL Gord N9AkC* (handwritten)

Page One

( 1 )  Buyer's name changed from Turnberry Charters, Inc. to Turnberry Aviation ("Turnberry").

( 2 )  First paragraph under WITNESSETH: add as follows:

...... and accessories presently installed thereon, as more fully described on the specifications attached hereto as Exhibit "F", and spare parts as listed and attached hereto as Exhibit "E" (hereinafter collectively referred to as the "Aircraft"); and

*make a part hereof,* (handwritten)
*by this para. made a part hereof,* (handwritten)

( 3 )  Paragraph 1.A.:

Change Escrow Agent from AIC Title Service to Insured Aircraft Title Service, Oklahoma City, OK

Change date for commencement of inspection

*Clarify* (handwritten)

Provide for deposit to be refunded if Aircraft rejected and made non-refundable if accepted *not on proposed contract* (handwritten)

*Ref Para 9-* (handwritten)

A.    A deposit in the amount of One Hundred Thousand Dollars ($100,000) heretofore placed in escrow by Turnberry with Insured Aircraft Title Service, Oklahoma City, Oklahoma, Kirk L. Woford, President (hereinafter referred to as the "Escrow Agent"), which deposit is refundable until the Aircraft is accepted or rejected upon completion of the pre-purchase inspection as provided in Paragraph 3.B. If the Aircraft is rejected by Turnberry, the Escrow Agent shall immediately return the deposit in the amount of One Hundred Thousand ($100,000) Dollars to Turnberry and each of the parties shall be released and relieved of any obligations under this agreement. If the Aircraft is accepted by Turnberry, the deposit will become non-refundable except in the event that Int'l Paper fails to deliver the Aircraft with a clear title or as provided in Paragraph 4 and Paragraph 9 hereof. If the Aircraft is accepted, Turnberry shall acknowledge acceptance of the pre-purchase inspection in the form attached hereto as Exhibit "A" and by this reference made a part hereof.

*$150000 ?* (handwritten)
*upon acceptance* (handwritten)
*? the Aircraft* (handwritten)

Page Two


EXHIBIT
28

TB 00264

(4)    Paragraph 2. A.    Add reference to MSP program on APU:                Engines

A.    The enginne service plans (CMSP) for the Lycoming ALFF502-L and (MSP) for the APPU shall be transferred by Int'l Paper to Tumbeerry pursuant to Exhitbit "B" attached hereto and made a part hereoof. The cost of transferring thee CMSP and MSP agreements shall be for thee account of Turnberry.

Paragraph B.

Correct day for ccommencement of pre-purchase inspection:

.....("Inspection")→to commence on or about Wednesday, June  23, 1999.....

Clarify flight test  costs and remove reference to movement of t the Aircraft (covered in Paraggraph 5. Delivery.)

..... All costs of the Inspection, and fuel and pilot costs for the f fight test shall be for the account of Turnberry.

(5)    Paragraph 3 A.  fFurther clarification.

A.    That the AAircraft will be delivered in the condition as exkisted upon acceptance by Tumberry, and with all systems operating normmally and a current Certificate of Airworthiness in effect. Int'l Paper repressents and warrants that all  appplicable FAA airworthiness directives and manufacturer's mandatory service bulletins and modifications l have been complied with without variance.

(4)    Paragraph 3.B.  fFurther clarification.

B.    Pre-purchase inspection and a flight test of up to two hoours ("Inspection") at lMidcoast Aviation Service Center, Cahokia, Illllinois (hereinafter referrred to as "Airport") to either accept or reject t the Aircraft. The Aircraft and  engine logs and maintenance records will be  available at the Airport for revview to commence on or about Wednesday, JJune 23, 1999. Upon exeecution of this agreement, the Aircraft will be mnade available for inspoection by Turnberry's agent, and Int'l Paper wwill conduct a flight test of up  to two hours for a systems check, to be obsearved by Turnberry's agernt. The cost of fuel and pilots for this flight tesst shall be paid by Turnberrry.

Page Three

Paragraph 3.C. Further clarification.

(7)   C.   In the event the pre-purchase inspection identifies any discrepancies which affect the airworthy condition or operational systems of the Aircraft, Int'l Paper shall have the option but not the obligation to pay for correction of such discrepancies, and Turnberry shall have the option but not the obligation of accepting the Aircraft subject to Int'l Paper's payment for such discrepancies.

Paragraph 5.

(8)   ..... The fuel and pilot costs of moving the Aircraft to a location other than the Airport for delivery shall be for the account of Turnberry......

Paragraph 6.   Bill of Sale to Escrow for closing

(9)   Prior to time of closing, Int'l Paper shall deliver to Escrow Agent:

A. An executed FAA Bill of Sale in the form required to permit Turnberry's registration of the Aircraft in the United States.

B. Warranty Bill of Sale in the form annexed hereto and marked Exhibit "D".

Page Six

(14)   Paragraph 12. B.:   Change the name from Turnberry Charters, Inc. to Turnberry Aviation.

Paragraph 15.   Clarification

(11)   ..... shall be kept confidential except on a need to know basis or as may be required by law or legal process.

Change Exhibit "A"

to accept subject to —

TB 00266





# *Turnberry Charters Inc.*

**Aviation Department**

**VIA FACSIMILE TO (703) 361-3170**

June 23, 1999

Mr. Ed Dahlberg
EMERALD AVIATION, INC.
9998 Wakeman Drive, Suite 212
Manassas, VA 20110

| EXHIBIT |
|---------|
| 29      |

Re:     Challenger CL600 S/N 1023 N90UC
        Aircraft Sale Agreement

Dear Ed:

Following are the changes we have proposed to the above referenced Aircraft Sale Agreement. Most of the changes are for clarification in the wording and to change the name we will be holding this aircraft in to Turnberry Aviation, Inc.

If you have any questions at all, please call me at (305) 685-0881. When ready, please fax the contract back to me at my direct fax number (305) 289-9397.

As you know, Ed, Ken Murray has already arrived at Midcoast Aviation in St. Louis to begin the records review for the aircraft, and I will be going to St. Louis myself tomorrow. We will, of course, be in touch before I leave.

Regards,

Dennis R. Lainey

**TB 00267**

## PROPOSED CHANGES TO
## AIRCRAFT SALE AGREEMENT
## FROM INTERNATIONAL PAPER COMPANY
## CHALLENGER CL600 S/N 1023  N90UC

### Page One

(1)    Buyer's name change from Turnberry Charters, Inc. to Turnberry Aviation Inc. ("Turnberry").

(2)    First paragraph under WITNESSETH:  add as follows:

...... and accessories presently installed thereon, as more fully described on the specifications attached hereto as Exhibit "F" and made a part hereof, and spare parts as listed and attached hereto as Exhibit "E" and made a part hereof  (hereinafter collectively referred to as the "Aircraft"); and

(3)    Paragraph 1.A.:

Change Escrow Agent from AIC Title Service to Insured Aircraft Title Service, Oklahoma City, OK

Clarify deposit to be refunded if Aircraft rejected and made non-refundable if accepted

Note: Reference is made to Paragraph 9. - Paragraph 9. is missing.

A.    A deposit in the amount of One Hundred Thousand Dollars ($100,000) heretofore placed in escrow by Turnberry with Insured Aircraft Title Service, Oklahoma City, Oklahoma, Kirk L. Woford, President (hereinafter referred to as the "Escrow Agent"), which deposit is refundable until the Aircraft is accepted or rejected upon completion of the pre-purchase inspection as provided in Paragraph 3.B.  If the Aircraft is rejected by Turnberry, the Escrow Agent shall immediately return the deposit in the amount of One Hundred Thousand ($100,000) Dollars to Turnberry and each of the parties shall be released and relieved of any obligations under this agreement.  If the Aircraft is accepted by Turnberry, the deposit will become non-refundable except in the event that Int'l Paper fails to deliver the Aircraft with a clear title or as provided in Paragraph 4 and Paragraph 9 hereof.  If the Aircraft is accepted, Turnberry shall acknowledge acceptance of the pre-purchase inspection in the form attached hereto as Exhibit "A" and by this reference made a part hereof.

**TB 00268**

Page Two

(4)    Paragraph 2. A.  Include reference to MSP program on APU:

A.    The engine service plans (CMSP) for the Lycoming ALF502-L and (MSP) for the APU shall be transferred by Int'l Paper to Turnberry pursuant to Exhibit "B" attached hereto and made a part hereof. The cost of transferring the CMSP and MSP agreements shall be for the account of Turnberry.

(5)    Paragraph 3.B. Clarification:  Commence record review immediately; commence aircraft inspection and flight test after execution of contract; remove reference to movement of Aircraft as is not applicable here (see Paragraph 5. Delivery)

B.    Pre-purchase inspection and a flight test of up to two hours ("Inspection") at Midcoast Aviation Service Center, Cahokia, Illinois (hereinafter referred to as "Airport") to either accept or reject the Aircraft. The Aircraft and engine logs and maintenance records will be available at the Airport for review to commence on or about Wednesday, June 23, 1999. Upon execution of this agreement, the Aircraft will be made available for inspection by Turnberry's agent, and Int'l Paper will conduct a flight test of up to two hours for a systems check to be observed by Turnberry's agent. The cost of fuel and pilots for this flight test shall be paid by Turnberry.

(7)    Paragraph 5.

..... The fuel and pilot costs of moving the Aircraft to a location other than the Airport for delivery shall be for the account of Turnberry......

(8)    Paragraph 6.  Bills of Sale to Escrow for closing.- logs to Turnberry

Prior to time of closing, Int'l Paper shall deliver to Escrow Agent:

A. An executed FAA Bill of Sale in the form required to permit Turnberry's registration of the Aircraft in the United States.

B. Warranty Bill of Sale in the form annexed hereto and marked Exhibit "D".

TB 00269

At time of closing, Int'l Paper shall deliver to Turnberry all Aircraft and engine logs, manuals, parts, maintenance data and other documentation maintained for the operation of the Aircraft.

### Page Four

(9)     Paragraph 9. is missing. This paragraph was referenced in Paragraph 1.A.

### Page Six

(10)     Paragraph 12. B.:  Change the name from Turnberry Charters, Inc. to Turnberry Aviation, Inc.

(11)     Paragraph 15.  Clarification.

..... shall be kept confidential except on a need to know basis or as may be required by law or legal process.

### Page Seven

Change name for signature from TURNBERRY CHARTERS, INC. to TURNBERRY AVIATION, INC.

### All Exhibits

Change name from Turnberry Charters, Inc. to Turnberry Aviation, Inc.

### EXHIBIT "B"

This Exhibit needs to include appropriate assignment and warrants for payment for the MSP program on the APU along with those for the CMSP on the engines.

### EXHIBIT "D"

To include spare parts not installed on the Aircraft (listed on Exhibit "E") add "or appurtenant thereto"  to end of property description in second paragraph::

.... presently installed thereon or appurtenant thereto.



# *Turnberry Charters Inc.*

**Aviation Department**

**VIA FACSIMILE TO (405) 681-5356**

June 21, 1999

Mr. Kirk L. Woford
President
INSURED AIRCRAFT TITLE SERVICE, INC.
P. O. Box 19527
Oklahoma City, OK 73144



Re:    Canadair Challenger CL600  S/N 1023  N90UC

Dear Kirk:

You should receive today a wire transfer of funds from Turnberry Charters, Inc. in the amount of $150,000.00. Would you please set up an escrow account for us and designate these funds as a good faith deposit for the above referenced aircraft. There is no formal sales agreement for this aircraft at this time and the $150,000.00 is to be held fully refundable to Turnberry Charters, Inc. and at my sole direction until you receive further written instructions from me. At such time as a binding sales agreement is entered into I will send you further instructions

Please call me at (305) 685-0881 if you have any questions at all.

Kindly acknowledge your receipt of these instructions by signing below and faxing back to me at (305) 289-9397.

Regards,

Dennis R. Lainey
Director of Sales

Acknowledged:

_____
Kirk L. Woford
INSURED AIRCRAFT TITLE SERVICE, INC.

TB 00234

**15001 N.W. 42nd Avenue, Suite 117, Miami, FL 33054  Phone: (305) 685-0881  Fax: (305) 289-9397**



# Turnberry Charters Inc..

Aviation Department

**VIA FACSIMILE TO (405) 681-5356**

June 21 1999

Mr. Kirk L. Woford
President
INSURED AIRCRAFT TITLE SERVICE INC
P. O. Box 19527
Oklahoma City, OK 73144

Re:   Canadair Challenger CL600  S/N 1023  N600C

Dear Kirk

You should receive today a wire transfer of funds from Turnberry Charters.s. Inc in the amount of $150,000.00. Would you please set up an escrow account for us and designate these funds as a good faith deposit for the above referenced aircraft. There is no formal sales agreement for this aircraft at this time and the $150,000.00 is to be held fully refundable to Turnberry Charters Inc. and at my sole direction until you receive further written instructions from me. At such time as a binding sales agreement is entered into I will send you further instructions.

Please call me at (305) 685-0881 if you have any questions at all.

Kindly acknowledge your receipt of these instructions by signing below and faxing back to me at (305) 289-9397

Regards,

Dennis R. Laney
Director of Sales

Acknowledged

Kirk L. Woford
INSURED AIRCRAFT TITLE SERVICE INC

**EXHIBIT**
3/

15001 N.W. 42nd Avenue, Suite 117, Miami, FL 33054  **Phone:** (305) 685-0881  **Faxx:** (305) 289-9397



**Insured Aircraft Title Service, Inc.**

P.O. BOX 19557     (405) 681-6663
OKLAHOMA CITY, OKLAHOMA 73144
TOLL FREE: PHONE 800-654-4882

## WIRE TRANSFER INSTRUCTIONS

FUNDS BEING WIRED TO INSURED ESCROW SERVICE SHOULD BE DIRECTED TO THE
FOLLOWING INSTRUCTIONS:

> BANCFIRST (FORMERLY CITY BANK & TRUST)
> 101 NORTH BROADWAY
> OKLAHOMA CITY, OKLAHOMA 73102
> ABA: 103 003 632          SWIFT: BFOKUS44
>
> CREDIT: INSURED ESCROW SERVICE
> ACCOUNT NUMBER: 400 956 3726
> PHONE ADVISE: ESCROW AGENT
> REFERENCE: N NUMBER OR SERIAL NUMBER IF FOREIGN REGISTERED

FOR OVERNIGHT DELIVERIES PLEASE USE THE FOLLOWING ADDRESS:

> 6449 SOUTH DENNING
> OKLAHOMA CITY, OKLAHOMA 73159
> TEL:  405-681-6663

THE ESCROW ACCOUNT IS NON-INTEREST BEARING.  ESCROW FEES MUST BE PAID AT CLOSING.

ESCROW DEPOSITS RECEIVED ARE CONSIDERED REFUNDABLE TO THE DEPOSITOR UNTIL WE
ARE NOTIFIED OTHERWISE BY THE DEPOSITOR OR UNTIL WE ARE IN RECEIPT OF A
PURCHASE AGREEMENT THAT HAS BEEN EXECUTED BY BOTH PURCHASER AND
SELLER OUTLINING THE TERMS AND CONDITIONS OF THE FUNDS HELD IN ESCROW.



**EXHIBIT**

32

TB 00233

$\rightarrow$ 05 - 685 - 0881

/023 6860-9 HRRS.

1 - BONDING CHECKSS
2 - PRISM CHECKS
3 - FULL OPS CHECK:
4 - PRE-BUY ITEMS : 53, 56
5 - INVESTIGATE PAINT BUBBLING (CORROSION)
     BELOW FWD ACCUMULATOR PANEL & LOWER
     SKIN NEAR STA 280
6 - 2400 HR INSP & 7200 HR INSP (NOT)
7 / TORQUE CK COOLING TURBINES
8 - SB 623 IS REPETITIVE CK ON ENG ACCESS
     COWL HINGES (1100 HR) EXPENSIVE WHEN
     FINAL MOD IS C/W (10K/SIDE?)
9 - L/H WING FUEL DRAINS LEAKING

10 - 101, 102, 104, 105, 1008, 111, 112, 114, 115, 118, 130, 133,
     154, 155, 159, 161, 1662, 168, 181, 182,
     THESE ARE ITEMS FROM W.O. M5948
     "NO ACTION TAKEN!"-

3600   Nothing

gear Restoration - 120    60 mth De Toiler

EXHIBIT
33

vinson prison check

STEVE BOTES

TB 00277

June 25, 1999

TURNBERRY AVIATION, Inc.
15001 NW 42nd Avenue
Suite 117
Miami, FL   33054



**Dear Dennis:**

At your request I have completed a technical review of Challenger S/N 1023 and offer you the following:

## CHALLENGER CL600 S/N 1023

### GENERAL

- No damage history
- Good physical condition relative to age and hours accumulated
- Records are complete with no missing time periods
- Average service bulletin compliance status

### RECOMMENDATIONS

- Perform electrical bonding check of all composite fairings and static wicks
- Perform operational check of all aircraft systems
- Perform test flight of minimum 2 hour duration at altitude
- Torque check of cooling turbines
- Investigate paint bubbling below brake accumulator access panel
- Investigate paint bubbling on lower fuselage at approx. FS 280
- Perform 2400 hour and 7200 hour inspection – these are coming due in approx. 200 hours and are extensive inspections
- Request corrective action for all airworthy items found during last pre-purchase evaluation

The estimated cost of performing the 2400/7200 hour inspection including discrepancies is $85,000 - $100,000. The downtime is approx. 15 days.

Sincerely,

Ken Murray

Ken Murray

TB 00280

6155 NW 40th Street
Coral Springs, FL 33067

Tel (954) 227-8647
Fax (954) 227-8651

## INVOICE

TURNBERRY AVIATION, Inc.
15001 NW 42 Ave
Suite 117
Miami, FL 33054

EXHIBIT
35

**ATT: Dennis Lainey**

June 29, 1999

Consultation fee for services provided tto TURNBERRY AVIATION, Inc. during revview of Challenger S/N 1023

| | |
|---|---|
| Daily Fee 2 days at $1,0000 perday | $2,000.00 |
| Meals | 47.00 |
| Airline | 1,486.00 |
| Rental Car | 131.82 |
| Parking | 24.00 |

TOTAL AMOUNT DUE - $3,688.882

### PAYABLE UPON RECEIPT

**Please make check payable to:**
**Ken Murray**
**6155 NW 40th Street**
**Coral Springs, FL 33067**
**(for tax purposes SS # is 0588-44-0661)**

TB 00278

```
NAME : MURRAY/KEN                                         DATE  _____

                                        ACCOUNT NO.            DATE
                                        VANGRP                 22JUN99

CO   DATE   CITY-AIRPORT      TIME   FLIGHT NBR/CLASS    ST  SERV/AMNT
--   ----   ------------      ----   ----------------    --  ---------
A UE 23JUN LV FT LAUDERDALE   530A   DELTA      478V OK      0STOP 757
           AR ATLANTA         712A
                              SEAT   03-B **RESERVED**
                                     MURRAY/KEN

A UE 23JUN LV ATLANTA         835A   DELTA      680Y OK      0STOP M80
           AR ST LOUIS        913A
                              SEAT   19-C **RESERVED**
                                     MURRAY/KEN

C UE 23JUN HERTZ                     CONFO-A76514255A6
           LAMBERT INTERNATI-TERMINAL  PICKUP-23JUN UED/0608-0913
           ST LOUIS MISSOURI          RETURN-25JUN FRI/1450
           PHONE-314-426-7555
           RATE- QUOTED USD 50.87 DAILY UNLIMITED MILEAGE
           EXTRA HOUR CHARGE 17.00 UNLIMITED MILEAGE
           1 INTERMEDIATE CAR
           CORPORATE ID-165385

H UE 23JUN ADAM S MARK HOTEL-ST. LOUIS    CHECK IN- 23JUN UED/1500
           FOURTH AND CHESTNUT STREETS    CHECK OUT-25JUN FRI/1200
           ST LOUIS                       GUARANTEED TO CREDIT CARD-AX
           PHONE-314-241-7400
           FAX-314-241-6618
           CONFO-0190017399
                                          RATE GUARANTEED-USD
           MISCELLANEOUS PROMOTIONAL DSCNT   QUEEN
           RATE INFO-134.00
           CANCEL RQRMTS-CANCEL BY 12PM DAY OF ARRIVAL
           PERSONS INCLUDED IN RATE-1
           RQST SMOKING KING

A FR 25JUN LV ST LOUIS        350P   DELTA     2079Y OK      0STOP 737
           AR ATLANTA         631P
                              SEAT   12-B **RESERVED**
                                     MURRAY/KEN

A FR 25JUN LV ATLANTA         815P   DELTA     929B OK       0STOP L10
           AR FT LAUDERDALE  1013P
                              SEAT   12-C **RESERVED**

CO DE: A-AIR  H-HOTEL  C-CAR  T-TOUR  S-SURFACE  V-OTHER TRVL SERVCS
ST ATUS:OK-CONFIRMED  WL-WAITLIST  RQ-REQUESTED  NS-NO SEAT  SA-STANDBY
```

TB 00279

# *Turnberry Aviation, Inc.*

**VIA FACSIMILE TO (405) 681-5356**

June 29, 1999

Mr. Kirk L. Woford
President
INSURED AIRCRAFT TITLE SERVICE, INC.
P. O. Box 19527
Oklahoma City, OK 73144

Re:    Canadair Challenger CL600  S/N 1023  N90UC

Dear Kirk:

You are holding $150,000.00 in Turnberry Aviation, Inc.'s account designated as a refundable deposit for the above referenced aircraft. We will not be entering into a purchase contract on this aircraft, so please remove any reference to this aircraft from these funds.

Please hold this $150,000.00 in Turnberry Aviation Inc.'s account with no reference or designation until you receive further written instructions from me.

Please call me at (305) 685-0881 if you have any questions at all.

Kindly acknowledge your receipt of these instructions by signing below and faxing back to me at (305) 289-9397.

Regards,

Dennis R. Lainey
Director of Sales

Acknowledged:

EXHIBIT
36

_____
Kirk L. Woford
INSURED AIRCRAFT TITLE SERVICE, INC.

15001 NW 42nd Ave., Suite 117, Miami, FL 33054 (KOPF)  Phone: (305) 685-0881  Fax: (305) 289-9397

# *Turnberry Aviation, Inc.*

**VIA FACSIMILE TO (405) 681-5356**

June 28, 1999

Mr. Kirk L. Weford
President
INSURED AIRCRAFT TITLE SERVICE, INC
P. O. Box 19527
Oklahoma City OK 73144

Re:   Canadair Challenger CL600  S/N 1C23  N90JC

Dear Kirk

You are holding $150,000.00 in Turnberry Aviation, Inc.'s account designated as a refundable deposit for the above referenced aircraft. We will not be entering into a purchase contract on this aircraft so please remove any reference to this aircraft from these funds.

Please hold this $150,000.00 in Turnberry Aviation Inc.'s account with no reference or designation until you receive further written instructions from me.

Please call me at (305) 555-0881 if you have any questions at all.

Kindly acknowledge your receipt of these instructions by signing below and faxing back to me at (305) 295-9397

Regards

Dennis R. Lainey
Director of Sales

Acknowledged

Kirk L. Weford
INSURED AIRCRAFT TITLE SERVICE, INC

15001 NW 42nd Ave  Suite 117, Miami, FL 33054 (KOPF)  Phone  (305) 685-0881 Fax  (305) 289-9397

# *Turnberry Aviation, Inc.*

**VIA FACSIMILE TO (405) 681-5358**

July 6, 1999

Mr. Kirk L. Woford
President
INSURED AIRCRAFT TITLE SERVICE, INC.
P. O. Box 19527
Oklahoma City OK 73144



Re:    Canadair Challenger CL600 S/N 1023 N90UC

Dear Kirk:

You are holding the amount of $150,000.00 in an account for Turnberry Aviation, Inc.
with no designation or reference. Would you please designate these funds as a good faith
deposit for the above referenced aircraft. There is no formal sales agreement for this aircraft
at this time and the $150,000.00 is to be held fully refundable to Turnberry Aviation, Inc. and at
my sole direction until you receive further written instructions from me. At such time as a
binding sales agreement is entered into I will send you further instructions.

Call me at (305) 685-0881 if you have any questions at all.

Kirk, please send a fax to the present owner of the aircraft Aero Toy Store, Inc., Attn:
Morris Shirazi, fax (305) 771-3281, acknowledging the deposit.

Kindly acknowledge your receipt of these instructions by signing below and faxing back
to me at (305) 289-9397.

Regards,

Dennis R. Lancy
Director of Sales

Acknowledged

Kirk L. Woford
INSURED AIRCRAFT TITLE SERVICE, INC.

15001 NW 42nd Ave. Suite 117, Miami, FL 33054 (KOPF) Phone (305) 985-0881 Fax (305) 289-9397

TB 00089

EXHIBIT
38

## AIRCRAFT PURCHASE/SALE AGREEMENT

**THIS AIRCRAFT PURCHASE/SALE AGREEMENT** (hereinafter referred to as the "Agreement"), is made and entered into this ___22ᴺᴰ___ day of July , 1999, by and between **TURNBERRY AVIATION, INC.**, a corporation, duly organized and existing under the laws of the State of Florida, and having its principal office at 15001 N.W. 42ⁿᵈ Avenue, Miami, Florida 33054, (hereinafter referred to as the "Buyer") and **AERO TOY STORE, INC.**, a corporation, duly organized and existing under the laws of the State of Florida, United States, and having its principal office at 1710 West Cypress Creek Road, Fort Lauderdale, Florida 33309 (hereinafter referred to as the "Seller").

**WHEREAS**, Seller is willing to sell to Buyer the following described aircraft, to wit: one (1) Challenger 600 aircraft bearing manufacturers serial number 1023 and United States Registration Number N90UC (the "Airframe"), together with two (2) ALF-502L-2C engines respectively bearing manufacturers serial numbers LF03099S and LF03052S (each of which produces in excess of 750 rated takeoff horsepower) including the transfer to Buyer of the CMSP program applicable to the engines which shall be paid current as of the time of Closing (the "engines"), together with the APU (including the transfer of the MSP program applicable to the APU paid current as of the time of Closing), radios, navigational devices, instrumentation, appurtenances, fixtures, accessories, log books, flight and component manuals, maintenance records and loose equipment (ie. pins, plugs and covers) associated with the Airframe as presently situated at Sellers facilities at Fort Lauderdale Executive Airport, Fort Lauderdale, Broward County, Florida and set forth in Exhibit "A" attached hereto (all specifications are subject to verification by Buyer, there are no spare parts included in the transaction, and items not specifically set forth in Exhibit "A" are excluded) (the Airframe, Engines, and aforesaid radios, navigational devices, instrumentation, appurtenances, fixtures, accessories, log books, flight and component manuals, maintenance records and loose equipment are hereinafter collectively referred to as the "Aircraft"); and,

**WHEREAS**, the Buyer is willing to purchase the Aircraft on the terms and conditions set forth hereinbelow; and,

**For valuable consideration**, the receipt and sufficiency of which is mutually acknowledged, the parties stipulate, covenant and agree as follows:

### ARTICLE I
### Sale and Purchase of Aircraft

1.     Subject to the terms hereof, Buyer agrees to buy from Seller, and Seller agrees to sell to Buyer, the Aircraft.

2.     Buyer may, prior to Closing of the within transaction, have a 7200 hour inspection performed on the Aircraft. The Inspection shall be conducted at Bombardier, at Fort Lauderdale, Florida, at Buyer's sole cost and expense, including the flat rate cost of such inspection as well as the cost to correct any discrepancies or items requiring repair as noted in the aforesaid 7200 hour inspection. Buyer shall not permit any lien to be placed against the Aircraft. The Inspection shall begin not later than ___N/A___ ( ___ ) business days following the execution of this Agreement and shall be considered complete when the inspection is completed by Bombardier and the Aircraft has been returned to service following resolution of all discrepancies noted in the inspection and appropriate log book endorsements have been prepared. If Buyer accepts the Aircraft (as set forth in sub-section 3 immediately below) Seller will perform the alterations/ modifications to the Aircraft in accordance with Exhibit "B" attached, which shall be considered competed upon entry in the Aircraft Log Books of appropriate endorsements for such items which

*require and endorsement.*

3.      Not later than 5:00 P.M. EDT three (3) business days following completion of the Inspection, Buyer shall signify to Seller, in writing, Buyer's acceptance or rejection of the Aircraft. In the event Buyer does not give Seller timely notice as immediately aforesaid, it shall be conclusively deemed that Buyer has accepted the Aircraft. Upon acceptance of the Aircraft by Buyer the deposit shall not be subject to refund unless Seller fails to deliver the Aircraft to Buyer at closing as required by this Agreement or Buyer is otherwise entitled to the refund of the Deposit by a specific provision hereof. Buyer understands that Seller will incur substantial damages in the event Buyer fails to *accept delivery of the Aircraft* and close *the within* transaction and that the Deposit is intended to compensate Seller *for all losses* in the event Buyer does not accept delivery of the Aircraft and close the within transaction as provided herein once the deposit has become *non-refundable.* Accordingly, *upon acceptance of the Aircraft by Buyer, the Deposit shall be* considered as fully earned and the sole property of Seller and Buyer waives all claims or rights thereto if Buyer fails to pay the Balance of the purchase price and accept delivery of the Aircraft unless Buyer is otherwise entitled to the refund of the Deposit by a specific provision hereof. The transaction shall close as set forth in Article 5 below. If Buyer does not accept the Aircraft, the Aircraft shall be restored to the condition it was in at the time it arrived at the inspection facility, Buyer shall obtain a waiver of lien from the inspection facility for the Aircraft, Buyer shall return the Aircraft to Seller at the inspection facility, and thereupon the Escrow Agent shall return the deposit to Buyer, Seller shall *reimburse Buyer for any monies paid by Buyer to Bombardier for the 7200* hour inspection and repairs made pursuant to such inspection at which time this Agreement (and all rights, duties and obligations arising hereunder) shall terminate and be without force or effect.

4.      Buyer shall not permit any lien to be placed against the Aircraft. Buyer shall accept delivery of the Aircraft pursuant to this Agreement **"AS IS, WHEREIS,"** except for the warranty contained in Article 3 below.     **SELLER MAKES NO EXPRESS OR IMPLIED WARRANTIES WHATSOEVER THAT WILL SURVIVE THIS CLOSING, INCLUDING THOSE OF CONDITION, OR MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE, THE AIRCRAFT BEING SOLD ON AN "AS IS, WHEREIS" BASIS. THE RECORDS AND ENTRIES IN THE LOG BOOKS AND MAINTENANCE RECORDS WHICH PRECEDE SELLER'S OWNERSHIP OF THE AIRCRAFT ARE NOT WARRANTIES OF SELLER AND SELLER MAKES NO REPRESENTATION OR WARRANTY CONCERNING SAME, ALL SUCH WARRANTIES AND REPRESENTATIONS BEING EXPRESSLY EXCLUDED AND BUYER WAIVES SAME.**

5.      It is understood and agreed that sale of the Aircraft by the Seller to the Buyer is subject solely to the terms of this Agreement and that no terms and conditions described in any other document shall be effective with respect to said sale unless otherwise provided herein or unless agreed to in writing by the Seller.

### ARTICLE 2
#### Price

The total price of the Aircraft, including any equipment, documents and attachments (the "Purchase Price") shall be U.S. $7,700,000.00 (the "Purchase Price"), payable as follows:

|  |  |  |
|---|---|---|
| U.S. | $150,000.00 | Deposit |
| U.S. $ | 7,550,000.00 | Balance |

### ARTICLE 3
#### Clear Title

Seller represents and warrants that the Aircraft will be free and clear of all liens and encumbrances and that Seller shall transfer full legal and beneficial title to the Aircraft and the Aircraft Logs and Equipment to Buyer at the time of the closing free and clear of all liens and encumbrances whatsoever.

-2-

## ARTICLE 4
### Payment

1.      On the day of closing, Buyer shall, by wire transfer of free, clear and immediately available funds, deposit into the escrow account of the Escrow Agent named below, the Balance of the Purchase Price plus one-half (½) of the escrow agents fee.

2.      The parties hereto have agreed to appoint as escrow agent pursuant to this Agreement **INSURED AIRCRAFT TITLE SERVICE**, an aircraft title company located at 6449 South Denning Avenue, Oklahoma City, Oklahoma 73159 (the "Escrow Agent"). Fees of the Escrow Agent shall be paid equally by Buyer and Seller ("Escrow Fees"). Buyer has heretofore, or will have prior to closing, filed with the Escrow Agent an FAA Registration Application, Form 8050-1, with respect to the Aircraft (the "Application") (the failure of Buyer to have filed the Application with the Escrow Agent shall not delay closing). Seller has heretofore, or will have, prior to closing, filed with the Escrow Agent an FAA Bill of Sale, Form 8050-2, with respect to the Aircraft, from Seller to Buyer (the "Bill of Sale"), as well as any and all other documents necessary in order to achieve registration and clear title for the Aircraft to Buyer ("Title Documents").

3.      At closing, Buyer will execute a delivery receipt acknowledging receipt of the Aircraft. The delivery receipt shall be in the form attached hereto as Exhibit "C."

4.      Upon confirmation by Seller to the Escrow Agent that the transaction has closed and the Buyer has executed documents of acceptance of the Aircraft, provided the full Purchase Price has been received by the Escrow Agent, the Escrow Agent shall contemporaneously:

> **A.** Wire transfer the Purchase Price pursuant to the written instructions of Seller.
>
> **B.** File the Registration Application and Bill of Sale and the Title Documents with the FAA or as Buyer may otherwise direct.
>
> **C.** Collectively, the actions of the Escrow Agent described in Article 4, Paragraphs 4(a) and 4(b) above, shall be referred to as the "Closing."

5.      Any and all taxes or other fees or charges resulting from Buyer's purchase of the Aircraft hereunder shall be borne by Buyer who fully indemnifies and holds Seller completely harmless therefrom excluding such taxes, fees or duties based on Seller's income, gross receipts, any franchises or "doing business" tax imposed upon Seller. Seller shall indemnify and hold Buyer harmless from and against any and all taxes or other fees or charges assessed or levied against Seller pertaining to the Aircraft prior to, but not resulting from, the sale of the Aircraft to Buyer as of the time of Closing. Sales, use or related taxes, if any, that may be due in any state, territory, sovereign or jurisdiction resultant from Buyer's purchase of the Aircraft shall be borne by the Buyer, against which taxes Buyer fully indemnifies Seller, and holds Seller completely harmless from any and all such taxes or related charges whatsoever. This provision shall survive closing. Buyer shall execute an affidavit in the form attached hereto as Exhibit "D."

## ARTICLE 5
### Closing

Closing and delivery of the Aircraft to Buyer shall occur not later than three (3) business days following the later of (i) completion of the 7200 hour inspection by Bombardier referred to in Article 1, Section 2 above and correction of any discrepancies noted in the inspection, or (ii) completion by Seller of the alterations/Modifications set forth in Exhibit "B." At closing Buyer shall execute Seller's standard form of delivery receipt in the form attached hereto as Exhibit "C." If Seller fails or refuses to close and deliver the Aircraft to Buyer as herein provided, and Buyer is at that time ready, willing and able to close, pay the Purchase Price in full and accept delivery of the Aircraft in accordance with the terms hereof, Buyer may either (but not both) (i) accept the return of the Deposit and reimbursement for the cost of the 7200 hour inspection referred to in Article 1 Section 2 above and reimbursement to Buyer for any monies paid by Buyer to Bombardier

-3-

for the 7200 hour inspection and repairs made pursuant to such inspecttion, without further obligation to Buyer by Seller, (or (ii) initiate an action for specific performaance (the foregoing alternative remedies are Buyer's exclusive remedies).

## ARTICLE 6
### Conttinuity of Agreements & Warranties

Effective as of thee time of Closing, Seller will assign or transfer · to Buyer such rights as Seller may have (if any) in anod to such applicable computerized maintenancce programs, service agreements and manufacturer's warranties which apply to the Aircraft whicch were assigned to Seller when Seller acquired thee Aircraft. Seller makes to warranty or repressentation concerning same.

## ARTICLE 7
### AAssumption of Risk; Indemnities

1.      Seller shaall have custody and operational control of the Aircraft and the Aircraft Logs and Equipment, annd Seller shall have all of the responsibility and liliability and insurable interest thereof, until Closing arnd delivery of the Aircraft to Buyer. Upon andd after closing Buyer shall accept delivery of the Airccraft and all of the risk of loss, responsibility, liriability and insurable interest thereof, at FXE.

2.      If the Airccraft is damaged or destroyed prior to Closingg and delivery of the Aircraft, and such damage or desstruction is not attributable to Buyer or Bombaardier, the Buyer may terminate this Agreement withaout liability to the Seller and the Escrow Aggent shall return the Deposit to the Buyer and the Seller shall reimburse Buyer for any moniees paid by Buyer to Bombardier for the 7200 hour innspection and repairs made pursuant to such inspection.

3.      Buyer aggrees to indemnify, reimburse and hold Selleer and its assignees, advisors, officers, directors, ageents and employees [and all affiliates thereof](eeach an "Indemnitee") harmless from and against anny and all claims, damages, losses, liabilitiess (including, without limitation, any claim or liability ffor strict liability in tort or otherwise), obligaticons, demands, suits, judgments, causes of action leggal proceedings, whether civil, criminal or admiinistrative, penalties, fines, other sanctions, and all coosts and expenses of any nature, whatsoever, iiincluding reasonable attorney's fees and expenses  any and all of which result from, pertain to) or arise out of the ownership or operation of the Aaircraft by Buyer (or anyone claiming under or I through Buyer) from and after the delivery of the Airccraft to Buyer.

4.      Seller aggrees to indemnify, reimburse and hold Buyeer and its assignees, advisors, officers, directors, ageents and employees [and all affiliates thereof](eeach an "Indemnitee") harmless from and against anny and all claims, damages, losses, liabilitiess (including, without limitation, any claim or liability ffor strict liability in tort or otherwise), obligaticons, demands, suits, judgments, causes of action leggal proceedings, whether civil, criminal or admiinistrative, penalties, fines, other sanctions, and all coosts and expenses of any nature, whatsoever, iiincluding reasonable attorney's fees and expenses  any and all of which result from, pertain to) or arise out of the ownership or operation of the Aaircraft by Seller (or anyone claiming under or · through Seller) prior to the delivery of the Aircraft to I Buyer.

5.      The indeormnities set forth in this Article 6, Sections 3 amd 4 shall survive the closing and delivery of the Aircrraft by Seller to Buyer and continue in full forcce and effect.

## ARTICLE 8
### Notice

Any written noticce, demand or request that is required to be mnade hereunder shall be served in person or by regisstered or certified mail, return receipt requessted, or by facsimile, addressed to the party to be seerved at its address set forth above. The abovve addresses may be

-4-

changed as to the applicable party by providing the other party with notice of such address change in the same manner provided above. In the event that written notice, demand or request is made as provided herein, then in the event that such notice is returned to the senderr by the U. S. Postal System because of insufficient address or because the party has moved or otherwise, other than for insufficient postage, such writing shall be deemed to have been received by the party to whom it was addressed on the date that such writing was initially placed in the U. S. Postal System by the sender.

A copy of any notices sent to Seller shall be sent to Bruce David Green, P.A., 600 South Andrews Avenue, Suite 400, Fort Lauderdale, Florida 33301, telefax 954-522-8555. The parties hereto agree to consider said facsimile signatures to be the same as original signatures thereto (but excluding those documents described in Article 4, paragraph 3 above, which documents must be signed in the original).

## ARTICLE 8
### Severability/Forum

Wherever possible, each provision of this Agreement shall be interpreted in such manner as to be effective and valid under applicable law, but if any provission hereof shall be prohibited or invalid under applicable law, such provision shall be ineffective to the extent of such prohibition or invalidity only, without invalidating the remainder of such prcovision(s) or of the remaining provisions of this Agreement. The validity, construction and performance of this Agreement shall be governed by and construed in accordance with the laws of the State of Florida, and any litigation arising hereunder shall only be resolved in a court of competent jurisdiction in Broward County, Florida, and the parties hereto submit themselves to the jurisdiction of such court for such purpose, notwithstanding that the place of delivery may be outside of the State of Florida.

## ARTICLE 9
### Binding Effect

Whenever the context of this Agreement so admits or requires, the terms Buyer and Seller shall include the heir, personal representatives, successors and/or assigns of the respective parties hereto; the use of the singular number shall include the plural, and the plural shall include the singular; the use of any gender shall include all genders.

## ARTICLE 10
### Headings

The headings of the paragraphs contained in this Agreement are for convenience of reference only and do not form a part hereof and in no way modify, interpret or construe the meaning of the parties hereto.

## ARTICLE 11
### Modification/Waiver

No modification or waiver of any of the terms of this Agreement shall be valid unless in writing and unless said subsequent instrument is executed with the same formality as this Agreement. The failure of either party to insist upon strict performance of any of the provisions of this Agreement shall not be deemed a waiver of the right thereafter to insist upon performance of that, or any other, provision of this Agreement.

## ARTICLE 12
### Integration

The parties have incorporated in this Agreement their entire understanding. No oral

-5-

statement or prior written matter extrinsic to this Agreement concerning tthe rights, duties or obligations of either party hereto or to the other shall have any force or effect.. Neither party relies upon any representations other than those expressly herein set forth, and nio representation not herein contained is deemed by either party to be material to the premises.

### ARTICLE 13
#### Escrow Agent

The parties acknowledge that the Escrow Agent is acting as a stakeholder and document holder only, its duties being purely ministerial, at their request and foor their convenience, that the Escrow Agent shall not be deemed to be the agent or trustee for either of the parties, and that the Escrow Agent shall not be liable top either if the parties for any act cor omission unless it involves wilful misconduct or gross negligence on its part.

IN WITNESS WHEREOF the parties hereto have signed this; Agreement by their duly authorized officers or representatives as of the date first above written.

Seller:                                            AERO TOY STORE, INC.

By: _____
Morris Shirazi, Pressident

Buyer:                                             TURNBERRY AVIATICON, INC.

By _____
JEEFREY ScFfGt (Print Name & Title)

Escrow Agent:                                      INSURED AIRCRAFT ˙TITLE COMPANY
(Only As To Escrow Responsibilities)

By: _____
Kirk Woford, Presidlent

-6-

TB 00313



*Executive Jet Center*

# CHALLENGER 600
# S/N 1023

**AIRFRAME TOTAL TIME: 6770**          **LANDINGS: 5761**

## ENGINE STATUS

L2C Modified engines are on CMSP with on condition TBO.

| **LEFT ENGINE** | | **RIGHT ENGINE** | |
|---|---|---|---|
| **ALF502L-2C** | | **ALF502L-2C** | |
| Total Time: | 6135 | Total Time: | 6150 |
| Since HSI: | 1088 | Since HSI: | 1088 |
| Total Cycles: | 4631 | Total Cycles: | 5179 |

APU: P-162C, 5831 Hours Total Time, 254 Since HSI on MSP.

## AVIONICS

Dual Sperry SPZ-600 Flight Directors
Dual Collins VHF-20A Comms
Dual Collins VIR-30A Navs
Dual Collins DME-40
Dual Collins ADF-60A
Dual Collins TDR-90 Transponder
Wulfsberg Flitefone VI
Dual Collins 718U-5 HF

King TCAS II
Dual Sperry AZ-242 Air Data Computers
Sperry SPZ-600 Autopilot
Universal UNS-1K FMS
Dual Delco Carousel Six INS
Global AFIS
Sperry Primus 400SL Radar w/Datanav
Sperry Voice Advisory

## ADDITIONAL EQUIPMENT

Winglets                              Steer by Wire(SB-380)
Standby Attitude, Airspeed and Altimeter

TB 00314

1710 W. Cypress Creek Road • Ft. Lauderdale, Florida 33309 • (954) 771-1795 • Fax (954) 771-3281

# *Executive Jet Center*

# AERO TOY STORE

Page No.
Challenger 600/da 1025

## MAINTENANCE

## INTERIOR

y the Sculpted Truffle Carpets, Thoreau Maine Woods Sidepanels and Almond Headliner.
Completing this elegant environment is the entertainment center featuring Airshow 400,
CD, LCD TV,VCR, Graphic Equalizer and Surround Sound.

## EXTERIOR

Overall Matterhorn White with Accents.

Rev. 6/23/99

Specifications/Descriptions are provided as introductory information and do not constitute representations or warranties of Aero Toy Store, Inc. or Aero Toy Store, Inc. client(s). Accordingly, you should rely on your own inspection of the aircraft. Any proposed transaction is subject to final execution of a contract acceptable in form and substance to Aero Toy Store, Inc. it's client(s). and their counsel.

TB 00315

1710 W. Cypress Creek Road • Ft. Lauderdale, Florida 33309 • (954) 771-1795 • Fax (954) 771-3281

Exhibit "A"

Page 3 of 3

7-6-99

Received this date from Avon Toy Store the following logs for aircraft CL 600 S/N 1073

Box 1
16 w.o binders
2 boxes eng tags

Box 2
44 w.o. binders

Box 3
4 vol w/dia
2 eng logs
2 binders a/f logs
1 apu log
1 binder camp
1 flt log

Box 4
2 ops man
1 mel
1 frames *crewburg ret*
6 w.o. packs
1 w/b man.

Received by: _____

For: _Lucaberry_

TB 00316

EXHIBIT "🔨" PAGE 1 OF 2

# *Turnberry Aviation, Inc.*

CHALLENGER CL600  S/N 1023  N90UC

AIRCRAFT TO BOMBARDIER THURSDAY JULY 8, 1999

| | |
|---|---|
| **PAINT** | Blue = Acry-Glo # HS-10711 Arctic Blue<br>Gold = Acry-Glo # HS-10688 Cartier Gold<br>Belly White / Blue Stripe / White Stripe / Gold Stripe / White Stripe /<br>    Blue Stripe<br>Wing Tips same (Blue / White / Gold / White / Blue)<br>(Stripes same spacing as existing)<br><br>Stairs - White with Aero Floor Sand on steps<br>Tail number - N920DS - Paint Blue w/Gold shadow - Slanted<br>Tape over with N90UC for temporary numbers |
| **METALS** | All visible metals to be gold plated |
| **LAV<br>CABINET** | New hardware<br>New wood - On left side make solid on upper portion and leave lower<br>opening for trash.<br>Remove double TP holder and intall owner furnished TP hoolder.<br>Install metal strips on edges and trims - gold plated<br>Lav vanity top stone with gold plated sink and fawcets |
| **GALLEY** | Galley top to be stone with faux finish to match on sink Customer to Supply. |
| **GAME<br>TABLES** | Veneer, stone and gold inlays on game tables with angled corners |
| **LATCHES** | All latches to be new gold plated |
| **CONTROLS** | New controls on side rails - gold plated |
| **AFT<br>BULKHEADS** | Aft Bulkheads and door to have light bronze mirror |
| **AFT TV** | Aft TV to have plex face flush with mirror |
| **SEATS** | Seats to have same design as 604 seen in hanger |

1 of 2

15001 NW 42nd Ave  Suite 117  Miami  FL 33054 (KOPF)  Phone (305) 685-0881 Fax (3305) 289 9397

TB 00317

EXHIBIT "⚓" PAGE 2 OF 2

# *Turnberry Aviation, Inc.*

CHALLENGER CL600 S/N 1023 N90UC

| | |
|---|---|
| COUCH | Couch to be leather  ℗ |
| DADO | Lower dado panels to have Thoreau Maine Woods fabric  ℗ |
| HEADLINER & WINDOW PANELS | Headliner and window panels to be Tapis Brisa Creame  ℗ |
| ENTRY | Entry floor to be Loncoin Beige  ℗ |
| FIREBLOCK | Must have Part 135 fireblocking certificates for interior including all woodwork and seats.  ℗ |
| PLACARDS | Placards for Part 135  ℗ |
| ENTER-TAINMENT SYSTEMS | New DVD instead of VCR - new speakers - new headphones with headphone connections and volume controls at each seat   *customer to supply* |
| AIRSHOW | Change present Airshow 100 to Airshow 200 Moving Map provided by Turnberry   *customer to supply.* |

\* at customers expense.

2 of 2

15001 NW 42nd Ave  Suite 117, Miami, FL 33054 (KOPF)  Phone (305) 685-0881  Fax (305) 269-9397

**TB 00318**

**ACCEPTANCE & DELIVERY RECEIPT**
**AND AUTHORIZATION TO ESCROW AGENT TO RELEASE FUNDS**

THE **UNDERSIGNED** acknowledges and confirms receipt and delivery of the following described aircraft together with two (2) ALF-502L-2C engines respectively bearing manufacturers serial numbers LF03099S and LF03052S and all log books, maintenance records and related documents (collectively the "Aircraft"):

| | |
|---|---|
| Challenger 600 | (A/C Type) |
| N90UC | (Regis. Number) |
| 1023 | (Serial Number) |

The undersigned further confirms that he/it has inspected and examined the Aircraft and associated records and log books, has independently examined same and has had the opportunity to have same inspected by an independent expert of his own selection.

The undersigned confirms that the Aircraft is airworthy and in acceptable and satisfactory condition, is being acquired **AS IS** without any warranties of any kind whatsoever, including any warranties of fitness for a particular use or otherwise, all of which the undersigned acknowledges are and have been expressly disclaimed by the Seller, and is accepted with all faults. The undersigned is not relying upon any statements or representations whatsoever regarding the Aircraft but, rather, solely upon information derived from an independent inspection of same and that the undersigned is a knowledgeable and sophisticated aircraft purchaser.

The undersigned is satisfied with the aircraft and acknowledges that the price paid for same was fairly bargained and represents an arms length transaction and was, in all respects, reasonable.

Any and all sales, use or related taxes, if any, that may be due in any United States jurisdiction resultant from Buyer's purchase of the Aircraft shall be borne by the Buyer, against which taxes Buyer fully indemnifies Seller, and holds Seller completely harmless from any and all such taxes or related charges whatsoever. This provision shall survive closing.

**The Escrow Agent is authorized and directed to deliver the Purchase Price to the Seller pursuant to the Seller's Instructions.**

IN WITNESS WHEREOF, I have hereunto set my hand and seal this _____ day of July, 1999.

**Turnberry Aviation, Inc.**

_____
Witness

By: _____
_____
Witness
Address: _____
_____

SWORN TO AND SUBSCRIBED before me this _____ day of July, 1999.

_____
Notary Public
State of Florida at Large

(  ) Personally Known

My commission expires:

(  ) Photographic I.D.
Type: _____

TB 00319

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**NIGHT BOX**
**FILED**

CASE NO. 00-6111-CIV-(DIMITROULEAS/Johnson)

ˈSEP 1 3 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

TURNBERRY CHARTERS, INC.

    Plaintiff,

vs.

**COPY**

INTERNATIONAL PAPER COMPANY

    Defendant.

_____/

### RE- NOTICE OF TAKING 30(b)(6) DEPOSITION OF
### PLAINTIFF'S CORPORATE REPRESENTATIVE(S)

TO:   David H. Reimer
      Reimer & Rosenthal, LLP
      3801 Hollywood Blvd., Suite #350
      Hollywood, FL 33021



DEPOSITION
EXHIBIT
_____/_____
10/5/ 200    ᴄ͠ᴊ

PLEASE TAKE NOTICE Defendant will take the deposition, pursuant to

Federal Rules of Civil Procedure 30(b)(6), of the following Corporate

Representative(s) on the date, time and at the location specified.

**Name:**                                      **Location/Date/Time:**

**Corporate Representative(s) of**             **Reimer & Rosenthal, LLP**
**Turnberry Charters, Inc., a**                **3801 Hollywood Blvd., #350**
**Florida corporation**                        **Hollywood, FL 33021**

Larry Aitkens                                  **October 5, 2000 at 9:00 a.m.**

upon oral examination, before Interim Court Reporting, or any other officer duly

authorized to administer oaths by the laws of the State of Florida. The deposition

will continue from hour to hour and from day to day until completed. **The**

deposition is being taken for the purpose of discovery, and for use at trial, or both of the foregoing, or for such other purposes as are permitted under the applicable and governing rules.    The Plaintiff is required to designate one or more officers, directors, managing agents or other persons to testify on its behalf on each matter listed below.

## Areas of Examination

1.    All facts supporting all allegations contained in the Plaintiff's Complaint.

2.    All documents and facts supporting Plaintiffs' claim for damages in this lawsuit.

3.    All documents, photographs, videotapes and communications (oral and written) regarding the attempted purchase of the subject aircraft from Defendant.

4.    All documents, photographs, videotapes and communications (oral and written) regarding the purchase of the subject aircraft from Aero Toy Store, Inc.

5.    All communications (written or oral) between Plaintiff and Defendant, or its representatives, regarding the subject aircraft and allegations in the Complaint.

6.    All communications (written or oral) between Plaintiff and Aero Toy Store, Inc. regarding the subject aircraft.

7.    All photographs and/or videos depicting the subject aircraft, including, but not limited to, any and all photographs/videos taken prior to Plaintiff's purchase and after Plaintiff's purchase.

8.    All changes, improvements or repairs made to the subject aircraft after January 1999, and documents relating thereto.

9.    Any purchase(s) or sale(s) by Plaintiff of any other aircraft from 1995 to the present.

10.    All documents, reports, photographs or other evidence of inspections regarding the aircraft at issue in the Complaint.

11.    All documents regarding the retention of individual(s) to assist in the attempted purchase of the subject aircraft including, but not limited to, any consultants, independent contractors and/or other authorized representatives.

Respectfully submitted,

HOLLAND & KNIGHT LLP
Attorneys for Defendant
One East Broward Blvd., Suite #1300
Ft. Lauderdale, FL 33301
Telephone (954) 525-1000
Fax (954) 463-2030

By: Richard C. Hutchison
Florida Bar No. 709360
Email – rhutchison@hklaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by fax and US Mail to Plaintiff's counsel David H. Reimer at Reimer & Rosenthal, LLP, 3801 Hollywood Blvd., Suite #350, Hollywood, FL 33021 on this 13ᵗʰ day of September, 2000.

By: Richard C. Hutchison
Florida Bar No. 709360

cc:    Interim Court Reporting

FTL1 #508279 v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6111-CIV-(DIMITROULEAS/Johnson)

TURNBERRY CHARTERS, INC.

     Plaintiff,

vs.

INTERNATIONAL PAPER COMPANY

     Defendant.

_____/



## DEFENDANT'S REQUEST FOR PRODUCTION

PLEASE TAKE NOTICE THAT pursuant to Federal Rules of Civil

Procedure 26 and 34 and Southern District of Florida Local Rule 26.1, Defendant

International Paper Company serves upon Plaintiff Turnberry Charters, Inc. its

First Request for Production of Documents, and requests that Plaintiff produce for

inspection and copying, or forward copies to counsel, at the following address:

Holland & Knight LLP, One East Broward Boulevard, Suite 1300, Fort Lauderdale,

Florida 33301, or at a place agreed upon by counsel, within thirty (30) days of

service hereof, each document responsive to the following requests.

### DEFINITIONS AND INSTRUCTIONS

1.    When answering these Requests, please furnish all documents known to or in
the possession of Plaintiff or his agents, representatives, or attorneys. If any
Request asks for a document no longer in such custody, possession or control, please
identify the document and indicate when and how it was disposed of, and identify
each person, if any, who now possesses or controls such documents.

2.    If, after exercising due diligence to secure the documents requested, a
Request cannot be satisfied in full, please so state and respond to the extent
possible, specifying the basis for the inability to satisfy the remainder of the

Request, producing whatever information, knowledge or documents Plaintiff has concerning the unanswered portion.

3.     If a claim of privilege is asserted concerning any document sought, please:

(a)     identify such document with sufficient particularity to allow the matter to be brought before the Court;

(b)     state the nature of the privilege asserted; and

(c)     state the factual basis for the privilege claim.

4.     Pursuant to the Federal Rules of Civil Procedure, these requests are deemed to be continuing. At such time as you receive documents that make a prior Response incomplete, inaccurate or misleading, a supplementary Response is required.

5.     The terms "related to" or "relating to" mean: consist of, refer to, reflect or be in any way logically or factually connected with the matter discussed, directly or indirectly.

6.     The terms "you," and "your" and "Plaintiff" refer to Plaintiff Turnberry Charters, Inc. or any person acting at your direction or on your behalf.

7.     The word "document" as used in these Requests for Production means the original and any nonidentical copy, regardless of origin or location, of any writing or record of any type or description in the possession, custody or control of the Plaintiff or of any other person or persons, representatives, agents or attorneys acting on behalf of the Plaintiff, whether relating to fact, opinion, event, recollection or intention, whether draft or final, original or reproduction, including but not limited to the original and any nonidentical copy of the following items, whether printed or recorded or reproduced by any other mechanical process, or written or produced by hand:     affidavits, agreements, communications, correspondence, telegrams, memoranda, letters, interoffice or intra-office communications, e-mails, statements, summaries or records of telephone conversations, summaries or records of personal conversations or interviews, summaries or records of meetings or conferences, summaries or records, studies, surveys, notebooks, charts, graphs, certificates, licenses, drawings, drafts, working papers, applications, resumes, pamphlets, books, periodicals, photographs, tapes, discs, data sheets or data processing cards, or any other written, recorded, transcribed, filmed, or graphic matter. All documents responsive to each request should be produced.

8.     The term "communications" means all inquiries, discussions, conversations, e-mails, negotiations, agreements, understandings, meetings, telephone conversations, letters, notes, telegrams, and all other forms of written exchange.

2

9.    Documents should be labeled to indicate the specific Requests for Production
to which the documents respond.

## DOCUMENTS TO BE PRODUCED

1.    All documents relating to the allegations contained in the Plaintiff's
Complaint.

2.    All document retention policies for Plaintiffs from 1998 through the
present.

3.    All documents relating to any damages Plaintiff claims in this action
which you allege are chargeable to Defendant.

4.    All documents, photographs, and videotapes regarding the Plaintiff's
attempted purchase of the subject aircraft from Defendant.

5.    All documents, photographs, and videotapes regarding the Plaintiff's
purchase of the subject aircraft from Aero Toy Store, Inc.

6.    All written communications or documents exchanged between Plaintiff
and Defendant regarding the subject aircraft in the Complaint.

7.    All written communications or documents exchanged between Plaintiff
and any other entity or individual regarding the subject aircraft in the Complaint.

8.    All written communications or documents exchanged between Plaintiff
and Aero Toy Store, Inc. regarding the subject aircraft in the Complaint.

9.    All photographs and videos depicting the subject aircraft, including,
but not limited to, any and all photographs or videos taken prior to Plaintiff's
purchase and after Plaintiff's purchase.

3

10.    All documents which relate to any changes, improvements or repairs made to the subject aircraft after January 1999.

11.    All documents which relate to Plaintiff's purchase(s) or sale(s) of any other aircraft from 1995 to the present.

12.    All documents, reports or other evidence of inspections regarding the aircraft at issue in the Complaint.

13.    All documents which relate to the current ownership and title of the subject aircraft in the Complaint.

14.    All documents, if any, which relate to the Plaintiff's sale or transfer of ownership of the subject aircraft in the Complaint.

15.    All documents in Plaintiff's possession from Aero Toy Store, Inc. regarding the subject aircraft identified in the Complaint.

16.    All documents in Plaintiff's possession from Defendant regarding the subject aircraft identified in the Complaint.

17.    All documents in Plaintiff's possession from Midcoast or Steve Bates regarding the subject aircraft identified in the Complaint.

18.    All documents in Plaintiff's possession from Emerald Aviation or Ed Dalbert regarding the subject aircraft identified in the Complaint.

19.    All documents Plaintiff has received from any insurance carrier or insurance agent relating to insured value of the aircraft at issue in the Complaint.

20.    All documents reflecting notes taken by any employee or agent of Plaintiff during any telephone conversation(s) or meeting(s) or inspection(s) relating to the aircraft at issue in the Complaint.

21.    All documents, including diaries, calendars, notes, schedules and chronologies, created or maintained by any employee or agent of Plaintiff which records or relates to Plaintiff's allegations in the Complaint.

22.    A complete copy of all journals, diaries, daily log books, appointment books, calendars, memoirs, daybooks, ledgers, logs, notebooks, note pads, and/or engagement books written in or maintained by any employee or agent of Plaintiff relating to the aircraft at issue in the Complaint.

23.    All documents prepared by or for any expert contacted by Plaintiff which record or relates the facts and opinions upon which the expert is expected to testify.

24.    All documents provided by Plaintiff to any expert, or received by Plaintiff from any expert, contacted regarding this matter.

Respectfully submitted,

HOLLAND & KNIGHT LLP
Attorneys for Defendant
One East Broward Blvd., Suite #1300
Ft. Lauderdale, FL 33301
Telephone (954) 525-1000
Fax (954) 463-2030

By: _____
Richard C. Hutchison
Florida Bar No. 709360
Email – rhutchison@hklaw.com

5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by fax and US Mail to Plaintiff's counsel David H. Reimer at Reimer & Rosenthal, LLP, 3801 Hollywood Blvd., Suite #350, Hollywood, FL 33021 on this 20th day of July, 2000.

By: Richard C. Hutchison
Florida Bar No. 709360

FTL1 #499853 v1

6



DEPOSITION
EXHIBIT
3
1 c/5/2000 cm

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO:

TURNBERRY CHARTERS, INC.

Plaintiff,

v.

$99 - 1498 - CIV - ORL - 22C$

INTERNATIONAL PAPER COMPANY

Defendant.

_____/

## COMPLAINT

Plaintiff, TURNBERRY CHARTERS, INC., hereby sues Defendant, INTERNATIONAL PAPER COMPANY, and states:

### JURISDICTION AND VENUE

1.    This Court has jurisdiction of this action pursuant to Title 28 U.S.C. §1332 based on complete diversity of citizenship and an amount in controversy in excess of Seventy Five Thousand Dollars ($75,000).

2.    Plaintiff, TURNBERRY CHARTERS, INC., (hereinafter referred to as "TURNBERRY"), is a Florida Corporation with its principal place of business in Miami-Dade County, Florida.

3.    Defendant, INTERNATIONAL PAPER COMPANY, (hereinafter referred to as "INTERNATIONAL PAPER") is a New York Corporation with its principal place of business in New York.

4.    INTERNATIONAL PAPER is a resident of Florida, and engages in business within the boundaries of the Middle District of Florida.

5.    Venue is properly with this court pursuant to Title 28 U.S.C. §1391.

## GENERAL ALLEGATIONS

6.     On or about June 21, 1999, TURNBERRY and INTERNATIONAL
PAPER entered into a contract. (Hereinafter referred to as the "CONTRACT"). A
true and correct copy of the CONTRACT is attached hereto as Exhibit "A".

7.     Pursuant to the terms of the CONTRACT, INTERNATIONAL PAPER
offered to sell, and TURNBERRY agreed to purchase a 1981 Canadair Challenger
aircraft (hereinafter referred to as the "AIRCRAFT") for seven million dollars
($7,000,000).

8.     In accordance with the terms of the CONTRACT, TURNBERRY
deposited a one hundred thousand dollar deposit in escrow for the purchase of the
AIRCRAFT, with a closing to be scheduled in ten days.

9.     In further accordance with the terms of the CONTRACT, TURNBERRY
was to be afforded the opportunity to:

A.     review the records relating to the prepurchase inspection, landing gear
        overhaul, and 120 month and 36 month inspections on the aircraft;

B.     conduct a systems check; and

C.     conduct a flight check (not to exceed two hours flight time)

all to confirm that all systems are operating normally.

10.     The CONTRACT provided that the parties were to execute a definitive
sales agreement by 5:00 p.m. EDT June 28, 1999.

11.     On June 23, 1999, an agent of TURNBERRY arrived at the location
where the AIRCRAFT'S records were maintained, and TURNBERRY'S agent was
intentionally prevented from reviewing the records for several hours by
INTERNATIONAL PAPER'S agents.

2

12.    After several hours, TURNBERRY'S agent was finally allowed to review the records referenced in paragraph 9(A) above.

13.    On June 24, 1999, a different agent of TURNBERRY arrived at the location where the AIRCRAFT was being kept by INTERNATIONAL PAPER in order to schedule the systems check and flight check.

14.    TURNBERRY'S agent was told on June 24, 1999, that the AIRCRAFT was not ready for the systems check or flight check and that the agent should return on June 25, 1999.

15.    On June 24, 1999, INTERNATIONAL PAPER notified TURNBERRY that INTERNATIONAL PAPER had located another purchaser, and that unless TURNBERRY agreed by 5:00 P.M. to purchase the plane in "as is" condition, without conducting the systems check and flight test, it would not sell the AIRCRAFT to TURNBERRY.

16.    On June 25, 1999, TURNBERRY'S agent was told by agents for INTERNATIONAL PAPER that TURNBERRY could not have access to the AIRCRAFT as a result of its failure to agree to purchase the AIRCRAFT in "as is" condition by INTERNATIONAL PAPER'S unilaterally imposed deadline OF 5:00 P.M. June 24, 1999.

17.    Between June 25, 1999, and June 28, 1999, INTERNATIONAL PAPER refused to allow TURNBERRY access to the AIRCRAFT for purposes of conducting the systems check and flight check.

18.    Additionally, between June 24, 1999, and June 28, 1999, INTERNATIONAL PAPER refused to complete the execution of the definitive sales agreement.

3

19.    On or about June 29, 1999, INTERNATIONAL PAPER sold the AIRCRAFT to another purchaser.

20.    As a result of INTERNATIONAL PAPER'S refusal to sell the AIRCRAFT to TURNBERRY, TURNBERRY had to purchase a 1981 Canadair Challenger from other sources.

21.    As a result of INTERANTIONAL PAPER'S refusal to sell the AIRCRAFT to TURNBERRY, TURNBERRY incurred damages, including but not limited to the increased cost in the purchase of a 1981 Canadair Challenger and expenses incurred in attempting to complete the terms of the CONTRACT.

## COUNT I – BREACH OF CONTRACT

22.    TURNBERRY restates and realleges the allegations of paragraphs 1 through 21, stated above.

23.    TURNBERRY and INTERNATIONAL PAPER entered into a CONTRACT for the sale of the AIRCRAFT.

24.    INTERNATIONAL PAPER breached the contract by:

a.    refusing to allow TURNBERRY to conduct a systems check and flight check;

b.    refusing to enter into a definitive agreement consistent with the terms of the CONTRACT; and

c.    refusing to sell the AIRCRAFT to TURNBERRY.

25.    TURNBERRY suffered significant damages as a result of INTERNATIONAL PAPER'S breach.

4

26.    TURBERRY'S damages include but are not limited to the increased costs and expenses in the purchase of a 1981 Canadair Challenger and expenses incurred in attempting to complete the terms of the CONTRACT.

WHEREFORE, Plaintiff, TURNBERRY CHARTERS, INC., requests this Court enter judgment against Defendant, INTERNATIONAL PAPER COMPANY, for damages, plus interest, plus court costs, and for any further relief this Court deems necessary and proper.

## COUNT II – BREACH OF WARRANTY OF GOOD FAITH FAIR DEALING AND COMMERICAL REASONABLENESS

27.    TURNBERRY restates and realleges the allegations of paragraphs 1 through 21, above

28.    The CONTRACT includes an implied duty for each party to act in good faith with fair dealing and commercial reasonableness.

29.    INTERNATIONAL PAPER breached this duty by refusing to allow TURNBERRY to conduct its systems check and flight check, refusing to enter into a definitive agreement consistent with the terms of the CONTRACT, and refusing to sell the AIRCRAFT to TURBERRY pursuant to the terms of the CONTRACT.

30.    TURNBERRY was damaged as a result of INTERNATIONAL PAPER'S breach.

31.    TURBERRY'S damages include but are not limited to the increased costs and expenses in the purchase of a 1981 Canadair Challenger and expenses incurred in attempting to complete the terms of the CONTRACT.

5

## COUNT III – BREACH OF DUTY TO NEGOTIATE IN GOOD FAITH

32.    TURNBERRY restates and realleges the allegations of paragraphs 1 through 21, above.

33.    By entering into the CONTRACT, INTERNATIONAL PAPER implicitly agreed to negotiate in good faith a definitive agreement for the sale of the AIRCRAFT on terms consistent with the terms of the CONTRACT.

34.    INTERNATIONAL PAPER breached its duty of good faith by terminating all negotiations June 24, 1999, and stating that it would only sell the AIRCRAFT in an as is condition.

35.    TURNBERRY suffered damages as a result of INTERNATIONAL PAPER'S breach.

36.    TURBERRY'S damages include but are not limited to the increased costs and expenses in the purchase of a 1981 Canadair Challenger and expenses incurred in attempting to complete the terms of the CONTRACT.

WHEREFORE, Plaintiff, TURNBERRY CHARTERS, INC., requests this Court enter judgment against Defendant, INTERNATIONAL PAPER COMPANY, for damages, plus interest, plus court costs, and for any further relief this Court deems necessary and proper.

REIMER & ROSENTHAL LLP
Counsel for Plaintiff
3801 Hollywood Blvd., Suite 350
Hollywood, FL 33021
(954) 893-9800
(954)893-6704 facsimile

By: _____
DAVID H. REIMER
FL BAR NO: 909520

6



# Turnberry Charters Inc.

Aviation Department

SENT VIA FAX TO (703) 361-3170
EMERALD AVIATION, Agent

June 19, 1999

INTERNATIONAL PAPER COMPANY
DBA UNION CAMP CORP.
184 Airport Rd., Hgr. D
White Plains, NY 10604

Re:   1981 Canadair Challenger CL600 S/N 1023 N90UC

This will confirm our telephone conversation with your agent, Mr. Ed Dahlberg, on June 18, 1999. TURNBERRY CHARTERS, INC. hereby offers $7,000,000.00 U.S. for the above referenced aircraft, subject to the good faith efforts of both parties to negotiate mutually agreeable terms and conditions of the sale, and the timely execution and delivery of a definitive sales agreement in form and substance mutually acceptable to the parties.

It is our understanding that timeliness is a determining factor in the sale of the aircraft, and it is our intention and desire to close within ten (10) business days. We have just sold our Gulfstream GIIB, and are in immediate need of a replacement aircraft. We have pre-arranged funding in place with GECC, and their Manager of Aircraft Leasing and Financing, Mr. Michael C. Flint, can be contacted at (770) 999-4921 to confirm our ability to close upon our demand.

To confirm our sincere interest in purchasing your aircraft, we have placed a good faith deposit of $100,000.00 in escrow with AIC Title Service, and you have received or will soon receive faxed confirmation of this from the Escrow Agent. This deposit shall, of course, be fully refundable until such time as a definitive sales agreement shall be executed, and then shall become subject to the terms and conditions of that agreement.

It is our understanding that the records of the recent prepurchase inspection on the aircraft, and the recent landing gear overhaul and the 120 month and 35-month inspections will be made available to us for review at Midcoast Aviation in St. Louis, MO, and it is our intention to send our agent, Mr. Ken Murray, to Midcoast to review these records immediately upon acceptance of this offer. It will also be our intention to visually inspect the aircraft and to conduct systems checks at our expense at Midcoast Aviation, as well as a flight check (not to exceed two (2) hours flight time) to confirm that all systems are operating normally.

16901 N.W. 42nd Avenue, Suite 117, Miami, FL 33054 (305) 681-0021 Fax: (305) 219-1987

EXHIBIT___A___

06-21-99  13.21  FAX .  .613170
Jun-21-99  13:42

EMERALD AVIATION                          @02
                                          P.02

INTERNATIONAL PAPER COMPANY          2          June 19, 1989

...this offer shall be valid and irrevocable as of 5:00 pm EDT, Monday, June 21, 1999, unless accepted by execution below and returned prior to that time. This offer, if accepted and executed, shall become null and void as of 5:00 am EDT, Monday, June 28, 1999, if the parties have not agreed to and executed a definitive sales agreement prior to that time.

This offer is intended for the owner and the owner's agent only, and the terms hereof are not to be divulged to any third party.

For TURNBERRY CHARTERS, INC.          For INTERNATIONAL PAPER COMPANY

_____               _____ 6/21/99
                                      Sr. VP

19501 N.W. 67nd Avenue, Suite 147, Miami, FL 50111  (305) 111-4141  Fax (305) 792-7267

06/21/99  15:43  FAX 7033613170    EMERALD AVIATION    @02

*Change name*



```
┌─────────────┐
│ DEPOSITION  │
│  EXHIBIT    │
│     4       │
│ 1c/5/2000 cw│
└─────────────┘
```

## AIRCRAFT SALE AGREEMENT

AGREEMENT, made this _____ day of June 1999, by and between International Paper Company, with offices at 164 Airport Road, Box 9, White Plains, NY 10604 (hereinafter referred to as "Int'l Paper.") and Turnberry Charters, Inc., with offices at *( 1 )* 15001 N.W.. 42nd Avenue, Suite 117, Miami, FL 33054 (hereinafter referred to as "Turnberry").

WITNESSETH.



WHEREAS, Int'l Paper is the owner of a Challenger 600, Serial Number 1023, *(2)* Registration Number N90UC. including the engines, avionics equipment and instrumentation and all items of equipment, parts, components and accessories *as more fully* presently installed thereon (hereinafter collectively referred to as the "Aircraft") and *described on* *and spare parts on Exhibit "E"* *specs*

WHEREAS, the parties are mutually desirous of reducing their understandings and *attached,* agreements to writing. *no Ex F*

NOW, THEREFORE, in consideration of the mutual covenants herein contained, and other good and valuable consideration, the parties hereto agree as follows:

### 1. PERFORMANCE AND PURCHASE PRICE.

Int'l Paper agrees to sell and Turnberry agrees to purchase the Aircraft in its present condition provided the following conditions have been made and representations of Int'l Paper are made, and Turnberry agrees to pay to Int'l Paper therefore the sum of Seven Million ($7,000,000) Dollars, payable in the following manner

*(3)* *1,150,000?*

*if rejected* *refund deposit (same as in para 11)* *where is it?*

A.    A deposit in the amount of One Hundred Thousand Dollars ($100,000) heretofore placed in escrow by Turnberry with AIC Title Service, Oklahoma City, Oklahoma (hereinafter referred to as the "Escrow Agent"), which deposit is refundable until the Aircraft is accepted or rejected upon completion of the pre-purchase inspection to be completed on or about Thursday, June 24, 1999. If the Aircraft is accepted by Turnberry, the deposit will become refundable only in the event that Int'l Paper fails to deliver the Aircraft with a clear title or as provided in Paragraph 4 and Paragraph 9 hereof. Turnberry shall acknowledge acceptance of the pre-purchase inspection in the form attached hereto as Exhibit "A" and by this reference made a part hereof.

*(3a)* *IATS*

*Change date.*

Page Two                                                        will pay ½ escrow ✓

> B.   Balance of purchase price plus half of the escrow fees upon delivery of the Aircraft and transfer of title instruments to Turnberry as hereinafter set forth.   Payment shall be made by bank wire transfer.

## 2.   REPRESENTATIONS.

Int'l Paper agrees that at the time of delivery of the Aircraft to Turnberry:

APU  (4)
MSP

> A.   The engine service plan (CMSP) for the Lycoming ALF502-L engines shall be transferred by Int'l Paper to Turnberry pursuant to Exhibit "B" attached hereto and made a part hereof.   The cost of transferring the CMSP agreement shall be for the account of Turnberry.

we pay transfer fee for CMSP

> B.   Any time remaining on the CAMP agreement shall be transferred to Turnberry.   The cost of transferring the CAMP agreement shall be for the account of Turnberry   Additionally all CAMP, Canadair, Lycoming and vendor information or similar received by Int'l Paper shall be immediately forwarded to Turnberry

we pay transfer fee CAMP

> C    Int'l Paper will assign, to the extent that Int'l Paper has the right to do so, all of its right, title and interest in any applicable manufacturer's warranties and/or vendor warranties.

## 3.   CONDITIONS OF SALE

Turnberry's obligation to purchase the Aircraft shall be subject to the following conditions:

2400 hr + 7200 hr
insp. completed
without variance

> A.   That the Aircraft will be delivered in its present condition with all systems operating   Int'l Paper represents and warrants that all applicable FAA airworthiness directives and manufacturer's mandatory service bulletins and modifications have been complied with.

(5)

> B.   Pre-purchase inspection and a flight test of up to two hours ("Inspection") to commence on or about Tuesday, June 23, 1999 at Midcoast Aviation Service Center, Cahokia, Illinois (hereinafter referred to as "Airport") to either accept or reject the Aircraft. All costs of the Inspection, flight test and movement of the Aircraft shall be for the account of Turnberry

N-d

we pay for Insp

00·21·99  15:43  FAX 7033613170          EMERALD AVIATION                    ⊘ 01

**Page Three**



C    In the event Turnberry accepts the Aircraft, Int'l Paper shall ✳
have the option but not the obligation to pay for any discrepancies
found affecting the airworthy condition or operational systems of
the Aircraft.

### 4.    DAMAGE.

Int'l Paper represents that to the best of its knowledge the Aircraft has no
damage history  Int'l Paper shall promptly notify Turnberry of any damage, accident or
material change occurring to the Aircraft, any part thereof, or engines installed thereon,
prior to the date of closing.  In the event of destruction or material damage to the
Aircraft on or before the transfer of title, either party may elect to cancel this
Agreement.  If this Agreement is canceled pursuant to the foregoing provisions, the
Escrow Agent shall immediately return the deposit of One Hundred  Thousand Dollars
($100,000) to Turnberry, and the parties will in such event have no further obligations
hereunder.

### 5.  DELIVERY

Int'l Paper and Turnberry agree that the delivery of the Aircraft will take place at    *3 days*
the Airport within Three (3) business days of the acceptance of the pre-purchase
inspection.  The cost of moving the Aircraft to a location other than the Airport for
delivery is  shall be for the account of Turnberry. Turnberry shall acknowledge receipt
and delivery of the Aircraft by executing and delivering to Int'l Paper an Aircraft Sales
Final Acceptance and delivery in the form attached hereto as Exhibit "C" and by this
reference made a part hereof.

### 6  TRANSFER OF TITLE AND TITLE INSTRUMENTS.

Transfer of title and delivery of the Aircraft shall be made at a location mutually
agreeable to the parties.



At the time of closing, Int'l Paper shall deliver to Turnberry:

A.  An executed FAA Bill of Sale in the form required to permit    *Free & clear*
registration of the Aircraft in the United States

B.  Warranty Bill of Sale in the form annexed hereto and marked
Exhibit "D".

Page Four

C. All Aircraft and engine logs, manuals, parts, maintenance data and
other documentation maintained for the operation of the Aircraft.

### 7.    AIRCRAFT WARRANTY AND DISCLAIMER

Int'l Paper warrants that the Aircraft is owned by Int'l Paper and shall be
delivered to Turnberry free and clear of any mortgages, liens or encumbrances of any
nature whatsoever.  Turnberry acknowledges that Int'l Paper is selling the Aircraft to
Turnberry in an "as-is, where-is" condition  ALL OTHER WARRANTIES OF Int'l Paper
WHETHER EXPRESS, IMPLIED OR STATUTORY, INCLUDING BUT NOT LIMITED
TO WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR
PURPOSE, ARE HEREBY EXCLUDED AND WAIVED BY TURNBERRY, ITS
SUCCESSORS, ASSIGNS AND TRANSFEREES. IN NO EVENT SHALL INT'L PAPER
BE LIABLE FOR COLLATERAL, CONSEQUENTIAL OR INCIDENTAL DAMAGES

*Warrant title only*

### 8.    TAXES

Int'l Paper shall bear all taxes, duties or other similar charges assessed by any
national, state or local government or any other authority in connection with Int'l
Paper's ownership or use of the Aircraft at any time on or prior to the closing date.
Turnberry shall bear all subsequent taxes, duties or similar charges that thereafter may
be assessed by any national, state or local government or any other authority in
connection with Turnberry's purchase, use or ownership of the Aircraft.

*(9) - where 15
9. ?*

### 10.    BROKERAGE REPRESENTATIONS.

Except for Int'l Paper's obligation to Emerald Aviation, Inc., Int'l Paper and
Turnberry each represent and warrant to the other that they have taken no action which
would give rise to a valid claim for a broker's fee in connection with this transaction and
each party agrees to indemnify and forever hold the other harmless from and against
any claims for brokers' compensations, fees, or commissions arising out of the
indemnifying party's actions.

**Page Five**

## 11. EXCUSABLE DEELAYS

Int'l Paper shall nool be liable for any failure of or delay in delivveryy of the Aircraft for the period that such ffailure or delay is due to acts of God or the pubblic enemy, civil war, insurrection or riots;; fires, explosions or serious accidents; governmmental priorities or allocations; strikes  or labor disputes; inability to obtain Aircccraft materials, accessories, equipment  or parts from the vendors; or any other causse beyond Int'l Paper's control; providded, however, that Turnbarry may elect to  terminate this Agreement if such failuree or delay continues for sixty (60) days or moree.  In the event that this agreement is canncelled pursuant to the foregoing provisions. thee Escrow Agent shall immediately returrn the deposit in the amount of One Hunddred Thousand ($100,000) Dollars to Tuumberry and each of the parties shall be releaseed and relleved of any obligations under I this agreement.

## 12.    NOTICES.

Any notice requireed or permitted pursuant to this Agreement shaall be in writing and shall be delivered eiither personally, by FAX machine, or by any oveemight delivery service such as Airbomne, Federal Express or DHL to the parties at tltheir respective addresses as set forth tbelow, and as the same may be changed by  serving proper notice to the other party.. The dato of receipt of said Notice shall be thee date on which the party to whom the NNotice is directed acknowledges receipt thereccof or refuses to receive same or if the Nfotice is transmitted by FAX machine when the ·FAX is verified as having been receivecd. Each party shall have the responsibility to rnotify the other party of any change in · address, and each party shall be permitted too rely upon the validity and accuracy cof addresses set forth in this agreement. unnless otherwise specifically notifled of a · change of address. All the provisions of this rparagraph shall apply to any Notice as reeferred to in this agreement.

The initial notice taddresses of the parties are as follows:

A.         In the case of Int'l Paper, to:

Mr. Bob Cassidy
Int'l Paper Company
184 Airport Road, Dox 9
White Plains, NY  10604
FAX  914 428 3478

Page Six

D.         In the case of Turnberry, to

(✒)
(🖋) (10) _____        Dennis Lainey
                         Turnberry Charters, Inc.
                         15001 N.W. 42nd Avenue, Suite 117
                         FAX: 305 289 9397

### 12.   ENTIRE AGREEMENT

The parties agree that the foregoing constitutes the entire understanding of the parties, and shall not be modified or amended unless hereinafter made in writing signed by the authorized representatives of the parties.

### 13   RESOLUTION OF DISPUTES

In the event a dispute or claim arises out of this Agreement, the parties hereto hereby consent to have the dispute resolved by the general district court of New York.

*Prevailing party*
*legal fees paid*

### 14.   APPROVAL.

Int'l Paper and Turnberry each warrant to the other that the execution, delivery, and performance of this Agreement has been authorized and approved by all required corporate action

### 15. CONFIDENTIALITY.

(10)      Int'l Paper and Turnberry each agree that the specific details  regarding
          this transaction shall be kept confidential except as may be required by
          law or legal process .

*? as may need to know b.*
*basis or*

### 16   COUNTERPARTS.

This Agreement may be executed in two or more counterparts, each of which shall be deemed an original and shall be effective when executed by both parties.

This agreement shall be binding upon the heirs, executors, successors and assignees of the parties.

**Page Seven**

IN WITNESS WHEREOF, the parties hereto have duly signed this Agreement on the day and year first above written.

INTERNATIONAL PAPER COMPANY

By:_____Title_____Date_____

TURNBERRRY CHARTERS, INC

By:_____Title_____Date_____

TB 00256

### EXHIBIT "A"

#### AIRCRAFT PRE-PURCHASE ACCEPTANCE

Aircraft Make and Model.

Challenger 600

Serial No.·

1023

Registration No :                                         N90UC

This is to acknowledge acceptance of the pre-purchase inspection of the above-
identified Aircraft in accordance with Aircraft Purchase Agreement dated June ____,
1999, by and between Int'l Paper Company and Turnberry Charters, Inc
ACCEPTED BY:

TURNBERRY CHARTERS, INC

BY:_____

DATE OF ACCEPTANCE._____

TB 00257

**EXHIBIT "B"**

#### ENGINE MAINTENANCE SERVICE PLAN ASSIGNMENT

In consideration of the mutual covenants herein contained, and other good and valuable consideration, Int'l Paper Company, ("Int'l Paper") does hereby assign to Turnberry Charters, Inc. ("Turnberry") all of the right, title and interest of Int'l Paper in a certain Engine Maintenance Service Plan ("CMSP Agreement") which Int'l Paper has executed with Allied Signal for Lycoming ALF502L-2 engines, Serial Number L-F03099S and L-F03052S installed on Challenger 600, Serial No 1023, Registration No. N90UC ∿ a certain MSP Agreement .

Int'l Paper represents and warrants to Turnberry that all payments required to be made under the CMSP Agreement are current and covenants and agrees that it will execute any additional instruments and/or documents required by Allied Signal to effectuate the transfer and assignment of the rights of Int'l Paper in the CMSP Agreement to Turnberry.

APU

MSP

### EXHIBIT "C"

### AIRCRAFT SALES FINAL ACCEPTANCE AND DELIVERY

| | |
|---|---|
| Aircraft Make and Model: | Challenger 600 |
| Serial No.: | 1023 |
| Registration No : | N90UC |

Delivery of the above-identified Aircraft at Cahokia Airport, Cahokia, Illinois is acknowledged and said Aircraft is accepted in accordance with Aircraft Purchase Agreement dated June ____, 1999, by and between Int'l Paper Company and Turnberry Charters, Inc. acknowledge that all delivery conditions have been satisfied and that Int'l Paper Company has performed all its obligations under the Aircraft Purchase Agreement

*? ok ?*

ACCEPTED BY:

TURNBERRRY CHARTERS, INC.

BY:

DATE OF ACCEPTANCE.

**TB 00259**

06-21-99  18:43  FAX 7033613170          EMERALD AVIATION                      ☒12

EXHIBIT "D"

**BILL OF SALE**

KNOW ALL MEN BY THESE PRESENTS,

That Int'l Paper Company, a corporation organized and existing under the laws of New York with principal offices at 184 Airport Road Box 9 White Plains, NY 10604, Party of the First Part, for and in consideration of the sum of One Dollar ($1.00) lawful money of the United States, to it in hand paid, at or before delivery of these presents, by Turnberry Charters, Inc whom can be contacted at at 15001 N.W. 42nd Avenue, Suite 117, Miami, FL 33054, Party of the Second Part, the receipt of which is hereby acknowledged, does hereby grant, bargain, sell, transfer and set over unto the Party of the Second Part, its successors and assigns:

Challenger 600, Serial Number 1023, together with the engines, avionics equipment, instrumentation and all items of equipment, parts, components and accessories presently installed thereon. *added know to, etc ?* or appt

TO HAVE AND TO HOLD the same unto the Party of the Second Part, its successors and assignees forever. And the Party of the First Part does for its successors and assigns warrant that it is the lawful owner of said personal property, that title to said property is free from all prior claims, liens and encumbrances and that the Party of the First Part has good right to sell the same as aforesaid. The Party of the First Part covenants and agrees to and with the said Party of the Second Part to warrant and defend the sale of the said personal property hereby sold unto the said Party of the Second Part, its successors and assigns, against all and every person and persons whomsoever.

IN WITNESS WHEREOF, the Party of the First Part has caused these presents to be signed by its duly authorized officer the day and year first above written

INTERNATIONAL PAPER COMPANY

By:

TB 00260

JUL. -06' 99(TUE) 14:35    AERO TOY STORE    TEL:954 771 3281       P. 002

JUL -05' 99(TUE' 15 41    AERO TO' STORE                    JS!     F. 221

```
DEPOSITION
 EXHIBIT
    5
10/5/2000  lm
```

## OFFER TO PURCHASE

July 6, 1599
Aero Toy Store, Inc
Attention: Morris Shuraz

Re: Challenger 600, s/n 1023

Turnberry Aviation, Inc or assignee hereby offers to purchase Challenger: 600. s/n 1023 for : $7,700,000.00 USD subject to the following conditions:

1. A definitive purchase agreement satisfactory to both parties,

2 Aircraft to be delivered with title free and clear of all liens and encumbrances,

3. Offer expires at the close of business July 6, 1999;

4. Closing to be within three days of completion and acceptance of inspection at Bombarddier. Ft. Lauderdale

5. Initial refundable deposit of $ 150,000.00 USD upon acceptance of this offer and complete funding upon acceptance of the aircraft will be facilitated by wire transfer to Insured Aircraft Title Service Inc. All documentation will be handled by Insured Aircraft Title Service Inc.

Best regards,

DENNIS R LAINEY
Turnberry Aviation, Inc.

Date: 7/06/99

Accepted

Aero Toy Store, Inc

TB 00088

# JET CENTER INTERIORS

7/2/99
2 PAGES



DEPOSITION
EXHIBIT
6
10/5/200   un

ATTN: NELLIE

THE NEXT SHEET HAS ALL

THE INFORMATION I WAS GIVEN

SEE IF THERE ARE ANY ITEMS

YOU CAN ADD.

THANKS

JOHN

2050 West Cypress Creek Road Fort Lauderdale, FL 33309
(954) 489-9219 Office (954) 771-3281 Fax

# JET CENTER INTERIORS

- ALL VISIBLE METAL TO BE GOLD PLATED.

- VENEER, STONE AND GOLD INLAYS ON GAME TABLES WITH ANGLED CORNERS.

- LAV VANITY TOP STONE WITH GOLD PLATED SINK AND FAWCETS, REMOVE DBL. TP HOLDER, INSTALL OWNER FURNISHED TP HOLDER.

- ALL LATCHES TO BE GOLD PLATED.

- FAUX FINISH TO MATCH ON SINK.

- GALLEY TOP TO BE STONE WITH

- AFT BULKHEADS AND DOOR TO HAVE LIGHT BRONZE MIRROR.

- AFT TV TO HAVE PLEX FACE FLUSH WITH MIRROR.

- SEATS TO HAVE SAME DESIGN AS 604.

- COUCH TO BE LEATHER.

- LOWER DADO PANELS TO HAVE THOREAU MAINE WOODS FABRIC.

- HEADLINER AND WINDOW PANELS TO BE TAPIS BRISA CREAME.

- ENTRY FLOOR TO BE LONCOIN BIEGE.

- STEPS WILL BE AERO FLOOR SAND.

- POSSIBLE NEW DVD PLAYER???

- POSSIBLE NEW SPEAKERS???

- AIR SHOW???

- OUTSIDE PAINT COLORS, BELLY NAVY BLUE.WHITE, GOLD LEAF, WHITE, BLUE. COLOR NUMBERS TO BE SUPPLIED. NUMBERS TO BE ON A SLANT, NUMBER BLUE WITH GOLD SHADOW.

TB 00217

**CHECK REQUEST**

**urnberry Associates**

PAY TO: _Learjet, INC._
ADDRESS: _4100 S.W. 11 th Terrace_
_FT. Lauderdale, FL. 33315_

ACCOUNTING USE ONLY

| | |
|---|---|
| DATE SUBMITTED: | 7-6-99 |
| DATE REQUIRED: | 7-7-99 |
| VENDOR NO.: | |
| PROJECT NO.: | |
| CODE NO.: | |

| EXPLANATION OF CHECK | AMOUNT | |
|---|---|---|
| Inspection on Challenger S/N 1023 | 46,045 | 00 |
| Pre purchase + 7200 hour inspection | | |
| SUB-TOTAL | | |
| SALES TAX | | |
| GRAND TOTAL | 46,045 | 00 |

REQUESTED BY | APPROVED BY

USE FOR SPECIAL CHECKS ONLY
ALLOW SUFFICIENT TIME FOR PROCESSING

DEPOSITION
EXHIBIT
7
10/15/2w cn

TB 00020



**TURNBERRY ASSOCIATES D/B/A**
**SHOPPING CENTER MANAGEMENT**
NORTH MIAMI BEACH, FL 33180

63-823/670

№ 010650

| PAY TO THE ORDER OF | DATE | CHECK NO. | DISCOUNT | | AMOUNT |
|---|---|---|---|---|---|
| | 7/8/99 | 10650 | | | $46,045.00 |

Learjet, Inc.
4100 S W 11th Terrace
Ft.Lauderdale, FL 33315

NATIONS BANK

⑈000 10650⑈ ⑆067006238⑆ 3601479400⑈

---

DETACH BEFORE DEPOSITING

| DATE | INVOICE No. | REFERENCE | INVOICES | DEDUCTIONS | BALANCE |
|---|---|---|---|---|---|
| inspection – CHallenger S/N 1023 (pre-purchase & 7200 hour inspection) | | | | | |

TURNBERRY ASSOCIATES D/B/A
SHOPPING CENTER MANAGEMENT
NORTH MIAMI BEACH, FL 33180

TB 00073

# BOMBARDIER
## AEROSPACE (Learjet) Ft. Lauderdale

Learjet, Inc.
4100 S.W. 11th Terrace
Ft. Lauderdale, FL 33315
Phone (954) 359-7887
FAX (954) 359-0510

**WORK ORDER INVOICE**

REMIT TO:
Learjet, Inc.
4100 S.W. 11th Terrace
Ft. Lauderdale, FL 33315

| | |
|---|---|
| WORK ORDER: | 72/5433 |
| PAGE NUMBER | 1 |
| DOCUMENT NUMBER | Pending |
| DATE | 7/06/79 |

| TERMS | REFERENCE NUMBER | SHIP VIA | ORDER NO. | ORDERED | REQUESTED | SHIPPED | CUSTOMER REPRESENTATIVE |
|---|---|---|---|---|---|---|---|
| | 1457 7E 7340 | | 5433 | 7/06/79 | 7/07/79 | | G.A BROWN · KEN BROWN |

| ITEM NUMBER | ITEM DESCRIPTION | ITEM REFERENCE | QUANTITY PER | PRICE PER | Quantity | List/UOM | Discount | Sell/UOM | Extended |
|---|---|---|---|---|---|---|---|---|---|
| 01 AIRCRAFT MAINTENANCE COMPLIANCE OF A 7200 HOUR INSPECTION | Labor Totals: | | 0 | | Flat Rated | | | | 46,045.00 |

Operation 0001 Totals:

AIRCRAFT MAINTENANCE     Total: 46,045.00

Operation 0001 Totals: 46045.00
46045.00

Flat Rated

TB 00018

# FAX



Learjet Inc.
4100 S.W. 11th Terrace
Ft. Lauderdale, FL  33315  United States

## BOMBARDIER
### *AEROSPACE*

| To | Mr. Larry Aitkens | **Fax** | 305-2889-9397 |
|---|---|---|---|
| **Title** | Director of Operations | | |
| **Company** | Turnberry Aviation | **Telephone** | |
| **Total pages including this one** | 14 | **Date** | July 2,. 1999 |

| **From** | Humberto Moas | **Fax** | 954-359-0115 |
|---|---|---|---|
| **Title** | Service Sales Representative | **Telephone** | 954-359-0504 |
| | | **E-mail** | humberto.moas@learjet.com |

Dear Mr. Aitkens,

Please review the information being presented and if everything appears to be in orderr. please sign the last page of the proposal and fax it to the fax number listed above as to prepare ourselves ffor the work scope outlined and schedule your aircraft accordingly  If you have any questions pertaining to this matter, please do not hesitate to contact me at the phone number listed above.

Sincerely.

Humberto Moas (Bert)
Service Sales Representative
Business Aviation Services

DEPOSITION
EXHIBIT
8
10/5/2006  Lu

**TB 00026**



**Business Aviation Services**
FACTORY SERVICE CENTER NETWORK

**BOMBARDIER**
*AEROSPACE*

### NO SURPRISE PROPOSAL
(Standard Hangar Visit)
Aviation Services - Fort Lauderdale, FL
FAA CRS # LN4R342M
FLL99/07-600-1023-108
Revision 1
Dated 07/02/99

**PREPARED FOR:**

| | | |
|---|---|---|
| Customer's name | **Mr. Larry Aitkens** | **FAX: 305-289-9397** |
| Position | **Director of Operations** | |
| Company | **Turnberry Aviation** | |
| Aircraft Model | **Challenger 600** | |
| Aircraft Serial | **1023** | |

---

### NO SURPRISE PROPOSAL GENERAL INFORMATION

Having focused its efforts on Learjet and Canadair aircraft maintenance and modifications since the inception of these products. BAS has gathered substantial historical information on these subjects. This intelligence gives our organization an edge when it comes to assembling an aircraft maintenance package. It is our wish to share this knowledge with our customers up front, in an effort to convey the variables that should be considered before scheduling work with a service provider.

Our "No Surprise Proposal" is designed to provide our customers with abundant information to accomplish a thorough evaluation of services prior to scheduling an aircraft. The information it conveys is aimed at better supporting the complex shopping and decision process our customers are faced with when contracting aircraft maintenance and modifications, as well as to provide additional information which can be used to maximize productivity during aircraft downtime.

The Business Aviation Services No Surprise Proposal (NSP) herein consists of 2 sections, "Pricing, Scheduling and Technical Details" and "Definitions and Terms". Each section is organized for easy and thorough conveyance of pertinent information to the staff typically involved with aircraft maintenance contracts.

The "Pricing, Scheduling and Technical Details" section defines pricing and downtime particulars as well as technical details on what will be done on the aircraft. Technical details are a very important part of our proposal as they widely vary from shop to shop and are the best tool to truly compare value of services. The "Definitions and Terms" section, referred to as Addendum A, includes important information relating to standard practices at Business Aviation Services. Please carefully review all sections and do not hesitate to contact your Service Sales Representative or Regional Manager with any questions or comments.

After obtaining the signature, the NSP becomes the driver for the workscope to be accomplished. Its level of details, which are now approved by the customer, provides our scheduling, methods, customer service, engineering, shops, and billing personnel the information they need to insure that the output of their efforts coincides with our customers' expectations and service needs. We believe this important document is well worth the effort after considering the benefits it provides our customers.

TB 00001

Business Aviation Services Fort Lauderdale
FLL99/07-600-1023-108
Revision 1, Dated 7/2/99
Page 2

## NO SURPRISE PROPOSAL
### (Standard hangar visit)

---

### PRICING, SCHEDULING AND TECHNICAL DETAILS

---

#### TOTAL PRICING FOR WORK TO BE ACCOMPLISHED:

| Sub-totals | | |
|---|---|---:|
| Guaranteed (Refer to Addendum A, section 19) | $ | 44,128.00 |
| Not to exceed (Refer to Addendum A, section 19) | $ | 1,917.00 |
| Estimates (Refer to Addendum A, section 19) | $ | 00.00 |
| Guidelines (Refer to Addendum A, section 19) | $ | 250,150.00 |

Total ........................................................................................................................................  $   296,195.00

#### 1)   SCHEDULE

A total of 15 consecutive calendar days will be required to accomplish the work defined
in this proposal. Parts lead time will be determined upon our receipt of signed proposal.

**Maintenance positions are provided on a first scheduled, first served basis.
An early-signed proposal will ensure the greatest number of available maintenance
positions at the Service Center. Early signed proposal bonuses presented in section 10
allow for up to one week slippage on the arrival date (date slippage must be submitted a
minimum of two weeks before arrival date), see section 10 for details.  A tentative arrival
date must be entered in this section to initiate the bonus.**

**In light of the ongoing landing gear inspection program, BAS cannot inspect or
disassemble landing gears unless they are due for such inspections in accordance with
airworthiness requirements. Please verify the availability with BAS prior to
scheduling any landing gear related inspections.**

TB 00002

Business Aviation Services Fort Lauderdale
FLL99/07-600-1023-108
Revision 1, Dated 7/2/99
Page 3

**2)  INSPECTION  (Guaranteed items are for labor only)**

### 2.1  AIRFRAME

2.1.1  Labor to perform 7200 hour airframe inspection with engine items.  $44,128.00
(300/600/1200/2400/3600/7200)                                      GUARANTEED

A list of discrepancies and applicable proposed repairs, including price and schedule
information, will be provided for customer approval following completion of the
inspection.  Repair of discrepancies will be invoiced separately.

A cost guideline to repair discrepancies found during the inspection(s) quoted herein,
including parts and labor, is provided for budgetary purposes.  This discrepancy guideline
does not include heavy corrosion, structural damage, log book discrepancies and such
extraordinary findings.

| (Normal discrepancies range, $53,300.00 and $74,500.00 labor) | $63,900.00 GUIDELINE |
|---|---|
| (Average parts discrepancies for aircraft not on Smart Parts) | $186,250.00 GUIDELINE |

Guideline figures for average discrepancies do not include extensive repairs in the following areas
if required:  Floor beam corrosion, Fuel shroud repairs, Composite repairs, i.e. bonding, contamination,
etc.  Inlet Cowling repairs, Wing Plank corrosion, Thrust reverser repairs.  If extensive repairs are
required, price and downtime could be impacted.

Following completion of customer approved repairs, external access panels, cockpit
panels and furnishings (see section 2.4 for separate interior access charges) will be
re-installed.  Labor to accomplish normal hardware paint touch up and sealing of
removed access panels is included in the inspection flat rate.  Materials required for
closed out tasks are invoiced separately.

Due to the airworthiness nature of this inspection, a log book review will be performed
in conjunction with the inspection being quoted and is included in the inspection flat
rate for aircraft visiting BAS on a regular basis for airworthiness inspections.  Additional
logbook research may be required on aircraft which have not visited BAS for a long
time or for aircraft registered in other countries than USA.  Additional logbook research
requirements, discrepancies found during the logbook review, as well as methods to
address the said discrepancies, will be submitted to the customer for approval prior to
proceeding with the work.  All work package log book entries are part of the inspection
flat rated services.

**3)  DISCREPANCIES/MAINTENANCE**

3.1  Inspection discrepancies (Authorized threshold/discrepancy) ........  $ _____ .00
                                                                    CUSTOMERS CHOICE

BAS will request authorization from the customer on a case by case basis
prior to working any discrepancy with an estimated parts and labor repair
cost exceeding the threshold amount entered by the customer in this
paragraph.  All discrepancies estimated at less than the amount entered
herein will be automatically repaired and invoiced to the customer.  Please
enter N/A if all discrepancies have to be approved on a case by case basis.

**TB 00003**



07/02/1999 14:20 954-359-81115 BAS (FLL) PAGE 05

Business Aviation Serrvices Fort Lauderdale
FLLL99/07-600-1023-108
Revvision 1, Dated 7/2/99
Page 4

4) **SERVICE BULLETINS AND MODIFICATION KITS**     *None Reequested*

5) **STC AND FIELD APPROVED MODIFICATIONS**     *None Reequested*

8) **SHOP SUPPLIES**     $1,917.00
   (See addendum A for details)     NOT TCO EXCEED

9) **SALES TAX**     *To be lDetermined*

10) **LABOR RATES**

Challenger/RJ Time and Materialss labor rates per man-hour are as follows

| | |
|---|---:|
| Airframe, sheetmetal, composites,, interior shops, paint & QA............................. | $ 72.00 |
| Electrical, avionics, engines, Avicnics & components labs & NDT/NDI................. | $ 74.00 |
| Overtime rate for all disciplines................................................................. | $102.00 |
| Premium time rate for all disciplinnes....................................................... | $132.00 |
| Engineering............................................................................................. | $ 96.00 |
| Engineering overtime rate.......................................................................... | $145.00 |
| Engineering premium time rate................................................................... | $192.00 |

**Terms of payment**
   (See paragraph 22 of Addendum '"A" for more details)

Maximum credit limit at Learjet forr **Aero Toy Store** is currently **$0.00**. Any amount excceeding credit available
will be due in full prior to aircraft ddeparture. This payment may be  Cash (U.S.
Currency), cashier or certified checkk (drawn on a U.S. Bank) or via wire ttransfer  Wire tttransfers should be
made over the Federal Wire ttransferr system to.

*NationsBank of Texas, N.A.*
ABA# 111000012
Credit Account # 3750835849
TTO: Learjet Inc. Fort Lauderdale Facility

TB 00004

### ACKNOWLEDGMENT OF PROPOSAL

Signature below indicates your acknowledgment of both sections of the Business Aviation Seervices "No Surprise Proposal". The sections are "Pricing, Scheduling and Technical Details" and "Definitions & Terms, Addendum "A", Revision 3, dated December 9, 1998.

*All prices quoted are in US currency and are valid for 60 days from the date of this proposal.*.

This Proposal with your acknowledgment signature is not a binding agreement between you : and Learjet for the work described herein, until your acceptance and execution of the related service work orderr upon your arrival at our Service Center. Upon receiving a signed proposal, Learjet's Business Aviation Scrrvices will, in good faith, commence the planning phase of the project and order materials required to complete tthe work.

If additional work requirements are discovered during the planning phase and the requiremeents have an impact on terms outlined in this proposal, Business Aviation Services will advise the customer as socon as practical.

The performance of the work. In accordance with the terms described in this Proposal and aattached Addendum A, dated December 9, 1998, is subject to Learjet's standard service work order documents, wwhich contain additional terms and conditions under which the work will be performed.

### ACKNOWLEDGMENT OF PROPOSAL (Cont'd)

| COMPANY: | Business Aviation Services | Turnberry Aviation |
| | | *Your Company* |

NAME:  Humberto Moas

Mr. Larry Aitkens
*Responsible Person's Name*

TITLE:  Service Sales Representative

Director of Operations;
*Job Title*

SIGNATURE:

DATE:  July 2, 1999

7/8/99



**BOMBARDIER**
*AEROSPACE*

Business Aviation Services

## YOUR FACTORY SERVICE CENTERS   TB 00005
## UNDERSTANDING, ANTICIPATING AND EXCEEDING CUSTOMER NEEDS

DEPOSITION EXHIBIT 9

# *Turnberry Aviation, IInc.*

### CHALLENGER CL600  S/N 1023  N90UC

## AIRCRAFT TO BOMBARDIER THURSDAY JULY 8, 1999

**PAINT**
Blue = Acry-Glo # HS-10711 Arctic Blue
Gold = Acry-Glo # HS-10688 Cartier Gold
Belly White / Blue Stripe / White Stripe / Gold Stripe ∂ / White Stripe / Blue Stripe
Wing Tips same (Blue / White / Gold / White / Blue)
(Stripes same spacing as existing)

Stairs - White with Aero Floor Sand on steps
Tail number - N920DS - Paint Blue w/Gold shadow - ⅓ Slanted
Tape over with N90UC for temporary numbers

**METALS**
All visible metals to be gold plated 

**LAV**
**CABINET**
New hardware
New wood - On left side make solid on upper portion ∂ and leave lower opening for trash.
Remove double TP holder and intall owner furnished ⅜ TP holderr.
Install metal strips on edges and trims - gold plated
Lav vanity top stone with gold plated sink and fawcetsls

**GALLEY**
Galley top to be stone with faux finish to match on sinink *Customer to supply.*

**GAME**
**TABLES**
Veneer, stone and gold inlays on game tables with aningled corners ∂

**LATCHES**
All latches to be new gold plated

**CONTROLS**
New controls on side rails - gold plated

**AFT**
**BULKHEADS**
Aft Bulkheads and door to have light bronze mirror

**AFT TV**
Aft TV to have plex face flush with mirror

**SEATS**
Seats to have same design as 604 seen in hanger

1 of 2

15001 NW 42nd Ave., Suite 117, Miami FL 33054 (KOPF) Phone (305) 685-0881.1 Fax (305) 289-9397

**TB 00212**

# Turnberry Aviation, Inc.

CHALLENGER CL600 S/N 1023 N90UC

COUCH    Couch to be leather

DADO    Lower dado panels to have Thoreau Maine Woods fabric

HEADLINER & WINDOW PANELS    Headliner and window panels to be Tapis Brisa Creame

ENTRY    Entry floor to be Loncoin Beige

FIREBLOCK    Must have Part 135 fireblocking certificates for interior including all woodwork and seats.

PLACARDS    Placards for Part 135

ENTER-TAINMENT SYSTEMS    New DVD instead of VCR - new speakers - new headphones with headphone connections and volume controls at each sieat    * customer to supply

AIRSHOW    Change present Airshow 100 to Airshow 200 Moving Mlap provided by Turnberry    * customer to supply

* at customers expense.

2 of 2

15001 NW 42nd Ave., Suite 117, Miami, FL 33054 (KOPF) Phone (305) 685-0881 Fax (305) 289-9397

**TB 00213**

07/14/1999  14:13    3056959606              TURNBERRY CHARTERS                    PAGE  01

FROM :                              PHONE NO. :            Jul.. 13 1999 01:21PM P1



*Executive Jet Center*

# AERO TOY STORE

July 14, 1999

DEPOSITION
EXHIBIT
10
10/5/200 M

Mr. Dennis Lainey

Via fax: 305-685-8606

Thank you for your telephone call this afternoon. Just to reiterate our
conversation regarding the Challenger aircraft we have complied with
the following items.
Etched LOGO in bulkhead
All Stereo controls are to be gold plated
Galley interior in the upper compartment will have mirror surrounding
the glasses
Travatine Avonite to be place in the forward galley and aft lav counter
tops
Gold sinks aft lav with matching gold faucet, forward galley sink faux
finish to match Travatine (due to wear and tear of silverware this will
be much more durable) drain and faucet to be gold plated.
Liquor bottle to be specially made for inside galley, please supply names
of bottles etched - Vodka, Gin, Burbon, Scotch, Whiskey
Inlays in tray tables to have $1/16^{th}$ x ¼ inch gold inlays
Krups coffee and Expresso machine in forward galley to replace
existing coffee maker
Toilet paper holder in gold with overlay cover in gold

I am checking to see about a Microwave oven to be placed in the lower
portion of the galley we are taking measurements and I will let you
know the outcome as soon as we have one.

Any questions, please feel free to contact me,

Best regards,
Lana Joy Fish

TB 00204

# FAX



Learjet Inc.
P.O. Box 7707
Wichita, KS 67277-7707 United States

**BOMBARDIER**
*AEROSPAICE*

| To | Larry Aitkens | Fax | 305-685-86606 |
|---|---|---|---|
| Title | | | |
| Company | Tumberry Aviation | Telephone | |
| Total pages including this one | 1 | Date | 7/19/99 |

| From | Ralph Colon | Fax | 954-359-05510 |
|---|---|---|---|
| Title | Project Supervisor | Telephone | 954-359-78387 |
| | | E-mail | |

Larry,

We are currently at the discrepancy authorization phase of this woorkscope. At this time we request a payment of an estimated 1/3(30,000.00$) and your authorization for items to be worked. Approximately halfway through the project We will require another 1/3 payment, and full payment due upon aircraft delivery. Please respond as soon as possible as delays in project commencement will transpose to aircraft delivery delays.

Thank you,



Ralph M. Colon
Project Supervisor

N904C
APPROVED FOR PAYMENT
JUL 1 9 1999

# TURNBERRY AVIATION, INC.
**FLIGHT DEPARTMENT**

## FACSIMILE TRANSMISSION

DATE: _7-19-99_

TO: _Marjorie Osborne_

FROM:    LARRY AITKENS

MESSAGE: _check request_
_$ 30,000_

TOTAL NUMBER OF PAGES, INCLUDING COVER: _2_

IF YOU HAVE ANY PROBLEMS WITH THIS TRANSMISSION, PLEASE CALL
(305) 685-6840.

15001 N.W. 42ND AVE., SUITE #117, MIAMI, FL 33054
PHONE 305-685-6840    FAX 305-685-8606

**TB 00021**



# *Executive Jet Center*
# AERO TOY STORE

# CHALLENGER 600
# S/N 1023

**AIRFRAME TOTAL TIME: 6770**          **LANDINGS: 5761**

## ENGINE STATUS

L2C Modified engines are on CMSP with on condition TBO.

| LEFT ENGINE ALF502L-2C | | RIGHT ENGINE ALF502L-2C | |
|---|---|---|---|
| Total Time: | 6135 | Total Time: | 6150 |
| Since HSI: | 1088 | Since HSI: | 1088 |
| Total Cycles: | 4631 | Total Cycles: | 5179 |

APU: P-162C, 5831 Hours Total Time, 254 Since HSI on MSP.

## AVIONICS

Dual Sperry SPZ-600 Flight Directors
Dual Collins VHF-20A Comms
Dual Collins VIR-30A Navs
Dual Collins DME-40
Dual Collins ADF-60A
Dual Collins TDR-90 Transponder
Wulfsberg Flitefone VI
Dual Collins 718U-5 HF

FAIRCHILD A100 CVR

King TCAS II
Dual Sperry AZ-242 Air Data Computers
Sperry SPZ-600 Autopilot
Universal UNS-1K FMS  PLUS GPS
Dual Delco Carousel Six INS
Global AFIS
Sperry Primus 400SL Radar w/Datanav
Sperry Voice Advisory

DUAL SPERRY VG-14 VERTICAL GYROS

## ADDITIONAL EQUIPMENT

Winglets
Standby Attitude, Airspeed and Altimeter

Steer by Wire(SB-380)



DEPOSITION EXHIBIT
12
10/5/2 ...

**TB 00167**

1710 W. Cypress Creek Road • Ft. Lauderdale, Florida 33309 • (954) 771-1795 • Fax (954) 771-3281

Executive 12 Place interior in gray, maroon and muted colors in leather and fabrics. Burl Walnut Woodwork throughout. Aft Lavatory, forward galley. Cabin entertainment system includes Sony 19" Color TV, Sony VCR, Sony CD/cassette player and Airshow 100 system. Interior partially refurbished January 1997.

Page No. 2
Challenger 600 s/n 1023

# INTERIOR

**EXECUTIVE 12 PLACE INTERIOR IN TANS AND BIEGE LEATHERS, BURL WALNUT WOO**

y the Sculpted Truffle Carpets, Thoreau Maine Woods Sidepanels and Almond Headliner. Completing this elegant environment is the entertainment center featuring Airshow 400, CD, LCD TV, VCR, Graphic Equalizer and Surround Sound.

# EXTERIOR

Overall Matterhorn White with Accents

Rev. 6/23/99

TB 00168

7-6-99

Received this date from Aero Toy Store the following logs for aircraft CL 600 S/N 1023

Box 1
16 w.o binders
2 boxes eng tags

Box 2
44 w.o. binders

Box 3
4 vol w/dia.
2 eng logs
2 binders a/f logs
1 apu log
1 binder camp
1 flt log

Box 4
2 ops man
1 mel
1 flr man    removs
6 w.o. packs
1 w/b man.

Received by: _____

For: _____
Lumberg

# *Turnberry Aviation, Inc.*

CHALLENGER CL600  S/N 1023  N90UC

AIRCRAFT TO BOMBARDIER THURSDAY JULY 8, 1999

**PAINT**          Blue = Acry-Glo # HS-10711 Arctic Blue
                Gold = Acry-Glo # HS-10688 Cartier Gold
                Belly White / Blue Stripe / White Stripe / Gold Stripe / White Stripe /
                    Blue Stripe
                Wing Tips same (Blue / White / Gold / White / Blue)
                (Stripes same spacing as existing)

                Stairs - White with Aero Floor Sand on steps
                Tail number - N920DS - Paint Blue w/Gold shadow - Slanted
                Tape over with N90UC for temporary numbers

**METALS**        All visible metals to be gold plated  (b^)

**LAV**           New hardware
**CABINET**       New wood - On left side make solid on upper portion and leave lower
                opening for trash.
                Remove double TP holder and intall owner furnished TP holder.
                Install metal strips on edges and trims - gold plated
                Lav vanity top stone with gold plated sink and fawcets

**GALLEY**        Galley top to be stone with faux finish to match on sink  *Customer to supply*.

**GAME**          Veneer, stone and gold inlays on game tables with angled corners  ⌀ℓ
**TABLES**

**LATCHES**       All latches to be new gold plated  ℓ

**CONTROLS**      New controls on side rails - gold plated  b^

**AFT**           Aft Bulkheads and door to have light bronze mirror  ℓ
**BULKHEADS**

**AFT TV**        Aft TV to have plex face flush with mirror  b^

**SEATS**         Seats to have same design as 604 seen in nanger  ℓ

1  of 2

TB 00170

# Turnberry Aviation, Inc.

CHALLENGER CL600  S/N 1023  N90UC

COUCH          Couch to be leather

DADO           Lower dado panels to have Thoreau Maine Woods fabri:ric

HEADLINER      Headliner and window panels to be Tapis Brisa Creameie
& WINDOW
PANELS

ENTRY          Entry floor to be Loncoin Beige

FIREBLOCK      Must have Part 135 fireblocking certificates for interior in including all
               woodwork and seats.

PLACARDS       Placards for Part 135

ENTER-         New DVD instead of VCR - new speakers - new headphchones with
TAINMENT       headphone connections and volume controls at each seaeat          * customer supply to
SYSTEMS

AIRSHOW        Change present Airshow 100 to Airshow 200 Moving Majap provided by
               Turnberry                                                    * customer supply to

               * at customers expense.

2 of 2

15001 NW 42nd Ave. Suite 117, Miami, FL 33054 (KOPF) Phone (305) 685-0881 Faxax. (305) 289-9397



*Executive Jet Center*
# AERO TOY STORE

July 14, 1999

Mr. Dennis Lainey

Via fax: 305-685-8606

Thank you for your telephone call this afternoon. Just to reiterate our conversation regarding the Challenger aircraft we have complied with the following items.
Etched LOGO in bulkhead
All Stereo controls are to be gold plated
Galley interior in the upper compartment will have mirror surrounding the glasses
Travatine Avonite to be place in the forward galley and aft lav counter tops
Gold sinks aft lav with matching gold faucet, forward galley sink faux finish to match Travatine (due to wear and tear of silverware this will be much more durable) drain and faucet to be gold plated.
Liquor bottle to be specially made for inside galley, please supply names of bottles etched - Vodka, Gin, Burbon, Scotch, Whiskey
Inlays in tray tables to have $1/16^{th}$ x ¼ inch gold inlays
Krups coffee and Expresso machine in forward galley to replace existing coffee maker
Toilet paper holder in gold with overlay cover in gold

I am checking to see about a Microwave oven to be placed in the lower portion of the galley we are taking measurements and I will let you know the outcome as soon as we have one.

Any questions, please feel free to contact me,

Best regards,
Lana Joy Fish

TB 00172

1710 W. Cypress Creek Road • Ft. Lauderdale, Florida 33309 • (954) 771-1795. • Fax (954) 771-3281

**FAX**



DEPOSITION
EXHIBIT
13
10/15/2000 Crt



**BOMBARDIER**
*AEROSPACE*

Learjet Inc.
4100 S.W. 11th Terrace
Ft. Lauderdale, FL 333115 United States

| To | Mr. Larry Aitkkens | Fax | 305-6855-8606 |
|---|---|---|---|
| Title | Director of Fliight Operations | | |
| Company | Turnberry Aviiation | Telephone | |
| Total pages including thiss one  15 | | Date | July 26,, 1999 |

| From | Humberto Moaas | Fax | 954-3599-0115 |
|---|---|---|---|
| Title | Service Sales FRepresentative | Telephone | 954-3599-0504 |
| · | | E-mail | humbertto.moas@learjet.Com |

Dear Mr. Aitkens,

Please review the information beeing presented and if everything appears to be in order, pplease sign the last page of the proposal and fax it too the fax number listed above as to prepare ourselves for r the work scope outlined and schedule your aircrraft accordingly. We are still awaiting information from our Methods department for the GPWS installllation. This information should be available by the end of business tomorrow, sorry for the delay. Iff you have any questions pertaining to this matter, pleasse do not hesitate to contact me at the phone number r listed above.

Sincerely

Humberto Moas (Bert)
Service Sales Representative
Business Aviation Services

**TB 00027**



**Business Aviation Services**
FACTORY SERVICE CENTER NETWORK

**BOMBARDIER**
*AEROSPACE*

## NO SURPRISE PROPOSAL
(Standard Hangar Visit)
Aviation Services - Fort Lauderdale, FL
FAA CRS # LN4R342M
FLL99/07-600-1023-120
Revision NR
Dated 07/26/99

**PREPARED FOR:**

| | | |
|---|---|---|
| Customer's name | Mr. Larry Aitkens | FAX: 305-685-8606 |
| Position | Director of Flight Operations | |
| Company | Turnberry Aviation | |
| Aircraft Model | Challenger 600-1A11 | |
| Aircraft Serial | 1023 | |

| NO SURPRISE PROPOSAL GENERAL INFORMATION |
|---|

Having focused its efforts on Learjet and Canadair aircraft maintenance and modifications since the inception of these products, BAS has gathered substantial historical information on these subjects. This intelligence gives our organization an edge when it comes to assembling an aircraft maintenance package. It is our wish to share this knowledge with our customers up front, in an effort to convey the variables that should be considered before scheduling work with a service provider.

Our "No Surprise Proposal" is designed to provide our customers with abundant information to accomplish a thorough evaluation of services prior to scheduling an aircraft. The information it conveys is aimed at better supporting the complex shopping and decision process our customers are faced with when contracting aircraft maintenance and modifications, as well as to provide additional information which can be used to maximize productivity during aircraft downtime.

The Business Aviation Services No Surprise Proposal (NSP) herein consists of 2 sections, "Pricing, Scheduling and Technical Details" and "Definitions and Terms". Each section is organized for easy and thorough conveyance of pertinent information to the staff typically involved with aircraft maintenance contracts.

The "Pricing, Scheduling and Technical Details" section defines pricing and downtime particulars as well as technical details on what will be done on the aircraft. Technical details are a very important part of our proposal as they widely vary from shop to shop and are the best tool to truly compare value of services. The "Definitions and Terms" section, referred to as Addendum A, includes important information relating to standard practices at Business Aviation Services. Please carefully review all sections and do not hesitate to contact your Service Sales Representative or Regional Manager with any questions or comments.

After obtaining the signature, the NSP becomes the driver for the workscope to be accomplished. Its level of details, which are now approved by the customer, provides our scheduling, methods, customer service, engineering, shops, and billing personnel the information they need to insure that the output of their efforts coincides with our customers' expectations and service needs. We believe this important document is well worth the effort after considering the benefits it provides our customers.

TB 00006

Business Aviation Services Fort Lauderdale
FLL99/07-600-1023-120
Revision NR, Dated 7/26/99
Page 2

## NO SURPRISE PROPOSAL
(Standard hangar visit)

| PRICING, SCHEDULING AND TECHNICAL DETAILS |
|---|

### TOTAL PRICING FOR WORK TO BE ACCOMPLISHED:

| Sub-totals | Guaranteed<br>(Refer to Addendum A, section 19) | $ | 00.00 |
|---|---|---|---|
| | Not to exceed<br>(Refer to Addendum A, section 19) | $ | 1,554.00 |
| | Option 1:<br>Estimates<br>(Refer to Addendum A, section 19) | $ | 146,943.00 |
| | Option 2:<br>Estimates | $ | 178,822.00 |

Total with Option 1:........................................................................................................($148,497.00

Total with Option 2:........................................................................................................$180,376.00

### 1)   SCHEDULE

A total of 15 -17 consecutive calendar days will be required to accomplish the work defined
in this proposal.

Parts lead time will be determined upon our receipt of signed proposal.

Maintenance positions are provided on a first scheduled, first served basis.
An early-signed proposal will ensure the greatest number of available maintenance
positions at the Service Center. Early signed proposal bonuses presented in section 10
allow for up to one week slippage on the arrival date (date slippage must be submitted a
minimum of two weeks before arrival date), see section 10 for details. A tentative arrival
date must be entered in this section to initiate the bonus.

### 2)   INSPECTION (Guaranteed items are for labor only)                     *None Requested*

TB 00007

## 3) DISCREPANCIES/MAINTENANCE

3.1 Inspection discrepancies (Authorized threshold/discrepancy) ........ $

.00
CUSTOMERS CHOICE

BAS will request authorization from the customer on a case by case basis
prior to working any discrepancy with an estimated parts and labor repair
cost exceeding the threshold amount entered by the customer in this
paragraph. All discrepancies estimated at less than the amount entered
herein will be automatically repaired and invoiced to the customer. Please
enter N/A if all discrepancies have to be approved on a case by case basis.

## 4) SERVICE BULLETINS AND MODIFICATION KITS                   *None Requested*

## 5) STC AND FIELD APPROVED MODIFICATIONS

5.1 Install Factory New Airshow 400 system.                     $18,538.00
ESTIMATED

The Airshow 100 will be removed and a factory new Airshow 400 will be installed at the exsiting
rack location, thus allowing the airshow 400 to be configured for this aircraft. The airshow sysytem is
a basic sysytem; although several upgrade pachages are available.

Note: The above stated quotation does include a promotional $1,000.00 traded-in allowance good through
September 30, 1999.

5.2 Install Single UNS-1K Flight Management System with         $75,074.00
12 channel GPS.                                            ESTIMATED

Remove existing Carousel 6 INS system and install a factory new single
Universal UNS-1K FMS system. The Universal CDU and DTU will be
mounted in the pedestal space permiting at a location to be determined and the
NCU will be mounted in the equipment bay area behind the copilot. The UNS-
1K will be interfaced to existing switching and fuel flow indication. A GPS
antenna will be installed on top of the fuselage. The UNS-1K will be certified
for en route domestic, terminal and instrument approach as well as non-precision
approach. VNAV will be "advisory only". The installation will certified under
a "Field Approval." This installation will not provide Nat/ MNPS sole means or
primary means.

Specific equipment locations will be determined upon installation. Relocation of existing
equipment and reaccessing for completion of said installation is not included in the price quoted.
The following is a list of the major components:

- One UNS-1K NCU
- One UNS-1K FPCDU
- One DTU
- One CONFIGURATION MODULE
- One GPS Antenna

Note : The above installation requires 3-6 weeks pre-scheduling with the FAA due to field approval
certification..

Business Aviation Services Fort Lauderdale
FLL99/07-600-1023-120
Revision NR, Dated 7/26/99
Page 4

**5)    STC AND FIELD APPROVED MODIFICATIONS (cont)**

**OPTION 1:**

5.2    Install Factory New Universal AERO-M SATCOM system.        $53,331.00
                                                                  ESTIMATED

The AERO-M system is a single channel SATCOM system that will provide voice
communication, fax and data by way of the INMARSAT satellite system. The system
will be installed for provisions only at this time until Universal Avionics finish certification.
Upon completion of certification, Business Aviation Services will complete said installation
and certify it under a newly developed Business Aviation Services STC.

Specific equipment locations will be determined upon installation. Relocation of existing
equipment and reaccessing for completion of said installation is not included in the price quoted.
The following is a list of major components.

-One Satellite Data Unit
-One High Performance Amplifier
-One Handset and Cradle
-One Installation Kit
-One Antenna
-One Antenna Installation Kit

**OPTION 2:**

5.3    Install Factory New Magnastar C-2000 Digital Telephone system.    $85,210.00
                                                                         ESTIMATED

The Magnastar installation will consitst of two handsets, two ringers, one ARTU, one duplexer,
and an antenna. It will also include one CBDR-1 and one CBDR-2. We will also include a fax outlet
port.

Specific equipment locations will be determined upon installation. Relocation of existing
equipment and reaccessing for completion of said installation is not included in the price quoted.
The following is a list of major components.

-One ARTU
-One Antenna
-One Duplexer
-One CBDR-1
-One CBDR-2
-Two Handsets

**8)    SHOP SUPPLIES**                                          $1,554.00
       (See addendum A for details)                             NOT TO EXCEED

**9)    SALES TAX**                                             *Not Applicable*

**TB 00009**

Business Aviation Services Fort Lauderdale
FLL99/07-600-1023-120
Revision NR, Dated 7/26/99
Page 5

## 10) LABOR RATES

Challenger/RJ Time and Materials labor rates per man-hour are as follows:

| | |
|---|---|
| Airframe, sheetmetal, composites, interior shops, paint & QA | $ 72.00 |
| Electrical, avionics, engines, Avionics & components labs & NDT/NDI | $ 74.00 |
| Overtime rate for all disciplines | $102.00 |
| Premium time rate for all disciplines | $132.00 |
| Engineering | $ 96.00 |
| Engineering overtime rate | $145.00 |
| Engineering premium time rate | $192.00 |

### Terms of payment
(See paragraph 22 of Addendum "A" for more details)

Your payment schedule will be as follows:

| | | |
|---|---|---|
| 1st payment | $60,000.00 | Due 15 days prior to aircraft arrival |
| 2nd payment | $60,000.00 | Due at aircraft arrival. |
| 3rd payment | $ To be determined | Due prior to departure |

Payments may be: Cash (U.S. Currency), cashier or certified check (drawn on a U.S. Bank) or via wire transfer. Wire transfers should be made over the Federal Wire transfer system to:

NationsBank of Texas, N.A.
ABA# 111000012
Credit Account # 3750835849
TO: Learjet Inc. Fort Lauderdale Facility

### ACKNOWLEDGMENT OF PROPOSAL

Signature below indicates your acknowledgment of both sections of the Business Aviation Services "No Surprise Proposal". The sections are "Pricing, Scheduling and Technical Details" and "Definitions & Terms, Addendum "A", Revision 3, dated December 9, 1998.

All prices quoted are in US currency and are valid for 60 days from the date of this proposal.

This Proposal with your acknowledgment signature is not a binding agreement between you and Learjet for the work described herein, until your acceptance and execution of the related service work order upon your arrival at our Service Center. Upon receiving a signed proposal, Learjet's Business Aviation Services will, in good faith, commence the planning phase of the project and order materials required to complete the work.

TB 00010

Business Aviation Services Fort Lauderdale
FLL99/07-600-1023-120
Revision NR, Dated 7/26/99
Page 6

### ACKNOWLEDGMENT OF PROPOSAL (cont)

If additional work requirements are discovered during the planning phase and the requirements have an impact on terms outlined in this proposal, Business Aviation Services will advise the customer as soon as practical.

The performance of the work, in accordance with the terms described in this Proposal and attached Addendum A, dated December 9, 1998, is subject to Learjet's standard service work order documents, which contain additional terms and conditions under which the work will be performed.

| COMPANY: | Business Aviation Services | Turnberry Aviation |
| | | Your Company |

| NAME: | Humberto Moas | Mr. Larry Aitkens |
| | | Responsible Person's Name |

| TITLE: | Service Sales Representative | Director of Flight Operations |
| | | Job Title |

SIGNATURE: 

| DATE: | July 26, 1999 | |



## BOMBARDIER
*AEROSPACE*

Business Aviation Services

## YOUR FACTORY SERVICE CENTERS
## UNDERSTANDING, ANTICIPATING AND EXCEEDING CUSTOMER NEEDS

TB 00059

**Business Aviation Services**
FACTORY SERVICE CENTER NETWORK

### NO SURPRISE PROPOSAL
**ADDENDUM "A"**
(Standard Hangar Visit)
Form Revision 3, Dated December 9, 1998

---

| DEFINITIONS AND TERMS |
| --- |

This document provides general business terms and definitions relating to the Pricing, Scheduling and Technical section of the standard Business Aviation Services No Surprise Proposal. Our Service Order form, which facilitates work authorization, also offers terms & conditions which are attached for your information.

#### 1) SCHEDULE

Proposed downtime is based on a standard amount of technicians working regular shifts and historical data for accomplishing the specific workscope defined in the proposal. Extraordinary findings or circumstances may prevent delivering the aircraft within the set schedule. The customer will be advised when such circumstances are identified and an alternative plan will be presented for approval.

In the event the aircraft is not delivered in accordance with the schedule set forth in the proposal, Business Aviation Services shall not be liable for consequential customer expenses, as in, but not limited to, cost of chartering alternate transportation, crew's additional travel expenses, loss of revenue, etc.

#### 2) INSPECTION

Inspection prices only apply to aircraft on a standard factory maintenance program (airframe, engine or APU). Deviations from the standard inspection program should be submitted before aircraft arrival, including serial number specific requirements in Chapters 5-10-25 & 5-70-00, as they are not included in our flat rates or standard downtime quotations. Inspection prices do not apply to special mission or experimental aircraft. Where duplications of tasks exist among inspections being quoted, prices are reduced accordingly. Revision to the factory maintenance schedule (Chapter 5) may be issued prior to aircraft arrival. You will be informed of any related price or downtime adjustment as soon as possible.

Inspection prices include acceptance runs, service lavatory, quality control and logbook entries, protection of interior furnishings and shop supplies for the inspection. Due to variances of battery configurations, inspection prices exclude inspection, servicing or functional test of emergency batteries.

Inspection discrepancy guidelines are provided for budgetary purposes. They include parts and labor and are based on the aircraft model, level of inspection and other variables relating to the aircraft. These normal discrepancy guidelines exclude extraordinary items, as in, but not limited to, structural damage, heavy corrosion, unusual environment induced discrepancies and unusual heat distress. Discrepancy guidelines are not intended to create any binding obligation, they are provided to give a better idea of what the final invoice will be.

#### Interior Access

Business Aviation Services charges only once for accessing an area. In some cases, our inspections or modifications prices include interior access; therefore, interior access guidelines quoted in this section or other

### Interior·Access (Cont'd)

sections will be decreased accordinggly to eliminate duplications. Shop supply charges definned in paragraph 8 of this addendum are applicable to interrior access labor charges.

### 3)   DISCREPANCIES/MAINTENANCE REQUESTS

All discrepancy repairs and other maaintenance work performed will be invoiced using a flatn rate, if one exists or on a time and material basis. Shop ssupply fees defined in paragraph 8 of this addendum willll be added to non-flat rated labor charges only.

Discrepancies found during the wonrk scope or reported by the customer, will be entered l in our service work order forms.   Deferral, troubleshaooting or repair alternatives will be discussed witkh the customer for authorization prior to working on ι discrepancies.   Whenever possible, proposed correctiεive action(s) will be accompanied by estimated cost of paarts and labor. The customer may automatically approvve discrepancy repairs up to a certain amount in order to mreduce his squawk authorization workload. See paragraaph 3 of the Pricing, Scheduling and Technical details secction for this option.

### 4)   SERVICE BULLETINS AND MODIIFICATION KITS

Service bulletin and modification pprices include labor, kits and access. Parts and consumaables not provided in the service bulletin kit will be invobiced separately. Any deviations from the bulletins or mmodificatlons, due to previously incorporated alterations aiind/or discrepancies found while performing a modificattion, are invoiced as a separate item and may affect downtllime. Such deviations will be discussed with the customoer before proceeding with the work. Factory warranty connsideration is given where applicable.

### 5)   STC OR FIELD APPROVED MODIIFICATIONS

STC or field approval modificatioons are FAA approved.  Foreign certification requirrements are invoiced separately.  Proposed STC'd or fieeld approved modifications include parts, labor, shop · supplies, credits for equipment being deleted/replaced, S5TC'd standard certification fees and administrative serviices unless otherwise stipulated in the proposal.  Also provvided are weight and balance data, electrical load analyysis, wiring diagrams, flight manual supplements and rennum to service documentation, as produced during tthe certification of a proposed modification.  Aircraft inteerior access charges are shown separately, unless otherwi/ise specified.

Unless otherwise stipulated, Businness Aviation Services retains all removed equipmenht being replaced by purchased equipment.  Test flight ι expenses as applicable are the responsibility of the ; customer, with the exception of DER pilot services, wwhich are included in the installation prices.  A DERλ pilot is provided if required, and will occupy the right seeat during flight testing, unless otherwise stipulated.  Allll expenses incurred if the aircraft requires reclassification iΙinto an experimental category are invoiced separately.

Any required deviations from thae planned STC/field approved alteration caused byy unknown existing installations are presented to the ccustomer for approval, prior to accomplishing the woork, and are invoiced separately.  Unusual deviations may ι affect aircraft downtime.  Business Aviation Services reetains all usage rights on developed STCs and deviations.

All material and equipment used forr field approved or STC'd installations are FAA approvved and accompanied by serviceable data as required.  Maatterials and equipment used are also new, unless otherwisse stipulated.

Revision 3, dated 12/9/98
Page 3 of 8

### 6) INTERIOR REFURBISHMENT

Prices on interior refurbishment items include all known items required and the necessary certification expenses. Hidden damage found during interior refurbishment or deviations caused by unknown previous installations will be discussed with the customer for approval prior to being worked and will be invoiced separately. Any scheduling changes will be presented with repairs when applicable.

All materials used for interior refurbishing at Business Aviation Services are of high quality and customer and FAA approved. All installations are FAA approved via STC, FAA 337 forms or other appropriate means of

approval as required by the FAA. Fire blocking, if required, is invoiced separately unless otherwise stipulated in the proposal. Any additional burn testing required to recertify existing materials is not included in the price quoted and will be invoiced separately.

Removed loose equipment and customer property from the aircraft will be recorded and placed in a secured area prior to starting the work, when required. The recorded items will remain in a secure area throughout the workscope to be accounted for and reinstalled at the end of the work downtime.

### 7) PAINT

All labor for normal brush paint touch-ups required, as a result of work performed, is included in the prices quoted. Materials (paint) are charged as a separate line item on your invoice.

If painting of a specific area or of the entire aircraft is required, such paint processes are invoiced on a time and materials basis, if not known prior to aircraft arrival. See paragraph 19 for touch up definition.

### 8) SHOP SUPPLIES

A shop supply charge will appear on your invoice as a separate item. This charge is based on a progressive percentage of the labor charges (at straight time rate) for time and material items only. Shop supply charges are included in flat rated items. Shop supply charges are structured as follows:

    4% if total non-flat rated labor charges are between $    0.00 to $49,999.99
    3% if total non-flat rated labor charges are between $ 50,000.00 to $99,999.99
    2% if total non-flat rated labor charges are between $100,000.00 and above

Shop supplies are quoted using a "not to exceed" amount, based on the specific workscope being quoted. It is important to note that changes to the workscope or unusual discrepancies, as in FOD damage, lightning strike damage, structural damage or heavy corrosion found during the workscope may result in higher shop supply fees than the "not to exceed" amount quoted.

Shop supplies are materials used, which do not leave with the aircraft; i.e., tape, solvents, shop cloths, sandpaper, cleaning compounds and paintbrushes. Shop supplies also include waste disposal services and small quantities of free issue hardware. Consumables, which are materials that leave with the aircraft; i.e., sealant, paint, large quantities of hardware and fluids, are invoiced separately.

### 9) SALES TAX

The amount of federal, state and local taxes applicable to the articles sold, or the work performed, and all duties, imports, tariffs or other similar levy charges are invoiced separately to be paid by the customer, except where the customer furnishes appropriate certificate of exemption therefrom.

TB 00031

10) **LABOR RATES**

Business Aviation Services' pricing is based on a flat rate system. Flat rates are used whenever possible. If a flat rate does not exist for work performed, such as troubleshooting time, labor is then sold on a time and material basis using the labor rates listed in the proposal. Early proposal signature bonuses are available at BAS. See section 10 of the proposal for details.

Our lead technicians do not apply their administrative time to your work order. This means that our lead technicians' administrative time is not added to time spent on discrepancies. When comparing our labor rates, it is important to consider that Business Aviation Services' labor rates include lead administrative fees, as this element can represent substantial savings.

The customer is asked to approve any overtime charges prior to work being performed. Overtime is charged when an employee works up to 3 hours beyond their standard shift on Monday through Friday and/or up to 8 hours on Saturday. Premium time is charged when an employee works over 11 hours on Monday through Friday, over 8 hours on Saturday and/or any time on a Sunday or a Holiday.

Some Business Aviation Services Centers offer weekend coverage at straight time through normal weekend shifts. Please call your Regional Manager or Service Sales Representative for details and availability.

11) **HANGAR STORAGE FEES**

Following the completion of an aircraft inspection or examination, customer feedback on findings disposition is usually a speedy process but can become tedious at times, especially when more than one party has to participate in the decision process. History shows that this decision process is typically instantaneous but also shows that exceptional circumstances have brought aircraft to an idle stage for long periods of time.

Business Aviation Services' maintenance bays are structured to be used for maintaining aircraft. Locking bays out with idling aircraft for long periods of time is very costly, as it prevents serving other customers in need of services. Based on the parameters outlined herein, a reasonable storage fee schedule has been established.

| Idle time period | Storage fees per day |
|---|---|
| 0 to 7 consecutive days | No charge |
| 7.01 to 14 consecutive days | $250.00 per 24 hours period |
| 14.01 days and above | $500.00 per 24 hours period |

Idle time fees include all aircraft movement expenses during idle days

Idle time starts when a list of findings and/or corrective actions have been submitted to the customer or upon closing a work order. Idle time ends upon receiving an order for work of sufficient magnitude to occupy a minimum of 2 technicians (16 man-hours) per shift. Idle time is cumulative during a visit. For example, if 5 idle days go by and an order for work keeps 2 technicians per shift busy for 2 days only, the following idle day will be counted as the sixth idle day. Hangar storage fees are not applicable for idle time directly caused by Business Aviation Services.

TB 00032

### 12) PARTS AND MATERIALS

Parts and materials used at Business Aviation Services are certified to meet regulatory standards or FAA approved requirements. Parts installed on an aircraft are accompanied by serviceable data, as required by the FAA, which will be provided to the customer as necessary.

All parts, hardware and materials removed and replaced become the property of Business Aviation Services. Such removed items will be scrapped, repaired or overhauled as deemed necessary by Business Aviation Services.

There will be times when a required part will not be in the service center's inventory. Late parts delivery may have an impact on the schedule. Business Aviation Services carries large Learjet and Challenger parts inventories maximizing on site parts availability.

Hazardous materials found in an aircraft, as in asbestos or other such materials, require special handling. The customer is immediately notified following such findings. Any scheduling impact and charges connected with handling hazardous materials will be communicated to the customer as soon as practical and invoiced separately.

### 13) OIL AND/OR FILTER SAMPLES

When engine oil and/or filter samples are required, samples are collected and sent to a qualified lab. Lab results are in turn forwarded to the customer. Business Aviation Services will not interpret the results nor be

responsible for making judgments regarding the engine's integrity. This is a matter for the engine manufacturer and operator to determine.

Additionally, Business Aviation Services will return an aircraft to service prior to sample results being obtained. The aircraft operator is responsible for deciding whether or not to fly the aircraft before receiving sample results.

### 14) HANDLING FEES

Services performed by outside subcontractors that are not discounted to Business Aviation Services are subject to a 25% handling fee. Handling fees have a minimum of $50.00 and do not exceed $5,000.00 per item. In cases where a quantity of a specific P/N item (life vests, etc.) is forwarded to a single outside service provider for servicing repair or certification, the minimum $50.00 handling fee charge will not apply to each item with the same P/N serviced. Handling fees will be calculated based on the total cost for servicing several identical P/N items, with a minimum of $50.00 or a maximum of $5000.00 for the lot.

There are no handling fees associated with Learjet or Canadair factory installed parts or components purchased from Business Aviation Services.

Business Aviation Services will supply all parts, unless other arrangements have been made and agreed upon. Parts supplied by the customer which were not purchased from Bombardier will be subject to a 10% handling fee (based on manufacturer's suggested retail price) up to $2,500 per part.

### 15) SHIPPING CHARGES

Business Aviation Services does not charge shipping to customers for Learjet or Canadair factory installed airframe parts received via ground or overnight carriers while the aircraft is at our service center. Airframe parts exclude complete engines, APU and airframe sections, as in wings, fuselage and other large assemblies. All counter to counter, dedicated ground carrier and chartered aircraft transported parts will be invoiced to the customer if requested by the customer. All other shipping expenses incurred on the customer's behalf appear as a separate item on the invoice.

### 16) ACCESS TO AIRCRAFT

The customer and/or its representative will be provided access to the premises during normal working hours to inspect the aircraft, monitor work in progress and check the results of work accomplished.

### 17) DOCUMENTATION AND MAINTENANCE PROGRAMS

Business Aviation Services provides documentation required by the FAA, Federal Aviation Regulation FAR 43, relating to the work performed, by making maintenance record entries in the aircraft log book. Major repairs and major alterations are made in accordance with FAA approved data and recorded on FAA form 337. Copies of supplemental type certificates (STC) are provided where applicable.

Business Aviation Services relies on customers to provide wiring diagrams and other reasonable documentation accurately reflecting the current configuration of the aircraft. All pricing and downtime are based on this information being available, as it relates to a quoted workscope.

In addition to the manufacturer's inspection program, Business Aviation Services can comply with inspection programs established by the operator and approved by the FAA. Continuous airworthiness inspections approved under FAR 135 Air Taxi or FAR 121, 127 and 135 Carrier Operating Certificates can also be accomplished. Following review of an approved program, Business Aviation Services will advise if additional charges apply for completing the subject's record keeping duties.

Customers on Learjet Laser or Canadair Cimms or CAMPS programs benefit from up-dates of their maintenance tracking system as it relates to airworthiness inspection work accomplished during a visit at Business Aviation Services at no additional charge.

*The customer is responsible for all foreign certification requirements in the country where the aircraft is registered, unless otherwise agreed upon.*

### 18) AIRWORTHINESS

Airworthy is defined as conforming to type design and in condition for safe operation. Any discrepancy that does not meet both of these criteria is an unairworthy condition.

Business Aviation Services will thoroughly inspect the required areas and/or test the systems of the aircraft. FAR 91.213 requires US registered turbojet aircraft coming out of an inspection to have all systems operational before returning to service, or exemption provided for by virtue of a minimum equipment list. Another option, assuming the aircraft is safe for intended flight, is for the aircraft to depart on a ferry permit.

The customer will be informed of any discrepancies on items being inspected or tested. The aircraft can only be returned to service once all unairworthy discrepancies have been corrected.

### 19) DEFINITIONS

CONSUMABLE: Any material that leaves with the aircraft; i.e., sealant, paint, hardware, fluids.

GUARANTEED: These items will be invoiced exactly as indicated in proposal (also called flat rates).

NOT TO EXCEED: Maximum price for an item. Customer's invoice will reflect related expenses up to the agreed upon "not to exceed" maximum amount.

ESTIMATE: Unable to guarantee price. Have sufficient historical data to provide a reasonably accurate estimate. These items can sometimes be guaranteed upon further inspection of the aircraft configuration. We will advise in writing in the event an item is upgraded to "Guaranteed". Unless an estimated item becomes *guaranteed, it will be invoiced on a time and material basis and the resulting invoice amount may exceed the estimated amount.*

### 19) DEFINITIONS (Cont'd)

GUIDELINE: Work required varies from job to job. We are only able to provide a rough order of magnitude price. Price is provided for information only. These items are invoiced on a time and material basis and the resulting invoice amount may exceed the guideline amount.

STRAIGHT TIME: Base rate charged for work performed by an employee during their normal shift.

FREE ISSUED HARDWARE: Small quantities of hardware or low value hardware used when work is being accomplished against a service work order. Parts obtained without the assistance from the parts department. Free issue stock is treated as shop supplies and included in the 4% shop supply charge.

TOUCH-UP: Limited paint required, brush application, as a result of work performed. Paint will be restored to original color (as close as possible), but not necessarily the same texture, etc.

### 20) WARRANTY

Maintenance and modification workmanship is warranted against defect for a period of 90 days or 100 flight hours, whichever occurs first, from return to service date and aircraft total flight time.

Field approved or STC'd (Supplemental type certificate) avionics modifications incorporating new equipment and/or components are warranted against installation workmanship defects for a period of one (1) year or 400 flight hours, whichever occurs first, from return to service date and aircraft total flight time. New avionics components warranty is administered by their respective vendors. Parts manufactured by Business Aviation Services during installation of STCs or field approved modifications are guaranteed for one (1) year or 400 flight hours, whichever occurs first, from return to service date and aircraft total flight time.

Interior refurbishment work, including upholstery, sheetmetal, electrical, cabinetry, wood surfaces and plating will be protected by a one (1) year or 400 hours limited workmanship warranty, whichever occurs first. The manufacturer of new interior equipment and/or components administers warranty of interior parts and components.

Pratt and Lambert non-metallic paint system application warranty shall be limited to two (2) years or 600 hours, whichever occurs first. Paint warranty is limited to defects in workmanship, including poor adhesion. All others than Pratt and Lambert non-metallic paint application warranties are negotiated on a case by case basis. Normal wear and tear caused by various operating conditions is excluded. Paint touch ups accomplished during a maintenance visit are covered by our 90 day workmanship warranty.

LEARJET'S WARRANTY IS SUBJECT TO CONDITIONS AND LIMITATIONS SET FORTH IN FULL IN LEARJET'S STANDARD SERVICE WORK ORDER. THE SOLE AND EXCLUSIVE OBLIGATION AND LIABILITY OF AVIATION SERVICES SHALL BE TO REPAIR OR REWORK, AT AVIATION SERVICES' OPTION, AND AT AN AVIATION SERVICES SERVICE CENTER, ANY DEFECT REPORTED WITHIN THE WARRANTY PERIOD.

THE WARRANTY DOES NOT COVER CONSEQUENTIAL DAMAGES OR EXPENSES, INCLUDING, BUT NOT LIMITED TO, THE COST OF CHARTERING ALTERNATE TRANSPORTATION, TRAVEL OR LIVING EXPENSES. EXCEPT FOR THE PROVISIONS SET FORTH ABOVE, THERE ARE NO WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR OTHERWISE.

TB 00035

21) TERMS OF PROPOSAL

Business Aviation Services' No Surprise Proposal, with your acknowledgment signature, is not a binding agreement between you and Business Aviation Services for the work described therein until the acceptance and execution of the related work order. The performance of the work is subject to your acceptance and execution of Business Aviation Services' standard service work order documents, which contains additiornal terms and conditions under which the work will be performed. These terms are attached for your inforrmation.

22) TERMS OF PAYMENT

All invoices are due and payable 30 days from the date of issue. Interest will be charged att 1% per month (12% per year) on all outstanding invoices.

In the event the cost of a work package exceeds the customer's credit line with Business Aviation Services, the amount exceeding the credit line must be paid prior to the aircraft leaving our establishmentt.

When a proposal totals $100,000.00 or more (excluding items covered under Warrantyy), a 1/3 payment is required prior to aircraft arrival, 1/3 payment prior to aircraft departure and the final 1/33 within 30 days after receipt of the final invoice. The last 1/3 payment is subject to the customer's available crediit.

When a proposal totals less than $100,000.00 but the actual work package grows to exceed $100,000 00, payment equal to 2/3 of the estimated total to be invoiced will be required prior to aircraft diteparture. You will be notified of any prepayment reqnirements as soon as practical, in an effort not to delay aircrzaft departure.

Rest assured that the $100,000.00 plus payment structure does not reflect on your compaany's ability to pay for services received. These funds are used for parts and services being purchased on yourr behalf, prior to and during aircraft downtime. This enables Business Aviation Services' cash flow to remain at an acceptable level, which reduces overhead expenses. These savings are used to keep our rates competitive, ttherefore are passed on to our customers.

TB 00036

# TURNBERRY AVIATION, INC.
**FLIGHT DEPARTMENT**



DEPOSITION
EXHIBIT
14
10/5/2000 ___

## FACSIMILE TRANSMISSION

DATE: _8-3-99_

TO: _Marjorie Osborne_

FROM:    LARRY AITKENS

MESSAGE: _Request for # 50,000 check_
_to Learjet Inc. for inspection_
_on N90US._
_As soon as possible, please_

TOTAL NUMBER OF PAGES, INCLUDING COVER: _2_

IF YOU HAVE ANY PROBLEMS WITH THIS TRANSMISSION, PLEASE CALL
(305) 685-6840.

15001 N.W. 42ND AVE., SUITE #117, MIAMI, FL 33054
PHONE 305-685-6840   FAX 305-685-8606

TB 00046

# FAX



Learjet Inc.
4100 S.W. 11th Terrace
Ft. Lauderdale, FL 33315 United States

**BOMBARDIER**
*AEROSPACE*

| To | Larry Aikens | | Fax | 305-685-8606 |
|----|----|----|----|----|
| **Title** | | | | |
| **Company** | Turnberry Aviation | | **Telephone** | |
| Total pages including this one | | 2 | **Date** | 8-2-99 |

| From | Ralph Colon | Fax | 954-359-0510 |
|----|----|----|----|
| **Title** | Project Supervisor | **Telephone** | 954-359-7887 |
| | | **E-mail** | |

Larry,

This is an estimate of the bill up to this point. At this time I would request Another payment of $50,000.00 dollars to continue with workscope. Please contact me at the service center if you have any questions.



N you C
**APPROVED FOR PAYMENT**
AUG 0 3 1999

Thanks,

Ralph M. Colon

Project Supervisor

Confidentiality Notice: These documents sent by facsimile are confidential, may be privileged and are intended for the exclusive use of the addressee. Any other person is strictly prohibited from disclosing, distributing or reproducing them. If the addressee cannot be reached or is unknown to you, please inform us by telephone at the above-mentioned number, at our expense, and return these documents by mail to the above-mentioned address.

TB 00062



TB 00016





DEPOSITION
EXHIBIT
15
10/5/ 2000 lm



**BOMBARDIER**
*AEROSPACE*

Learjet Inc.
4100 S.W. 11th Terrace
Ft. Lauderdale, FL 33315 United States

| To | Mr. Larry Aitkens | Fax | 305-685-8606 |
|---|---|---|---|
| **Title** | Director of Operations | | |
| **Company** | Turnberry Aviation | **Telephone** | |
| **Total pages including this one** 06 | | **Date** | August 3, 1999 |

| From | Humberto Moas | Fax | 954-359-0115 |
|---|---|---|---|
| **Title** | Service Sales Representative | **Telephone** | 954-359-0504 |
| | | **E-mail** | humberto.moas@learjet. Com |

Dear Mr. Aitkens,

Please review the information being presented and if everything appears to be in order, please sign the last
page of the proposal and fax it to the fax number listed above as to prepare ourselves for the work scope
outlined and schedule your aircraft accordingly. If you have any questions pertaining to this matter, please
do not hesitate to contact me at the phone number listed above.

Sincerely

Humberto Moas (Bert)
Service Sales Representative
Business Aviation Services



**Business Aviation Services**
FACTORY SERVICE CENTER NETWORK

**BOMBARDIER**
*AEROSPACE*

NO SURPRISE PROPOSAL
(Standard Hangar Visit)
Aviation Services - Fort Lauderdale, FL
FAA CRS # LN4R342M
FLL99/08-600-1023-129
Revision NR
Dated 08/03/99

**PREPARED FOR:**

| | | |
|---|---|---|
| Customer's name | **Mr. Larry Aitkens** | FAX: 305-685-8606 |
| Position | **Director of Operations** | |
| Company | **Turnberry Aviation** | |
| Aircraft Model | **Challenger 600** | |
| Aircraft Serial | **1023** | |

| NO SURPRISE PROPOSAL GENERAL INFORMATION |
|---|

Having focused its efforts on Learjet and Canadair aircraft maintenance and modifications since the inception of these products, BAS has gathered substantial historical information on these subjects. This intelligence gives our organization an edge when it comes to assembling an aircraft maintenance package. It is our wish to share this knowledge with our customers up front, in an effort to convey the variables that should be considered before scheduling work with a service provider.

Our "No Surprise Proposal" is designed to provide our customers with abundant information to accomplish a thorough evaluation of services prior to scheduling an aircraft. The information it conveys is aimed at better supporting the complex shopping and decision process our customers are faced with when contracting aircraft maintenance and modifications, as well as to provide additional information which can be used to maximize productivity during aircraft downtime.

The Business Aviation Services No Surprise Proposal (NSP) herein consists of 2 sections, "Pricing, Scheduling and Technical Details" and "Definitions and Terms". Each section is organized for easy and thorough conveyance of pertinent information to the staff typically involved with aircraft maintenance contracts.

The "Pricing, Scheduling and Technical Details" section defines pricing and downtime particulars as well as technical details on what will be done on the aircraft. Technical details are a very important part of our proposal as they widely vary from shop to shop and are the best tool to truly compare value of services. The "Definitions and Terms" section, referred to as Addendum A, includes important information relating to standard practices at Business Aviation Services. Please carefully review all sections and do not hesitate to contact your Service Sales Representative or Regional Manager with any questions or comments.

After obtaining the signature, the NSP becomes the driver for the workscope to be accomplished. Its level of details, which are now approved by the customer, provides our scheduling, methods, customer service, engineering, shops, and billing personnel the information they need to insure that the output of their efforts coincides with our customers' expectations and service needs. We believe this important document is well worth the effort after considering the benefits it provides our customers.

Business Aviation Services Fort Lauderdale
FLL99/08-600-1023-129
Revision NR, Dated 8/3/99
Page 2

## NO SURPRISE PROPOSAL
### (Standard hangar visit)

| PRICING, SCHEDULING AND TECHNICAL DETAILS |
| --- |

### TOTAL PRICING FOR WORK TO BE ACCOMPLISHED:

| Sub-totals | | | |
| --- | --- | --- | --- |
| | Guaranteed (Refer to Addendum A, section 19) | $ | 00.00 |
| | Not to exceed (Refer to Addendum A, section 19) | $ | 00.00 |
| | Estimates (Refer to Addendum A, section 19) | $ | 56,993.00 |
| | Guidelines (Refer to Addendum A, section 19) | $ | 7,200.00 |
| | Added Benefits | ($ | 00.00) |

Total .................................................................................................................................. $  64,193.00

### 1)  SCHEDULE

A total of 10 consecutive calendar days will be required to accomplish the work defined
in this proposal. Parts lead time will be determined upon our receipt of signed proposal.

Maintenance positions are provided on a first scheduled, first served basis.
An early-signed proposal will ensure the greatest number of available maintenance
positions at the Service Center. Early signed proposal bonuses presented in section 10
allow for up to one week slippage on the arrival date (date slippage must be submitted a
minimum of two weeks before arrival date), see section 10 for details. A tentative arrival
date must be entered in this section to initiate the bonus.

In light of the ongoing landing gear inspection program, BAS cannot inspect or
disassemble landing gears unless they are due for such inspections in accordance with
airworthiness requirements. Please verify the availability with BAS prior to
scheduling any landing gear related inspections.

### 2)  INSPECTION  (Guaranteed items are for labor only)          None Requested

### 3)  DISCREPANCIES/MAINTENANCE          None Requested

**TB 00012**

Business Aviation Services Fort Lauderdale
FLL.99/08-600-1023-129
Revision NR, Dated 8/3/99
Page 3

**4)    SERVICE BULLETINS AND MODIFICATION KITS**                    None Requested

**5)    STC AND FIELD APPROVED MODIFICATIONS**

5.1    Comply with installation of Allied Signal GPWS Mark VI                 $56,993.00
       System.                                                               ESTIMATED

       Business Aviation Services will install an Allied Signal
       GPWS Mark VI system with no windshear at a location to be
       determined. This installation will be installed under an existing
       Business Aviation Services STC #ST00176DE-D. Presented
       herein is a list of major components to be installed.

       -One GPWS Computer Mark VI
       -Five Annunciators (various functions)
       -Two Mounting Rack

5.2    Interior access is estimated to be between $3,600.00                   $7,200.00
       and $10,800.00.                                                       GUIDELINE

       **AVIONICS NOTES:**

       1)  The customer must furnish complete wiring diagrams that accurately reflect the
           current condition of the aircraft. Any drawing regeneration required for the
           proposed installation will be charged at time and material.

       2)  Existing aircraft must be compatible with the proposed equipment

       3)  Aircraft must have adequate space and power to accept the proposed
           equipment. Any relocation of equipment to comply with STC installation
           or busing due to inadequate available space or power, in excess of 8 total
           hours, will be charged at a time and material.

       4)  Previous FAR certifications or installations must be in order and in a
           serviceable or mod-worthy condition. Any previous installations that require
           additional work or rework to the proposed installation will generate additional charges.

       5)  If required for certification, all costs related to a local test flight are the customers
           responsibility, except for the DER pilot.

**8)    SHOP SUPPLIES**                                              $Not Applicable
       (See addendum A for details)                                 NOT TO EXCEED

**9)    SALES TAX**                                                  *To be Determined*

Business Aviation Serrvices Fort Lauderdale
FLLL99/08-600-1023-129
Revission NR, Dated 8/3/99
Page 4

## 10) LABOR RATES

Challenger/RJ Time and Materialds labor rates per man-hour are as follows:

| | |
|---|---|
| Airframe, sheetmetal, compositess, interior shops, paint & QA | $ 72.00 |
| Electrical, avionics, engines, Avidonics & components labs & NDT/NDI | $ 74.00 |
| Overtime rate for all disciplines | $102.00 |
| Premium time rate for all disciplinines | $132.00 |
| Engbueering | $ 96.00 |
| . Engineering overtime rate | $145.00 |
| Engineering premium time rate | $192.00 |

### Terms of payment
(See paragraph 22 of Addendum ""A" for more details)

We currently do not have an operative line : of credit established for Turnberry Aviation. A creditt application should be submitted for approval before arrival, onr the invoice can be paid in full prior to airplane departunre. This payment may be: Cash (U.S. Currency), cashier or c certified check (drawn on a U.S. Bank) or via wire transsfer. Wire transfers should be made over the Federal Wire transsfer system to:

NatlonsBank of Texas, N.A.
ABA# 111000012
Credit Account # 3750835849
TCO: Learjet Inc. Fort Lauderdale Facility

### ACKNOWLEDGMENT OF PROPOSALL

Signature below indicates your acknowldedgment of both sections of the Business Aviation Seervices "No Surprise Proposal". The sections are "Prichug, Scthedullng and Technical Details" and "Definitions & Terrns, Adddendum "A", Revision 3, dated December 9, 1998.

All prices quoted are in US currency andd are valid for 60 days from the date of this proposaL .

This Proposal with your acknowledgmennt signature is not a binding agreement between you : and Learjet for the work described herein, until your acceptzance and execution of the related service work orderr upon your arrival at our Service Center. Upon receiving : a signed proposal, Leärjet's Business Aviation Serrvices will, in good faith, commence the planning phase of thbe project and order materials required to complete tkhe work.

If additional work requirements are disccovered during the planning phase and the requiremeents have an impact on terms outlined in this proposal, Businoess Aviation Services will advise the customer as soonn as practical.

The performance of the work, in accordaunce with the terms described in this Proposal and atttached Addendum A, dated December 9, 1998, is subject to 1 Learjet's standard service work order documents, wtbich contain additional terms and conditions under wbhich the work will be performed.

TB 00014

Business Aviation Services Fort Lauderdale
FLL99/08-600-1023-129
Revision NR, Dated 8/3/99
Page 5

## ACKNOWLEDGMENT OF PROPOSAL (Cont'd)

| COMPANY: | Business Aviation Services | Turnberry Aviation |
|---|---|---|
| | | Your Company |
| NAME: | Humberto Moas | Mr. Larry Aitkens |
| | | Responsible Person's Name |
| TITLE: | Service Sales Representative | Director of Operations |
| | | Job Title |
| SIGNATURE: | | |
| DATE: | August 3, 1999 | |



**BOMBARDIER**
*AEROSPACE*

Business Aviation Services

### YOUR FACTORY SERVICE CENTERS
### UNDERSTANDING, ANTICIPATING AND EXCEEDING CUSTOMER NEEDS

TB 00051



# BOMBARDIER
## AEROSPACE

Learjet, Inc.
4100 S.W. 11th Terrace
Ft. Lauderdale, FL 33315
Phone (954) 359-7887
FAX (954) 359-0510

**REMIT TO:**
Learjet, Inc.
4100 S.W. 11th Terrace
Ft. Lauderdale, FL 33315

| | |
|---|---|
| PAGE NUMBER | |
| DOCUMENT NUMBER | 73/5433 |
| DATE | 8/13/99 |

BILL TO: TURNBERRY AVIATION
ATTN: MR. LARRY AIKENS
15001 N.W. 42 AVE.
MIAMI, FL 33054

REGISTRATION: N90UC
MAKE: CHALLENGER
MODEL 600
SERIAL NO. 1023

CUSTOMER REPRESENTATIVE
BRET JONES

REF: WO 73/5433
PLEASE REMIT $100,000.00 AS ADDITIONAL PAYMENT FOR MAINTENANCE BEING PERFORMED ON THE
ABOVE CAPTIONED AIRCRAFT.

DEPOSITION
EXHIBIT
16
10/5/200



DEPOSITION
EXHIBIT
17
10/5/2000



Aviation, Incorporated
Aircraft Acquisitions, Sales and Consulting
## CHALLENGER 600
## SERIAL NUMBER 1023

| | |
|---|---|
| Year of Manufacture: | 1981 |
| Airframe: | 6770 Hours<br>5761 Landings |

Engines:  Avco Lycoming ALF 502L-2C( on CMSP)

| | |
|---|---|
| Left Engine: S/N LF03099S | 6135 Hours<br>1088 SHOT<br>4631 Cycles |
| Right Engine: S/N LF03052S | 6150 Hours<br>1063 SHOT<br>5179 Cycles |
| APU: S/N P-162C(on MSP) | 5831 Hours<br>254 SHOT |

### Avionics

Dual Sperry SPZ-600 Flight
 Directors/SPZ-600 Autopilot
**Delco Carousel VI INS**
Dual Collins VHF-20A Comms
Dual Collins VIR-30A Navs
Dual Collins ADF-60A
Dual Collins TDR-90 Transponders
Two Sperry VG-14 Vertical Gyros
Dual Sperry AZ-242 Air Data
 Computers
**Universal UNS-1K FMS w/ GPS**

Sperry Primus 400SL Radar
Sperry Datanav
**Wulfsberg Flitephone VI**
JET Standby Attitude Ind.
Collins 718-u5 HF
Dual Collins DME-40
Dual Sperry C-14 Compass Systems
**King CAS TCAS II**
Sperry Voice Advisory
Fairchild A100 CVR
**Global AFIS**

**TB 00220**

Page Two
Challenger 600, S/N 1023

### *Features*

Steer-By-Wire S/B 380
Winglets
ABCD Punch List
Excellent Service Bulletin Status
CAMP Maintenance Program
**Extensive Spare Parts Package**
Fresh Midcoast Pre-Buy

Delco INS Service Contract
Global AFIS Service Contract
Global NDB2 Service Contract
Engines on CMSP Program
Universal UNS-1K Warranty
**Fresh Gear Service Bulletin**
**Fresh SB on FS 409**

### *Interior*

Executive 12 Place interior in gray, maroon and muted colors in leather and fabrics.
Burl Walnut Woodwork throughout. Aft Lavatory, forward galley. Cabin entertainment
system includes Sony 19" Color TV, Sony VCR, Sony CD/cassette player and Airshow
100 system  Interior partially refurbished January 1997.

### *Exterior*

Overall Matterhorn White Top with Red Bottom separated by Red and Black Stripes.
Repainted January 1997. Always hangared

**Price: $7,250,000**

Aircraft subject to prior sale or withdrawal from market.
Specifications subject to verification upon inspection.



08/21/99  08:48  FAX 7033613170          EMERALD AVIATION                    05
11/09/1998  16:39   2815398883            UNION CAMP AVIATION           PAGE   01

# UNION CAMP AVIATION PARTS INVENTORY
### SORTED BY LOCATION
### DATE: OCT 02, 1998

| LOC | PART NO. | DESCRIPTION | QTY |
|---|---|---|---|
| 21-01 | 180849-28 | COALESCER BAG | 2 |
| 21-02 | AN-123907 | PACKING, COALESCER | 2 |
| 21-03 | 627962-2 | SENSOR, DUCT TEMPERATURE | 0 |
| 21-04 | 642000-1 | SWITCH, PRESSURE | 1 |
| 21-05 | 641119-1 | SWITCH, THERMAL | 1 |
| 21-06 | 58752 | CARTRIDGE, AIR FILTER | 1 |
| 21-08 | 588110-9 | TURBINE, COOLING | 1 |
| 21-09 | 225545-5 | VALVE, FOOTWARM DEMIST + S.O. | 1 |
| 21-11 | 171856-22 | COUPLING, RUBBER | 1 |
| 21-11 | 171856-35 | COUPLING, RUBBER | 4 |
| 21-11 | 171856-38 | COUPLING, RUBBER | 8 |
| 21-11 | 2201859-3 | COUPLING, RUBBER | 2 |
| 21-11 | 600-95009-33 | COUPLING, RUBBER | 1 |
| 21-11 | 600-95009-41 | COUPLING, RUBBER | 1 |
| 21-11 | 600-95009-31 | COUPLING, RUBBER | 1 |
| 21-11 | 800-95009-15 | COUPLING, RUBBER | 1 |
| 21-11 | 600-95337-1 | COUPLING, RUBBER | 3 |
| 21-12 | 979580-4 | VALVE, LOW LIMIT | 1 |
| 21-13 | 600-97106-1 | GASKET, DUCT ADAPTOR | 2 |
| 21-13 | 600-95053-3 | GASKET | 8 |
| 21-14 | 600-95009-27 | COUPLING, RUBBER | 2 |
| 21-14 | 600-95009-45 | COUPLING, RUBBER | 2 |
| | | | |
| 23-01 | 792-6657-004 | TRANSCEIVER, COMM | 1 |
| 23-03 | AIRMAN 750 | HEADSET, TELEX | 3 |
| 23-04 | 455 T | MICROPHONE | 3 |
| | | | |
| 24-01 | 7578137 [ALT# 65966] | ELEMENT, IDG OIL FILTER | 3 |
| 24-02 | 7579077 | ELEMENT, IDG OIL SCAVENGE | 2 |
| 24-04 | MS-17975-2 | UNIT, TRANSFORMER RECT. [TRU] | 1 |
| 24-05 | 720846 B | UNIT, GENERATOR CONTROL [GCU] | 1 |
| 24-07 | ZCD-B9A-023 | CONTACTOR, GENERATOR | 1 |
| 24-08 | Z-A9A-038 | CONTACTOR, EXTERNAL D.C. | 1 |
| 24-09 | 600-59142-3 | MONITOR, EXTERNAL POWER | 1 |
| 24-10 | MS-90362-4 | RECEPTACLE, EXTERNAL POWER | 1 |
| 24-11 | MS-251822 | CONNECTOR, BATTERY | 1 |
| 24-15 | 59649 [ALT# AE-2123G0156-000] | HOSE, ADG | 1 |
| | | | |
| 25-01-3 | SLO2300-21 | HYDROLOK | 7 |
| 25-01-4 | SLO2300-23 | HYDROLOK | 4 |
| 25-01-5 | CA00259-00 | CONTROL, HYDROLOK | 2 |
| 25-02-1 | 32366 8828 L175F | SENSOR, THERMO | 1 |
| 25-02-2 | 8R-3-115C | HOT CUP | 1 |
| 25-02-3 | B5377 | GASKET, COFFEE POT | 4 |
| 25-02-4 | 2130-1 | ASH TRAY | 1 |
| 25-02-5 | 2510-01 | READING LAMP ASSY | 3 |
| 25-03-1 | MC10-13-03 | MASK, EROS OXYGEN | 1 |
| 25-03-1 | MXP-135-1 | BOX, OXYGEN MASK STOWAGE | 1 |
| 25-03-2 | 500-0063-415 | SEAT PLACARDS | |
| 25-05-2 | 1400J-16A | CAP, LAV SERVICE FILL | 1 |
| | | | |
| 26-01 | 897776  (shelf life exp: 8/2007) | SQUIBB, FIREX | 1 |

**DATE: November 6, 1998   LOCATION  Page 2**

| LOC | PART NO. | DESCRIPTION | QTY |
|---|---|---|---|
| 26-02 | 244-11426 | ELEMENT, HOT SECTION FIRE SENSING | 3 |
| 26-03 | 70017-M00000 | CONNECTOR, FIRE LOOP | 1 |
| 26-04 | 244-03615 | ELEMENT, MLG O/H | 1 |
| 26-04 | 244-07188 | ELEMENT, ACCY SECTION FIRE SENSING | 1 |
| 26-04 | 244-21086 | ELEMENT, APU FIRE SENSING | 1 |
| 26-05 | 244-12086 [ALT# 600-55000-1] | ELEMENT, PYLON FIRE SENSING | 1 |
| 26-06 | 377-02838 | UNIT, FIRE DETECTION | 1 |
| 27-01 | 8-405-04 | SWITCH, PROXIMITY | 1 |
| 27-02 | 8-405-34 | SWITCH, PROXIMITY | 4 |
| 27-03 | 8-060-16 | BOARD, SERVO MONITOR | 1 |
| 27-04 | 600-93000-103 | UNIT, ASYMMETRY DECT& BRAKE | 1 |
| 27-09 | 600-91100-3 [ALT AL00102] | ACTUATOR, AIL + RDR TRIM | 1 |
| 27-14 | 600-75123-65 | HOSE, ELEVATOR PCU | 1 |
| 27-15 | 600-59147-5 | UNIT, SPOILER CONTROL | 1 |
| 27-18 | 600-93000-69 | CABLE ASSY | 1 |
| 28-01 | 798080 | PACKING, GASK-O-SEAL | 2 |
| 28-02 | 600-59180-1 | SWITCH, PRESSURE | 1 |
| 28-03 | 600-62966-21 | PUMP, FUEL BOOST | 1 |
| 28-04 | AV-1692082-1 | VALVE, FUEL CROSS FLOW | 1 |
| 28-05 | 600-62734-1 | GASKET, BOOST PUMP | 2 |
| 28-06 | 600-62684-3 | GASKET, FUEL DRAIN | 1 |
| 28-06 | 2774184-101 | BODY, FUEL DRAIN | 1 |
| 28-07 | 2652559 | CHAIN ASSY, FUEL CAP | 1 |
| 29-01 | AC-3258F1297J | ELEMENT, HYD RETURN FILTER | 6 |
| 29-02 | AC-9607F10Y3 | ELEMENT, HYD PRESS FILTER | 6 |
| 29-03 | AC-7031F8 | ELEMENT, HYD CASE DRAIN FILTER | 6 |
| 29-04 | 600-59174-17 | TRANSDUCER, HYD PRESSURE | 1 |
| 29-06 | 600-75226-44 | TUBE, HYDRAULIC | 1 |
| 29-07 | 171235D206C | LINE, #3 HYDRAULIC PUMP PRESS. | 1 |
| 29-BOTTOM | 600-75113-5 [ALT 622738] | PUMP, ENGINE DRIVEN HYD | 1 |
| 29-BOTTOM | 63106-03 | PUMP, ELECTRIC DRIVEN HYD | 1 |
| 30-01 | 729044D | VALVE, WING ANTI-ICE | 1 |
| 30-04 | 871-BN3-2 | DETECTOR, ICE | 1 |
| 32-01 | 600-87000-27 | UNIT, SKID CONTROL | 1 |
| 32-02 | 600-50989-9 | UNIT, LANDING GEAR CONTROL | 1 |
| 32-04 | 600-75136-3 | ACTUATOR, NOSE GEAR DOOR | 1 |
| 32-06 | 600-87000-3 | VALVE, ANTI SKID | 1 |
| 32-07 | 601-57788-29 | HARNESS, STEER-BY-WIRE | 1 |
| 32-11 | 600-87000-5 | TRANSDUCER, ANTI SKID | 1 |
| 32-12 | 5004875 | SEAL, MAIN WHEEL GREASE | 9 |
| 32-13 | 5004682 | RETAINER | 2 |
| 32-14 | 5004876 | RING, RETAINER | 2 |
| 32-15 | 5004683 | RING, RETAINER | 2 |
| 32-16 | L-610510 | CUP, BEARING | 2 |
| 32-17 | L-610549 | CONE, BEARING | 2 |
| 32-18 | L-305810 | CUP, MAIN WHEEL BEARING | 2 |
| 32-19 | L-305549 | CONE, BEARING | 2 |
| 32-20 | 13621 | CUP, NOSE WHEEL BEARING | 2 |
| 32-21 | MS/28775/269 [AN-6230-47] | PACKING, NOSE WHEEL | 14 |
| 32-22 | 9522543 | PACKING, MAIN WHEEL | 5 |
| 32-23 | 600-85002-11 [ALT 150446002] | VALVE,NLG STEERING SELECTOR | 1 |
| 32-25 | 8190 | FUSE, BRAKE HYDRAULIC | 1 |
| 32-26 | 13685 | CONE, NOSE WHEEL BEARING | 2 |

TB 00224

06/21/99  08:48  FAX 7033613170
11/09/1998  16:39   2815399883

EMERALD AVIATION
UNION CAMP AVIATION

☑07
PAGE  83

DATE: November 6, 1998   LOCATION Page 3

| LOC | PART NO. | DESCRIPTION | QTY |
|-----|----------|-------------|-----|
| 32-28 | 5011064 | SEAL, NOSE WHEEL BEARING | 2 |
| 32-28 | 600-85076-17 | CABLE ASSY | 1 |
| 32-29 | 622EN1-6 | SWITCH | 1 |
| 32-30 | 600-75130-31 | LINE ASSY, MLG BRAKE (inbd L/H,outbd R/H) | 1 |
| 32-31 | 600-75130-35 | LINE ASSY, MLG BRAKE (inbd R/H,outbd L/H) | 1 |
| 32-32 | 8002627 | FILTER, ANTI-SKID VALVE | 4 |
| 32-33 | CSK 6287 | KIT, STRUT REPACK | 4 |
| 32-33 | MS28775-137 | O-RING | 3 |
| 32-34 | CSK 6279 | KIT, NOSE GEAR SEAL | 1 |
| 34-01 | 400-6 | SPEED BUGS | 10 |
| 34-03 | 4020571-903 | COMPUTER, V-NAV | 1 |
| 34-06 | 21105-1-02 | UNIT, DATA INTERFACE | 1 |
| 34-08 | 5212-700000 | CARTRIDGE, WAVEGUIDE DESICCATOR | 0 |
| 34-08 | L64185-100 | KIT, WAVEGUIDE DESICCATOR | 1 |
| 34-09 | 622-1233-001 | TRANSCEIVER, DME | 1 |
| 34-10 | AC7883748 | PANEL, INS CONTROL | 1 |
| 36-01 | 979626-3-1 | VALVE, BLEED AIR ISOLATION | 1 |
| 49-01 | 3888000-2 | UNIT, IGNITION | 1 |
| 49-02 | 519892-6-1 | STARTER | 1 |
| 49-03 | 3888001-4 | IGNITION LEAD | 1 |
| 49-04 | 2117406-7 | ECU | 1 |
| 49-05 | 831125-1 | KIT, INSPECTION | 4 |
| 49-06 | AC-9913F1 | ELEMENT, FILTER | 4 |
| 49-07 | AC-8040F1240 | ELEMENT, FILTER | 1 |
| 49-08 | 3882440-1 | FILTER, FUEL | 1 |
| 49-08 | S-9412-138 | PACKING | 1 |
| 49-08 | S-9412-212 | PACKING | 1 |
| 49-09 | 109776-4-2 | VALVE, LOAD CONTROL | 1 |
| 49-10 | AV-2381149-1 | VALVE, 3-WAY APU FUEL | 1 |
| 49-13 | 600-97042-15 | INSULATOR, APU EXHAUST | 1 |
| 49-14 | 399-535-9003 | HOSE | 2 |
| 50-01 | 600-31707-1 | ACTUATOR, PASSENGER DOOR | 1 |
| 50-02 | 600-12109-26 | LENS, LANDING LIGHT | 1 |
| 50-02 | 600-12109-25 | LENS, LANDING LIGHT | 1 |
| 50-02 | 600-12113-1 | GASKET, LANDING LIGHT LENS | 1 |
| 50-03 | 600-62670-31 | ASSEMBLY, TUBE | 1 |
| 50-04 | 600-10906-21 | -SEAL | 6 |
| 50-05 | 600-10185-7 | SEAL, FUEL PANEL | 2 |
| 50-05 | 600-10185-3 | SEAL, FUEL PANEL | 3 |
| 50-06 | 600-10051-43 | STRIP, PHENOLIC | 2 |
| 50-06 | 600-62733-3 | GASKET | 2 |
| 50-06 | 600-10188-1 | GASKET | 1 |
| 50-06 | 600-01089-1 | GASKET | 1 |
| 50-07 | S-4506 | SEAL | 30ft |
| 50-08 | S-4551 | SEAL | 16ft |
| 50-09 | 600-31058-127 | SEAL | 1 |
| 50-09 | 600-31587-126 | SEAL | 1 |
| 50-09 | 600-37174-3 | SEAL | 2 |
| 50-22 | M61934-2-10A018 | BEARING SLEEVE | 2 |
| 50-TOP | 600-10073-3 | SEAL | 2 |
| 50-TOP | 600-10360-7 | SEAL | 1 |
| 50-TOP | 600-10360-8 | SEAL | 1 |
| 50-TOP | 600-14016-17 | SEAL | 1 |
| 50-TOP | 600-14533-7 | SEAL | 0 |

TB 00225

**DATE: November 6, 1998    LOCATION  Page 4**

| LOC | PART NO. | DESCRIPTION | QTY |
|---|---|---|---|
| 50-TOP | 600-15433-5 | SEAL | 1 |
| 50-TOP | 600-33043-41 | SEAL NG DOOR | 1 |
| 70-01 | 600-59131-5 | CONDITIONER, VIBE SIGNAL | 1 |
| 70-02 | 3505364-1-2 | STARTER | SCRAP |
| 70-03 | 600-59131-1 | ACCELEROMETER | 1 |
| 70-03 | 600-59131-3 (6917M35-133) | CABLE ASSY, ENG VIBE | 1 |
| 70-04 | 2-303-028-01 ( on board A/C) | EXCITER, IGNITION | 1 |
| 70-05 | 2-303-052-04 | CONTROLLER, OVERSPEED | 1 |
| 70-06 | 2-303-253-01 | VALVE | 1 |
| 70-07 | 2-303-251-01 | STRUT | 1 |
| 70-08 | 2-303-469-01 | COVER | 2 |
| 70-11 | 2-303-175-02 | VALVE | 1 |
| 70-12 | 2-303-150-01 | KIT, ENGINE INLINE FUEL FILTER | 4 |
| 70-13 | 2-303-893-01 | SEAL, INTERSHAFT | 1 |
| 70-14 | 2-300-387-05 | PLATE | 1 |
| 70-15 | 2-303-546-01 | DETECTOR, CHIP | 1 |
| 70-16 | 2-193-420-01 | ASSEMBLY, ADAPTOR | 1 |
| 70-17 | 2-173-560-01 | ASSEMBLY, BRACKET | 1 |
| 70-18 | 2-303-170-03 | KIT, FUEL FILTER | 4 |
| 70-19 | 898930-7-2 | VALVE, ENGINE START | 1 |
| 70-22 | 2-303-033-03\05 | SPEED PU | 1 |
| 70-23 | 2-300-888-02 | TUBE | 2 |
| 70-24 | 2-303-587-01 | LEAD | 2 |
| 70-25 | 2-300-385-01 | GASKET | 1 |
| 70-26 | 2-160-431-01 | GASKET, MOTIVE FLOW | 20 |
| 70-27 | K-600-62043-7 | STRIP, T/R RUB | 1 |
| 70-28 | 215-0200-41 | STRIP, T/R RUB | 2 |
| 70-29 | 600-60901-3 | SEAL, T/R SLEEVE | 2 |
| 70-29 | NAS-1992-2T | SCREW FOR 600-60901-3 | 9 |
| 70-30 | 215-0608-501 | CASCADE, STRAIGHT | 2 |
| 70-31 | 215-0608-503 | CASCADE, ANGLED | 2 |
| 70-32 | 215-0608-504 | CASCADE, ANGLED | 2 |
| 70-33 | MS-9135-01 | GASKET | 6 |
| 70-33 | MS-9136-01 | GASKET | 6 |
| 70-34 | 602EN120-6 | MICRO SWITCH, THRUST REVERSER | 1 |
| 70-35 | 2-160-364-01 | GASKET | 5 |
| 70-36 | 2-303-743-01 | LEAD, IGNITION | 2 |
| 70-37 | 2-303-742-02 | LEAD, IGNITION | 2 |
| 70-39 | 2-303-025-01 | LEAD, EXCITER "A" | 1 |
| 70-40 | 2-303-079-01 | LEAD, EXCITER "B" | 2 |
| 70-41 | 3272534-2 | ACTUATOR, THRUST REVERSER | 1 |
| 70-42 | 2-300-711-01 | FLOW DIVIDER | 1 |
| 70-44 | 2-303-247-02 | ADAPTER, BYPASS VALVE | 1 |
| 70-47 | 600-37145-2 | SEAL | 1 |
| 70-48 | 220-478673-004 | DIGITAL DISPLAY | 1 |
| 70-TOP | 2-310-052-02 | HARNESS | 1 |
| 70-TOP | 215-0888-575 | SUPPORT, FIRE WIRE | 1 |
| 70-TOP | 215-0888-576 | SUPPORT, FIRE WIRE | 1 |
| BLT-03-1 | NAS-6603-1 | BOLT | |
| BLT-03-2 | NAS-6603-4 | BOLT | |
| BLT-1-1 | NAS-6204-3D | BOLT | 6 |
| BLT-1-2 | NAS-6204-8 | BOLT | 16 |
| BLT-1-3 | NAS-6204-9D | BOLT | 10 |
| BLT-1-4 | NAS-6204-10D | BOLT | 23 |
| BLT-1-5 | NAS-6204-11D | BOLT | 12 |
| BLT-1-6 | NAS-6204-12D | BOLT | 13 |

PARTS INVENTORY SUBJECT TO INSPECTION
AND DELETION.

TB 00226

**From**        Ed Dahlberg

**Subject**      Challenger 600 S/N I 1023

Following are the specifications and rouggh scetch of the interior layout on the Challenger 600.

I received the following quote from **Bill WWoods At Capital Aviation, (Phone 405 495 1141) in Oklahoma:**

Interior- all leather fireblocked with new f foam to restyle
seats to your specs, carpet headliner, siddepanels,
cockpit to baggage area                                      $137,000

Re-laminate all woodwork in interior                          $58,500

Satin Brass or gold plating on all interior r fixtures        $29,500

Total                        **$225,0000**

Thanks and best regards.

Manassas Regional Airport • 9998 Wakeman Drinve • Suite 212 • Manassas, Virginia 20110-2702
703-361-3330 • Fax: 703-361-3-3170 • Email: Planebiz@aol.com

06·21·98  08:18  FAX 7035361710        EEMERALD AVIATION        @09

**TB 00227**