UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6111-Civ-Dimitrouleas/Johnson

TURNBERRY CHARTERS, INC.

    Plaintiff,

vs.

INTERNATIONAL PAPER COMPANY

    Defendant.

_____/



## **DEFENDANT'S EXPERT WITNESS DISCLOSURE**

Richard A. Asper, Chairman
Aviation Professionals Group
Aviation Professionals Building, Penthouse
1041 S.E. 17th Street
Fort Lauderdale FL 33316
(954) 763-4848

    Defendant anticipates that Mr. Asper will testify, based upon his review and inspection of the subject Challenger #1023 aircraft, as well all relevant documentation on the aircraft, pleadings in the case, deposition and exhibit review, and based on his own education, experience and professional training. He is expected to testify as to the quality, value, appreciation and workmanship of the improvements made to the Challenger #1023 together with the value of the additional spare parts which Plaintiff contends are an element of its damages.  Further, in rebuttal to Plaintiff's breach of contract claims, Mr. Asper is expected to testify regarding recognized industry standards for an offer and subsequent contract for the purchase of aircraft and will opine as to the lack of contract for purchase between the parties in this case. Mr. Asper has not yet prepared a written report.



Mr. Asper's CV is attached hereto as Exhibit 1.

Mr. Asper has been recognized and accepted as an expert in aviation by several courts. A partial listing of his recent retention and/or testimony is attached hereto as Exhibit 2.

Respectfully submitted,

HOLLAND & KNIGHT LLP
Attorneys for Defendant
One East Broward Boulevard, Suite 1300
Post Office Box 14070
Fort Lauderdale, FL 33302-4070
(954) 525-1000
(954) 463-2030 - fax
email: hkeith@hklaw.com

By: _____
Heather C. Keith
Florida Bar No. 905690

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 15th day of December, 2000, a true and correct copy of the foregoing has been furnished via fax and U.S. Mail to: David H. Reimer, Attorney for Plaintiff, Reimer & Rosenthal, LLP, 3801 Hollywood Blvd., Suite #350, Hollywood, Florida 33021.

HOLLAND & KNIGHT LLP
Attorneys for Defendant

By: _____
Heather C. Keith
Florida Bar No. 905690

FTL1 #522059 v1

EXHIBIT "1"



# *Aviation Professionals Group*

*Members:*
*Aviation Legal Group, P.A.*
*International Aerospace Solutions, Inc.*
*Wolcott & Associates, P.A.*

## AIRCRAFT EVALUALTION EXPERIENCE

*RICHARD A. ASPER, Chairman*
*Aviation Professionals Group*
*Aviation Professionals Building*
*1041 Southeast 17th Street, Penthouse*
*Fort Lauderdale, Florida 33316*
*Telephone (954) 763-4848*
*Facsimile (954) 763-4240*
*Email: ricka@aviation-professionals.com*

### Evaluation Background Narrative

Rick Asper was released from active duty from the US Army in late 1969. His experience as a frequent flying courier, and other missions involving use of multiple kinds of Army and Air Force aircraft, convinced him that aviation was to be his career. Early the following year he was one of several founders of one of the first intrastate jet airlines in the US, and while at Air California (later purchased by American Airlines) he was one of the first to negotiate used jet aircraft with Boeing. Word of his expertise in this regard became known, and during his three years in law school, from 1972 to 1975, he frequently supplemented his Air California earnings by consulting with small airlines in other parts of the country relative to aircraft purchase, evaluation, sale and lease. As president of Urbanus Communications (an aviation consulting company owned by a fellow Air California founder) he became one of the founding members of the Commuter Airline Association of America in the mid-1970's, and was best known as an aircraft evaluator, frequently for California banks such as Security Pacific, Tokai, United California, and Westgate (the Air California lender).

*Aviation Professionals, Inc.*

Mr. Asper formed his first aviation consulting company after graduation from law school in 1975, Asper, Elder, Bozell and Jacobs, Inc. (a subsidiary of a large national advertising agency, Bozell & Jacobs, Inc.), and thereafter became active in international aircraft evaluations for buyers, sellers and lenders around the world. He formed Airline Solutions, Inc. in 1979, and Richard A. Asper, P.A., a Delaware professional association, in 1986. In the early 1990's Mr. Asper co-founded the Aviation Professionals Group ("APG"), a group of three professional practices, consisting of aviation tax experts and accountants, aviation attorneys, and aviation technical experts. Mr. Asper now serves as the Chairman of the APG. Through these various entities Mr. Asper has appraised or conducted aircraft value opinion statements, during the last three decades, in excess of three thousand appraisals, evaluations, or value opinions. Mr. Asper sits on the board of directors of several companies, including Gateway American Bank of Florida, an aircraft lender.

## Professional Associations
(Partial List)

Aircraft Owners & Pilots Association; National Business Aircraft Association; Regional Airline Association; Cessna Owners Association; American Bonanza Society; Southeastern Bonanza Association; Friends of Piper; Air Transport Association; International Civil Aeronautics Organization; International Society of Transport Aircraft Trading; Florida Aviation Trades Association.

## Seminars Conducted
(Partial List)

Lockheed Owners Aging Aircraft Symposium; Aircraft Finance Documentation; Turbine Aircraft Appraisal Points; Trends in Regional Airliners; Financing Commuter Aircraft; International Aircraft Repossessions; Piston Aircraft Appraisal Points; Aircraft Long Range Residual Value Prediction for Lessors; Documenting Corporate Jet Transactions; Sales Documentation for Aircraft Brokers; The Aircraft Owner and Banker Relationship.

2

## Aircraft Evaluation Clients - Corporations
(Partial List)

Levitz Furniture; Southeast Toyota; JM Family Enterprises; Approximately 16 airlines (including Air Midwest, Northeastern, Pompano Airways, South African Airways, Business Express, Cayman Airways, Halisa, Congo Air, etc.); Rovair Enterprises; Southern Jet; Africair; Bede Aircraft; Beech Aircraft; Raytheon; Comair South Africa; Aerocentro Venezuela; Aerotec Germany; International Jet Traders; Berard Aviation; Atlanta Jet, Millennium Aviation, and a list approximately 400 clients in length.

## Aircraft Appraisal Clients - Lenders
(Partial List)

JODA Finance, Bank of America (and formerly Barnett Bank & NCNB); Lease Financing Corporation; Southeast Bank; Citicorp; Citibank; MCorp; Security Pacific; Kawasaki-Japan; McDonnell Douglas Finance Corporation; Beech Acceptance Corporation; Raytheon Aircraft Credit, Aerocapas; CIBC; Bank of America; Gateway American Bank of Florida; Hamilton Bank; Die Karntner Austria; Bank of Boston Nassau; Bank of Nova Scotia; Mid Pacific Bank NV; United National Bank; and a list of approximately 35 other institutional and private aircraft lenders.

EXHIBIT "2"

## AVIATION EXPERT EXPERIENCE
(Partial List)

*RICHARD A. ASPER, Chairman*
*Aviation Professionals Group*
*Aviation Professionals Building*
*1041 Southeast 17th Street, Penthouse*
*Fort Lauderdale, Florida 33316*
*Telephone (954) 763-4848*
*Facsimile (954) 763-4240*
*Email: ricka@aviation-professionals.com*

Lease Financing Corp. vs. National Commuter Airlines (Pennsylvania Federal Court – 1983)

Air Florida Bankruptcy proceeding (Bankruptcy Court – Miami – 1985)

Pocono Airlines Bankruptcy proceedings (Bankruptcy Court – Scranton PA – 1986)

Miru Savitsky, et al, vs. Air Sunshine Inc., et al, 17th Judicial Circuit, Florida, Case 91-02178

Innovest Berhard vs. European Aircraft Corp., 17th Judicial Circuit, Florida, Case 97-19370

Gateway American Bank of Florida vs. Gramco Development Corp., 17th Judicial Circuit, Florida, Case 97-18467

Thomas F. Luken vs. L & E Exports, et al, 17th Judicial Circuit, Florida, Case 97-16755

USA Jet Airlines, Inc. vs. Challenge Air Cargo, Inc., 11th Judicial Circuit, Florida, Case 98-13408

Millennium Aero Parts, Inc. vs. National Aviation Services, Inc., 11th Judicial Circuit, Florida, Case 00-002499