UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6111-CIV-DIMITROULEAS

TURNBERRY CHARTERS, INC.,

Plaintiff,

vs.

INTERNATIONAL PAPER COMPANY,

Defendant.
_____/

## ORDER

THIS CAUSE is before the Court upon Defendant, International Paper Company's Motion for Enlargement of Time to Conduct Depositions, or Alternatively, to Exclude Evidence, filed herein on December 15, 2000. The Court notes that Defendant fail to comply with Southern District of Florida, Local Rules 7.1.A.2[1] and 7.1.A.4. The Court has carefully considered the motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion for Enlargement of Time is hereby **GRANTED**. The parties shall have until February 1, 2000 to complete the three depositions. The Court notes that no other deadlines shall be affected by this Order; and

---

[1] Local Rule 7.1.A.2 states that all motions shall be accompanied by a proposed order. Local Rule 7.1.A.4 states: Every motion when filed shall also be accompanied by stamped, addressed envelopes for each party entitled to notice of the Order when issued by the Judge. The Court notes that attorneys who practice in the Southern District of Florida are charged with knowing and complying with the local rules



2. Defendant's Motion to Exclude Evidence is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this ___19___ day of December, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

David Harris Reimer, Esq.
Richard C. Hutchison, Esq.