UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6111-Civ-Dimitrouleas/Johnson

TURNBERRY CHARTERS, INC.

Plaintiff,

vs.

INTERNATIONAL PAPER COMPANY

Defendant.
_____/

### DEFENDANT, INTERNATIONAL PAPER COMPANY'S NOTICE OF FILING

**DEFENDANT, INTERNATIONAL PAPER COMPANY,** by and through its undersigned counsel, hereby gives notice of filing the following:

1. Original Certificate of Non-Appearance of the Corporate Representative of Jet Center Interiors;

2. original Certificate of Non-Appearance of Morris Shirzai, a/k/a Mayer Shirazipour; and

3. original Certificate of Non-Appearance of the Corporate Representative of Aero Toy Store.

These certificates are referenced in International Paper's Motion and Memorandum of Law for Enlargement of Time to Conduct Depositions or Alternatively, to Exclude Evidence, previously filed on December 15, 2000, as well as for use at any other motion or hearing, including trial of this matter.



CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this _20th_ day of December, 2000, a true and correct copy of the foregoing has been furnished via U.S. Mail to: David H. Reimer, Attorney for Plaintiff, Reimer & Rosenthal, LLP, 3801 Hollywood Blvd., Suite #350, Hollywood, Florida 33021.

HOLLAND & KNIGHT LLP

Attorneys for International Paper

One East Broward Boulevard, 13th Floor
P.O. Box 14070
Fort Lauderdale, FL 33302-4070
Tel: (954) 525-1000
Fax:(954) 463-2030

By: _/s/ Heather C. Keith_
Richard C. Hutchison
Florida Bar No. 709360
Heather C. Keith
Florida Bar No. 905690

FTL1 #522820 v1

```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2
            CASE NO.  00-6111-CIV-(DIMITROULEAS/Johnson)
 3
     TURNBERRY CHARTERS, INC.,
 4
                      Plaintiff,
 5
     vs.
 6
     INTERNATIONAL PAPER COMPANY,
 7
                      Defendant.
 8   _____/

 9                 CERTIFICATE OF NON-APPEARANCE

10              I, RICHARD GREENSPAN, Registered Merit
     Reporter and Certified Realtime Reporter, do hereby
11   certify that I was present at the offices of Holland &
     Knight, LLP., One East Broward Boulevard, #1300, Ft.
12   Lauderdale, FL 33301 on December 15, 2000 for the
     purpose of reporting the deposition of the Corporate
13   Representative of Jet Center Interiors, scheduled to
     begin at 2:00 p.m., and that the deponent did not
14   appear.

15              Dated this ____ day of _____, 2000

16

17                   Richard Greenspan, RMR, CRR
                     Knipes-Cohen/Spherion Court Reporting
18                   1400 Centrepark Boulevard, Suite 960
                     West Palm Beach, Fl 33401
19
     STATE OF FLORIDA
20   COUNTY OF PALM BEACH

21              Sworn to and subscribed before me this
                18th day of December, 2000 by
22              Richard Greenspan, who is personally
                known to me.
23
                Notary Public - State of Florida
24                                        GAIL GOLDSTEIN
                                          MY COMMISSION # CC 767408
                                          EXPIRES: September 7, 2002
                                          Bonded Thru Notary Public Underwriters
25

                 KNIPES-COHEN/SPHERION COURT REPORTING
                            (561) 478-0401
```

```
 1                UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
 2
          CASE NO.   00-6111-CIV-(DIMITROULEAS/Johnson)
 3
     TURNBERRY CHARTERS, INC.,
 4
                    Plaintiff,
 5
     vs.
 6
     INTERNATIONAL PAPER COMPANY,
 7
                    Defendant.
 8   _____/

 9                 CERTIFICATE OF NON-APPEARANCE

10            I, RICHARD GREENSPAN, Registered Merit
     Reporter and Certified Realtime Reporter, do hereby
11   certify that I was present at the offices of Holland &
     Knight, LLP., One East Broward Boulevard, #1300, Ft.
12   Lauderdale, FL  33301 on December 15, 2000 for the
     purpose of reporting the deposition of the Morris
13   Shirazi, a/k/a Mayer Shirazipour, scheduled to begin
     at 12:00 noon, and that the deponent did not appear.
14
              Dated this ____ day of _____, 2000
15

16
                    Richard Greenspan, RMR, CRR
17                  Knipes-Cohen/Spherion Court Reporting
                    1400 Centrepark Boulevard, Suite 960
18                  West Palm Beach, Fl 33401

19   STATE OF FLORIDA
     COUNTY OF PALM BEACH
20
                    Sworn to and subscribed before me this
21                  18th day of December, 2000 by
                    Richard Greenspan, who is personally
22                  known to me.

23                  Notary Public - State of Florida.

24                                          GAIL GOLDSTEIN
                                      MY COMMISSION # CC 767408
                                      EXPIRES: September 7, 2002
25                                    Bonded Thru Notary Public Underwriters

                KNIPES-COHEN/SPHERION COURT REPORTING
                           (561) 478-0401
```

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

           CASE NO.  00-6111-CIV-(DIMITROULEAS/Johnson)

     TURNBERRY CHARTERS, INC.,

                    Plaintiff,

     vs.

     INTERNATIONAL PAPER COMPANY,

                    Defendant.
     _____/

                    CERTIFICATE OF NON-APPEARANCE

              I, RICHARD GREENSPAN, Registered Merit
     Reporter and Certified Realtime Reporter, do hereby
     certify that I was present at the offices of Holland &
     Knight, LLP., One East Broward Boulevard, #1300, Ft.
     Lauderdale, FL  33301 on December 15, 2000 for the
     purpose of reporting the deposition of the Corporate
     Representative of Aero Toy Store, scheduled to begin
     at 9:00 a.m., and that the deponent did not appear.

              Dated this  18th  day of  December  , 2000


                    Richard Greenspan, RMR, CRR
                    Knipes-Cohen/Spherion Court Reporting
                    1400 Centrepark Boulevard, Suite 960
                    West Palm Beach, Fl 33401

     STATE OF FLORIDA
     COUNTY OF PALM BEACH

                    Sworn to and subscribed before me this
                    18th day of December, 2000 by
                    Richard Greenspan, who is personally
                    known to me.
                    Notary Public - State of Florida.
```

GAIL GOLDSTEIN
MY COMMISSION # CC 767408
EXPIRES: September 7, 2002
Bonded Thru Notary Public Underwriters

KNIPES-COHEN/SPHERION COURT REPORTING
(561) 478-0401