cv-06111-WPD    Document 37    Entered on FLSD Docket 01/17/2001

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6111-CIV-DIMITROULEAS/JOHNSON

TURNBERRY CHARTERS, INC.,

    Plaintiff,

vs

INTERNATIONAL PAPER COMPANY,

    Defendant.

_____/

### ORDER

**THIS CAUSE** is before the Court on Defendant's Motion to Preclude Evidence Regarding Plaintiff's Alleged Damages, or Alternatively, to Compel Plaintiff to Re-Designate a Rule 30(b)(6) Witness to Testify as to Damages and Incorporated Memorandum of Law, filed December 8, 2000. This Court has reviewed the pleadings filed incident to this matter and is otherwise duly advised in t he premises. Accordingly it is hereby

**ORDERED AND ADJUDGED** that said motion is **GRANTED IN PART AND DENIED IN PART** without prejudice. Defendant's motion to the extent it seeks an order precluding evidence from trial is denied without prejudice and with leave to renew said request should it be appropriate with Judge Dimitrouleas, as the undersigned has no authority to grant the relief requested. Defendant's motion to the extent it seeks an order compelling Plaintiff to re-designate a Rule 30(b)(6) witness to testify as to damages is granted. Plaintiff's counsel is ordered to confer with Defendant's counsel within two (2) days from the date hereof and agree upon a mutually acceptable date within which to



depose said re-designated witness. Deposition of said re-designated witness shall take

place within seven (7) days from the date hereof.

**DONE AND ORDERED** on January 1₀, 2001, in Chambers, at West Palm Beach,

Florida.

LINNEA R. JOHNSON
CHIEF UNITED STATES MAGISTRATE JUDGE

CC:   The Honorable William P. Dimitrouleas
      Moving Party, Richard C. Hutchison, Esquire
      shall fax a copy of the within Order to all counsel

2