UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6111-CIV-DIMITROULEAS

TURNBERRY CHARTERS, INC.,

    Plaintiff,

vs.

INTERNATIONAL PAPER COMPANY,

    Defendant.
_____/

### ORDER TO SHOW CAUSE

THIS CAUSE is before the Court sua sponte. The Court notes that Defendant, International Paper Company filed a Motion for Summary Judgment on December 21, 2000. The time for Plaintiff to file a timely response has passed, and Plaintiff has failed to file a Response to Defendant's Motion. Southern District of Florida, Local Rule 7.1.C states that failure to file an opposing motion in a timely manner "may be deemed sufficient cause for granting the motion by default."

**ORDERED AND ADJUDGED** that Plaintiff is Ordered to Show Cause as to why a Response to Defendant's Motion for Summary Judgment has not been filed, and why this Court should not grant said Motion by Default. Plaintiff shall file a Response to this Order to Show Cause and a Response to the Motion for Summary Judgment by January 25, 2001. Failure to



Respond to the Order or the Motion may result in immediate dismissal and other sanctions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this ___18___ day of January, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

David Harris Reimer, Esq.
Richard C. Hutchison, Esq.