UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6111-Civ-Dimitrouleas/Johnson

TURNBERRY CHARTERS, INC.

    Plaintiff,

vs.

INTERNATIONAL PAPER COMPANY

    Defendant.

_____/

**NIGHT BOX FILED**
JAN 1 9 200'
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### NOTICE OF INTENT TO SERVE SUBPOENA DUCES TECUM FOR DEPOSITION

YOU ARE HEREBY NOTIFIED that the undersigned has issued and will attempt to serve the attached Subpoenas Duces Tecum upon the following: Aero Toy Store; Morris Shirazi, a/k/a Mayer Shirazipour; and Jet Center Interiors, who are not parties, to produce the items listed at the time and place specified in the Subpoena.

CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 19th day of January, 2001, a true and

correct copy of the foregoing has been furnished via U.S. Mail to: David H. Reimer,

Attorney for Plaintiff, Reimer & Rosenthal, LLP, 3801 Hollywood Blvd., Suite #350,



Hollywood, Florida 33021.

HOLLAND & KNIGHT LLP

Attorneys for International Paper

One East Broward Boulevard, 13th Floor
P.O. Box 14070
Fort Lauderdale, FL 33302-4070
Tel: (954) 525-1000
Fax:(954) 463-2030

By: *[signature]*

Richard C. Hutchison
Florida Bar No. 709360
Heather C. Keith
Florida Bar No. 905690

FTL1 #520047 v1