UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6111-CIV-(DIMITROULEAS/Johnson)

TURNBERRY CHARTERS, INC.

     Plaintiff,

vs.

INTERNATIONAL PAPER COMPANY

     Defendant.

_____/

**NIGHT BOX**
**FILED A ↙**

JAN 1 9 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## FIRST RE-NOTICE OF TAKING DEPOSITIONS DUCES TECUM

TO:   David H. Reimer
      Reimer & Rosenthal, LLP
      3801 Hollywood Blvd., Suite #350
      Hollywood, FL 33021

     PLEASE TAKE NOTICE that Defendant will take the deposition of the

following person on the date, time and at the location specified.

| Name: | Location/Date/Time: |
|---|---|
| **Corporate Representative**<br>**Aero Toy Store** | **Holland & Knight LLP**<br>**1 East Broward Blvd., #1300**<br>**Ft. Lauderdale, FL  33301** |
| | **January 29, 2001 at 10:00 a.m.** |
| **Morris Shirazi**<br>a/k/a Mayer Shirazipour | **1:00 p.m. – January 29, 2001** |
| **Corporate Representative**<br>**Jet Center Interiors** | **3:00 p.m. – January 29, 2001** |

upon oral examination, before Spherion Court Reporting, or any other officer duly

authorized to administer oaths by the laws of the State of Florida.  The deposition

will continue from hour to hour and from day to day until completed.    The

deposition is being taken for the purpose of discovery, and for use at trial, or both of

the foregoing, or for such other purposes as are permitted under the applicable and

governing rules.

Respectfully submitted,

HOLLAND & KNIGHT LLP
Attorneys for International Paper
One East Broward Blvd., Suite #1300
Ft. Lauderdale, FL 33301
Telephone (954) 525-1000
Fax (954) 463-2030

By: _____
Richard C. Hutchison
Florida Bar No. 709360

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been
served via U.S. Mail to Plaintiff's counsel David H. Reimer at Reimer & Rosenthal,
LLP, 3801 Hollywood Blvd., Suite #350, Hollywood, FL 33021 on this ___ day of
January, 2001.

By: _____
Richard C. Hutchison
Florida Bar No. 709360

cc:    Spherion Court Reporting

FTL1 #526428 v1