FILED BY ___

2001 JAN 24 PH 3: 10

CLERK, U.S. DIST. CT.
S.D. OF FLA - FTL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6111-CIV-(DIMITROULEAS/Johnson)

TURNBERRY CHARTERS, INC.

    Plaintiff,

vs.

INTERNATIONAL PAPER COMPANY

    Defendant.

_____/

### SECOND RE-NOTICE OF TAKING DEPOSITIONS DUCES TECUM

TO:  David H. Reimer
Reimer & Rosenthal, LLP
3801 Hollywood Blvd., Suite #350
Hollywood, FL 33021

PLEASE TAKE NOTICE that Defendant will take the deposition of the following person on the date, time and at the location specified.

| Name: | Location/Date/Time: |
|---|---|
| **Morris Shirazi** a/k/a **Mayer Shirazipour** | **Holland & Knight LLP**<br>**1 East Broward Boulevard**<br>**Suite 1300**<br>**Ft. Lauderdale, Florida**<br><br>**10:00 a.m. – February 1, 2001** |
| **Corporate Representative**<br>**Jet Center Interiors** | **10:30 a.m. – February 1, 2001** |
| **Corporate Representative**<br>**Aero Toy Store** | **11:00 a.m. – February 1, 2001** |



upon oral examination, before Spherion Court Reporting, or any other officer duly authorized to administer oaths by the laws of the State of Florida. The deposition will continue from hour to hour and from day to day until completed. The deposition is being taken for the purpose of discovery, and for use at trial, or both of the foregoing, or for such other purposes as are permitted under the applicable and governing rules.

Respectfully submitted,

HOLLAND & KNIGHT LLP
Attorneys for International Paper
One East Broward Blvd., Suite #1300
Ft. Lauderdale, FL 33301
Telephone (954) 525-1000
Fax (954) 463-2030

By: _____
Richard C. Hutchison
Florida Bar No. 709360

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via U.S. Mail to Plaintiff's counsel David H. Reimer at Reimer & Rosenthal, LLP, 3801 Hollywood Blvd., Suite #350, Hollywood, FL 33021 on this 24 day of January, 2001.

By: _____
Richard C. Hutchison
Florida Bar No. 709360

cc:  Spherion Court Reporting

FTL1 #526929 v1