UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6111-CIV-(DIMITROULEAS/Johnson)

TURNBERRY CHARTERS, INC.

    Plaintiff,

vs.

INTERNATIONAL PAPER COMPANY

    Defendant.
_____/

### THIRD RE-NOTICE OF TAKING 30(b)(6) DEPOSITION DUCES TECUM OF PLAINTIFF'S CORPORATE REPRESENTATIVE

TO:  David H. Reimer
      Reimer & Rosenthal, LLP
      3801 Hollywood Blvd., Suite #350
      Hollywood, FL 33021

PLEASE TAKE NOTICE Defendant will take the deposition, pursuant to Federal Rules of Civil Procedure 30(b)(6), of the following Corporate Representative(s) on the date, time and at the location specified.

| Name: | Location/Date/Time: |
|---|---|
| **Corporate Representative(s) of Turnberry Charters, Inc., a Florida corporation** | **Reimer & Rosenthal, LLP** <br> **3801 Hollywood Blvd., #350** <br> **Hollywood, FL 33021** <br><br> **January 30, 2001 at 1:00 p.m.** |

upon oral examination, before Spherion Court Reporting, or any other officer duly authorized to administer oaths by the laws of the State of Florida. The deposition will continue from hour to hour and from day to day until completed. The

deposition is being taken for the purpose of discovery, and for use at trial, or both of the foregoing, or for such other purposes as are permitted under the applicable and governing rules. The Plaintiff is required to designate one or more officers, directors, managing agents or other persons to testify on its behalf and produce all documents on each matter listed below.

### Area of Examination

1. All documents and facts supporting repairs or improvements to the subject aircraft after the sale of the subject plane from International Paper Company, and the Plaintiffs' claim for damages in this lawsuit, pursuant to the Court's Order dated January 11, 2001.

Respectfully submitted,

HOLLAND & KNIGHT LLP
Attorneys for Defendant
One East Broward Blvd., Suite #1300
Ft. Lauderdale, FL 33301
Telephone (954) 525-1000
Fax (954) 463-2030

By: _____
Richard C. Hutchison
Florida Bar No. 709360

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by fax and US Mail to Plaintiff's counsel David H. Reimer at Reimer & Rosenthal, LLP, 3801 Hollywood Blvd., Suite #350, Hollywood, FL 33021 on this 24th day of January, 2001.

By: Richard C. Hutchison
Florida Bar No. 709360

cc: Spherion Court Reporting

FTL1 #526875 v1