UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6111-CIV-(DIMITROULEAS/Johnson)

TURNBERRY CHARTERS, INC.

    Plaintiff,

vs.

INTERNATIONAL PAPER COMPANY

    Defendant.
_____/

NIGHT BOX
-FILED-
FEB - 5 2001
CLARENCE MADDOX
CLERK USDC / SDFL / FTL

### THIRD RE-NOTICE OF TAKING DEPOSITION DUCES TECUM

TO:  David H. Reimer
Reimer & Rosenthal, LLP
3801 Hollywood Blvd., Suite #350
Hollywood, FL 33021

PLEASE TAKE NOTICE that Defendant will take the deposition of the following person on the date, time and at the location specified.

| Name: | Location/Date/Time: |
|---|---|
| **Corporate Representative** **Jet Center Interiors** | **2:30 p.m. – February 8, 2001** **Bruce D. Green, P.A.** **600 South Andrews Avenue** **Suite 400** **Fort Lauderdale, FL 33301** |

upon oral examination, before Spherion Court Reporting, or any other officer duly authorized to administer oaths by the laws of the State of Florida. The deposition will continue from hour to hour and from day to day until completed. The deposition is being taken for the purpose of discovery, and for use at trial, or both of



the foregoing, or for such other purposes as are permitted under the applicable and governing rules.

Respectfully submitted,

HOLLAND & KNIGHT LLP
Attorneys for International Paper
One East Broward Blvd., Suite #1300
Ft. Lauderdale, FL 33301
Telephone (954) 525-1000
Fax (954) 463-2030

By: *[signature]*
Richard C. Hutchison
Florida Bar No. 709360
Heather C. Keith
Florida Bar No. 905690

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via facsimile and U.S. Mail to Plaintiff's counsel David H. Reimer at Reimer & Rosenthal, LLP, 3801 Hollywood Blvd., Suite #350, Hollywood, FL 33021 on this 5th day of February, 2001.

By: *[signature]*
Richard C. Hutchison
Florida Bar No. 709360
Heather C. Keith
Florida Bar No. 905690

cc:   Spherion Court Reporting

FTL1 #528507 v1