**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 00-6111-CIV-(DIMITROULEAS/Johnson)**

TURNBERRY CHARTERS, INC.

    Plaintiff,

vs.

INTERNATIONAL PAPER COMPANY

    Defendant.

_____/

### DEFENDANT'S NOTICE OF COMPLIANCE WITH
### SOUTHERN DISTRICT OF FLORIDA LOCAL RULE 7.3

Defendant International Paper Company ("IP"), by and through undersigned counsel, gives notice that pursuant to Southern District of Florida Local Rule 7.3, undersigned counsel for IP has attempted to contact and confer with counsel for Plaintiff Turnberry Charters, Inc. in a good faith effort to resolve by agreement the issues raised in IP's Verified Motion to Tax Costs. However, plaintiff's counsel has not returned undersigned counsel's telephone calls as of the filing of IP's motion. IP believes the issues raised in its Verified Motion to Tax Costs can be resolved based upon the written submissions of the parties, and therefore does not request a hearing.

Respectfully submitted,

HOLLAND & KNIGHT LLP
Attorneys for Defendant
One East Broward Boulevard, Suite 1300
Post Office Box 14070
Fort Lauderdale, Florida 33302-4070
(954) 525-1000
(954) 463-2030 – facsimile
email: rhutch@hklaw.com

By: _____
Richard C. Hutchison, for the Firm
Florida Bar No. 709360



1

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 8th day of March, 2001, a true and correct copy of the foregoing has been furnished via U.S. Mail to: David H. Reimer, Attorney for Plaintiff, Reimer & Rosenthal, LLP, 3801 Hollywood Blvd., Suite #350, Hollywood, Florida 33021.

HOLLAND & KNIGHT LLP

By: _____
Richard C. Hutchison, for the Firm

FTL1 #532757 v1