FILING FEE
PAID   105-02-50784
In Forma
Pauperis
Clarence Maddox, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6111-CIV-DIMITROULEAS

MAGISTRATE:   JOHNSON

TURNBERRY CHARTERS, INC.

    Plaintiff,

v.

INTERNATIONAL PAPER COMPANY

    Defendant.

_____/

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, TURNBERRY CHARTERS, INC., in the above named case hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Order on Summary Judgment entered in this action on the 6th day of February, 2001.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U. S. Mail to Richard C. Hutchison, Esq. and Heather C. Keith, Esq., Holland & Knight LLP, One East Broward Blvd., 13th Floor, P.O. Box 14070, Fort Lauderdale, FL 33302-4070, this 8 day of March, 2001.

    REIMER & ROSENTHAL LLP
    Counsel for Plaintiff
    3801 Hollywood Blvd., Suite 350
    Hollywood, FL 33021
    (954) 893-9800
    (954) 893-6704 facsimile

    By: _____
    DAVID H. REIMER
    FL BAR NO: 909520

