

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

June 15, 2001

RE: 01-11282-EE    Turnberry Charters v. International Paper Co.
DC DKT NO.: 00-06111 CV-WPD

TO:  Clarence Maddox

CC:  Richard C. Hutchison

CC:  David H. Reimer

CC:  Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

In Replying Give Number
Of Case And Names of Parties

June 15, 2001

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

RE: 01-11282-EE     Turnberry Charters v. International Paper Co.
DC DKT NO.: 00-06111 CV-WPD

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court.

Please acknowledge receipt by returning the enclosed copy of this letter.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Brenda Wiegmann/dc/ (404) 335-6174

Encl.

DIS-4 (1-1999)

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE ELEVENTH CIRCUIT**

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUN 1 5 2001
THOMAS K. KAHN
CLERK

01-11282-EE

00-6111-cv-WPD

TURNBERRY CHARTERS, INC.,

Plaintiff-Appellant,

versus

INTERNATIONAL PAPER CO.,

Defendant-Appellee.

---
On Appeal from the United States District Court for
the Southern District of Florida
---

BEFORE: BIRCH and BARKETT, Circuit Judges.

BY THE COURT:

Appellant's Agreed Motion for Voluntary Dismissal With Prejudice, with the parties bearing their own attorneys' fees and costs, is GRANTED.

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By: Debbie Cordell
Deputy Clerk
Atlanta, Georgia